JOHN N. TEDFORD, IV (State Bar No. 205537)
*jtedford@DanningGill.com*
AARON E. DE LEEST (State Bar No. 216832)
*adeleest@DanningGill.com*
DANNING, GILL, ISRAEL & KRASNOFF, LLP
1901 Avenue of the Stars, Suite 450
Los Angeles, California 90067-6006
Telephone: (310) 277-0077
Facsimile: (310) 277-5735

General Counsel for Seth Haldane Casden, Debtor and Debtor in Possession

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re<br><br>SETH HALDANE CASDEN,<br><br>  Debtor and Debtor in Possession. | Case No. 2:23-bk-16904-BR<br><br>Chapter 11<br><br>**SUPPLEMENTAL DISCLOSURE RE APPLICATION OF DEBTOR AND DEBTOR-IN-POSSESSION TO EMPLOY THEODORA ORINGHER, PC AS HIS SPECIAL LITIGATION COUNSEL**<br><br>Date:   June 18, 2024<br>Time:  10:00 a.m.<br>Place:  Courtroom 1668<br>          255 East Temple Street<br>          Los Angeles, California 90012 |

**TO THE HONORABLE BARRY RUSSELL, UNITED STATES BANKRUPTCY JUDGE, AND PARTIES IN INTEREST:**

On May 28, 2024, Seth Haldane Casden, the debtor and debtor-in-possession (the "Debtor") filed his Application to Employ Theodora Oringher, PC ("TO" or the "Firm") as his Special Litigation Counsel (*docket no. 178*).

Upon further review of the Application to Employ Theodora Oringher, PC as Debtor's Special Litigation Counsel and comments from the Office of the United States Trustee, and out of an abundance of caution, Scott K. Behrendt, one of the attorneys for the Debtor at TO assigned to his case, currently serves as the Redondo Beach City Councilmember for District 5. Ron Maroko,

1772169.1  27200                                            1

1  the trial attorney at the U.S. Trustee's office assigned to the Debtor's case, resides in Redondo

2  Beach and has served on at least one Redondo Beach City Commission and Committee.  Mr.

3  Behrendt knows and has communicated with Mr. Maroko.  TO believes this does not create a

4  conflict or is an interest materially adverse to the interest of the estate or any class of creditors and

5  that TO is disinterested and should be employed as the Debtor's special litigation counsel.

7  DATED: June 4, 2024                    DANNING, GILL, ISRAEL & KRASNOFF, LLP

                                          By:    /s/ Aaron E. de Leest
                                                AARON E. DE LEEST
                                                General Counsel for Seth Haldane Casden,
                                                Debtor and Debtor-in-Possession

1772169.1  27200                                2

# **DECLARATION OF SCOTT K. BEHRENDT**

I, Scott K. Behrendt, declare:

1. I am a senior attorney at Theodora Oringher PC ("TO"). Unless otherwise stated, I have personal knowledge of the facts stated herein, and if called as a witness, I could and would competently testify thereto.

2. I am informed and believe that on or about On May 28, 2024, Seth Haldane Casden, the debtor and debtor-in-possession (the "Debtor") filed his Application to Employ Theodora Oringher, PC ("TO" or the "Firm") as his Special Litigation Counsel (*docket no. 178*) (the "Application").

3. Upon further review of the Application and comments received from Ron Maroko, who I understand is the trial attorney at the Office of the United States Trustee assigned to the Debtor's case, and out of an abundance of caution, I provide the following information.

4. I currently serve as the Redondo Beach City Councilmember for District 5.

5. It is my understanding that Mr. Maroko resides in Redondo Beach and has served on at least one Redondo Beach City Commission and Committee.

6. I know and have communicated with Mr. Maroko.

7. I do not believe this creates a conflict or is an interest materially adverse to the interest of the estate or any class of creditors.

8. Based upon the foregoing, I believe that no actual conflict exists and that TO is disinterested and should be employed as the Debtor's special litigation counsel.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this Declaration was executed this 4th day of June, 2024, at Los Angeles, California.

*/s/ Scott K. Behrendt*
Scott K. Behrendt

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 1901 Avenue of the Stars, Suite 450, Los Angeles, CA 90067-6006.

A true and correct copy of the foregoing document entitled (*specify*):  SUPPLEMENTAL DISCLOSURE RE APPLICATION OF DEBTOR AND DEBTOR-IN-POSSESSION TO EMPLOY THEODORA ORINGHER, PC AS HIS SPECIAL LITIGATION COUNSEL will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On June 4, 2024  I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page.

**2. SERVED BY UNITED STATES MAIL**:
On June 4, 2024 , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Seth Haldane Casden
1112 Montana Ave Suite 13
Santa Monica, CA 90403

☒ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on June 4, 2024, I served the following persons and/or entities by personal delivery as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

The Honorable Barry Russell
U.S. Bankruptcy Court
Roybal Federal Building
255 E. Temple Street, Suite 1660
Los Angeles, CA 90012

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| June 4, 2024 | Beverly Lew | /s/ Beverly Lew |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

**ADDITIONAL SERVICE INFORMATION (if needed):**

## 1. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")

Thomas E Butler on behalf of Interested Party Multiple Energy Technologies, LLC
butlert@whiteandwilliams.com,
sullivann@whiteandwilliams.com;millnamowm@whiteandwilliams.com;panchavatis@whiteandwilliams.com

Michael G D'Alba on behalf of Defendant Seth Haldane Casden
mdalba@DanningGill.com, DanningGill@gmail.com;mdalba@ecf.inforuptcy.com

Aaron E. DE Leest on behalf of Debtor Seth Haldane Casden
adeleest@DanningGill.com, danninggill@gmail.com;adeleest@ecf.inforuptcy.com

John-Patrick M Fritz on behalf of Interested Party Courtesy NEF
jpf@lnbyg.com, JPF.LNBYB@ecf.inforuptcy.com

Matthew Grimshaw on behalf of Interested Party Courtesy NEF
mgrimshaw@marshackhays.com, mgrimshaw@ecf.courtdrive.com;alinares@ecf.courtdrive.com

Jeff D Kahane on behalf of Interested Party Alan Terry Leavitt
jkahane@duanemorris.com, dmartinez@duanemorris.com

Wendy A Locke on behalf of Interested Party Courtesy NEF
ecfcacb@aldridgepite.com, wlocke@ecf.inforuptcy.com

Betty Luu on behalf of Interested Party Alan Terry Leavitt
bluu@duanemorris.com

Ron Maroko on behalf of U.S. Trustee United States Trustee (LA)
ron.maroko@usdoj.gov

Kurt Ramlo on behalf of Interested Party Courtesy NEF
kr@lnbyg.com, kr@ecf.courtdrive.com

Kurt Ramlo on behalf of Interested Party Hologenix, LLC
kr@lnbyg.com, kr@ecf.courtdrive.com

Nicole Sullivan on behalf of Interested Party Multiple Energy Technologies, LLC
sullivann@whiteandwilliams.com, vulpioa@whiteandwilliams.com,arthura@whiteandwilliams.com

Nicole Sullivan on behalf of Plaintiff Multiple Energy Technologies, LLC
sullivann@whiteandwilliams.com, vulpioa@whiteandwilliams.com,arthura@whiteandwilliams.com

John N Tedford, IV on behalf of Debtor Seth Haldane Casden
jtedford@DanningGill.com, danninggill@gmail.com;jtedford@ecf.courtdrive.com

John N Tedford, IV on behalf of Defendant Seth Haldane Casden
jtedford@DanningGill.com, danninggill@gmail.com;jtedford@ecf.courtdrive.com

John N Tedford, IV on behalf of Other Professional DANNING GILL ISRAEL & KRASSNOFF
jtedford@DanningGill.com, danninggill@gmail.com;jtedford@ecf.courtdrive.com

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

David Wood on behalf of Interested Party Courtesy NEF
dwood@marshackhays.com, dwood@ecf.courtdrive.com;lbuchananmh@ecf.courtdrive.com;alinares@ecf.courtdrive.com

David Wood on behalf of Interested Party Multiple Energy Technologies, LLC
dwood@marshackhays.com, dwood@ecf.courtdrive.com;lbuchananmh@ecf.courtdrive.com;alinares@ecf.courtdrive.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                    F 9013-3.1.PROOF.SERVICE

**2. SERVED BY UNITED STATES MAIL**:

**20 LARGEST UNSECURED CREDITORS**

| | | |
|---|---|---|
| Alan Terry Leavitt<br>470 Deming Place<br>Chicago, IL 60614 | American Express<br>PO BOX 96001<br>Los Angeles, CA 90096 | Aria Resort & Casino<br>3730 S Las Vegas Blvd<br>Las Vegas, NV 89158 |
| BRE Sunset Coast LLC<br>c/o Brickman Associates<br>712 5th Avenue, 6th Floor<br>New York, NY 10019 | Chase Bank<br>PO Box 15298<br>Wilmington, DE 19850 | Chase Bank - Amazon<br>PO BOX 6294<br>Carol Stream, IL 60197 |
| Discover<br>PO Box 45909<br>San Francisco, CA 94145 | Fora Financial West LLC<br>519 8th Avenue, 11th Floor<br>New York, NY 10018 | Goldman Sachs Bank USA<br>Salt Lake City Branch<br>Lockbox 6112<br>PO BOX 7247<br>Philadelphia, PA 19170 |
| Juan Antonio Devoto<br>8430 Corbin Ave<br>Northridge, CA 91324 | Theodora Oringher PC<br>c/o Scott K Behrendt<br>1840 Century Park East, Suite 500<br>Los Angeles, CA 90067 | Wells Fargo Bank<br>5340 Kietzke Lane<br>Suite 200<br>Reno, NV 89511 |
| Golden1 Credit Union<br>PO BOX 15966<br>Sacramento, CA 95852 | Multiple Energy Technologies LLC<br>7 Times Square Ste 2900<br>New York, NY 10036-6524 | Northern Trust Company of Delaware<br>Attn:  Natalie Schiavone, CTFA<br>1313 North Market Street, Suite 5300<br>Wilmington, DE  19801 |
| Armanino LLP<br>PO Box 888285<br>Los Angeles, CA  90088-8285 | | |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                                    F 9013-3.1.PROOF.SERVICE