| Attorney or Professional Name, Address, Telephone and FAX |
|---|
| JOHN N. TEDFORD, IV (State Bar No. 205537) |
| DANNING, GILL, ISRAEL & KRASNOFF, LLP |
| 1901 Avenue of the Stars, Suite 450 |
| Los Angeles, CA 90067-6006 |
| Telephone: (310) 277-0077 |
| Facsimile:  (310) 277-5735 |

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

In re:
**SETH HALDANE CASDEN**

Debtor

Chapter 11 Case Number
2:23-bk-16904-BR

**Professional Fee Statement**

Number: 3

Month of:   August   , 2024

| | |
|---|---|
| 1. Name of Professional: | Theodora Oringher PC |
| 2. Date of entry of order approving employment of the professional: | June 26, 2024 |
| 3. Total amount of pre-petition payments received by the professional: | $ N/A |
| 4. Less: Total amount of pre-petition services rendered and expenses: | - N/A |
| 5. Balance of funds remaining on date of filing of petition: | $ 40,000.00 |
| 6. Less: Total amount of all services rendered per prior fee statements: (Line 6 is not used when filing Statement Number 1). | - 20,562.00 |
| 7. Less: Total amount of services and expenses this reporting period: | - $21,870.00 |
| 8. Balance of funds remaining for next reporting period: | $ 0.00 |

DETAILED DOCUMENTATION SUPPORTING THE PROFESSIONAL FEES EARNED AND THE EXPENSES INCURRED DURING THIS REPORTING PERIOD HAS BEEN SERVED ON THE UNITED STATES TRUSTEE. A COPY OF THE DETAILED DOCUMENTATION WILL BE PROVIDED BY THE PROFESSIONAL TO ANY PARTY UPON REQUEST. FEES AND COSTS WILL BE WITHDRAWN FROM THE TRUST ACCOUNT IN THE AMOUNT STATED IN ITEM 7 ABOVE UNLESS AN OBJECTION IS FILED WITH THE CLERK OF THE COURT AND SERVED ON THE PROFESSIONAL NAMED ABOVE WITHIN 10 DAYS FROM THE DATE OF SERVICE OF THIS STATEMENT.

| | |
|---|---|
| 9. Total number of pages attached hereto: | |

The above is a true and correct statement of fees earned and expenses incurred during the indicated reporting period.

Dated: September 30, 2024

Thoedora Oringher PC
Type Name of Professional

Signature of Professional

Scott K. Behrendt
Type Name of Attorney for Professional (if applicable)

Signature of Attorney for Professional (if applicable)

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 1901 Avenue of the Stars, Suite 450, Los Angeles, CA 90067-6006.

A true and correct copy of the foregoing document entitled (*specify*): **PROFESSIONAL FEE STATEMENT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) September 30, 2024 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page.

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) September 30, 2024 , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| September 30, 2024 | Patricia Morris | /s/ Patricia Morris |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                            F 9013-3.1.PROOF.SERVICE
1778367.1  27200

**ADDITIONAL SERVICE INFORMATION (if needed):**

1. <u>**SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**</u>

- **Thomas E Butler**    butlert@whiteandwilliams.com, sullivann@whiteandwilliams.com;millnamowm@whiteandwilliams.com;panchavatis@whiteandwilliams.com
- **Aaron E. De Leest**    adeleest@marshackhays.com, adeleest@marshackhays.com,alinares@ecf.courtdrive.com
- **John-Patrick M Fritz**    jpf@lnbyg.com, JPF.LNBYB@ecf.inforuptcy.com
- **Matthew Grimshaw**    mgrimshaw@marshackhays.com, mgrimshaw@ecf.courtdrive.com;alinares@ecf.courtdrive.com
- **Jeff D Kahane**    jkahane@duanemorris.com, dmartinez@duanemorris.com
- **Sweeney Kelly**    kelly@ksgklaw.com
- **Wendy A Locke**    ecfcacb@aldridgepite.com, wlocke@ecf.inforuptcy.com
- **Betty Luu**    bluu@duanemorris.com
- **Ron Maroko**    ron.maroko@usdoj.gov
- **Kurt Ramlo**    kr@lnbyg.com, kr@ecf.courtdrive.com
- **Nicole Sullivan**    sullivann@whiteandwilliams.com, vulpioa@whiteandwilliams.com,arthura@whiteandwilliams.com
- **John N Tedford**    jtedford@DanningGill.com, danninggill@gmail.com;jtedford@ecf.courtdrive.com
- **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov
- **David Wood**    dwood@marshackhays.com, dwood@ecf.courtdrive.com;lbuchananmh@ecf.courtdrive.com;spineda@ecf.courtdrive.com;alinares@ecf.courtdrive.com

2. <u>**SERVED BY U.S. MAIL**</u>

Debtor
Seth Haldane Casden
1112 Montana Ave Suite 13
Santa Monica, CA 90403-1652

**ALL CREDITORS**

| | | |
|---|---|---|
| Alan Terry Leavitt<br>470 Deming Place<br>Chicago, IL 60614-1771 | American Express<br>PO BOX 96001<br>Los Angeles, CA 90096-8000 | American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 |
| Amy E. Vulpio, Esq.<br>White and Williams LLP<br>1650 Market St., Fl. 18<br>Philadelphia, PA 19103-7395 | Aria Resort & Casino<br>3730 S Las Vegas Blvd<br>Las Vegas, NV 89158-4300 | Armanino LLP<br>PO Box 888285<br>Los Angeles CA 90088-8285 |
| Chase Bank - Amazon<br>PO BOX 6294<br>Carol Stream, IL 60197 | Chase Bank<br>PO Box 15298<br>Wilmington, DE 19850 | BRE Sunset Coast LLC<br>c/o Brickman Associates<br>712 5th Avenue, 6th Floor<br>New York, NY 10019<br>*(returned mail - undeliverable)* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**
1778367.1  27200

| | | |
|---|---|---|
| Discover<br>PO Box 45909<br>San Francisco, CA 94145-0909 | Discover Bank<br>P.O. Box 3025<br>New Albany, Oh 43054-3025 | Executive Productions<br>3957 Ridgemont Drive<br>Malibu, CA 90265-4904 |
| Fora Financial West LLC<br>519 8th Avenue, 11th Floor<br>New York, NY 10018<br>*(returned mail - undeliverable)* | Franchise Tax Board<br>Bankruptcy Section MS A 340<br>PO Box 2952<br>Sacramento, CA 95812-2952 | Golden1 Credit Union<br>PO BOX 15966<br>Sacramento, CA 95852-0966 |
| Goldman Sachs Bank USA<br>Salt Lake City Branch<br>Lockbox 6112<br>PO BOX 7247<br>Philadelphia, PA 19170-0001 | Hammond & Hammond Inc<br>5775 East Los Angeles Avenue<br>Suite 100<br>Simi Valley, CA 93063-5233 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| JPMorgan Chase Bank  N A<br>Bankruptcy Mail Intake Team<br>700 Kansas Lane Floor 01<br>Monroe LA 71203-4774 | Multiple Energy Technologies LLC<br>7 Times Square Ste 2900<br>New York, NY 10036-6524 | Juan Antonio Devoto<br>8430 Corbin Ave<br>Northridge, CA 91324-4128 |
| Los Angeles County Treasurer And Tax Collector<br>Attn Bankruptcy Unit<br>PO Box 54110<br>Los Angeles CA 90054-0110 | MGM Resorts International<br>3600 Las Vegas Blvd South<br>Las Vegas, NV 89109-4303 | MGM Resorts International<br>ATTN Corporation Service Company<br>112 N Curry St<br>Carson City, NV 89703-4934 |
| Multiple Energy Technologies LLC<br>7 Times Square Ste 2900<br>New York, NY 10036-6524 | Multiple Energy Technologies, LLC<br>c/o Nicole Sullivan, Esq.<br>White and Williams LLP<br>7 Times Square, Suite 2900<br>New York, NY 10036-6516 | Nicole A. Sullivan<br>7 Times Square Ste 2900<br>New York, NY 10036-6524 |
| Northern Trust Co<br>Attn Natalie Schiavone<br>1313 No Market St Ste 6300<br>Wilmington DE 19801-6101 | Northern Trust Company of Delaware<br>Attn Natalie Schiavone, CTFA<br>1313 North Market Street<br>Suite 5300<br>Wilmington, DE 19801-6103 | Peter and Mary Ann Rubenstein<br>16607 Huerta Road<br>Encino, CA 91436-3541 |
| Wilmington Savings Fund Society<br>c/o NewRez LLC d/b/a Shellpoint Mortgage<br>P.O. Box 10826<br>Greenville SC 29603-0826 | Shellpoint Mortgage Servicing<br>PO BOX 10826<br>Greenville, SC 29603-0826 | Suzanne Carr<br>718 Lincoln Blvd<br>Unit #1<br>Santa Monica, CA 90402-2856 |
| Suzie Carr<br>718 Lincoln Blvd, Unit 1<br>Santa Monica, CA 90402-2856 | Theodora Oringher PC<br>55 Anton Blvd 9th Fl<br>Costa Mesa, CA 92626 | Theodora Oringher PC<br>c/o Christopher J. Harney<br>535 Anton Boulevard, Ninth Floor<br>Costa Mesa, CA 92626-7109 |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*
1778367.1  27200

F 9013-3.1.PROOF.SERVICE

| | | |
|---|---|---|
| Theodora Oringher PC<br>c/o Scott K Behrendt<br>1840 Century Park East, Suite 500<br>Los Angeles, CA 90067-2120 | Wells Fargo Bank<br>5340 Kietzke Lane<br>Suite 200<br>Reno, NV 89511-2067 | Wells Fargo Bank Small Business<br>Lending Divi<br>PO Box 29482 MAC S4101-08C<br>Phoenix, AZ 85038-9482 |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                      **F 9013-3.1.PROOF.SERVICE**
1778367.1  27200