GREGORY M. SALVATO (SBN 126285)
   Gsalvato@salvatoboufadel.com
JOSEPH BOUFADEL (SBN 267312)
   Jboufadel@salvatoboufadel.com
SALVATO BOUFADEL LLP
9110 Irvine Center Drive
Irvine, California 92618
Telephone: (213) 484-8400

Attorneys for Debtor and Debtor-in-Possession
SETH HALDANE CASDEN

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES

| | |
|---|---|
| In re:<br><br>SETH HALDANE CASDEN,<br><br>    Debtor and<br>    Debtor-in-Possession. | Case No. 2:23-bk-16904-BR<br><br>Chapter 11<br><br>**Case Status Report by Debtor and Debtor in Possession Seth Casden**<br><br>Date:   July 15, 2025<br>Time:   10:00 a.m.<br>Place:   Courtroom 1668<br>         Roybal Federal Building<br>         255 East Temple Street<br>         Los Angeles, CA 90012 |

Debtor and Debtor in Possession Seth Haldane Casden ("Debtor") hereby submits his status report in advance of the case status conference scheduled for July 15, 2025. Previous reports have been filed on February 27, 2024 [Dkt. No. 128], May 28, 2024 [Dkt. No,. 176], September 3, 2024 [Dkt. No. 244], November 5, 2024 [Dkt. No. 281] and January 21, 2025 [Dkt. 302].

**A.    Professionals Employed by the Debtor.**

The Debtor has retained the following professionals pursuant to Orders of the Court:

Bankruptcy Counsel:  Salvato Boufadel, LLP, by Order entered March 26, 2025 [Dkt. No. 324], following the withdrawal of John Tedford, Esq. of Danning, Gill, Israel & Krasnoff, LLP, as bankruptcy counsel.

Financial Advisor:  Armory Consulting Co., by Order entered December 6, 2023 [Dkt. No. 39];

Special Litigation Counsel: Theodora Oringher, P.C., by Order entered June 26, 2024 [Dkt. No. 212];

Special Appellate Counsel: Benedon & Serlin, LLP, by Orders entered October 25, 2024 [Dkt. No. 276], and April 18, 2025 [Dkt. No. 332]

Tax Accountant:  Windes, Inc., by Order entered March 14, 2025 [Dkt. No. 317].

**B.    The Debtor's Plan and Disclosure Statement.**

The Debtor's amended Plan and amended Disclosure Statement were filed on January 23, 2024, [Dkt. Nos 97, 98], together with a Motion for approval of the Disclosure Statement [Dkt. No. 99] for hearing on March 12, 2024.  The Court has continued the hearing on the Motion from time to time due to, among other things, MET's pending appeal of the order confirming Hologenix's chapter 11 plan, which will impact the feasibility of the Debtor's Plan.

The Motion for approval of the Chapter 11 Disclosure Statement [Dkt. 99] <u>is currently scheduled for July 15, 2025 at 10:00 a.m</u>.

**C.    Pending Appeals of the Confirmation Order in the Hologenix case.**

On March 29, 2024, following MET's appeal, the District Court entered an order reversing this Court's order confirming Hologenix's plan of reorganization, as well as certain other orders entered in Hologenix's case.  Hologenix's appeal of the District

Case 2:23-bk-16904-BR    Doc 338    Filed 07/09/25    Entered 07/09/25 09:14:58    Desc
Main Document    Page 3 of 7

Court's decision to the Ninth Circuit remains pending. (Ninth Circuit case nos. 24-2881, 24 2883 and 24-2884.)

On June 6, 2025, Hologenix filed its opening briefs for the three appeals before the Ninth Circuit Court of Appeals.

No date for oral argument has been scheduled.

D. **MET v. Casden (District Court case no. 2:21-cv-01149-ODW-RAO) and Appeals (Ninth Circuit Nos. 24-4691, 25-4004)**

A pre-petition judgment in favor of Multiple Energy Technologies ("MET") and against Seth Casden was entered on September 26, 2023, and this Court has granted relief from stay to permit various post-judgment motions, and ultimately, an appeal, to proceed.

On February 21, 2025, the District Court denied Casden's post-trial motions and entered its Order granting MET's Motion for Attorney's fees [USDC Dkt. No. 260]. A Notice of Appeal was filed on March 3, 2025.

On June 4, 2025, the District Court granted MET's Motion for contempt of the Court's permanent injunction. (USDC Dkt. 265]. A Notice of Appeal of the Order was filed on June 26, 2025, and has been assigned Ninth Circuit Case No. 25-4004.

As of this date, the opening briefs in both appeals have not yet been filed and the Ninth Circuit appeals remain pending.

No date for oral argument has been scheduled.

E. **Other Pending matters**

   1. **MET v. Casden (Bankruptcy Court) (Case No. 2:24-ap-01022-BR)**

On January 26, 2024, MET filed a complaint for non-dischargeability with respect to its pre-petition judgment against Seth Casden. The status conferences in this matter have been continued from time to time.

Debtor's Status Report    -3-    *In re Seth Haldane Casden, Debtor.*
Chapter 11 Case No.2:23-bk-16904-BR

1  On April 22, 2025, MET filed a motion in the District Court seeking to withdraw the reference of this adversary proceeding so that it could be decided by a District Court Judge. On May 21, 2025, the District Court issued its ruling denying the Motion. [Adv. Proc. Dkt. No. 46].

The continued Status Conference in this Adversary Proceeding is currently scheduled for July 15, 2025, at 10:00 a.m.

### 2. **Casden v. American Express Co. (2:24-ap-01150-BR) (CLOSED)**

On June 8, 2024, the Debtor filed a complaint against American Express for avoidance of a preferential transfer and damages resulting from American Express' violation of the automatic stay. The parties reached a settlement and the case has been dismissed by Order entered February 5, 2035 [Dkt. No. 31].

### 3. **MET v. Discover Bank (Case No. 2:25-01067-BR)**
### **MET v. Devoto (Case No. 2:25-01068-BR)**
### **MET v. ARIA Resort & Casino (Case No. 2:25-01069-BR)**

On April 4, 2025, MET filed these three Adversary Proceedings for recovery of alleged preferential or avoidable transfers, having obtained the right to prosecute certain claims by Order of the Court entered June 26, 2024 [Dkt. No. 210].

The status conferences in each of these adversary proceedings are scheduled for July 29, 2025, at 10:00 a.m.

### 2. **Motion for Protective Order Regarding 2004 Examination and Document Production filed by Northern Trust Company.**

On November 22, 2024, Northern Trust field its Motion for a Protective Order with respect to the 2004 Examination and Production of Documents Ordered upon MET's Application [Dkt. 275]. Hearings on this matter have been continued from time to time. The current hearing on this matter is scheduled for July 15, 2025, at 10:00 a.m.

**F.  Compliance with Reporting Requirements and U.S. Trustee Guidelines.**

To the best of the Debtor's knowledge, the Debtor is in compliance with all reporting requirements and requirements set forth in the U.S. Trustee's guidelines for chapter 11 debtors.

**G.  Request for Continuance of Hearings**

The Debtor recommends a continuance of this case status conference and all pending matters on the current calendar for 90 days.

DATED: July 7, 2025                SALVATO BOUFADEL, LLP


 */s/ Gregory M. Salvato*

———————————————————

Gregory M. Salvato
Joseph Boufadel

Attorneys for Debtor and Debtor in Possession
SETH HALDANE CASDEN

# PROOF OF SERVICE OF DOCUMENT

*In re Seth Haldane Casden, Debtor, Chapter 11 Case No. 2:23-bk-16904-BR*

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**Salvato Boufadel, LLP, 9110 Irvine Center Drive, Irvine, California 92618**

A true and correct copy of the foregoing document entitled (*specify*):

**Case Status Report by Debtor and Debtor in Possession Seth Casden**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On *(date)* **07/09/25** checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2**. **SERVED BY UNITED STATES MAIL**:
On *(date)* **7/09/25**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3**. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on *(date)* **7/09/25**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Honorable Barr Russell
United States Bankruptcy Court
255 E. Temple Street, Suite 1660/ Courtroom 1668
Los Angeles, CA  90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 7/09/25 | Gregory M. Salvato | /s/ Gregory M. Salvato |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                    **F 9013-3.1.PROOF.SERVICE**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Shraddha Bharatia**    notices@becket-lee.com
- **Joseph Boufadel**    jboufadel@salvatoboufadel.com, Gsalvato@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com
- **Thomas E Butler**    butlert@whiteandwilliams.com, sullivann@whiteandwilliams.com;millnamowm@whiteandwilliams.com;panchavatis@whiteandwilliams.com
- **Aaron E. De Leest**    adeleest@marshackhays.com, adeleest@marshackhays.com,alinares@ecf.courtdrive.com
- **John-Patrick M Fritz**    jpf@lnbyg.com, JPF.LNBYB@ecf.inforuptcy.com
- **Matthew Grimshaw**    mgrimshaw@marshackhays.com, mgrimshaw@ecf.courtdrive.com;alinares@ecf.courtdrive.com
- **Jeff D Kahane**    jkahane@skarzynski.com, dahn@ecf.courtdrive.com
- **Sweeney Kelly**    kelly@ksgklaw.com
- **Wendy A Locke**    ecfcacb@aldridgepite.com, wlocke@ecf.inforuptcy.com
- **Betty Luu**    bluu@duanemorris.com
- **Ron Maroko**    ron.maroko@usdoj.gov
- **Allison C. Murray**    acmurray@swlaw.com, kcollins@swlaw.com
- **Kurt Ramlo**    RamloLegal@gmail.com, kr@ecf.courtdrive.com,ramlo@recap.email
- **Michael B Reynolds**    mreynolds@swlaw.com, kcollins@swlaw.com
- **Gregory M Salvato**    gsalvato@salvatoboufadel.com, calendar@salvatolawoffices.com;jboufadel@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com
- **Nicole Sullivan**    sullivann@whiteandwilliams.com, vulpioa@whiteandwilliams.com,arthura@whiteandwilliams.com
- **John N Tedford**    JNT@LNBYG.com, jnt@ecf.courtdrive.com
- **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov
- **David Wood**    dwood@marshackhays.com, dwood@ecf.courtdrive.com;lbuchananmh@ecf.courtdrive.com;spineda@ecf.courtdrive.com;alinares@ecf.courtdrive.com
- **Roye Zur**    rzur@elkinskalt.com, lwageman@elkinskalt.com;1648609420@filings.docketbird.com;rzur@ecf.courtdrive.com;lmasse@elkinskalt.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    **F 9013-3.1.PROOF.SERVICE**