| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>ROYE ZUR, State Bar No. 273875<br>ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP<br>10345 W. Olympic Blvd.<br>Los Angeles, California 90064<br>Telephone: 310.746.4400<br>Facsimile: 310.746.4499<br>Email: rzur@elkinskalt.com<br><br><br><br>*Attorney for:* Multiple Energy Technologies, LLC | FOR COURT USE ONLY |
|---|---|

## UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| In re:<br><br>SETH HALDANE CASDEN,<br><br><br>Debtor(s). | CASE NO.: 2:23-bk-16904-BR<br><br>ADVERSARY NO.:<br>*(if applicable)*<br><br>CHAPTER: 11 |
|---|---|
| <br><br>Plaintiff(s),<br>vs.<br><br><br><br><br>Defendant(s). | **SUBSTITUTION OF ATTORNEY**<br><br>**[LBR 2091-1(b)]** |

1.  The name(s) of the party(ies) making this Substitution of Attorney *(specify)*:

    Multiple Energy Technologies, LLC


2.  The name, address, telephone number, and email address of the new attorney are *(specify)*:

    ROYE ZUR, ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP
    10345 W. Olympic Blvd.
    Los Angeles, California 90064
    Telephone: 310.746.4400; Email: rzur@elkinskalt.com

3.  New attorney hereby appears in the following matters:    ☒ the bankruptcy case    ☐ the adversary proceeding

---

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

4.    The new attorney is substituted as attorney of record in place instead of the present attorney. *(Specify name of present attorney)*:

David Wood, Marshack Hays Wood LLP, 870 Roosevelt, Irvine CA 92620, 949-333-7777, dwood@marshackhays.com

Date: 07/31/2025

Signed by:

*Dr. Shannon Vissman, PT*

64AB75724F2044D...

Signature of party                                                    Signature of *second* party (if applicable)

Multiple Energy Technologies, LLC

Printed name of party                                              Printed name of *second* party (if applicable)

Signature of *third* party (if applicable)                Signature of *fourth* party (if applicable)

Printed name of *third* party (if applicable)          Printed name of *fourth* party (if applicable)

I consent to the above substitution.

Date: 8/8/2025

Signature of present attorney

David Wood

Printed name of present attorney

I am duly admitted to practice in this district.  The above substitution is accepted.

Date: 07/31/2025

Signature of new attorney

Roye Zur

Printed name of new attorney

## IMPORTANT NOTICE

Filing of this Substitution of Attorney form does not replace the need to be employed pursuant to the Bankruptcy Code. See LBR 2014-1 regarding the requirements and procedures for making an application to employ an attorney.

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2014*                                    Page 2                                    **F 2091-1.SUBSTITUTION.ATTY**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 10345 Olympic Boulevard, Los Angeles, California 90064.

A true and correct copy of the foregoing documents entitled (*specify*): **SUBSTITUTION OF ATTORNEY [LBR 2091-1(b)]** will be served or were served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **August 11, 2025**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Shraddha Bharatia**    notices@becket-lee.com
- **Joseph Boufadel**    jboufadel@salvatoboufadel.com, Gsalvato@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com
- **Thomas E Butler**    butlert@whiteandwilliams.com, sullivann@whiteandwilliams.com;millnamowm@whiteandwilliams.com;panchavatis@whiteandwilliams.com
- **Aaron E. De Leest**    adeleest@marshackhays.com, adeleest@marshackhays.com,alinares@ecf.courtdrive.com
- **John-Patrick M Fritz**    jpf@lnbyg.com, JPF.LNBYB@ecf.inforuptcy.com
- **Matthew Grimshaw**    mgrimshaw@marshackhays.com, mgrimshaw@ecf.courtdrive.com;alinares@ecf.courtdrive.com
- **Jeff D Kahane**    jkahane@skarzynski.com, dahn@ecf.courtdrive.com
- **Sweeney Kelly**    kelly@ksgklaw.com
- **Wendy A Locke**    ecfcacb@aldridgepite.com, wlocke@ecf.inforuptcy.com
- **Betty Luu**    bluu@duanemorris.com
- **Ron Maroko**    ron.maroko@usdoj.gov
- **Allison C. Murray**    acmurray@swlaw.com, kcollins@swlaw.com
- **William M Noall**    wnoall@gtg.legal, bknotices@gtg.legal
- **Kurt Ramlo**    RamloLegal@gmail.com, kr@ecf.courtdrive.com,ramlo@recap.email
- **Arjun P Rao**    arjun.rao@morganlewis.com, kathleen.rosello@morganlewis.com
- **Michael B Reynolds**    mreynolds@swlaw.com, kcollins@swlaw.com
- **Gregory M Salvato**    gsalvato@salvatoboufadel.com, calendar@salvatolawoffices.com;jboufadel@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com
- **Nicole Sullivan**    sullivann@whiteandwilliams.com, vulpioa@whiteandwilliams.com,arthura@whiteandwilliams.com
- **John N Tedford**    JNT@LNBYG.com, jnt@ecf.courtdrive.com
- **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov
- **David Wood**    dwood@marshackhays.com, dwood@ecf.courtdrive.com;lbuchananmh@ecf.courtdrive.com;spineda@ecf.courtdrive.com;alinares@ecf.courtdri ve.com
- **Roye Zur**    rzur@elkinskalt.com, lwageman@elkinskalt.com;1648609420@filings.docketbird.com;rzur@ecf.courtdrive.com;lmasse@elkinskalt.com

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) **August 11, 2025**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
Hon. Barry Russell
United States Bankruptcy Court
255 E. Temple Street, Suite 1660
Los Angeles, CA  90012

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                   **F 9013-3.1.PROOF.SERVICE**

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **August 11, 2025**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| August 11, 2025 | Lisa Masse | /s/ Lisa Masse |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                   **F 9013-3.1.PROOF.SERVICE**