GREGORY M. SALVATO (SBN 126285)
  Gsalvato@salvatoboufadel.com
JOSEPH BOUFADEL (SBN 267312)
  Jboufadel@salvatoboufadel.com
SALVATO BOUFADEL LLP
9110 Irvine Center Drive
Irvine, California 92618
Telephone: (213) 484-8400

Attorneys for Debtor and Debtor-in-Possession
SETH HALDANE CASDEN

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES

| | |
|---|---|
| In re:<br><br>SETH HALDANE CASDEN,<br><br>Debtor and<br>Debtor-in-Possession. | Case No. 2:23-bk-16904-BR<br><br>Chapter 11<br><br>**Case Status Report by Debtor and Debtor in Possession Seth Casden**<br><br>Date:  September 16, 2025<br>Time:  10:00 a.m.<br>Place:  Courtroom 1668<br>  Roybal Federal Building<br>  255 East Temple Street<br>  Los Angeles, CA 90012 |

Debtor and Debtor in Possession Seth Haldane Casden ("Debtor") hereby submits his status report in advance of the case status conference scheduled for July 15, 2025. Previous reports have been filed on February 27, 2024 [Dkt. No. 128], May 28, 2024 [Dkt. No,. 176], September 3, 2024 [Dkt. No. 244], November 5, 2024 [Dkt. No. 281], January 21, 2025 [Dkt. 302], and July 9, 2025 [Dkt. 338].

Debtor hereby incorporates the prior Status Report filed July 9, 2025, in full, and notes the following updates:

**A.    Professionals Employed by the Debtor.**

The Professionals in this case and in the Hologenix case have reserved <u>October 14, 2024, at 10:00 a.m.</u> for a hearing on their respective interim fee applications.

**B.    Discovery in Casden Bankruptcy Case**

MET conducted a deposition / 2004 Examination of former Trustee Terry Leavitt on August 21, 2025, and Seth Casden and Northern Trust, through counsel, have responded to certain follow-up discovery requests submitted by MET.

**C.    Pending Appeals of the Confirmation Order in the Hologenix case.**

On June 6, 2025, Hologenix filed its opening briefs for the three appeals before the Ninth Circuit Court of Appeals (Ninth Circuit case nos. 24-2881, 24 2883 and 24-2884.). MET's Answering Briefs are due on September 12, 2025, however, MET has requested a further extension of the deadline to file its briefs, and Hologenix has opposed any extension beyond October 10, 2025.

<u>No date for oral argument has been scheduled.</u>

**D.    Appeals in *MET v. Casden*, District Court Case No. 2:21-cv-01149-ODW-RAO; Ninth Circuit Nos. 24-4691, 25-4004**

On August 5, 2025, Casden filed his opening brief in the appeal of Judge Otis Wright's decision granting judgment in favor of MET (Ninth Circuit Case No. 24-4691).

<u>No date for oral argument has been scheduled.</u>

In the appeal of the Order by Judge Otis Wright imposing contempt sanctions (Ninth Circuit Case No. 25-4004), no appellate briefs are yet due.

Initial meetings with the Ninth Circuit mediator have been held.

**E.     Matters before the Court on September 16, 2025:**

The following matters are on calendar for September 16, 2025:

#23     Chapter 11 Status Conference in *In re Seth Haldane Casden*

#24     Motion for approval of the Chapter 11 Disclosure Statement [Dkt. 99], with respect to the Debtor's Amended Plan of Reorganization [Dkt. No. 98] and Amended Disclosure Statement [Dkt. No. 97]

#25     Motion for a Protective Order with respect to the 2004 Examination and Production of Documents Ordered upon MET's Application [Dkt. 275] (Northern Trust)

#26     Status Conference in *MET v. Discover Bank,* Case No. 2:25-01067-BR (Preference, fraudulent transfer)

#27     Status Conference in *MET v. DeVoto*, Case No. 2:25-01068-BR (Preference, fraudulent transfer)

#28     Status Conference in *MET v. Aria Resorts etc.,* Case No. 2:25-01069 (Preference, fraudulent transfer)

#29     Status Conference in *MET v. Casden*, Case No. 2:24-ap-01022-BR (Non Dischargeability)

#30     Status Conference in *MET v. Northern Trust,* Case No. 2:24-ap-01101 *(Hologenix case)*

**F.** **Request for Continuance of Hearings**

The Debtor recommends a continuance of this case status conference and all pending matters on the current calendar for 90 -120 days.

DATED: September 8, 2025                    SALVATO BOUFADEL, LLP


    */s/ Gregory M. Salvato*
_____
Gregory M. Salvato
Joseph Boufadel

Attorneys for Debtor and Debtor in Possession
SETH HALDANE CASDEN

# PROOF OF SERVICE OF DOCUMENT

*In re Seth Haldane Casden, Debtor, Chapter 11 Case No. 2:23-bk-16904-BR*

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**Salvato Boufadel, LLP, 9110 Irvine Center Drive, Irvine, California 92618**

A true and correct copy of the foregoing document entitled (*specify*):

**Case Status Report by Debtor and Debtor in Possession Seth Casden**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On *(date)* **09/08/25** checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2.** **SERVED BY UNITED STATES MAIL**:
On (*date*) **9/08/25**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3.** **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **9/08/25**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Honorable Barr Russell
United States Bankruptcy Court
255 E. Temple Street, Suite 1660/ Courtroom 1668
Los Angeles, CA  90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 09/08/25 | Gregory M. Salvato | /s/ Gregory M. Salvato |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    **F 9013-3.1.PROOF.SERVICE**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Shraddha Bharatia**   notices@becket-lee.com
- **Joseph Boufadel**   jboufadel@salvatoboufadel.com, Gsalvato@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com
- **Thomas E Butler**   butlert@whiteandwilliams.com, sullivann@whiteandwilliams.com;millnamowm@whiteandwilliams.com;panchavatis@whiteandwilliams.com
- **Aaron E. De Leest**   adeleest@marshackhays.com, adeleest@marshackhays.com,alinares@ecf.courtdrive.com
- **John-Patrick M Fritz**   jpf@lnbyg.com, JPF.LNBYB@ecf.inforuptcy.com
- **Matthew Grimshaw**   mgrimshaw@marshackhays.com, mgrimshaw@ecf.courtdrive.com;alinares@ecf.courtdrive.com
- **Jeff D Kahane**   jkahane@skarzynski.com, dahn@ecf.courtdrive.com
- **Sweeney Kelly**   kelly@ksgklaw.com
- **Wendy A Locke**   ecfcacb@aldridgepite.com, wlocke@ecf.inforuptcy.com
- **Betty Luu**   bluu@duanemorris.com
- **Ron Maroko**   ron.maroko@usdoj.gov
- **Allison C. Murray**   acmurray@swlaw.com, kcollins@swlaw.com
- **Kurt Ramlo**   RamloLegal@gmail.com, kr@ecf.courtdrive.com,ramlo@recap.email
- **Michael B Reynolds**   mreynolds@swlaw.com, kcollins@swlaw.com
- **Gregory M Salvato**   gsalvato@salvatoboufadel.com, calendar@salvatolawoffices.com;jboufadel@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com
- **Nicole Sullivan**   sullivann@whiteandwilliams.com, vulpioa@whiteandwilliams.com,arthura@whiteandwilliams.com
- **John N Tedford**   JNT@LNBYG.com, jnt@ecf.courtdrive.com
- **United States Trustee (LA)**   ustpregion16.la.ecf@usdoj.gov
- **David Wood**   dwood@marshackhays.com, dwood@ecf.courtdrive.com;lbuchananmh@ecf.courtdrive.com;spineda@ecf.courtdrive.com;alinares@ecf.courtdrive.com
- **Roye Zur**   rzur@elkinskalt.com, lwageman@elkinskalt.com;1648609420@filings.docketbird.com;rzur@ecf.courtdrive.com;lmasse@elkinskalt.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                    **F 9013-3.1.PROOF.SERVICE**