DANNING, GILL, ISRAEL & KRASNOFF, LLP
907 Westwood Blvd., Suite 1078
Los Angeles, California 90024
Telephone: (310) 277-0077

Former attorneys for Debtor and Debtor in Possession Seth Haldane Casden

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re | Case No. 2:23-bk-16904-BR |
| SETH HALDANE CASDEN, | Chapter 11 |
| Debtor and Debtor in Possession. | **VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF SECOND AND FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES BY DANNING, GILL, ISRAEL & KRASNOFF, LLP [DKT NO. 362]** |
| | Date: October 14, 2025<br>Time: 10:00 a.m.<br>Place: Courtroom 1668<br>255 East Temple Street<br>Los Angeles, CA 90012 |

On September 23, 2025, Danning, Gill, Israel & Krasnoff, LLP ("**Danning Gill**") filed its second and final application (the "**Application**") for compensation and reimbursement of expenses as former general bankruptcy counsel for debtor and debtor in possession Seth Haldane Casden.[1] Pursuant to a "notice of professionals" filed on August 1, 2025 (*docket no. 340*), the Application was set for hearing on October 14, 2025, at 10:00 a.m.

After filing the Application, Danning Gill learned that the next hearing on professionals' fee applications will held on November 18, 2025. Accordingly, Danning Gill hereby voluntarily

---

[1] The Application is docket no. 362.

1785768.1  27200                                          1

1  dismisses the Application without prejudice, and will refile the Application at least 21 days before
2  the new hearing date.
3
4  DATED:  October 2, 2025                DANNING, GILL, ISRAEL & KRASNOFF, LLP
5
6                                         By:      /s/ John N. Tedford, IV
7                                                JOHN N. TEDFORD, IV
                                                 Former attorneys for Debtor and Debtor in
8                                                Possession Seth Haldane Casden
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 907 Westwood Blvd., Suite 1078, Los Angeles, California 90024.

A true and correct copy of the foregoing document entitled (*specify*): VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF SECOND AND FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES BY DANNING, GILL, ISRAEL & KRASNOFF, LLP [DKT NO. 362] will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) October 2, 2025 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page.

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| October 2, 2025 | John N. Tedford, IV | /s/ John N. Tedford, IV |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                                         F 9013-3.1.PROOF.SERVICE
1785765.1  27200

**ADDITIONAL SERVICE INFORMATION (if needed):**

**1. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

Shraddha Bharatia on behalf of Creditor American Express National Bank
notices@becket-lee.com

Joseph Boufadel on behalf of Defendant Seth Haldane Casden
jboufadel@salvatoboufadel.com, Gsalvato@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com

Thomas E Butler on behalf of Interested Party Multiple Energy Technologies, LLC
butlert@whiteandwilliams.com,
sullivann@whiteandwilliams.com;millnamowm@whiteandwilliams.com;panchavatis@whiteandwilliams.com

Aaron E. De Leest on behalf of Debtor Seth Haldane Casden
adeleest@marshackhays.com, adeleest@marshackhays.com,alinares@ecf.courtdrive.com

John-Patrick M Fritz on behalf of Interested Party Courtesy NEF
jpf@lnbyg.com, JPF.LNBYB@ecf.inforuptcy.com

Matthew Grimshaw on behalf of Interested Party Courtesy NEF
mgrimshaw@marshackhays.com, mgrimshaw@ecf.courtdrive.com;alinares@ecf.courtdrive.com

Jeff D Kahane on behalf of Interested Party Alan Terry Leavitt
jkahane@skarzynski.com, dahn@ecf.courtdrive.com

Sweeney Kelly on behalf of Defendant American Express Company
kelly@ksgklaw.com

Wendy A Locke on behalf of Interested Party Courtesy NEF
ecfcacb@aldridgepite.com, wlocke@ecf.inforuptcy.com

Betty Luu on behalf of Interested Party Alan Terry Leavitt
bluu@duanemorris.com

Ron Maroko on behalf of U.S. Trustee United States Trustee (LA)
ron.maroko@usdoj.gov

Allison C. Murray on behalf of Respondent The Northern Trust Company of Delaware, as Trustee of the Seth Casden Resulting Trust
acmurray@swlaw.com, kcollins@swlaw.com

William M Noall on behalf of Defendant ARIA Resort & Casino
wnoall@gtg.legal, bknotices@gtg.legal

Kurt Ramlo on behalf of Interested Party Courtesy NEF
RamloLegal@gmail.com, kr@ecf.courtdrive.com,ramlo@recap.email

Kurt Ramlo on behalf of Interested Party Hologenix, LLC
RamloLegal@gmail.com, kr@ecf.courtdrive.com,ramlo@recap.email

Arjun P Rao on behalf of Defendant Discover Bank d/b/a Discover Card, Discover Financial Services, and Discover Products
arjun.rao@morganlewis.com, kathleen.rosello@morganlewis.com

Michael B Reynolds on behalf of Respondent The Northern Trust Company of Delaware, as Trustee of the Seth Casden Resulting Trust
mreynolds@swlaw.com, kcollins@swlaw.com

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                     **F 9013-3.1.PROOF.SERVICE**
1785765.1  27200

Gregory M Salvato on behalf of Attorney Salvato Boufadel LLP
gsalvato@salvatoboufadel.com, calendar@salvatolawoffices.com;jboufadel@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com

Gregory M Salvato on behalf of Debtor Seth Haldane Casden
gsalvato@salvatoboufadel.com, calendar@salvatolawoffices.com;jboufadel@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com

Gregory M Salvato on behalf of Defendant Seth Haldane Casden
gsalvato@salvatoboufadel.com, calendar@salvatolawoffices.com;jboufadel@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com

Gregory M Salvato on behalf of Interested Party Salvato Boufadel LLP
gsalvato@salvatoboufadel.com, calendar@salvatolawoffices.com;jboufadel@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com

Gregory M Salvato on behalf of Plaintiff Multiple Energy Technologies, LLC
gsalvato@salvatoboufadel.com, calendar@salvatolawoffices.com;jboufadel@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com

Nicole Sullivan on behalf of Interested Party Multiple Energy Technologies, LLC
sullivann@whiteandwilliams.com, vulpioa@whiteandwilliams.com,arthura@whiteandwilliams.com

Nicole Sullivan on behalf of Plaintiff Multiple Energy Technologies, LLC
sullivann@whiteandwilliams.com, vulpioa@whiteandwilliams.com,arthura@whiteandwilliams.com

John N Tedford, IV on behalf of Other Professional DANNING GILL ISRAEL & KRASNOFF
JNT@LNBYG.com, jnt@ecf.courtdrive.com

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

David Wood on behalf of Interested Party Courtesy NEF
dwood@marshackhays.com,
dwood@ecf.courtdrive.com;lbuchananmh@ecf.courtdrive.com;spineda@ecf.courtdrive.com;alinares@ecf.courtdrive.com

Roye Zur on behalf of Interested Party Courtesy NEF
rzur@elkinskalt.com,
lwageman@elkinskalt.com;1648609420@filings.docketbird.com;rzur@ecf.courtdrive.com;lmasse@elkinskalt.com

Roye Zur on behalf of Interested Party Multiple Energy Technologies, LLC
rzur@elkinskalt.com,
lwageman@elkinskalt.com;1648609420@filings.docketbird.com;rzur@ecf.courtdrive.com;lmasse@elkinskalt.com

Roye Zur on behalf of Plaintiff Multiple Energy Technologies, LLC
rzur@elkinskalt.com,
lwageman@elkinskalt.com;1648609420@filings.docketbird.com;rzur@ecf.courtdrive.com;lmasse@elkinskalt.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                      **F 9013-3.1.PROOF.SERVICE**
1785765.1  27200