ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP
ROYE ZUR, State Bar No. 273875
  *rzur@elkinskalt.com*
LAUREN N. GANS, State Bar No. 247542
  *lgans@elkinskalt.com*
10345 W. Olympic Blvd.
Los Angeles, California 90064
Telephone: 310.746.4400
Facsimile: 310.746.4499

Nicole A. Sullivan (pro hac vice)
  *sullivann@whiteandwilliams.com*
Thomas E. Butler (pro hac vice)
  *butlert@whiteandwilliams.com*
WHITE AND WILLIAMS LLP
7 Times Square - Suite 2900
New York, New York 10036
Telephone: (212) 631-4420

*Attorneys for Creditor Multiple Energy Technologies, LLC*

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>SETH HALDANE CASDEN,<br><br>　　　　Debtor. | Case No. 2:23-bk-16904-BR<br><br>Chapter 11<br><br>Hon. Barry Russell<br><br>**DECLARATION OF ROYE ZUR IN SUPPORT OF MOTION OF MULTIPLE ENERGY TECHNOLOGIES, LLC FOR APPOINTMENT OF A CHAPTER 11 TRUSTEE, OR ALTERNATIVELY, CONVERSION TO CHAPTER 7**<br><br>**<u>Hearing Date & Time</u>:**<br>Date:　　November 4, 2025<br>Time:　　10:00 a.m.<br>Place:　　Courtroom 1668<br>　　　　　255 E. Temple St.<br>　　　　　Los Angeles, CA 90012 |

5733658

1

DECLARATION OF ROYE ZUR

## DECLARATION OF ROYE ZUR

I, Roye Zur, declare as follows:

1. I am an attorney duly admitted to practice before this Court. I am a partner with Elkins Kalt Weintraub Reuben Gartside LLP, attorneys of record for creditor Multiple Energy Technologies, LLC ("MET"). I have personal knowledge of the facts set forth herein, and if called as a witness, I could and would competently testify to the matters stated herein.

2. On September 30, 2025, after MET discovered that Seth Haldane Casden ("Casden"), the debtor and debtor in possession in the above-captioned case, had made multiple unauthorized post-petition transfers, I spoke by telephone with attorney Gregory Salvato, counsel for Casden.

3. During my call with Mr. Salvato, I alerted Mr. Salvato to MET's discovery and to MET's intent to file a motion for appointment of a trustee. Mr. Salvato stated that he had been unaware of the transfers and asked me to delay filing the motion so that he can discuss the issue with Casden and subsequently get back to me.

4. Later that same day, I sent Mr. Salvato an email agreeing to his request.

5. Since September 30, 2025, I have heard nothing from Casden's counsel, despite sending him multiple follow-up emails.

I declare under penalty of perjury that the foregoing is true and correct.

Executed October 8, 2025, at Los Angeles, California.

                                          */s/ Roye Zur*
                                          Roye Zur

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
10345 W. Olympic Blvd., Los Angeles, CA 90064

A true and correct copy of the foregoing document entitled (*specify*): **DECLARATION OF ROYE ZUR IN SUPPORT OF MOTION OF MULTIPLE ENERGY TECHNOLOGIES, LLC FOR APPOINTMENT OF A CHAPTER 11 TRUSTEE, OR ALTERNATIVELY, CONVERSION TO CHAPTER 7** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) October 8, 2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) October 8, 2025, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Barry Russell
United States Bankruptcy Court
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1660 / Courtroom 1668
Los Angeles, CA 90012

Theodora Oringher PC
55 Anton Blvd 9th Flr
Costa Mesa, CA 92626

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) October 8, 2025, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| October 8, 2025 | Lauren B. Wageman | /s/ Lauren B. Wageman |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                    **F 9013-3.1.PROOF.SERVICE**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:
   - **Shraddha Bharatia**   notices@becket-lee.com
   - **Joseph Boufadel**   jboufadel@salvatoboufadel.com, Gsalvato@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com
   - **Thomas E Butler**   butlert@whiteandwilliams.com, sullivann@whiteandwilliams.com;millnamowm@whiteandwilliams.com;panchavatis@whiteandwilliams.com
   - **Aaron E. De Leest**   adeleest@marshackhays.com, adeleest@marshackhays.com,alinares@ecf.courtdrive.com
   - **John-Patrick M Fritz**   jpf@lnbyg.com, JPF.LNBYB@ecf.inforuptcy.com
   - **Matthew Grimshaw**   mgrimshaw@marshackhays.com, mgrimshaw@ecf.courtdrive.com;alinares@ecf.courtdrive.com
   - **Jeff D Kahane**   jkahane@skarzynski.com, dahn@ecf.courtdrive.com
   - **Sweeney Kelly**   kelly@ksgklaw.com
   - **Wendy A Locke**   ecfcacb@aldridgepite.com, wlocke@ecf.inforuptcy.com
   - **Betty Luu**   bluu@duanemorris.com
   - **Ron Maroko**   ron.maroko@usdoj.gov
   - **Allison C. Murray**   acmurray@swlaw.com, kcollins@swlaw.com
   - **William M Noall**   wnoall@gtg.legal, bknotices@gtg.legal
   - **Kurt Ramlo**   RamloLegal@gmail.com, kr@ecf.courtdrive.com,ramlo@recap.email
   - **Arjun P Rao**   arjun.rao@morganlewis.com, kathleen.rosello@morganlewis.com
   - **Michael B Reynolds**   mreynolds@swlaw.com, kcollins@swlaw.com
   - **Gregory M Salvato**   gsalvato@salvatoboufadel.com, calendar@salvatolawoffices.com;jboufadel@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com
   - **Nicole Sullivan**   sullivann@whiteandwilliams.com, vulpioa@whiteandwilliams.com,arthura@whiteandwilliams.com
   - **John N Tedford**   JNT@LNBYG.com, jnt@ecf.courtdrive.com
   - **United States Trustee (LA)**   ustpregion16.la.ecf@usdoj.gov
   - **David Wood**   dwood@marshackhays.com, dwood@ecf.courtdrive.com;lbuchananmh@ecf.courtdrive.com;spineda@ecf.courtdrive.com;alinares@ecf.courtdrive.com
   - **Roye Zur**   rzur@elkinskalt.com, lwageman@elkinskalt.com;1648609420@filings.docketbird.com;rzur@ecf.courtdrive.com;lmasse@elkinskalt.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*  **F 9013-3.1.PROOF.SERVICE**