GREGORY M. SALVATO (SBN 126285)
  Gsalvato@salvatoboufadel.com
JOSEPH BOUFADEL (SBN 267312)
  Jboufadel@salvatoboufadel.com
SALVATO BOUFADEL LLP
355 South Grand Avenue, Suite 2450
Los Angeles, California 92618
Telephone: (213) 484-8400

Attorneys for Debtor and Debtor-in-Possession
SETH HALDANE CASDEN

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES**

| | |
|---|---|
| In re:<br><br>SETH HALDANE CASDEN,<br><br>Debtor and<br>Debtor-in-Possession. | Case No. 2:23-bk-16904-BR<br><br>Chapter 11<br><br>**Joint Stipulation to Continue Hearing on Motion for Appointment of a Chapter 11 Trustee, or, Alternatively, Conversion to Chapter 7**<br><br>Date: November 4, 2025<br>Time: 10:00 a.m.<br>Place: Courtroom 1668<br>  Roybal Federal Building<br>  255 East Temple Street<br>  Los Angeles, CA 90012 |

Debtor and Debtor in Possession Seth Haldane Casden ("Debtor"), and Creditor Multiple Energy Technologies, LLC ("MET"), through counsel, hereby submit this Joint Stipulation for an Order Continuing the hearing on MET's Motion, and respectfully request an Order thereon, as follows:

//

---

JOINT STIPULATION TO CONTINUE HEARING  -1-  *In re Seth Haldane Casden, Debtor.*
Chapter 11 Case No.2:23-bk-16904-BR

A. This case was commenced by a voluntary petition under Chapter 11 of the Bankruptcy Code on October 17, 2023, and the Debtor remains in possession of the bankruptcy estate.

B. On October 8, 2025, MET filed the *"Notice of Motion and Motion of Multiple Energy Technologies, LLC for Appointment of a Chapter 11 Trustee, or, Alternatively, Conversion to Chapter 7; etc."* (the "Motion"), which Motion is currently scheduled for hearing on November 4, 2025, at 10:00 a.m. in this Court.

C. Debtor, through counsel, has requested a continuance of the hearing and deadline for an Opposition to be filed, in order to adequately respond to the Motion. MET, through counsel, as a professional courtesy, has agreed to a continuation of the hearing date to November 18, 2025.

D. The parties, therefore, have stipulated and agreed to a continuance of the hearing date on MET's Motion and request that the Court enter its Order setting the new hearing date for November 18, 2025, at 10:00 a.m., or as soon thereafter as the matter can be heard.

DATED: October 20, 2025

WHITE AND WILLIAMS LLP

and

ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP

By: _____
Roye Zur
Creditor
Attorneys for ~~Credito~~ MULTIPLE ENERGY TECHNOLOGIES, LLC

[Signatures Continued]

1  DATED: October 17, 2025          SALVATO BOUFADEL, LLP

3           */s/ Gregory M. Salvato*

4           Gregory M. Salvato
5           Joseph Boufadel

6           Attorneys for Debtor and Debtor in Possession
            SETH HALDANE CASDEN

16                                  ###

# PROOF OF SERVICE OF DOCUMENT

<u>In re Seth Haldane Casden, Debtor, Chapter 11 Case No. 2:23-bk-16904-BR</u>

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**Salvato Boufadel, LLP, 355 South Grand Avenue, Suite 2450, Los Angeles, California 90071**

A true and correct copy of the foregoing document entitled (*specify*):

**Joint Stipulation to Continue Hearing on Motion for Appointment of a Chapter 11 Trustee, or, Alternatively, Conversion to Chapter 7**
**Declaration of Gregory M. Salvato, Esq. in Support of Joint Stipulation to Continue Hearing**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On *(date)* **10/20/25** checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On *(date)* **10/20/25**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** <u>(state method for each person or entity served)</u>:  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on *(date)* **10/20/25**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 10/20/25 | Gregory M. Salvato | */s/ Gregory M. Salvato* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                      **F 9013-3.1.PROOF.SERVICE**

Electronic Mail Service List

- **Shraddha Bharatia**   notices@becket-lee.com
- **Joseph Boufadel**   jboufadel@salvatoboufadel.com, Gsalvato@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com
- **Thomas E Butler**   butlert@whiteandwilliams.com, sullivann@whiteandwilliams.com;millnamowm@whiteandwilliams.com;panchavatis@whiteandwilliams.com
- **Aaron E. De Leest**   adeleest@marshackhays.com, adeleest@marshackhays.com,alinares@ecf.courtdrive.com
- **John-Patrick M Fritz**   jpf@lnbyg.com, JPF.LNBYB@ecf.inforuptcy.com
- **Matthew Grimshaw**   mgrimshaw@marshackhays.com, mgrimshaw@ecf.courtdrive.com;alinares@ecf.courtdrive.com
- **Jeff D Kahane**   jkahane@skarzynski.com, dahn@ecf.courtdrive.com
- **Sweeney Kelly**   kelly@ksgklaw.com
- **Wendy A Locke**   ecfcacb@aldridgepite.com, wlocke@ecf.inforuptcy.com
- **Betty Luu**   bluu@duanemorris.com
- **Ron Maroko**   ron.maroko@usdoj.gov
- **Allison C. Murray**   acmurray@swlaw.com, kcollins@swlaw.com
- **Kurt Ramlo**   RamloLegal@gmail.com, kr@ecf.courtdrive.com,ramlo@recap.email
- **Michael B Reynolds**   mreynolds@swlaw.com, kcollins@swlaw.com
- **Gregory M Salvato**   gsalvato@salvatoboufadel.com, calendar@salvatolawoffices.com;jboufadel@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com
- **Nicole Sullivan**   sullivann@whiteandwilliams.com, vulpioa@whiteandwilliams.com,arthura@whiteandwilliams.com
- **John N Tedford**   JNT@LNBYG.com, jnt@ecf.courtdrive.com
- **United States Trustee (LA)**   ustpregion16.la.ecf@usdoj.gov
- **David Wood**   dwood@marshackhays.com, dwood@ecf.courtdrive.com;lbuchananmh@ecf.courtdrive.com;spineda@ecf.courtdrive.com;alinares@ecf.courtdrive.com
- **Roye Zur**   rzur@elkinskalt.com, lwageman@elkinskalt.com;1648609420@filings.docketbird.com;rzur@ecf.courtdrive.com;lmasse@elkinskalt.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**