GREGORY M. SALVATO (SBN 126285)
   Gsalvato@salvatoboufadel.com
JOSEPH BOUFADEL (SBN 267312)
   Jboufadel@salvatoboufadel.com
SALVATO BOUFADEL LLP
355 South Grand Avenue, Suite 2450
Los Angeles, California 92618
Telephone: (213) 484-8400

Attorneys for Debtor and Debtor-in-Possession
SETH HALDANE CASDEN

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
### LOS ANGELES

| | |
|---|---|
| In re:<br><br>SETH HALDANE CASDEN,<br><br>    Debtor and<br>    Debtor-in-Possession. | Case No. 2:23-bk-16904-BR<br><br>Chapter 11<br><br>**Declaration of Gregory M. Salvato, Esq. in support of Joint Stipulation to Continue Hearing on Motion for Appointment of a Chapter 11 Trustee, or, Alternatively, Conversion to Chapter 7**<br><br><u>Current Hearing Date</u><br>Date:   November 4, 2025<br>Time:   10:00 a.m.<br><br><u>Requested Hearing Date</u><br>Date:   November 18, 2025<br>Time:   10:00 a.m.<br><br>Place:   Courtroom 1668<br>         Roybal Federal Building<br>         255 East Temple Street<br>         Los Angeles, CA 90012 |

# DECLARATION OF GREGORY M. SALVATO, ESQ.

I, Gregory M. Salvato, declare:

1. I am an attorney at law admitted to practice before this Court and all of the courts of the State of California. I am a member of Salvato Boufadel, LLP in Los Angeles. I bankruptcy counsel for the Debtor and Debtor in Possession Seth Haldane Casden ("Debtor") in this Chapter 11 case.

2. The following facts are known to me of my own personal knowledge and if called as a witness I could and would competently testify to the truth thereof.

3. This Declaration is submitted in support of the "Joint Stipulation to Continue the hearing on the "Motion for Appointment of a Chapter 11 Trustee, or Alternatively, for Conversion of the Case to Chapter 7" (the "Motion") filed by creditor Multiple Energy Technologies ("MET").

4. MET's Motion was filed on October 8, 2025, and is scheduled for hearing on November 4, 2025.

5. On behalf of the Debtor, I requested through counsel that MET agree to a continuance of the hearing for two weeks, as a professional courtesy, to accommodate my schedule and that of the Debtor, and in order to fully address the numerous factual issues and disputed claims asserted in the Motion.

6. The Motion is sufficiently detailed to require an extensive factual response and is of significant importance to the progress of the Debtor's chapter 11 case and plan of reorganization.

7. MET, through counsel, has graciously agreed, as a professional courtesy, to continue the hearing to November 18, 2025, at 10:00 a.m., or as soon thereafter as the matter can be heard.

8. Wherefore the parties request that the Court enter its Order continuing the hearing on the Motion to November 18, 2025, at 10:00 a.m., or as soon thereafter as is available and convenient to the Court.

//

Salvato Boufadel LLP

DECLARATION IN SUPPORT OF JOINT
STIPULATION TO CONTINUE HEARING
-1-
*In re Seth Haldane Casden, Debtor.*
Chapter 11 Case No.2:23-bk-16904-BR

1  I declare under penalty of perjury under the laws of the United States of America
2  that the foregoing is true and correct. Executed on October 20, 2025, at Los Angeles,
3  California.

_____
Gregory M. Salvato

###

## PROOF OF SERVICE OF DOCUMENT

<u>In re Seth Haldane Casden, Debtor, Chapter 11 Case No. 2:23-bk-16904-BR</u>

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**Salvato Boufadel, LLP, 355 South Grand Avenue, Suite 2450, Los Angeles, California 90071**

A true and correct copy of the foregoing document entitled (*specify*):

**Joint Stipulation to Continue Hearing on Motion for Appointment of a Chapter 11 Trustee, or, Alternatively, Conversion to Chapter 7**
**Declaration of Gregory M. Salvato, Esq. in Support of Joint Stipulation to Continue Hearing**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On *(date)* **10/20/25** checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2**. **SERVED BY UNITED STATES MAIL**:
On *(date)* **10/20/25**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3**. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on *(date)* **10/20/25**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 10/20/25 | Gregory M. Salvato | /s/ Gregory M. Salvato |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                                    **F 9013-3.1.PROOF.SERVICE**

Electronic Mail Service List

- **Shraddha Bharatia**    notices@becket-lee.com
- **Joseph Boufadel**    jboufadel@salvatoboufadel.com, Gsalvato@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com
- **Thomas E Butler**    butlert@whiteandwilliams.com, sullivann@whiteandwilliams.com;millnamowm@whiteandwilliams.com;panchavatis@whiteandwilliams.com
- **Aaron E. De Leest**    adeleest@marshackhays.com, adeleest@marshackhays.com,alinares@ecf.courtdrive.com
- **John-Patrick M Fritz**    jpf@lnbyg.com, JPF.LNBYB@ecf.inforuptcy.com
- **Matthew Grimshaw**    mgrimshaw@marshackhays.com, mgrimshaw@ecf.courtdrive.com;alinares@ecf.courtdrive.com
- **Jeff D Kahane**    jkahane@skarzynski.com, dahn@ecf.courtdrive.com
- **Sweeney Kelly**    kelly@ksgklaw.com
- **Wendy A Locke**    ecfcacb@aldridgepite.com, wlocke@ecf.inforuptcy.com
- **Betty Luu**    bluu@duanemorris.com
- **Ron Maroko**    ron.maroko@usdoj.gov
- **Allison C. Murray**    acmurray@swlaw.com, kcollins@swlaw.com
- **Kurt Ramlo**    RamloLegal@gmail.com, kr@ecf.courtdrive.com,ramlo@recap.email
- **Michael B Reynolds**    mreynolds@swlaw.com, kcollins@swlaw.com
- **Gregory M Salvato**    gsalvato@salvatoboufadel.com, calendar@salvatolawoffices.com;jboufadel@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com
- **Nicole Sullivan**    sullivann@whiteandwilliams.com, vulpioa@whiteandwilliams.com,arthura@whiteandwilliams.com
- **John N Tedford**    JNT@LNBYG.com, jnt@ecf.courtdrive.com
- **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov
- **David Wood**    dwood@marshackhays.com, dwood@ecf.courtdrive.com;lbuchananmh@ecf.courtdrive.com;spineda@ecf.courtdrive.com;alinares@ecf.courtdrive.com
- **Roye Zur**    rzur@elkinskalt.com, lwageman@elkinskalt.com;1648609420@filings.docketbird.com;rzur@ecf.courtdrive.com;lmasse@elkinskalt.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**