United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 23-16904-BR |
| Seth Haldane Casden | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Oct 22, 2025 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 24, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Seth Haldane Casden, 1112 Montana Ave Suite 13, Santa Monica, CA 90403-1652 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 24, 2025                Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 22, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Aaron E. De Leest | on behalf of Debtor Seth Haldane Casden adeleest@marshackhays.com adeleest@marshackhays.com,alinares@ecf.courtdrive.com |
| Allison C. Murray | on behalf of Respondent The Northern Trust Company of Delaware as Trustee of the Seth Casden Resulting Trust acmurray@swlaw.com, kcollins@swlaw.com |
| Arjun P Rao | on behalf of Defendant Discover Bank d/b/a Discover Card Discover Financial Services, and Discover Products arjun.rao@morganlewis.com, kathleen.rosello@morganlewis.com |
| Betty Luu | on behalf of Interested Party Alan Terry Leavitt bluu@duanemorris.com |
| David Wood | on behalf of Interested Party Courtesy NEF dwood@marshackhays.com |

dwood@ecf.courtdrive.com;lbuchananmh@ecf.courtdrive.com;spineda@ecf.courtdrive.com;alinares@ecf.courtdrive.com

Gregory M Salvato
on behalf of Defendant Seth Haldane Casden gsalvato@salvatoboufadel.com calendar@salvatolawoffices.com;jboufadel@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com

Gregory M Salvato
on behalf of Attorney Salvato Boufadel LLP gsalvato@salvatoboufadel.com calendar@salvatolawoffices.com;jboufadel@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com

Gregory M Salvato
on behalf of Interested Party Salvato Boufadel LLP gsalvato@salvatoboufadel.com calendar@salvatolawoffices.com;jboufadel@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com

Gregory M Salvato
on behalf of Plaintiff Multiple Energy Technologies  LLC gsalvato@salvatoboufadel.com, calendar@salvatolawoffices.com;jboufadel@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com

Gregory M Salvato
on behalf of Debtor Seth Haldane Casden gsalvato@salvatoboufadel.com calendar@salvatolawoffices.com;jboufadel@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com

Jeff D Kahane
on behalf of Interested Party Alan Terry Leavitt jkahane@skarzynski.com  dahn@ecf.courtdrive.com

John N Tedford, IV
on behalf of Plaintiff Seth Casden JNT@LNBYG.com  jnt@ecf.courtdrive.com

John N Tedford, IV
on behalf of Other Professional DANNING GILL ISRAEL & KRASSNOFF JNT@LNBYG.com  jnt@ecf.courtdrive.com

John-Patrick M Fritz
on behalf of Interested Party Courtesy NEF jpf@lnbyg.com  JPF.LNBYB@ecf.inforuptcy.com

Joseph Boufadel
on behalf of Defendant Seth Haldane Casden jboufadel@salvatoboufadel.com Gsalvato@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com

Kurt Ramlo
on behalf of Interested Party Courtesy NEF RamloLegal@gmail.com  kr@ecf.courtdrive.com,ramlo@recap.email

Kurt Ramlo
on behalf of Interested Party Hologenix  LLC RamloLegal@gmail.com, kr@ecf.courtdrive.com,ramlo@recap.email

Matthew Grimshaw
on behalf of Interested Party Courtesy NEF mgrimshaw@marshackhays.com mgrimshaw@ecf.courtdrive.com;alinares@ecf.courtdrive.com

Michael B Reynolds
on behalf of Respondent The Northern Trust Company of Delaware  as Trustee of the Seth Casden Resulting Trust mreynolds@swlaw.com, kcollins@swlaw.com

Nicole Sullivan
on behalf of Interested Party Multiple Energy Technologies  LLC sullivann@whiteandwilliams.com, vulpioa@whiteandwilliams.com,arthura@whiteandwilliams.com

Nicole Sullivan
on behalf of Plaintiff Multiple Energy Technologies  LLC sullivann@whiteandwilliams.com, vulpioa@whiteandwilliams.com,arthura@whiteandwilliams.com

Ron Maroko
on behalf of U.S. Trustee United States Trustee (LA) ron.maroko@usdoj.gov

Roye Zur
on behalf of Plaintiff Multiple Energy Technologies  LLC rzur@elkinskalt.com, lwageman@elkinskalt.com;1648609420@filings.docketbird.com;rzur@ecf.courtdrive.com;lmasse@elkinskalt.com

Roye Zur
on behalf of Interested Party Courtesy NEF rzur@elkinskalt.com lwageman@elkinskalt.com;1648609420@filings.docketbird.com;rzur@ecf.courtdrive.com;lmasse@elkinskalt.com

Roye Zur
on behalf of Interested Party Multiple Energy Technologies  LLC rzur@elkinskalt.com, lwageman@elkinskalt.com;1648609420@filings.docketbird.com;rzur@ecf.courtdrive.com;lmasse@elkinskalt.com

Shraddha Bharatia
on behalf of Creditor American Express National Bank notices@becket-lee.com

Sweeney Kelly
on behalf of Defendant American Express Company kelly@ksgklaw.com

Thomas E Butler
on behalf of Interested Party Multiple Energy Technologies  LLC butlert@whiteandwilliams.com,

District/off: 0973-2 | User: admin | Page 3 of 3
Date Rcvd: Oct 22, 2025 | Form ID: pdf042 | Total Noticed: 1

sullivann@whiteandwilliams.com;millnamowm@whiteandwilliams.com;panchavatis@whiteandwilliams.com

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

Wendy A Locke
on behalf of Interested Party Courtesy NEF ecfcacb@aldridgepite.com  wlocke@ecf.inforuptcy.com

William M Noall
on behalf of Defendant ARIA Resort & Casino wnoall@gtg.legal  bknotices@gtg.legal

TOTAL: 31

GREGORY M. SALVATO (SBN 126285)
  Gsalvato@salvatoboufadel.com
JOSEPH BOUFADEL (SBN 267312)
  Jboufadel@salvatoboufadel.com
SALVATO BOUFADEL LLP
355 South Grand Avenue, Suite 2450
Los Angeles, California 92618
Telephone: (213) 484-8400

Attorneys for Debtor and Debtor-in-Possession
SETH HALDANE CASDEN

**FILED & ENTERED**

OCT 22 2025

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** fortier    **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES

| | |
|---|---|
| In re:<br><br>SETH HALDANE CASDEN,<br><br>Debtor and<br>Debtor-in-Possession. | Case No. 2:23-bk-16904-BR<br><br>Chapter 11<br><br>**Order on Joint Stipulation to Continue Hearing on Motion for Appointment of a Chapter 11 Trustee, or, Alternatively, Conversion to Chapter 7**<br><br>Date:    November 4, 2025<br>Time:   10:00 a.m.<br>Place:   Courtroom 1668<br>             Roybal Federal Building<br>             255 East Temple Street<br>             Los Angeles, CA 90012 |

The Court, having considered the Joint Stipulation (the "Stipulation") to Continue Hearing on the "*Motion for Appointment of a Chapter 11 Trustee, or Alternatively, Conversion to Chapter 7*" (the "Motion"), between Debtor and Debtor in Possession Seth Haldane Casden ("Debtor"), and Creditor Multiple Energy Technologies, LLC ("MET"), through counsel, for good cause shown,

**IT IS HEREBY ORDERED:**

1. The hearing on the Motion is continued to November 18, 2025 at 10:00 a.m. in courtroom 1668.

2. The deadlines for Opposition to the Motion, and for the Reply to the Opposition, are continued per the Local Bankruptcy Rules.

### 

Date: October 22, 2025

_____
Barry Russell
United States Bankruptcy Judge

Salvato Boufadel LLP

ORDER ON JOINT STIPULATION TO CONTINUE HEARING -2- *In re Seth Haldane Casden, Debtor.* Chapter 11 Case No.2:23-bk-16904-BR