GREGORY M. SALVATO (SBN 126285)
Gsalvato@salvatoboufadel.com
JOSEPH BOUFADEL (SBN 267312)
Jboufadel@salvatoboufadel.com
SALVATO BOUFADEL LLP
355 So. Grand Avenue, Suite 2450
Los Angeles, California 90071
Telephone: (213) 484-8400

Attorneys for Debtor and Debtor-in-Possession
SETH HALDANE CASDEN

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES**

In re:

SETH HALDANE CASDEN,

Debtor and
Debtor-in-Possession.

Case No. 2:23-bk-16904-BR

Chapter 11

**Notice of Hearing on Applications for Compensation of Fees and Reimbursement of Expenses of Professionals Retained by the Estate**

Date: November 18, 2025
Time: 10:00 a.m.
Place: Courtroom 1668
Roybal Federal Building
255 East Temple Street
Los Angeles, CA 90012

**PLEASE TAKE NOTICE** that on November 18, 2025, at 10:00 a.m., or as soon thereafter as the matter may be heard, in Courtroom 1668 of the United States Bankruptcy Court for the Central District of California, located at 255 East Temple Street, Los Angeles, California, a hearing will be held on the interim fee applications for

Main Document Page 2 of 7

compensation of fees and reimbursement of expenses of the following professionals retained by the Debtor's bankruptcy estate:

(1) Salvato Boufadel, LLP, the Debtor's general bankruptcy counsel

(2) Benedon & Serlin, the Debtor's special appellate counsel;

(3) Armory Consulting Company, the Debtor's financial advisor; and

(4) Windes, Inc., the Debtor's tax accountant;

The amounts requested to be awarded are the following:

(1) Salvato Boufadel, LLP

Period covered by this application (February 1, 2025, to September 30, 2025)

| | |
|---|---|
| Amount of fees requested | $ 82,700.00 |
| Amount of costs requested | $ 168.97 |
| | $ 82,868.97 |
| Retainer applied | <$50,000.00 > |
| Unpaid balance | $ 32,868.97 |

Applicant's address: 355 So. Grand Avenue, Suite 2450
Los Angeles, CA 90071

(2) Benedon & Serlin, LLP

Period covered by this application (February 1, 2025, to September 30, 2025)

| | |
|---|---|
| Amount of fees requested | $ 257,242.00 |
| Amount of costs requested | $ 2,378.83 |
| | $ 259,620.83 |
| Retainer applied | <$ 120,000.00> |
| Unpaid balance | $ 139,620.83 |

Applicant's address: 22708 Mariano Street
Woodland Hills, CA 91367-5128

Salvato Boufadel LLP

Notice of Hearing on Interim Fee Applications -2- *In re Seth Haldane Casden, Debtor.*
Chapter 11 Case No.2:23-bk-16904-BR

(3) Armory Consulting Company, financial advisor

Period covered by this application (August 1, 2024, to October 31, 2025)

| | |
|---|---|
| Amount of fees requested | $ 37,690.00 |
| Amount of costs requested | $ 0.00 |
| | $ 37,690.00 |
| Retainer applied | <$ 0.00> |
| Unpaid balance | $ 37,690.00 |

Applicant's address: 3943 Irvine Blvd. #253<br>Irvine, CA 92602

(4) Windes, Inc., tax accountant

Period covered by this application (February 1, 2025, to October 10, 2025)

| | |
|---|---|
| Amount of fees requested | $ 14,586.00 |
| Amount of costs requested | $ 264.75 |
| | $ 14,850.75 |
| Retainer applied | <$ 8,500.00> |
| Unpaid balance | $ 6,350.75 |

Applicant's address: 2050 Main Street, Suite 1300<br>Irvine, California 92614

**PLEASE TAKE FURTHER NOTICE** that the Court will also be asked to approve the second and final application for fees and expenses incurred by Danning, Gill, Israel & Krasnoff, LLP, the former general bankruptcy counsel for the Debtor in the total amount of $776,581.30, calculated as follows:

a. Amounts previously approved: (order entered on 10/1/2024):

| | |
|---|---|
| Fees incurred (10/17/23 – 7/31/24) | $659,700.00 |
| Costs incurred (10/17/23 – 7/31/24) | 13,391.26 |
| Total approved on an interim basis | $673,091.26 |
| | |
| Retainer balance applied | $174,420.72 |
| Payments after entry of 10/1/24 order | 446,075.00 |
| Outstanding balance of approved fees and costs | $52,595.54 |

b. Amounts for which allowance is requested for this period:

| | |
|---|---|
| Fees incurred (8/1/24 – 1/31/25) | $102,740.00 |
| Costs incurred (8/1/24 – 1/31/25) | 750.04 |
| Total allowance sought for this period | $103,490.04 |

c. Total for which allowance is sought on a final basis:

| | |
|---|---|
| Fees incurred | $762,440.00 |
| Costs incurred (8/1/24 – 1/31/25) | 14,141.30 |
| Total allowance sought for this period | $776,581.30 |

Provided that the Court approves its final fee application as requested, as an accommodation to the Debtor, the estate, and its creditors, Danning Gill has agreed to not seek additional payment on account of its allowed fees and costs. Therefore, Danning Gill is requesting that the Court approve payment of its fees and costs for the entirety of the case, on a final basis, in the amount of $620,495.72. This equates to a 10.1% discount of the total fees and costs billed by Danning Gill during the entirety of the case.

Applicant's address: 907 Westwood Blvd., Suite 1078, Los Angeles, CA 90024

**PLEASE TAKE FURTHER NOTICE** that the Applications are available from the Clerk of the Court or by request to the undersigned counsel.

Salvato Boufadel LLP

Notice of Hearing on Interim Fee Applications -4- *In re Seth Haldane Casden, Debtor.* Chapter 11 Case No.2:23-bk-16904-BR

**PLEASE TAKE FURTHER NOTICE** that any opposition to the applications must be in writing in the format required by the Local Bankruptcy Rules, filed with the Clerk of the Court and served upon the undersigned counsel and on the affected applicant(s) not less than fourteen (14) days before the hearing. Failure to comply with this procedure may be deemed by the Court to be consent to the relief requested.

Dated: October 24, 2025

SALVATO BOUFADEL LLP

By: */s/ Gregory M. Salvato*
Gregory M. Salvato
Joseph Boufadel

Attorneys for Debtor and Debtor in Possession
SETH HALDANE CASDEN

Salvato Boufadel LLP

Notice of Hearing on Interim Fee Applications -5- *In re Seth Haldane Casden, Debtor.*
Chapter 11 Case No.2:23-bk-16904-BR

Main Document Page 6 of 7

# PROOF OF SERVICE OF DOCUMENT

*In re Seth Haldane Casden, Debtor, Chapter 11 Case No. 2:23-bk-16904-BR*

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**Salvato Boufadel, LLP, 355 South Grand Avenue, Suite 2450, Los Angeles, California 90071**

A true and correct copy of the foregoing document entitled (*specify*):

**Notice of Hearing on Applications for Compensation of Fees and Reimbursement of Expenses of Professionals Retained by the Bankruptcy Estate**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On *(date)* **10/24/25** checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **10/24/25**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **10/24/25**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 10/24/25 | Gregory M. Salvato | */s/ Gregory M. Salvato* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

Electronic Mail Service List

- **Shraddha Bharatia** notices@becket-lee.com
- **Joseph Boufadel** jboufadel@salvatoboufadel.com, Gsalvato@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com
- **Thomas E Butler** butlert@whiteandwilliams.com, sullivann@whiteandwilliams.com;millnamowm@whiteandwilliams.com;panchavatis@whiteandwilliams.com
- **Aaron E. De Leest** adeleest@marshackhays.com, adeleest@marshackhays.com,alinares@ecf.courtdrive.com
- **John-Patrick M Fritz** jpf@lnbyg.com, JPF.LNBYB@ecf.inforuptcy.com
- **Matthew Grimshaw** mgrimshaw@marshackhays.com, mgrimshaw@ecf.courtdrive.com;alinares@ecf.courtdrive.com
- **Jeff D Kahane** jkahane@skarzynski.com, dahn@ecf.courtdrive.com
- **Sweeney Kelly** kelly@ksgklaw.com
- **Wendy A Locke** ecfcacb@aldridgepite.com, wlocke@ecf.inforuptcy.com
- **Betty Luu** bluu@duanemorris.com
- **Ron Maroko** ron.maroko@usdoj.gov
- **Allison C. Murray** acmurray@swlaw.com, kcollins@swlaw.com
- **Kurt Ramlo** RamloLegal@gmail.com, kr@ecf.courtdrive.com,ramlo@recap.email
- **Michael B Reynolds** mreynolds@swlaw.com, kcollins@swlaw.com
- **Gregory M Salvato** gsalvato@salvatoboufadel.com, calendar@salvatolawoffices.com;jboufadel@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com
- **Nicole Sullivan** sullivann@whiteandwilliams.com, vulpioa@whiteandwilliams.com,arthura@whiteandwilliams.com
- **John N Tedford** JNT@LNBYG.com, jnt@ecf.courtdrive.com
- **United States Trustee (LA)** ustpregion16.la.ecf@usdoj.gov
- **David Wood** dwood@marshackhays.com, dwood@ecf.courtdrive.com;lbuchananmh@ecf.courtdrive.com;spineda@ecf.courtdrive.com;alinares@ecf.courtdrive.com
- **Roye Zur** rzur@elkinskalt.com, lwageman@elkinskalt.com;1648609420@filings.docketbird.com;rzur@ecf.courtdrive.com;lmasse@elkinskalt.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012 **F 9013-3.1.PROOF.SERVICE**