| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| GREGORY M. SALVATO, ESQ. (SBN 126285)<br>   gsalvato@salvatoboufadel.com<br>JOSEPH BOUFADEL, ESQ. (SBN 267312)<br>   jboufadel@salvatoboufadel.com<br>SALVATO BOUFADEL, LLP<br>355 South Grand Avenue, Suite 2450<br>Los Angeles, CA  90071<br>(213) 484-8400<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Debtor | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br><br>SETH HALDANE CASDEN,<br><br><br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 2:23-bk-16904-BR<br><br>CHAPTER: 11<br><hr>**APPLICATION FOR PAYMENT OF:**<br><br>☒ **INTERIM FEES AND/OR EXPENSES**<br>   **(11 U.S.C. § 331)**<br><br>☐ **FINAL FEES AND/OR EXPENSES**<br>   **(11 U.S.C. § 330)**<br><hr>DATE: 11/18/2025<br>TIME: 10:00 am<br>COURTROOM: 1668<br>PLACE: Roybal Federal Building,<br>     255 E. Temple Street<br>     Los Angeles, CA  90012 |

1. Name of Applicant (*specify*): ARMORY CONSULTING COMPANY

2. Type of services rendered:
    a. ☐ Attorney for (*specify*): _____
    b. ☐ Accountant for (*specify*): _____
    c. ☒ Other professional (*specify*): Financial Advisor to the Debtor and Debtor in Posession

3. Date of filing of petition under chapter 11 of the Bankruptcy Code: 11/17/2023

4. Date of entry of Order Approving Applicant's Employment: 12/06/2023

5. Date of filing of last Fee and/or Expense Application: 08/27/2024

---

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                               Page 1                               **F 2016-1.2.APP.PAYMENT.FEES**

6.  Total fees allowed or paid to Applicant to date (including retainers and prior
    approved fee applications): $ 83,925.00

    a.  Retainer received: $ 0.00

    b.  Retainer remaining as of the date of this Application: $ 0.00

    c.  Total amount requested in all prior applications: $ 83,925.00

    d.  Total amount actually paid pursuant to prior approved applications: $ 83,925.00

    e.  Total amount currently due but unpaid pursuant to prior approved applications: $ 0.00

    f.  Total amount allowed but reserved pending final fee application: $ 0.00

7.  **Summary of Requested Fees**: (*attach detailed supporting documentation to this Application*)

| Professional Person's Name | Hourly Rate | X | Total Hours this Person | = | Total Fees this Person |
|---|---|---|---|---|---|
| a. | $ | X | | = | $ |
| b. | $ | X | | = | $ |
| c. | $ | X | | = | $ |
| d. | $ | X | | = | $ |
| e. | $ | X | | = | $ |
| f.  TOTAL | $ | X | | = | $ 37,690.00 |

    g.  ☒ Continued on attached page

8.  The hourly rates above are the same rates charged by the above professionals for non-bankruptcy services except as
    follows:                                                                    ☐ See attached page

9.  Bonus requested (final fee applications only): $ 0.00
    (*attach Declaration and Memorandum of Points and Authorities justifying bonus*)

10. **TOTAL FEES REQUESTED THIS APPLICATION**: $ 37,690.00

11. Total expenses paid to Applicant to date (including retainers and prior
    approved expense applications): $ 0.00

---

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

12. **Summary of Requested Expense Reimbursement**: (*attach detailed supporting documentation to this Application*)

| Type of Expense | Reimbursement Requested this Application |
|---|---|
| a. | $ |
| b. | $ |
| c. | $ |
| d. | $ |
| e. TOTAL | $ 0.00 |
| f. | $ |
| g. ☐ Continued on Attached Page | |

13. **TOTAL EXPENSE REIMBURSEMENT REQUESTED THIS APPLICATION:** $ 0.00

14. Applicant submits the following in support of the Application herein pursuant to LBR 2016-1 (*specify*):

    See attached Application and Exhibits

15. Total number of attached pages of supporting documentation:  23

16. Applicant declares under penalty of perjury under the laws of the United States that the foregoing Application and all attached supporting documentation are true and correct and accurately reflect services rendered and expenses incurred.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 10/24/2025 | James Wong | | *Janes Wong* | |
|---|---|---|---|---|
| *Date* | *Printed Name* | | *Signature* | |

---

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

JAMES WONG
*jwong@armoryconsulting.com*
**ARMORY CONSULTING COMPANY**
3943 Irvine Blvd., #253,
Irvine, California  92602
Telephone: 714-222-5552

Applicant as Financial Advisor to the Debtor

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>SETH  HALDANE CASDEN,<br><br>                  Debtor-in-Possession. | Case No. 2:23-bk-16904-BR<br><br>Chapter 11<br><br>**SECOND INTERIM APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES BY ARMORY CONSULTING COMPANY AS FINANCIAL ADVISOR FOR THE DEBTOR; DECLARATION OF JAMES WONG IN SUPPORT THEREOF**<br><br>[Covering the Period from August 1, 2024 through October 31, 2025<br><br>Date:     November 18, 2025<br>Time:    10:00 a.m.<br>Place:    Courtroom 1668<br>            255 East Temple Street<br>            Los Angeles, California |

**TO THE HONORABLE BARRY RUSSELL, UNITED STATES BANKRUPTCY JUDGE, UNITED STATES TRUSTEE, AND ALL INTERESTED PARTIES**:

Armory Consulting Company ("Armory" or the "Applicant"), files its Second Interim Application (the "Application") for Compensation and Reimbursement of Expenses as Financial Advisor in the Chapter 11 bankruptcy case of Mr. Seth Haldane Casden (the "Debtor") and respectfully represents as follows:

    **1.**       **Identity of the Applicant**

1  Applicant is Armory Consulting Company.

2  **2.     Nature of Representation**

3  Applicant represented the Debtor in this case as its financial advisor from November 3,

4  2023 through October 31, 2025, which the Court approved.

5  **3.     The Employment of Applicant**

6  Applicant submitted its application for retention as financial advisor on November 9, 2023

7  [Docket No. 30], which was granted by Order entered December 6, 2023 [Docket No. 39], and is

8  attached as Exhibit "C."

9  **4.     Procedural Status and History of Case**

10  On October 17, 2023 (the "Petition Date"), the Debtor filed a voluntary Chapter 11 petition

11  under Title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy

12  Court for the Central District of California (the "Bankruptcy Case").  The Debtor continues to

13  manage its financial affairs and operates its bankruptcy estate as a debtor- in- possession pursuant

14  to Sections 1107 and 1108 of the Bankruptcy Code.

15  Pursuant to Local Bankruptcy Rule 2016-1 (a)(1)(A)(vi), reference is made to the *First*

16  *Interim Application for Compensation and Reimbursement of Expenses filed by Salvato Boufadel*

17  *LLP Counsel for Debtor and Debtor in Possession; Memorandum of Points and Authorities and*

18  *Declaration of Greg Salvato*.  Such application contains a more detailed narrative history, a

19  description of the case status and present posture of the case, and is incorporated herein by this

20  reference.

21  **5.     Estimated Amount of Other Accrued Administrative Expenses**

22  The known accrued administrative expenses are those of the Debtor's professionals as set

23  forth in a notice of hearing of the professional applications to be filed and served prior to the

24  hearing on this Application, and Debtor's post-Petition expenses as noted in its monthly operating

25  reports.

26  **6.     Prior Fee Applications and Payments to Applicant**

27  This is Applicant's second interim application for compensation.

28  **7.     Period Covered by This Application**

This Application is made pursuant to 11 U.S.C §§ 330, 331 and 1103 and covers the period from the August 1, 2024 through October 31, 2025 (the "Subject Period").

**8.    Summary of Compensation Requested**

Applicant has incurred fees of $37,690.00 and no expenses for the Subject Period on an interim basis.  Applicant requests that the Court approve the $37,690.00 in compensation on an interim basis, subject to Debtor's availability of funds.

**9.    Exhibits**

Attached hereto are the following exhibits to support this Application:

| EXHIBIT | DESCRIPTION |
|---------|-------------|
| "A" | Summary of Hours and Fees Incurred by Professional and Summary of Hours and Fees Incurred by Matter, and the hourly rates for the various professionals rendering services on this file. |
| "B" | Detailed billing records of the time spent by each professional for Applicant, as arranged alphabetically by Matter category, and then chronologically within each Matter category. |
| "C" | A copy of the order entered on December 6, 2023, authorizing Applicant's employment (*docket no. 39*). |
| "D" | Biographies of the professionals employed by Applicant describing their professional qualifications. |

**10.    Summary of Services Rendered**

The detail of Applicant's services in this case is set forth on Exhibit "B."  Without limiting the detail provided on Exhibit "B," in accordance with the Fee Guidelines and LBR 2016-1, Armory provides the following summary of services organized by category:

| Matter Categories | Total Hours Billed | Total Fees |
|-------------------|--------------------|------------|
| Administrative | 7.7 | $4,427.50 |
| Monthly Operating Reports | 64.7 | 31,997.50 |
| Motion | 1.8 | 1,035.00 |
| Tax | 0.4 | 230.00 |
| Total | 74.6 | $37,690.00 |

//

**A.      Administrative**

Total Hours: 7.7; Fees: $4,427.50

Incorporated within this matter category includes professional time related primarily to preparing Applicant's first and second interim applications for compensation, and calls with Debtor and Debtor's prior counsel relating to case management.

**B.      Monthly Operating Reports**

Total Hours: 64.7; Fees: $31,997.50

Incorporated within this matter category includes professional time related primarily to researching accounting data; analyzing bank statements; researching income and expense trends; and preparing sub-schedules and supporting documents for the 15 monthly operating reports ("MORs") during the Subject Period.  Applicant held various calls and corresponded with Debtor to address various questions relating to the MORs during the Subject Period.

**C.      Motion**

Total Hours: 1.8; Fees: $1,035.00

Incorporated within this matter category includes professional time related to discussing with Debtor's counsel, and reviewing and researching response to the motion to appoint a trustee or convert.

**D.      Tax**

Total Hours: 0.4; Fees: $230.00

Incorporated within this matter category includes professional time related to onboarding the proposed CPA, and review of financial records relating thereto.

**11.      Summary of Services by Professional and Expense Reimbursement**

The total gross fees incurred by Armory were $37,690.00.  Armory did not incur any reimbursable out-of-pocket expenses.

| | **Normal Billing Rate at time of Service** | **Hours** | **Extension (hours x rate)** |
|---|---|---|---|
| **Principal** | | | |
| Wong, James | $575.00 | 39.9 | $22,942.50 |
| Nakada, Frank | 425.00 | 34.7 | 14,747.50 |
| Total: | | 74.6 | $37,690.00 |
| Expenses | | | 0.00 |
| Total Fees and Expenses | | | $37,690.00 |

12.    **Factors Affecting the Award of Compensation**

Applicant did not receive a retainer.

Applicant took prompt action and performed vital and important services in this case, all of which were necessary and of value to the estate.

Applicant and its professionals specialize in the areas of secured and unsecured creditor advisory and investigative accounting services, as well as management consulting, financial restructuring and operational turnaround expertise.  Resumes for the professionals who rendered services for the Trustee in this case are contained on Exhibit "C" hereto.

13.    **No Sharing of Compensation**

No agreement exists, directly or indirectly, and no understanding exists, for a division of any compensation awarded herein between Applicant and any other persons contrary to the provisions of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure or applicable provisions of state law.

14.    **Compliance with Guidelines of the United States Trustee**

Applicant's records for time and costs billed to the Committee herein are maintained in the format required by Guidelines of the Office of the United States Trustee, except that costs cannot be attributed to separate activity codes under Applicant's present computerized billing system.

1

2

**15.** <u>**Prayer**</u>

WHEREFORE, Applicant prays for the Court to enter an Order:

1.    Approving on a final basis, the $37,690.00 in compensation paid to date, and no expenses reimbursed during the Subject Period;

2.    Approving on an interim basis, the fees billed by Applicant in the amount of $37,690.00 during the Subject Period;

3.    Authorizing the Debtor to pay to Applicant those sums at this time, on an interim basis;

4.    Approving the form and manner of notice of this application and the hearing thereon; and

5.    Granting such other and further relief as may be deemed just and proper.

DATED:  October 24, 2025                **ARMORY CONSULTING COMPANY**

By:  _____
JAMES WONG
Applicant as Financial Advisor for the Debtor

## DECLARATION OF JAMES WONG

I, James Wong, declare as follows:

1.      I am the principal of Armory Consulting Company ("Applicant"), the duly employed financial advisor for the Debtor in this case.  I am the professional on behalf of the Applicant responsible for this case.

2.      I have personal knowledge of each of the within stated facts.

3.      I have reviewed the within Second Interim Application for Compensation and Reimbursement of Expenses by Armory Consulting Company as Financial Advisor to the Debtor (the "Application").  The facts stated therein are true of my own knowledge, except such matters as may be stated upon information or belief, which I believe to be true.

4.      I believe that Applicant's records for time billed comply with the format required by the Guidelines of the Office of the United States Trustee, except as disclosed and justified in the Application.

I declare October 24, 2025 at Irvine, California.

_____
JAMES WONG

# EXHIBIT A

**EXHIBIT A**

**Seth Haldane Casden**

**Armory Consulting Co.**

**Time Detail**

**August 1, 2024 - October 31, 2025**

---

**Summary of Hours and Fees Incurred by Professional**

| Name/ Level | Hourly Rate | Hours Incurred: | Fees |
|---|---|---|---|
| Wong, James / Principal | $ 575.00 | 39.9 | $ 22,942.50 |
| Nakada, Frank / Consultant | 425.00 | 34.7 | $ 14,747.50 |
| Total Hours and Fees | | **74.6** | **$ 37,690.00** |
| Expenses | | | - |
| **Total Fees and Expenses** | | | **$ 37,690.00** |

---

**Summary of Hours and Fees Incurred by Matter**

| Matter Description | Hours Incurred: | Fees |
|---|---|---|
| Administrative | 7.7 | $ 4,427.50 |
| Monthly Operating Reports | 64.7 | 31,997.50 |
| Motion | 1.8 | 1,035.00 |
| Tax | 0.4 | 230.00 |
| Total Hours and Fees | **74.6** | **37,690.00** |
| Expenses | | - |
| **Total Fees and Expenses** | | **$ 37,690.00** |
| | | |
| Average Hourly Rate | | $ 505.23 |

# EXHIBIT B

**Exhibit B**

**Seth Haldane Casden**
**Armory Consulting Co.**
**Time Detail**
**August 1, 2024 - October 31, 2025**

| Date | Timekeeper | Bill Hours | Hourly Rate | Amount | Narrative |
|---|---|---|---|---|---|
| **Administrative** | | | | | |
| 8/16/24 | Wong, James | 2.3 | 575.00 | 1,322.50 | Prepare first interim fee application's exhibits, including summary by professional and matter, and reconcile entries. |
| 8/16/24 | Wong, James | 1.3 | 575.00 | 747.50 | Prepare first interim fee application's narrative and exhibits. |
| 9/17/24 | Wong, James | 0.7 | 575.00 | 402.50 | Call with Seth re settlement strategy. |
| 9/26/24 | Wong, James | 0.2 | 575.00 | 115.00 | Call with John and research Debtor's liquidity. |
| 10/16/24 | Wong, James | 0.1 | 575.00 | 57.50 | Call with John re status of case. |
| 2/12/25 | Wong, James | 0.1 | 575.00 | 57.50 | Calculate average post-petition food costs for Debtor. |
| 2/20/25 | Wong, James | 0.5 | 575.00 | 287.50 | Initial call and MOR overview for new Debtor's counsel, Greg Salvato. |
| 9/22/25 | Wong, James | 0.1 | 575.00 | 57.50 | Call with Greg re status of the case. |
| 10/24/25 | Wong, James | 1.6 | 575.00 | 920.00 | Prepare second interim fee application's exhibits, including summary by professional and matter, and reconcile entries. |
| 10/24/25 | Wong, James | 0.8 | 575.00 | 460.00 | Prepare second interim fee application's narrative and exhibits. |
| | | 7.7 | | 4,427.50 | |
| **Monthly Operating Reports** | | | | | |
| 8/12/24 | Nakada, Frank | 2.3 | 425.00 | 977.50 | July 2024 MOR - Process bank statements - cash receipts & disbursements. |
| 8/13/24 | Wong, James | 0.1 | 575.00 | 57.50 | Email Seth re MOR detail |
| 8/15/24 | Wong, James | 0.1 | 575.00 | 57.50 | Email J. Tedford re MOR open item. |
| 8/15/24 | Wong, James | 0.8 | 575.00 | 460.00 | Analyze, categorize and subtotal disbursements, and prepare variance report, and test and reconcile for the July 2024 MOR. |
| 8/15/24 | Wong, James | 1.3 | 575.00 | 747.50 | Prepare Jul 2024 MOR package, including UST form and supporting documents. |
| 8/16/24 | Wong, James | 0.3 | 575.00 | 172.50 | Call and email with Debtor re updates to the MOR. |
| 8/16/24 | Wong, James | 0.3 | 575.00 | 172.50 | Updates to the July 2024 MOR and circulate. |
| 9/8/24 | Nakada, Frank | 2.3 | 425.00 | 977.50 | Aug 2024 MOR - Process bank statements - cash receipts & disbursements. |
| 9/11/24 | Wong, James | 0.8 | 575.00 | 460.00 | Analyze, categorize and subtotal disbursements, and prepare variance report, and test and reconcile for the Aug 2024 MOR. |
| 9/12/24 | Wong, James | 0.2 | 575.00 | 115.00 | Emails and texts with Debtor re August 2024 disbursements clarification. |
| 9/12/24 | Wong, James | 1.3 | 575.00 | 747.50 | Prepare Aug 2024 MOR package, including variance report, UST form and supporting documents. |
| 10/6/24 | Nakada, Frank | 2.3 | 425.00 | 977.50 | Sept 2024 MOR - Process bank statements - cash receipts & disbursements. |
| 10/8/24 | Wong, James | 0.8 | 575.00 | 460.00 | Analyze, categorize and subtotal disbursements, and prepare variance report, and test and reconcile for the Sept 2024 MOR. |
| 10/10/24 | Wong, James | 1.3 | 575.00 | 747.50 | Prepare Aug 2024 MOR package, including variance report, UST form and supporting documents. |
| 11/6/24 | Nakada, Frank | 2.3 | 425.00 | 977.50 | Oct 2024 MOR - Process bank statements - cash receipts & disbursements. |
| 11/7/24 | Wong, James | 0.2 | 575.00 | 115.00 | Call and texts with Seth to clarify certain receipts and disbursements. |
| 11/7/24 | Wong, James | 1.4 | 575.00 | 805.00 | Analyze, categorize and subtotal disbursements, and prepare variance report, and test and reconcile for the Oct 2024 MOR, including updating of variance report footnotes. |
| 11/17/24 | Wong, James | 0.2 | 575.00 | 115.00 | Emails and texts with Debtor re new tenant deposit and rents for August and October 2024. |
| 11/17/24 | Wong, James | 0.3 | 575.00 | 172.50 | Call with Debtor and further updates to the MOR. |
| 12/11/24 | Nakada, Frank | 2.3 | 425.00 | 977.50 | Nov 2024 MOR - Process bank statements - cash receipts & disbursements. |

**Exhibit B**

**Seth Haldane Casden**
**Armory Consulting Co.**
**Time Detail**
**August 1, 2024 - October 31, 2025**

| Date | Timekeeper | Bill Hours | Hourly Rate | Amount | Narrative |
|------|-----------|-----------|------------|--------|-----------|
| 12/12/24 | Wong, James | 1.4 | 575.00 | 805.00 | Analyze, categorize and subtotal disbursements, and prepare variance report, and test and reconcile for the Nov 2024 MOR, including updating of variance report footnotes. |
| 12/13/24 | Wong, James | 0.3 | 575.00 | 172.50 | Call and texts with Debtor to clarify various disbursements in November. |
| 1/17/25 | Nakada, Frank | 2.3 | 425.00 | 977.50 | Dec 2024 MOR - Process bank statements - cash receipts & disbursements. |
| 1/19/25 | Wong, James | 1.4 | 575.00 | 805.00 | Analyze, categorize and subtotal disbursements, and prepare variance report, and test and reconcile for the Dec 2024 MOR, including updating of variance report footnotes. |
| 1/20/25 | Wong, James | 0.5 | 575.00 | 287.50 | Texts and call with Seth re December 2024 MOR disbursements and fire updates impacting expenses. |
| 1/21/25 | Wong, James | 0.3 | 575.00 | 172.50 | Emails with John to clarify professional fees' footnotes. |
| 2/13/25 | Nakada, Frank | 2.3 | 425.00 | 977.50 | Jan 2025 MOR - Process bank statements - cash receipts & disbursements. |
| 2/17/25 | Wong, James | 1.4 | 575.00 | 805.00 | Analyze, categorize and subtotal disbursements, and prepare variance report, and test and reconcile for the Jan 2025 MOR, including updating of variance report footnotes. |
| 2/17/25 | Wong, James | 0.7 | 575.00 | 402.50 | Add additional Petition Date - Dec 2024 cumulative variance column and additional footnotes. |
| 2/20/25 | Wong, James | 0.3 | 575.00 | 172.50 | Follow up call with Greg re MORs. |
| 3/18/25 | Nakada, Frank | 2.3 | 425.00 | 977.50 | Feb 2025 MOR - Process bank statements - cash receipts & disbursements. |
| 3/19/25 | Wong, James | 0.2 | 575.00 | 115.00 | Call/ text with Seth re clarifying specific disbursements and receipts. |
| 3/20/25 | Wong, James | 1.4 | 575.00 | 805.00 | Analyze, categorize and subtotal disbursements, and prepare variance report, and test and reconcile for the Feb 2025 MOR, including updating of variance report footnotes. |
| 4/17/25 | Nakada, Frank | 2.3 | 425.00 | 977.50 | Mar 2025 MOR - Process bank statements - cash receipts & disbursements. |
| 4/19/25 | Wong, James | 0.2 | 575.00 | 115.00 | Call/ text with Seth re clarifying specific disbursements and receipts for March. |
| 4/19/25 | Wong, James | 1.4 | 575.00 | 805.00 | Analyze, categorize and subtotal disbursements, and prepare variance report, and test and reconcile for the Mar 2025 MOR, including updating of variance report footnotes. |
| 5/18/25 | Nakada, Frank | 2.3 | 425.00 | 977.50 | Apr 2025 MOR - Process bank statements - cash receipts & disbursements. |
| 5/19/25 | Wong, James | 0.2 | 575.00 | 115.00 | Call/ text with Seth re clarifying specific disbursements and receipts for April. |
| 5/19/25 | Wong, James | 1.4 | 575.00 | 805.00 | Analyze, categorize and subtotal disbursements, and prepare variance report, and test and reconcile for the Apr 2025 MOR, including updating of variance report footnotes. |
| 6/10/25 | Nakada, Frank | 2.3 | 425.00 | 977.50 | May 2025 MOR - Process bank statements - cash receipts & disbursements. |
| 6/12/25 | Wong, James | 0.2 | 575.00 | 115.00 | Call/ text with Seth re clarifying specific disbursements and receipts for May. |
| 6/13/25 | Wong, James | 1.4 | 575.00 | 805.00 | Analyze, categorize and subtotal disbursements, and prepare variance report, and test and reconcile for the May 2025 MOR, including updating of variance report footnotes. |
| 6/25/25 | Wong, James | 0.1 | 575.00 | 57.50 | Call with Seth re June expenses. |
| 7/1/25 | Wong, James | 0.1 | 575.00 | 57.50 | Texts with Seth re June MOR professional fees. |
| 7/10/25 | Nakada, Frank | 2.3 | 425.00 | 977.50 | June 2025 MOR - Process bank statements - cash receipts & disbursements. |

**Exhibit B**

**Seth Haldane Casden**
**Armory Consulting Co.**
**Time Detail**
**August 1, 2024 - October 31, 2025**

| Date | Timekeeper | Bill Hours | Hourly Rate | Amount | Narrative |
|------|-----------|-----------|-------------|--------|-----------|
| 7/12/25 | Wong, James | 1.4 | 575.00 | 805.00 | Analyze, categorize and subtotal disbursements, and prepare variance report, and test and reconcile for the June 2025 MOR, including updating of variance report footnotes. |
| 7/13/25 | Wong, James | 0.4 | 575.00 | 230.00 | Updates to the June 2025 MOR re expenses, and finalize. |
| 8/8/25 | Nakada, Frank | 0.2 | 425.00 | 85.00 | Emails with Debtor's bookkeeper and James re July bank statements. |
| 8/8/25 | Wong, James | 0.2 | 575.00 | 115.00 | Emails with Debtor's bookkeeper and Frank re July bank statements. |
| 8/13/25 | Nakada, Frank | 2.3 | 425.00 | 977.50 | July 2025 MOR - Process bank statements - cash receipts & disbursements. |
| 8/13/25 | Wong, James | 1.4 | 575.00 | 805.00 | Analyze, categorize and subtotal disbursements, and prepare variance report, and test and reconcile for the July 2025 MOR, including updating of variance report footnotes. |
| 8/17/25 | Wong, James | 0.3 | 575.00 | 172.50 | Calls and texts with Seth re various MOR questions. |
| 8/18/25 | Wong, James | 0.8 | 575.00 | 460.00 | Updates to the July 2025 MOR re various expense adjustments, and finalize. |
| 9/10/25 | Nakada, Frank | 2.3 | 425.00 | 977.50 | August 2025 MOR - Process bank statements - cash receipts & disbursements. |
| 9/11/25 | Wong, James | 1.4 | 575.00 | 805.00 | Analyze, categorize and subtotal disbursements, and prepare variance report, and test and reconcile for the Aug 2025 MOR, including updating of variance report footnotes. |
| 9/11/25 | Wong, James | 0.3 | 575.00 | 172.50 | Calls and texts with Seth re various MOR questions. |
| 10/8/25 | Nakada, Frank | 2.3 | 425.00 | 977.50 | Sept 2025 MOR - Process bank statements - cash receipts & disbursements. |
| 10/9/25 | Wong, James | 1.4 | 575.00 | 805.00 | Analyze, categorize and subtotal disbursements, and prepare variance report, and test and reconcile for the Sept 2025 MOR, including updating of variance report footnotes. |
| 10/9/25 | Wong, James | 0.1 | 575.00 | 57.50 | Texts with Seth re various MOR questions. |
| | | 64.7 | | 31,997.50 | |
| **Motion** | | | | | |
| 10/16/25 | Wong, James | 0.4 | 575.00 | 230.00 | Review MET's motion for Chapter 11 Trustee, and email Debtor re response. |
| 10/22/25 | Wong, James | 0.2 | 575.00 | 115.00 | Call with G. Salvato re MET's motion for Chapter 11 Trustee. |
| 10/23/25 | Wong, James | 1.2 | 575.00 | 690.00 | Prepare income statement trend analysis for G. Salvato in response to MET's motion. |
| | | 1.8 | | 1,035.00 | |
| **Tax** | | | | | |
| 8/28/24 | Wong, James | 0.1 | 575.00 | 57.50 | Emails with Debtor and prospective CPA re 2023 tax returns. |
| 9/3/24 | Wong, James | 0.2 | 575.00 | 115.00 | Emails with John and Doug Beaver, proposed CPA, re tax scope of services. |
| 10/10/24 | Wong, James | 0.1 | 575.00 | 57.50 | Call with CPA to follow up on status of Debtor's tax returns. |
| | | 0.4 | | 230.00 | |
| | | **74.6** | | **$ 37,690.00** | **Total** |

# EXHIBIT C

1  JOHN N. TEDFORD, IV (State Bar No. 205537)
   *jtedford@DanningGill.com*
2  AARON E. DE LEEST (State Bar No. 216832)
   *adeleest@DanningGill.com*
3  DANNING, GILL, ISRAEL & KRASNOFF, LLP
   1901 Avenue of the Stars, Suite 450
4  Los Angeles, California 90067-6006
   Telephone: (310) 277-0077
5  Facsimile: (310) 277-5735

6  [Proposed] Attorneys for Debtor and Debtor in
   Possession Seth Haldane Casden

7

8

9

10

11

12  In re

13  SETH HALDANE CASDEN,

14          Debtor and Debtor in
            Possession.

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

**FILED & ENTERED**

**DEC 06 2023**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY toliver    DEPUTY CLERK

---

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

Case No. 2:23-bk-16904-BR

Chapter 11

**ORDER GRANTING DEBTOR'S
APPLICATION TO EMPLOY ARMORY
CONSULTING AS FINANCIAL
ADVISOR TO DEBTOR AND DEBTOR
IN POSSESSION (doc no. 30)**

[No Hearing Required]

On November 9, 2023, Seth Haldane Casden (the "**Debtor**"), filed a *Notice of Application and Debtor-in-Possession's Application to Employ Armory Consulting as His Financial Advisor* (the "**Application**") (*docket no. 30*).  The Court having read and considered the Application, the Statement of Disinterestedness appended thereto, and the *Declaration That No Party Requested a Hearing on Motion*, for good cause appearing, it is

**ORDERED THAT:**

1.      The Application is granted.

2.      The Debtor is authorized to employ Armory Consulting ("Armory"), as his financial advisor, effective as of November 3, 2023, at the expense of the estate, pursuant to 11 U.S.C. § 327(a).

1         3.      Armory shall apply to the Court under 11 U.S.C. §§ 330 and 331 for an allowance

2  of fees and expenses not more often than every 120 days.  Armory shall accept such compensation

3  and reimbursement of expenses as may be awarded by the Court.

4                                        # # # # #

Date: December 6, 2023

Barry Russell
United States Bankruptcy Judge

# EXHIBIT D

# James Wong

3943 Irvine Blvd., #253, Irvine, CA 92602

(714) 222-5552 phone

jwong@armoryconsulting.com

www.armoryconsulting.com

**Summary of Qualifications**

James is the founding principal of Armory Consulting Co., which provides corporate restructuring and related professional services.  He has over 25 years of financial advisory and turnaround management experience, including crisis management, organizational redesign, debtor and creditor advisory, trustee, receiverships, expert witness, and forensic accounting.

He has represented numerous debtors, unsecured creditors committees, and sponsors of capital in special situations.  He has been appointed as a plan agent or plan trustee, board member, and advisor in various bankruptcy, assignment for benefit of creditors, and distressed-situation matters.  His related experiences include start-up company business plan development, financial forecasting, valuations, and investment banking.

James has represented numerous plaintiffs in PAGA-related class action matters to assess ability-to-pay.

He has been appointed as interim Chief Restructuring Officer, CEO, CFO, Receiver, and Assignee of a variety of companies in a multitude of industries.

**Selected Industry/ Category Experience**

| Agriculture | Distribution | Manufacturing | Retail, Brick & Mortar |
|---|---|---|---|
| Aerospace | Food/ Beverage | Media/ Entertainment | Retail, Online |
| Automotive | Gaming/ Hospitality | Not-For-Profit | Start-Ups |
| Boating | Healthcare/ Fitness | Real Estate | Toy |
| Cannabis | Import/ Export | Restaurant | Transportation |
| Construction | Individuals | Solar | Trucking |

**Prior Employment**

Grant Thornton- Restructuring Services, Director

XRoads Solutions Group, Director

KPMG- Corporate Recovery, Manager

Merrill Lynch

**Education**

Stanford University, Graduate School of Business, M.S.

UCLA, B.A.

**Presentations/ Panels/ Awards**

*Expert Webcast*, Panelist – "Essential Personal, Corporate and Valuation Planning for Business Owners During the Global Crisis", March 2020

*ABI, Deal of the Year Award- Asset Sale, Honorable Mention,* Playhut's Sale to Basic Fun*, 2018*

*Bankruptcy Finance for Lawyers*, Wage Justice Center, February 2018

*Small Enough to Fail Bankruptcy Blog* – "What 2017 May Bring for the Restructuring Community", February 2017

*Bank Webinar* – "Fishy Business- Reflections on Detecting Potential Indicators of Mismanagement, Accounting Irregularities and other Borrower Misconduct", May 2014

*Special Assets Management Association* – "Retaining Bankruptcy Professionals", May 2010

*American Trucking Association* – "Trucking Industry: Survival Mode", October 2009

*Grant Thornton Symposium for Not-For-Profit Executives* – "Board Governance and Survival Strategies in Today's Turbulent Times", March 2009

**Interviews/ Media Mentions**

James has been quoted, referenced or authored in a variety of mainstream and trade publications for his various casework, including the following: *Wall Street Journal; Daily Bankruptcy Review; Bloomberg; Turnaround Management Association; LA Times; LA Business Journal; Orange County Register; Orange County Business Journal; Reuters; Speedboat Magazine; Trailer Body Builders; Autotransporte (Mexico); Undercurrent News; Intrafish News; Apparel News; Fashion Week Daily; PR Newswire, The Hollywood Reporter, and Variety, among others.*

**Professional Memberships/ Certifications**

National Association of Federal Equity Receivers

American Bankruptcy Institute

Turnaround Management Association

Certified Turnaround Professional (2020)

**Community Involvement**

USC, Viterbi School of Engineering, ISE 460, *Guest Lecturer*, 2017-2018

Cal State University, Dominguez Hills, Entrepreneurship Institute, *Guest Lecturer*, 2018

Concordia University, Teen Entrepreneurship Academy, *Mentor Volunteer*, 2017

Stanford University, Orange County Chapter, *Advisory Board member*, 2010 - 2012

Clean Tech Open, *Business Plan Mentor and Advisor*, 2010-2011

**Other**

Can operate forklifts, skid steers, and excavators, and tow heavy equipment.

**James Wong**

**Addendum- Selected Representative Matters**

| Client Name | Case # or Client Type | Industry/ Sector | Role(s) [1] |
|---|---|---|---|
| Project Winery | Refinance/ Restructure | Winery | CRO |
| Ms. Burke | 24-14882 BB | Individual (furniture) | Financial Advisor |
| Sunmeadows | 24-11012 TA | Real estate, residential | Financial Advisor |
| Modus Systems | 24-10655 SC | Chapter 7 | CRO |
| Heycart, Inc. | 24-10483 TA | Kitchenware, online retailer | Financial Advisor |
| Victory Products | 24-10111 TA (SubV) | Apparel, wholesale | Financial Advisor |
| Mr. Chavez | 24-10030 SC (SubV) | Individual (family litigation) | Financial Advisor |
| B&B 4365 Ohio St., LLC | 23-03488 MM | Real estate, condominiums | CRO |
| Ben Nye Co. | 24-11857 DS (SubV) | Beauty & wellness, cosmetics | Financial Advisor |
| Mr. Casden | 23-16904 BR | Individual | Financial Advisor |
| Twenty Fifty, LLC | 23-11778 SC | Real estate, office bldg. | Financial Advisor |
| Hart Co. | 23-11937 SC (SubV) | Healthcare, medical software | Financial Advisor |
| Grocer | Refinance/ Restructure | Retail, grocery chain | Management Consultant |
| Pilot Auto | Refinance/ Restructure | Transportation, auto parts | Management Consultant |
| Tru Grit | 22-14320 ABL | Fitness, gym equipment | CRO |
| Fanjoy | 23-57565 PWB | Retail, online influencer | Receiver |
| Fragrant Jewels | ABC | Beauty & wellness, candles | Assignee |
| Pureform Global | ABC | Cannabis | Assignee |
| D2D Imports/ Virgin Scent | ABC | Beauty & wellness, PPE | Assignee |
| Palms Golf Club | 23-12125 RB | Golf club | Financial Advisor |
| HCI | ABC | Construction, telecom | Assignee |
| CircleUp | Business Consulting | Retail, various | Management Consultant |
| Laundry Los Angeles | ABC | Commercial laundry | Assignee |
| Project Motion | Business Consulting | Fitness center chain | Management Consultant |
| Harvest King Trading | ABC | Seafood distributor/ importer | Assignee's FA |
| Better 4 You Breakfast | 22-10994 BB | Food & bev, school meals | CRO |
| Project Microwave | Business Consulting | Tech.- border surveillance | Financial Advisor |
| Technical Marketing Assoc. | M&A | Wholesale footwear | Management Consultant |
| Figueroa Mountain Brewing | 20-11208 MB | Food & bev, brewery | CRO |
| J.H. Bryant, Jr. Inc. | 21-12463 ER (SubV) | Construction, retail | Financial Advisor |
| Mr. Butler | 21-10458 BR (SubV) | Individual (printing) | Financial Advisor |
| Verano Recovery | 21-14127 BB (SubV) | Land developer | Financial Advisor |
| Horizon Communications | 22-10260 ES | Telecom cabling distributor | Financial Advisor |
| Acceler8 Real Estate Group | 22-00165 CS | Real estate | Financial Advisor |
| Coto Invest., dba O'Cairns | 20-11239 DS | Hotel | Financial Advisor |

[1]  All roles represent the Debtor/ company/ individual, unless otherwise noted.  CRO = Chief Restructuring Officer.
FA = financial advisor.  UCC = Unsecured Creditors Committee.

**James Wong**

**Addendum- Selected Representative Matters**

| Client Name | Case # or Client Type | Industry/ Sector | Role(s) [1] |
|---|---|---|---|
| Jaguar Distribution | 20-11358 MB | Independent film distributor | FA/CRO |
| On Target | ABC | Construction, telecom | Assignee's FA |
| Mr. Kamell | 20-10269 TA | Individual (lawyer) | Financial Advisor |
| Upgrade Labs | 20-15422 BB (SubV) | Fitness, lifestyle | Financial Advisor |
| Quality Reimbursement Svcs | 19-20918 WB | Healthcare, litigation services | Financial Advisor |
| John B. Rudy Co. | Refinance/ Restructure | Telecom cabling distributor | Financial Advisor |
| Playhut | 18-15972 WB | Children's toy distributor | FA/CRO |
| Ruby's Franchise Systems | 18-13324 CB | Restaurant chain | Financial Advisor |
| Project Lithography | 18-11454 SK | Commercial printing | Financial Advisor |
| Avery Land Group | 16-14995 AL | Land developer | CRO |
| Triumph Group | Business Consulting | Aerospace parts supplier | Management Consultant |
| Project Emaciation | Business Consulting | Real estate, office bldg/ moving | Management Consultant |
| Pac Anchor | 17-18213 ER | Transportation, trucking | UCC's FA |
| Sof'ella Foods | Business Consulting | Food & bev | Management Consultant |
| Goodwill, SOLAC | Business Consulting | Retail, thrift stores, 501c3 | Interim CFO services |
| Pacific 9 Transportation | 16-11202 MW | Transportation, trucking | UCC's FA |
| Quantum Fuel Systems | 16-11202 MW | Transportation, CNG | Debtor's FA |
| Kitson | ABC | Retail, apparel | CRO/CFO |
| Nuquest International | 15-16017 CB | Effectuate Chapter 7 liquidation | CRO |
| AVT | 15-14464 MW | Retail, vending machines | UCC's FA |
| Project Red Herring | Refinance/ Restructure | Seafood distributor/ importer | Management Consultant |
| Ennis Adversary Proceedings | 13-01108 | Real estate developer | Expert Witness |
| Project Negrete | Business Consulting | Construction | Financial Advisor |
| Royal Dining Catering | 14-11024 VK | Food & bev, school meals | CRO |
| Project Art Framing | Business Consulting | Wholesale art & framing | Management Consultant |
| Martifer Solar USA | 14-10355 AL | Commercial solar engineering | Financial Advisor |
| Mirage Bottling | 12-35770 ER | Water bottling | CRO |
| Dr. Rodriguez, DDS | 03-02156 MM | Healthcare, dental practice | Financial Advisor |
| Genus Home Care | 12-30788 MJ | Healthcare, home health | Chapter 11 Trustee's FA |
| Yihe | 13-6278 FFM | Seafood distributor/ importer | Receiver |
| Global Vision | Business Consulting | Food & bev | Management Consultant |
| Bottled Water Media | 12-24815 WJ | Water bottling | CFO |
| Project Maya | Business Consulting | Movie theater chain | Board Member |
| Project SAT | Business Consulting | College preparation tutoring | Management Consultant |
| The Bergman Companies | Business Consulting | Construction, GC | Management Consultant |

[1]  All roles represent the Debtor/ company/ individual, unless otherwise noted.  CRO = Chief Restructuring Officer.
FA = financial advisor.  UCC = Unsecured Creditors Committee.

**James Wong**

**Addendum- Selected Representative Matters**

| Client Name | Case # or Client Type | Industry/ Sector | Role(s) [1] |
|---|---|---|---|
| Bluescape | 13-00313 CL | Individual (meteorology) | Financial Advisor |
| TL Fabrications, LP | 11-61549 BB | Construction/ fabrications sub | Financial Advisor |
| Bethel & Corinthian | 11-11180 GM | Healthcare, nursing homes | UCC's FA |
| Dr. Rosen | 09-34595 SB | Individual (healthcare) | UCC's FA |
| Mr. Catlin | 09-43616 C | Individual (real estate) | UCC's FA |
| Pressure Sentinel | Start-Up | Transportation, start-up | Management Consultant |
| Eliminator Custom Boats | 14-19226/ 10-35393 DS | Transportation, speedboat mfg | UCC's FA. Debtor's CEO. |
| Mssrs. Reynen & Bardis | 08-25145/ 08-34878 | Individuals (home builder/ land) | UCC's FA |
| Cupertino Square Mall, LLC | 08-54897 | Real estate, 1.2MM sq ft mall | Financial Advisor |
| Pomare, aka Hilo Hattie | 08-01448 | Retail, gen merch/ apparel | Financial Advisor |
| Project Evergreen | N/A | Retail, gaming | Receiver's FA (Canada) |
| Project Blow Mold | N/A | Water bottling | Receiver |
| Ms. Fu | 09-22699 TA | Individual (furniture wholesaler) | Financial Advisor |
| Project Mills | M&A | Transportation, auto parts | Management Consultant |
| Project SoCool | Start-Up | Transportation, start-up | Management Consultant |
| Fresh Choice | 04-54318 ASW | Restaurant chain | Financial Advisor |
| Winn-Dixie | 05-11063 | Retail, grocery chain | Financial Advisor |
| Project Charleston | Refinance/ Restructure | Aquarium, 501c3 | Financial Advisor |
| Transit Group | 01-12820 KSJ | Transportation, trucking | UCC's FA |
| Daewoo Motor America | 02-24411 SB | Transportation, auto importer | Financial Advisor |
| Aladdin | 01-20141 | Hotel, gaming | Financial Advisor |
| CIMM'S (Burger King) | 01-32272 ES | Restaurant chain franchisee | UCC's FA |
| Fruehauf Trailer (FdM subsid.) | 96-0163 | Transportation, trucking | General Manager |
| Comprehensive Care Corp. | Reorg/ Restructure | Healthcare, hospitals | Management |
| Private Equity Fund | Investment Advisory | Municipality (County of Orange) | Financial Analyst |
| Greyhound Lines | Refinance/ Restructure | Transportation, bus | Financial Analyst |

[1]  All roles represent the Debtor/ company/ individual, unless otherwise noted.  CRO = Chief Restructuring Officer.
FA = financial advisor.  UCC = Unsecured Creditors Committee.

# FRANK H. NAKADA

## BACKGROUND SUMMARY

Over 20 years of accounting and related experience. Adaptable with the ability to learn quickly, follow procedures, observe controls, resolve problems independently, meet management objectives without direct supervision on a timely basis, and able to handle a large volume work.

## WORK EXPERIENCE

**ARMORY CONSULTING CO.**                                                **July 2019 - Current**
- **Restructuring Consultant**: Prepare various compliance reports, including dozens of monthly operating reports, and other special accounting reports for the following chapter 11 clients and other clients:
  - o   Ruby's Franchise Systems; Quantum; Jaguar Distribution; JB Rudy Co.; Mr. Rafik; Coto Investments; QRS; Upgrade Labs; J.H. Bryant Co.; Horizon Communications; Better 4 You Breakfast; HCI, Inc.; Tru Grit; Palms Golf Club; Heycart; Mr. Casden; Mr. Chavez; Ms. Burke; and others.

**FIGUEROA MOUNTAIN BREWING CO.**                              **November 2020 – March 2023**
- **Restructuring Consultant**: Prepare monthly operating reports, and other special accounting reports, for this chapter 11 Debtor.

**PLAYHUT, INC.**                                          **December 2018 – December 2023**
- **Restructuring Consultant:** Prepare monthly operating reports, and other special accounting reports, for this chapter 11 Debtor, including post-confirmation investigative accounting, reports, and analysis.

**PLAYHUT, INC.**                                              **June 2017 – November 2018**
- **Staff Accountant:** Review and verify invoices and check requests; track expenses and process expense reports; prepare and process electronic transfers and payments; post transactions to journals, ledgers and other records; reconcile accounts payable transactions; reconcile accounts receivable transactions; monitor accounts to ensure payments are up to date; research and resolve invoice discrepancies and issues; maintain vendor and customer files; correspond with vendors and respond to inquiries; produce weekly and monthly reports; process monthly commission reports; post daily deposit and cash application; communicate with customers about billing discrepancies and questions; engage management over any AR problems; initiate collections on past due accounts; maintain accounting ledgers as required; prepare and check LOC documentation and ensure its accuracy before submitting to the bank; communicate with company's China office for any shipments and other issues; and prepare bank reconciliations for all bank accounts.

- Assisted with reporting and compliance during the chapter 11 proceeding

**CURTISS WRIGHT CONTROLS**                                    **March 2012 – August 2016**
- **Accounting**

**HILL PHOENIX, COOLER DIVISION**                            **April 2005 – November 2011**
- **Accounting**

## ACCOUNTING SOFTWARE
MAS 200, Sage100, QuickBooks, Syteline, MS Solomon, MS Great Plains and more

## EDUCATION
**UCLA, B.A. in Geography, minor in Economics**

Other Course Work via UCLA Extension: Accounting, Intermediate Accounting, Advanced Accounting, Cost Accounting, Financial Auditing, Internal Auditing, and Business Law

# PROOF OF SERVICE OF DOCUMENT

*In re Seth Haldane Casden, Debtor, Chapter 11 Case No. 2:23-bk-16904-BR*

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**Salvato Boufadel, LLP, 355 South Grand Avenue, Suite 2450, Los Angeles, California 90071**

A true and correct copy of the foregoing document entitled (*specify*):

**(1)  APPLICATION FOR PAYMENT OF:  INTERIM FEES AND EXPENSES [ARMORY CONSULTING COMPANY]**

**(2) SECOND INTERIM APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES BY ARMORY CONSULTING COMPANY AS FINANCIAL ADVISOR FOR THE DEBTOR; DECLARATION OF JAMES WONG IN SUPPORT THEREOF, EXHIBITS A-D**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **10/28/25** checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) **10/28/25**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **10/28/25**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 10/28/25 | Gregory M. Salvato | /s/ Gregory M. Salvato |
|----------|--------------------|------------------------|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Electronic Mail Service List

- **Shraddha Bharatia**    notices@becket-lee.com
- **Joseph Boufadel**    jboufadel@salvatoboufadel.com,
  Gsalvato@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com
- **Thomas E Butler**    butlert@whiteandwilliams.com,
  sullivann@whiteandwilliams.com;millnamowm@whiteandwilliams.com;panchavatis@whiteandwilliams.com
- **Aaron E. De Leest**    adeleest@marshackhays.com,
  adeleest@marshackhays.com,alinares@ecf.courtdrive.com
- **John-Patrick M Fritz**    jpf@lnbyg.com, JPF.LNBYB@ecf.inforuptcy.com
- **Matthew Grimshaw**    mgrimshaw@marshackhays.com,
  mgrimshaw@ecf.courtdrive.com;alinares@ecf.courtdrive.com
- **Jeff D Kahane**    jkahane@skarzynski.com, dahn@ecf.courtdrive.com
- **Sweeney Kelly**    kelly@ksgklaw.com
- **Wendy A Locke**    ecfcacb@aldridgepite.com, wlocke@ecf.inforuptcy.com
- **Betty Luu**    bluu@duanemorris.com
- **Ron Maroko**    ron.maroko@usdoj.gov
- **Allison C. Murray**    acmurray@swlaw.com, kcollins@swlaw.com
- **Kurt Ramlo**    RamloLegal@gmail.com, kr@ecf.courtdrive.com,ramlo@recap.email
- **Michael B Reynolds**    mreynolds@swlaw.com, kcollins@swlaw.com
- **Gregory M Salvato**    gsalvato@salvatoboufadel.com,
  calendar@salvatolawoffices.com;jboufadel@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com
- **Nicole Sullivan**    sullivann@whiteandwilliams.com,
  vulpioa@whiteandwilliams.com,arthura@whiteandwilliams.com
- **John N Tedford**    JNT@LNBYG.com, jnt@ecf.courtdrive.com
- **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov
- **David Wood**    dwood@marshackhays.com,
  dwood@ecf.courtdrive.com;lbuchananmh@ecf.courtdrive.com;spineda@ecf.courtdrive.com;alinares@ecf.courtdrive.com
- **Roye Zur**    rzur@elkinskalt.com,
  lwageman@elkinskalt.com;1648609420@filings.docketbird.com;rzur@ecf.courtdrive.com;lmasse@elkinskalt.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                **F 9013-3.1.PROOF.SERVICE**