| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| GREGORY M. SALVATO, ESQ. (SBN 126285)<br>　gsalvato@salvatoboufadel.com<br>JOSEPH BOUFADEL, ESQ. (SBN 267312)<br>　jboufadel@salvatoboufadel.com<br>SALVATO BOUFADEL, LLP<br>355 South Grand Avenue, Suite 2450<br>Los Angeles, CA  90071<br>(213) 484-8400<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Debtor | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br><br>SETH HALDANE CASDEN,<br><br><br><br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 2:23-bk-16904-BR<br>CHAPTER: 11<br><br>**APPLICATION FOR PAYMENT OF:**<br>☒  **INTERIM FEES AND/OR EXPENSES (11 U.S.C. § 331)**<br>☐  **FINAL FEES AND/OR EXPENSES (11 U.S.C. § 330)**<br><br>DATE: 11/18/2025<br>TIME: 10:00 am<br>COURTROOM: 1668<br>PLACE: Roybal Federal Building,<br>　　　　255 E. Temple Street<br>　　　　Los Angeles, CA  90012 |

1. Name of Applicant (*specify*): WINDES, INC.
2. Type of services rendered:
   a. ☐ Attorney for (*specify*): _____
   b. ☒ Accountant for (*specify*): Debtor
   c. ☐ Other professional (*specify*): _____
3. Date of filing of petition under chapter  11  of the Bankruptcy Code:  11/17/2023
4. Date of entry of Order Approving Applicant's Employment:  03/14/2025
5. Date of filing of last Fee and/or Expense Application:  N/A

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

6. Total fees allowed or paid to Applicant to date (including retainers and prior approved fee applications): $ 0.00

    a. Retainer received: $ 8,5 0.0 0

    b. Retainer remaining as of the date of this Application: $ 0 0 0

    c. Total amount requested in all prior applications: $ 0 .00

    d. Total amount actually paid pursuant to prior approved applications: $ 0.00

    e. Total amount currently due but unpaid pursuant to prior approved applications: $ 0..0

    f. Total amount allowed but reserved pending final fee application: $ 0.00

7. **Summary of Requested Fees**: (attach detailed supporting documentation to this Application)

| Professional Person's Name | Hourly Rate | X | Total Hours this Person | = | Total Fees this Person |
|---|---|---|---|---|---|
| a. Douglas Beaver | $ 515.00 | X |  | = | $ |
| b. | $ | X |  | = | $ |
| c. | $ | X |  | = | $ |
| d. | $ | X |  | = | $ |
| e. | $ | X |  | = | $ |
| f. TOTAL | $ | X |  | = | $ 14,586.00 |

g. ☒ Continued on attached page

8. The hourly rates above are the same rates charged by the above professionals for non-bankruptcy services except as follows:      ☐ See attached page

9. Bonus requested (final fee applications only): $ 0.00
   (attach Declaration and Memorandum of Points and Authorities justifying bonus)

10. **TOTAL FEES REQUESTED THIS APPLICATION**: $ 14,586.00

11. Total expenses paid to Applicant to date (including retainers and prior approved expense applications): $ 8,500.00

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012    Page 2    F 2016-1.2.APP.PAYMENT.FEES

12. **Summary of Requested Expense Reimbursement**: *(attach detailed supporting documentation to this Application)*

| Type of Expense | Reimbursement Requested this Application |
|---|---|
| a. | $ |
| b. | $ |
| c. | $ |
| d. | $ |
| e. TOTAL | $ 264.75 |
| f. | $ |
| g. [X] Continued on Attached Page | |

13. **TOTAL EXPENSE REIMBURSEMENT REQUESTED THIS APPLICATION:** $ 0.00

14. Applicant submits the following in support of the Application herein pursuant to LBR 2016-1 *(specify)*:
    See Narrative of Case submitted with Application for Fees by Debtor's Bankruptcy Counsel.

15. Total number of attached pages of supporting documentation: _____

16. Applicant declares under penalty of perjury under the laws of the United States that the foregoing Application and all attached supporting documentation are true and correct and accurately reflect services rendered and expenses incurred.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 10/24/2025 | Douglas Beaver | |
|---|---|---|
| Date | Printed Name | Signature |

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 3    **F 2016-1.2.APP.PAYMENT.FEES**

# EXHIBIT 1

# EXHIBIT 1

|   |   |   |
|---|---|---|
| 1 | GREGORY M. SALVATO (SBN 126285) | |
| 2 | Gsalvato@salvatoboufadel.com | |
|   | JOSEPH BOUFADEL (SBN 267312) | **FILED & ENTERED** |
| 3 | Jboufadel@salvatoboufadel.com | |
| 4 | SALVATO BOUFADEL LLP | MAR 14 2025 |
|   | 9110 Irvine Center Drive | |
| 5 | Irvine, California 92618 | |
|   | Telephone: (213) 484-8400 | CLERK U.S. BANKRUPTCY COURT |
| 6 | | Central District of California |
| 7 | Proposed Attorneys for Debtor and Debtor-in-Possession | BY toliver    DEPUTY CLERK |
|   | SETH HALDANE CASDEN | |

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | | |
|---|---|---|
| In re: | | Case No. 2:23-bk-16904-BR |
| SETH HALDANE CASDEN, | | Chapter 11 |
| Debtor and Debtor-in-Possession. | | **Order Granting Debtor's Application to Employ Windes, Inc. as Tax Accountant for Debtor's Bankruptcy Estate** |
| | | [No Hearing Required] |

On January 30, 2025, Debtor Seth Haldane Casden ("**Debtor**"), through counsel filed a *Notice of Application and Debtor and Debtor-In-Possession's Application to Employ Windes, Inc. as Tax Accountant; and Statement of Disinterestedness in Support Thereof* ("Application") [Docket No. 308]. The Court, having read and considered the Application, the Statement of Disinterestedness appended thereto, and the *Declaration That No Party Requested a Hearing on Motion LBR 9013-1(o)(3)* [Docket No. 314], and

Salvato Boufadel LLP

ORDER ON EMPLOYMENT APPLICATION
FOR WINDES, INC. AS TAX ACCOUNTANT    -1-    *In re Seth Haldane Casden, Debtor.*
Chapter 11 Case No.2:23-bk-16904-BR

for good cause appearing, it is:

**ORDERED THAT:**

1. The Application is granted;

2. The Debtor is authorized to employ Windes, Inc. ("Windes") as the tax accountant for the bankruptcy estate, effective as of October 9, 2024, as specified in the Application, at the expense of the bankruptcy estate, pursuant to 11 U.S.C. § 327(a);

3. As requested in the Application, the payment to Windes of $8,500 for preparation of the 2023 tax returns, plus one half of the estimated amount for preparation of the 2024 tax returns, is approved, on an interim basis; and

4. Windes shall apply to the Court for final approval of its fees and disbursements, pursuant to 11 U.S.C. § 330.

# # #

Date: March 14, 2025

Barry Russell
United States Bankruptcy Judge

# EXHIBIT 2

# EXHIBIT 2



www.windes.com  844.4WINDES (844.494.6337)

Long Beach
Irvine
Los Angeles

Please remit to:
Post Office Box 87
Long Beach, CA 90801-0087

or pay online at http://www.windes.com/payments

| | |
|---|---|
| Seth Casden | Date: 11/26/2024 |
| 1112 Montana Avenue Apt. No. 13 | Invoice Number: 378241 |
| Santa Monica, CA 90403 | Client: 102075.TAX |

Final bill for the preparation of federal and applicable state individual income tax returns for the 2023 tax year.

Invoice Total:    $8,500.00

| 0-30 | 31-60 | 61-90 | 91- 120 | Over 120 | Balance |
|---|---|---|---|---|---|
| $8,500.00 | $0.00 | $0.00 | $0.00 | $0.00 | $8,500.00 |



Seth Casden
1112 Montana Avenue Apt. # 13
Santa Monica, CA 90403

Date: 10/23/2025
Invoice Number: 390691
Client: 102075.TAX

Professional services rendered for 2024 individual tax return preparation:

| Activity | Staff | Date | Hours | Amount |
|---|---|---|---|---|
| 1040 Return Detail Review | Aguirre, Matt | 05/19/2025 | 0.30 | $72.00 |
| 1040 Return Detail Review | Beaver, Douglas | 05/23/2025 | 0.30 | $154.50 |
| 1040 Return Detail Review | Aguirre, Matt | 07/22/2025 | 0.50 | $145.00 |
| 1040 Return Detail Review | Aguirre, Matt | 07/23/2025 | 0.50 | $145.00 |
| Tax Out of Scope | Mouannes, Rosie | 07/24/2025 | 0.10 | $17.00 |
| 1040 Return Detail Review | Beaver, Douglas | 09/23/2025 | 0.30 | $154.50 |
| 1040 Return Detail Review | Aguirre, Matt | 09/24/2025 | 0.50 | $145.00 |
| IT Client Expense | Davis, Janette | 09/25/2025 | | $30.95 |
| 1040 Return Detail Review | Aguirre, Matt | 09/30/2025 | 1.30 | $377.00 |
| IT Client Expense | Davis, Janette | 10/01/2025 | | $216.80 |
| 1040 Return Preparation | Mehus, Emma | 10/06/2025 | 1.10 | $242.00 |
| 1040 Return Preparation | Mehus, Emma | 10/07/2025 | 4.00 | $880.00 |
| 1040 Return Detail Review | Aguirre, Matt | 10/07/2025 | 3.00 | $870.00 |
| 1040 Return Detail Review | Aguirre, Matt | 10/08/2025 | 0.80 | $232.00 |
| 1040 Return Detail Review | Aguirre, Matt | 10/09/2025 | 0.80 | $232.00 |
| 1040 Return Detail Review | Beaver, Douglas | 10/09/2025 | 1.10 | $566.50 |
| 1040 Return Detail Review | Aguirre, Matt | 10/10/2025 | 2.50 | $725.00 |
| 1040 Return Detail Review | Beaver, Douglas | 10/10/2025 | 1.70 | $875.50 |

Total: $6,080.75

Invoice Total: $6,080.75

| 0-30 | 31-60 | 61-90 | 91- 120 | Over 120 | Balance |
|---|---|---|---|---|---|
| $6,080.75 | $0.00 | $0.00 | $0.00 | $0.00 | $6,080.75 |

# EXHIBIT 3

# EXHIBIT 3





# Douglas Beaver, CPA, MBT
## Partner, Tax

**Resident Office**
2050 Mains Street
Suite 1300
Irvine, CA  92614

**Telephone**
949.271.2614

**Email**
dbeaver@windes.com

## Range of Experience

Doug joined Windes in 2015 and is a partner in the firm's Tax department.

Doug's experience ranges from tax planning for publicly traded companies to compliance for small family-owned business and corporations, including S corporations, partnerships and LLCs.

He serves various industries including, technology, manufacturing, restaurants and real estate partnerships.

## Education

Bachelor of Science, Business Administration
*California State University Fullerton*

Masters of Business Taxation
*University of Southern California*

## Community and Professional Affiliations

- American Institute of Certified Public Accountants, *Member*

- California Society of Certified Public Accountants, *Member*

# PROOF OF SERVICE OF DOCUMENT

*In re Seth Haldane Casden, Debtor, Chapter 11 Case No. 2:23-bk-16904-BR*

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**Salvato Boufadel, LLP, 355 South Grand Avenue, Suite 2450, Los Angeles, California 90071**

A true and correct copy of the foregoing document entitled (*specify*):

**APPLICATION FOR PAYMENT OF:  INTERIM FEES AND EXPENSES [WINDES, INC.]; Exhibits 1-3**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On *(date)* **10/28/25** checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2**.  **SERVED BY UNITED STATES MAIL**:
On (*date*) **10/28/25**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3**.  **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **10/28/25**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 10/28/25 | Gregory M. Salvato | */s/ Gregory M. Salvato* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                   **F 9013-3.1.PROOF.SERVICE**

Electronic Mail Service List

- **Shraddha Bharatia**    notices@becket-lee.com
- **Joseph Boufadel**    jboufadel@salvatoboufadel.com, Gsalvato@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com
- **Thomas E Butler**    butlert@whiteandwilliams.com, sullivann@whiteandwilliams.com;millnamowm@whiteandwilliams.com;panchavatis@whiteandwilliams.com
- **Aaron E. De Leest**    adeleest@marshackhays.com, adeleest@marshackhays.com,alinares@ecf.courtdrive.com
- **John-Patrick M Fritz**    jpf@lnbyg.com, JPF.LNBYB@ecf.inforuptcy.com
- **Matthew Grimshaw**    mgrimshaw@marshackhays.com, mgrimshaw@ecf.courtdrive.com;alinares@ecf.courtdrive.com
- **Jeff D Kahane**    jkahane@skarzynski.com, dahn@ecf.courtdrive.com
- **Sweeney Kelly**    kelly@ksgklaw.com
- **Wendy A Locke**    ecfcacb@aldridgepite.com, wlocke@ecf.inforuptcy.com
- **Betty Luu**    bluu@duanemorris.com
- **Ron Maroko**    ron.maroko@usdoj.gov
- **Allison C. Murray**    acmurray@swlaw.com, kcollins@swlaw.com
- **Kurt Ramlo**    RamloLegal@gmail.com, kr@ecf.courtdrive.com,ramlo@recap.email
- **Michael B Reynolds**    mreynolds@swlaw.com, kcollins@swlaw.com
- **Gregory M Salvato**    gsalvato@salvatoboufadel.com, calendar@salvatolawoffices.com;jboufadel@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com
- **Nicole Sullivan**    sullivann@whiteandwilliams.com, vulpioa@whiteandwilliams.com,arthura@whiteandwilliams.com
- **John N Tedford**    JNT@LNBYG.com, jnt@ecf.courtdrive.com
- **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov
- **David Wood**    dwood@marshackhays.com, dwood@ecf.courtdrive.com;lbuchananmh@ecf.courtdrive.com;spineda@ecf.courtdrive.com;alinares@ecf.courtdrive.com
- **Roye Zur**    rzur@elkinskalt.com, lwageman@elkinskalt.com;1648609420@filings.docketbird.com;rzur@ecf.courtdrive.com;lmasse@elkinskalt.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**