GREGORY M. SALVATO (SBN 126285)
   Gsalvato@salvatoboufadel.com
JOSEPH BOUFADEL (SBN 267312)
   Jboufadel@salvatoboufadel.com
SALVATO BOUFADEL LLP
355 So. Grand Avenue, Suite 2450
Los Angeles, California 90071
Telephone: (213) 484-8400

Attorneys for Debtor and Debtor-in-Possession
SETH HALDANE CASDEN

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES

| | |
|---|---|
| In re:<br><br>SETH HALDANE CASDEN,<br><br>   Debtor and<br>   Debtor-in-Possession. | Case No. 2:23-bk-16904-BR<br><br>Chapter 11<br><br>**Declaration of Seth Casden in Support of Applications for Compensation and Reimbursement of Expenses of Professionals Retained by the Bankruptcy Estate**<br><br>Date:   November 18, 2025<br>Time:   10:00 a.m.<br>Place:  Courtroom 1668<br>            Roybal Federal Building<br>            255 East Temple Street<br>            Los Angeles, CA 90012 |

//

//

//

Salvato Boufadel LLP

DECLARATION OF SETH CASDEN IN
SUPPORT OF FEE APPLICATIONS

-1-

*In re Seth Haldane Casden, Debtor.*
Chapter 11 Case No. 2:23-bk-16904-BR

# DECLARATION OF SETH CASDEN

I, Seth Casden, declare:

1. I am the individual Debtor and Debtor in Possession ("Debtor") in the bankruptcy case *In re Seth Halden Casden,* Chapter 11 Case No. 2:23-bk-16904-BR, now pending before this Court. The following facts are known to me of my own personal knowledge and if called as a witness, I could and would competently testify to the truth thereof.

## Review of the Interim and Final Fee Applications Presented

2. I have reviewed the *Application of Salvato Boufadel, LLP for Approval of Fees and Reimbursement of Expenses* ("Salvato Fee Application"), filed by Salvato Boufadel, LLP, bankruptcy counsel to the Debtor, requesting approval of fees in the amount of $82,700.00 and costs in the amount of $168.97 for a total of $82,868.97.

3. I believe that the fees and expenses requested by Salvato Boufadel, LLP are reasonable and appropriate in light of the scope, quality and results of the services provided by Salvato Boufadel to the Debtor's estate, and should be approved by the Court.

4. I have reviewed the *Application for Payment of Interim Fees and Expenses of Benedon & Serlin, LLP* ("Benedon Fee Application"), filed by Benedon & Serlin, LLP, special appellate counsel to the Debtor, requesting approval of fees in the amount of $257,242.00 and costs in the amount of $2,378.83 for a total of $259,620.83.

5. I believe that the fees and expenses requested by Benedon & Serlin, LLP are reasonable and appropriate in light of the scope, quality and results of the services provided by Benedon & Serlin, LLP, to the Debtor's estate, and should be approved by the Court.

6. I have reviewed the *Second Interim Application of Armory Consulting Company for Approval of Fees and Reimbursement of Expenses* ("Armory Fee Application"), filed on behalf of Armory Consulting Company, financial advisor to the Debtor, requesting approval of fees for the Subject Period in the amount of $37,690.00 and no costs, for a total of $37,690.00.

Salvato Boufadel LLP

DECLARATION OF SETH CASDEN IN SUPPORT OF FEE APPLICATIONS     -2-     *In re Seth Haldane Casden, Debtor.*
Chapter 11 Case No.2:23-bk-16904-BR

7. I believe that the fees and expenses requested by Armory Consulting Company are reasonable and appropriate in light of the scope, quality and results of the services provided by Armory Consulting Company to the Debtor's estate, and should be approved by the Court.

8. I have reviewed the *Interim Application for Payment of Interim Fees and Expenses of Windes, Inc.* ("Windes Fee Application"), filed on behalf of Windes, Inc., tax accountant to the Debtor requesting approval of fees for the Subject Period in the amount of $14,586.00 and costs of $264.75, for a total of $14,850.75.

9. I believe that the fees and expenses requested by Windes, Inc. are reasonable and appropriate in light of the scope, quality and results of the services provided by Windes, Inc. to the Debtor's estate, and should be approved by the Court.

10. Finally, I have reviewed the *Second and Final Application of Danning, Gill, Israel & Krasnoff, LLP for Approval of Fees and Reimbursement of Expenses* ("Danning, Gill Fee Application"), filed by Danning Gill et al., the former bankruptcy counsel to the Debtor.

11. No additional payment of fees or expenses is requested by Danning Gill, et al., provided that the full amounts incurred or expended are approved are reasonable and appropriate in light of the scope, quality and results of the services provided by Danning Gill to the Debtor's estate, and should be approved by the Court.

## Ability to Pay the Requested Fees

12. As of the date of the filing of this Declaration, the Debtor will have cash on hand in a sum sufficient to make the professional fee and expense payment requested by the professionals described above, which total $216,530.55 (after application of the respective fee advances already paid to certain firms) because various firms have agreed to accept payment over a reasonable period of time.

//

//

//

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 28th day of October 2025 at Los Angeles, California.

_____
SETH CASDEN

Salvato Boufadel LLP

DECLARATION OF SETH CASDEN IN SUPPORT OF FEE APPLICATIONS     -4-     *In re Seth Haldane Casden, Debtor.*
Chapter 11 Case No.2:23-bk-16904-BR

# PROOF OF SERVICE OF DOCUMENT

*In re Seth Haldane Casden, Debtor, Chapter 11 Case No. 2:23-bk-16904-BR*

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**Salvato Boufadel, LLP, 355 South Grand Avenue, Suite 2450, Los Angeles, California 90071**

A true and correct copy of the foregoing document entitled (*specify*):

**Declaration of Seth Casden in Support of Applications for Compensation and Reimbursement of Expenses of Professionals Retained by the Bankruptcy Estate**

will be served or was served ~~**(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and~~ **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **10/28/25** checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **10/28/25**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **10/28/25**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 10/28/25 | Gregory M. Salvato | */s/ Gregory M. Salvato* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                             **F 9013-3.1.PROOF.SERVICE**

Electronic Mail Service List

- **Shraddha Bharatia**    notices@becket-lee.com
- **Joseph Boufadel**    jboufadel@salvatoboufadel.com, Gsalvato@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com
- **Thomas E Butler**    butlert@whiteandwilliams.com, sullivann@whiteandwilliams.com;millnamowm@whiteandwilliams.com;panchavatis@whiteandwilliams.com
- **Aaron E. De Leest**    adeleest@marshackhays.com, adeleest@marshackhays.com,alinares@ecf.courtdrive.com
- **John-Patrick M Fritz**    jpf@lnbyg.com, JPF.LNBYB@ecf.inforuptcy.com
- **Matthew Grimshaw**    mgrimshaw@marshackhays.com, mgrimshaw@ecf.courtdrive.com;alinares@ecf.courtdrive.com
- **Jeff D Kahane**    jkahane@skarzynski.com, dahn@ecf.courtdrive.com
- **Sweeney Kelly**    kelly@ksgklaw.com
- **Wendy A Locke**    ecfcacb@aldridgepite.com, wlocke@ecf.inforuptcy.com
- **Betty Luu**    bluu@duanemorris.com
- **Ron Maroko**    ron.maroko@usdoj.gov
- **Allison C. Murray**    acmurray@swlaw.com, kcollins@swlaw.com
- **Kurt Ramlo**    RamloLegal@gmail.com, kr@ecf.courtdrive.com,ramlo@recap.email
- **Michael B Reynolds**    mreynolds@swlaw.com, kcollins@swlaw.com
- **Gregory M Salvato**    gsalvato@salvatoboufadel.com, calendar@salvatolawoffices.com;jboufadel@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com
- **Nicole Sullivan**    sullivann@whiteandwilliams.com, vulpioa@whiteandwilliams.com,arthura@whiteandwilliams.com
- **John N Tedford**    JNT@LNBYG.com, jnt@ecf.courtdrive.com
- **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov
- **David Wood**    dwood@marshackhays.com, dwood@ecf.courtdrive.com;lbuchananmh@ecf.courtdrive.com;spineda@ecf.courtdrive.com;alinares@ecf.courtdrive.com
- **Roye Zur**    rzur@elkinskalt.com, lwageman@elkinskalt.com;1648609420@filings.docketbird.com;rzur@ecf.courtdrive.com;lmasse@elkinskalt.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**