Jeff D. Kahane (SBN 223329)
**Skarzynski Marick & Black LLP**
333 S. Grand Ave., Suite 3550
Los Angeles, CA 90071
Telephone: 213.721.0653
jkahane@skarzynski.com

*Counsel for Alan Terry Leavitt*

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES

| | |
|---|---|
| In re:<br><br>SETH HALDANE CASDEN,<br><br>Debtor. | Case No.: 2:23-bk-16904-BR<br><br>Chapter 11<br><br>**NOTICE AND MOTION TO WITHDRAW AS COUNSEL**<br><br>**[No Hearing Required Pursuant to Local Bankruptcy Rule 9013-1(p)]** |

Pursuant to Local Bankruptcy Rule 2091-1 and 9013-1(p), Jeff D. Kahane ("Movant") formerly of Duane Morris LLP (Duane Morris), now with Skarzynski Marick & Black LLP seeks to withdraw his appearance as counsel for Alan Terry Leavitt ("Mr. Leavitt"). All other counsel of record for Mr. Leavitt remain at Duane Morris and shall remain as counsel of record. In support of this motion Movant states as follows:

1.      Movant was co-counsel to Mr. Leavitt and filed a Notice of Appearance (Docket No. 75).

2.      Movant is no longer affiliated with Duane Morris and is no longer representing Mr. Leavitt.

3.      Mr. Leavitt will not be prejudiced by Movant's withdrawal, and it will not delay any discovery, trial or any hearing in the case. Betty Luu at Duane Morris will remain as counsel of record.

4.      Further, Movant requests to be removed from the CM/ECF service list in this matter.

1

Wherefore, Movant respectfully requests that an Order granting Movant leave to withdraw his appearance as attorney of record for Mr. Leavitt and be removed from the CM/ECF service list, substantially in the form of Exhibit "A" be entered.

Respectfully submitted,

Dated:   November 4, 2025

**SKARZYNSKI MARICK & BLACK LLP**

By: */s/ Jeff D. Kahane*
Jeff D. Kahane

NOTICE AND MOTION TO WITHDRAW AS COUNSEL

# Exhibit A

Jeff D. Kahane (SBN 223329)
**Skarzynski Marick & Black LLP**
333 S. Grand Ave., Suite 3550
Los Angeles, CA 90071
Telephone: 213.721.0650
jkahane@skarzynski.com

*Counsel for Alan Terry Leavitt*

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| In re: | Case No.: 2:23-bk-16904-BR |
|---|---|
| SETH HALDANE CASDEN, | Chapter 11 |
| Debtor. | **ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL** |
| | **[No Hearing Required Pursuant to Local Bankruptcy Rule 9013-1(p)]** |

The Court, having reviewed Jeff D. Kahane's Motion to Withdraw as Counsel ("Motion"), and for good cause appearing therefor,

IT IS HEREBY ORDERED THAT the Motion is GRANTED.

IT IS SO ORDERED THAT Jeff D. Kahane is withdrawn as counsel to Alan Terry Leavitt in this matter and is removed from the CM/ECF service list.

# # #

1

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
333 S. Grand Ave., Suite 3550, Los Angeles, CA 90071.

A true and correct copy of the foregoing document entitled (*specify*): <u>Notice and Motion to Withdraw as Counsel</u> will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) November 4, 2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) November 4, 2025, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

The Honorable Barry Russell
U.S. Bankruptcy Court
255 E. Temple Street, Suite 1660
Los Angeles, CA 90012

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| November 4, 2025 | Gail Reinig | */s/ Gail Reinig* |
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**Mailing Information for Case 2:23-bk-16904-BR**

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Shraddha Bharatia**   notices@becket-lee.com
- **Joseph Boufadel**   jboufadel@salvatoboufadel.com, Gsalvato@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com
- **Thomas E Butler**   butlert@whiteandwilliams.com, sullivann@whiteandwilliams.com;millnamowm@whiteandwilliams.com;panchavatis@whiteandwilliams.com
- **Aaron E. De Leest**   adeleest@marshackhays.com, adeleest@marshackhays.com,alinares@ecf.courtdrive.com
- **John-Patrick M Fritz**   jpf@lnbyg.com, JPF.LNBYB@ecf.inforuptcy.com
- **Matthew Grimshaw**   mgrimshaw@marshackhays.com, mgrimshaw@ecf.courtdrive.com;alinares@ecf.courtdrive.com
- **Jeff D Kahane**   jkahane@skarzynski.com, dahn@ecf.courtdrive.com
- **Sweeney Kelly**   kelly@ksgklaw.com
- **Wendy A Locke**   ecfcacb@aldridgepite.com, wlocke@ecf.inforuptcy.com
- **Betty Luu**   bluu@duanemorris.com, betty-luu-4381@ecf.pacerpro.com
- **Ron Maroko**   ron.maroko@usdoj.gov
- **Allison C. Murray**   acmurray@swlaw.com, kcollins@swlaw.com
- **William M Noall**   wnoall@gtg.legal, bknotices@gtg.legal
- **Kurt Ramlo**   RamloLegal@gmail.com, kr@ecf.courtdrive.com,ramlo@recap.email
- **Arjun P Rao**   arjun.rao@morganlewis.com, kathleen.rosello@morganlewis.com
- **Michael B Reynolds**   mreynolds@swlaw.com, kcollins@swlaw.com
- **Gregory M Salvato**   gsalvato@salvatoboufadel.com, calendar@salvatolawoffices.com;jboufadel@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com
- **Nicole Sullivan**   sullivann@whiteandwilliams.com, vulpioa@whiteandwilliams.com,arthura@whiteandwilliams.com
- **John N Tedford**   JNT@LNBYG.com, jnt@ecf.courtdrive.com
- **United States Trustee (LA)**   ustpregion16.la.ecf@usdoj.gov
- **David Wood**   dwood@marshackhays.com, dwood@ecf.courtdrive.com;lbuchananmh@ecf.courtdrive.com;spineda@ecf.courtdrive.com;alinares@ecf.courtdrive.com
- **Roye Zur**   rzur@elkinskalt.com, lwageman@elkinskalt.com;1648609420@filings.docketbird.com;rzur@ecf.courtdrive.com;lmasse@elkinskalt.com