Main Document Page 1 of 8

GREGORY M. SALVATO (SBN 126285)
Gsalvato@salvatoboufadel.com
JOSEPH BOUFADEL (SBN 267312)
Jboufadel@salvatoboufadel.com
SALVATO BOUFADEL LLP
355 South Grand Avenue, Suite 2450
Los Angeles, California 92618
Telephone: (213) 484-8400

Attorneys for Debtor and Debtor-in-Possession
SETH HALDANE CASDEN

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES**

| | |
|---|---|
| In re:<br><br>SETH HALDANE CASDEN,<br><br>Debtor and<br>Debtor-in-Possession. | Case No. 2:23-bk-16904-BR<br><br>Chapter 11<br><br>**Debtor's Evidentiary Objections to Declaration of Nicole A. Sullivan Filed in Support of Multiple Energy Technologies, LLC's Motion for Appointment of a Chapter 11 Trustee, or Alternatively, Conversion to Chapter 7 [Dkt. No. 366-1]**<br><br>Date: November 18, 2025<br>Time: 10:00 a.m.<br>Place: Courtroom 1668<br>Roybal Federal Building<br>255 East Temple Street<br>Los Angeles, CA 90012 |

Salvato Boufadel LLP

Evidentiary Objections to Declaration of Nicole A. Sullivan [Dkt. No. 366-1]

-1-

*In re Seth Haldane Casden, Debtor.*
Case No.2:23-bk-16904-BR

Debtor and Debtor in Possession Seth Haldane Casden ("Debtor") hereby objects to the Declaration of Nicole A. Sullivan, Esq. filed in support of *Multiple Energy Technologies, LLC's Motion for Appointment of a Chapter 11 Trustee, or Alternatively, Conversion to Chapter 7* [Dkt. No. 366-1], and requests that the following be stricken as inadmissible for the following reasons:

| | **Statement / Exhibit** | **Objections:** | **Ruling:** |
|---|---|---|---|
| 1. | **Sullivan Declaration, ¶ 6, Exhibit B**: Non-confidential portions of the transcript from Debtor's 2004 Examination. | **Rule 2004 Transcript is not admissible.** *In re Oliver*, 414 B.R. 361 (Bankr. E.D. Tenn. 2009) ("oral testimony is taken by deposition pursuant to Rule 30 of the Federal Rules of Civil Procedure and its admissibility is governed by Rule 32. Because a Rule 2004 examination is not a deposition, Mr. Householder's testimony will not be admitted into evidence for purposes of the Motion for Summary Judgment"); & *In re Smith*, 77 B.R. 496, 499 (Bankr. E.D. Pa. 1987) ("we cannot append F.R.Civ.P. 32(a)(2) to B.Rule 2004 and allow materials from a 2004 Examination to constitute the record"). | Sustained ______ Overruled: ______ |
| 2. | **Sullivan Declaration, ¶ 7, Exhibit C**: December 16, 2024 letter of direction to distribute $450,000 to Danning, Gill, Isreal & Krasnoff, LLP. | **Lack of foundation.** (FRE 602) **Lack of personal knowledge**. (FRE 602) | Sustained ______ Overruled: ______ |

Salvato Boufadel LLP

Evidentiary Objections to Declaration of Nicole A. Sullivan [Dkt. No. 366-1]

-2-

*In re Seth Haldane Casden, Debtor.* Case No.2:23-bk-16904-BR

| | Statement / Exhibit | Objections: | Ruling: |
|---|---|---|---|
| | | **Inadmissible hearsay.** (FRE 801)<br>**Relevance.** (FRE 401 & 402) | |
| 3. | **Sullivan Declaration, ¶ 8, Exhibit D**:<br><br>Correspondence concerning the February 25, 2025 initial capital call to Interplay Venture Fund III, LP in the amount of $23,976.69. | **Best Evidence Rule / not the document claimed to be authenticated**. (FRE 2002)<br><br>**Lack of foundation.** (FRE 602)<br><br>**Lack of personal knowledge**. (FRE 602)<br><br>**Inadmissible hearsay.** (FRE 801)<br><br>**Relevance.** (FRE 401 & 402) | Sustained _____<br><br>Overruled: _____ |
| 4. | **Sullivan Declaration, ¶ 10, Exhibit F**:<br><br>Hologenix, LLC's Monthly Operating Report for the month ending June 29, 2025 (Hologenix Doc. 1078 in Case No. 2:20-bk-13849-BR) | **Lack of personal knowledge.** (FRE 602)<br><br>**Inadmissible hearsay.** (FRE 801) | Sustained _____<br><br>Overruled: _____ |
| 5. | **Sullivan Declaration, ¶ 11, Exhibit G**:<br><br>Hologenix, LLC's Monthly Operating Report for the month ending April 30, 2025 (Hologenix Doc. 1068 in Case No. 2:20-bk-13849-BR) | **Lack of personal knowledge.** (FRE 602)<br><br>**Inadmissible hearsay.** (FRE 801) | Sustained _____<br><br>Overruled: _____ |

Salvato Boufadel LLP

Evidentiary Objections to Declaration of Nicole A. Sullivan [Dkt. No. 366-1]

-3-

*In re Seth Haldane Casden, Debtor.*
Case No.2:23-bk-16904-BR

| | Statement / Exhibit | Objections: | Ruling: |
|---|---|---|---|
| 6. | **Sullivan Declaration, ¶ 12, Exhibit H**:<br>Hologenix, LLC's Monthly Operating Report for the month ending July 31, 2025 (Hologenix Doc. 1080 in Case No. 2:20-bk-13849-BR) | **Lack of personal knowledge**. (FRE 602)<br><br>**Inadmissible hearsay**. (FRE 801) | Sustained ______<br><br>Overruled: ______ |
| 7. | **Sullivan Declaration, ¶ 13, Exhibit I**:<br>Transcript of the 2004 Examination of Alan Terry Leavitt | **Rule 2004 Transcript is not admissible.**<br>*In re Oliver*, 414 B.R. 361 (Bankr. E.D. Tenn. 2009); *In re Smith*, 77 B.R. 496, 499 (Bankr. E.D. Pa. 1987) ("we cannot append F.R.Civ.P. 32(a)(2) to B.Rule 2004 and allow materials from a 2004 Examination to constitute the record"). | Sustained ______<br><br>Overruled: ______ |
| 8. | **Sullivan Declaration, ¶ 14, Exhibit J**:<br>Letters of Direction signed by Alan Terry Leavitt for distributions to or on behalf of Seth Casden | **Relevance**. *The letters relate to purported transactions years prior to 2025, which is the date of the purported transactions at issue in MET's motion.* (FRE 401 & 402)<br><br>**Lack of foundation**. (FRE 602)<br><br>**Lack of personal knowledge.** (FRE 602)<br><br>**Inadmissible hearsay.** (FRE 801) | Sustained ______<br><br>Overruled: ______ |

Salvato Boufadel LLP

Evidentiary Objections to Declaration of Nicole A. Sullivan [Dkt. No. 366-1] -4- *In re Seth Haldane Casden, Debtor.* Case No.2:23-bk-16904-BR

| | Statement / Exhibit | Objections: | Ruling: |
|---|---|---|---|
| 9. | **Sullivan Declaration, ¶ 15, Exhibit K**:<br>Letters of Direction signed by Alan Terry Leavitt sent by Seth Casden to Northern Trust via email | **Relevance**. *The letters relate to purported transactions years prior to 2025, which is the date of the purported transactions at issue in MET's motion.* (FRE 401 & 402)<br>**Lack of foundation**. (FRE 602)<br>**Lack of personal knowledge.** (FRE 602)<br>**Inadmissible hearsay.** (FRE 801) | Sustained _____<br>Overruled: _____ |
| 10. | **Sullivan Declaration, ¶ 16, Exhibit L**:<br>January 26, 2024 email from Alan Levitt to Natalie Schiavone | **Lack of foundation.** (FRE 602)<br>**Lack of personal knowledge**. (FRE 602)<br>**Inadmissible hearsay.** (FRE 801)<br>**Relevance.** (FRE 401 & 402) | Sustained _____<br>Overruled: _____ |
| 11. | **Sullivan Declaration, ¶ 17, Exhibit M**:<br>Post-Trial Order referenced in the Motion | **Inadmissible hearsay.** (FRE 801)<br>**Relevance.** (FRE 401 & 402) | Sustained _____<br>Overruled: _____ |
| 12. | **Sullivan Declaration, ¶ 18, Exhibit N**:<br>Final Judgment referenced in the Motion | **Inadmissible hearsay.** (FRE 801)<br>**Relevance.** (FRE 401 & 402) | Sustained _____<br>Overruled: _____ |

Salvato Boufadel LLP

Evidentiary Objections to Declaration of Nicole A. Sullivan [Dkt. No. 366-1]

-5-

*In re Seth Haldane Casden, Debtor.* Case No.2:23-bk-16904-BR

Dated: November 4, 2025

SALVATO BOUFADEL, LLP

*/s/ Gregory M. Salvato*

Gregory M. Salvato
Joseph Boufadel

Attorneys for Debtor and Debtor in Possession SETH HALDANE CASDEN

Main Document Page 7 of 8

# PROOF OF SERVICE OF DOCUMENT

*In re Seth Haldane Casden, Debtor, Chapter 11 Case No. 2:23-bk-16904-BR*

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

Salvato Boufadel, LLP, 355 South Grand Avenue, Suite 2450, Los Angeles, California 90071

A true and correct copy of the foregoing document entitled (*specify*):

1. **Debtor's Opposition to Motion for Appointment of a Trustee, or Alternatively, Conversion to Chapter 7; Declarations of Seth Casden, Joel Tucker; and**
2. **Debtor's Evidentiary Objections to Declaration of Nicole A. Sullivan Filed in Support of Multiple Energy Technologies, LLC's Motion for Appointment of a Chapter 11 Trustee, or Alternatively, Conversion to Chapter 7 [Dkt. No. 366-1]**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On *(date)* **11/04/2025** checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

See attached continuation page.

☒ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*) _________, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **11/04/2025**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

*To be Sent on November 5, 2025*
Honorable Barry Russell
U.S. Bankruptcy Court
Roybal Federal Building
255 E. Temple St., Suite 1660
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 11/04/2025 | Gregory M. Salvato | */s/ Gregory M. Salvato* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

Main Document Page 8 of 8

## CONTINUATION PAGE

1. **SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF"):**

- **Shraddha Bharatia** notices@becket-lee.com
- **Joseph Boufadel** jboufadel@salvatoboufadel.com, Gsalvato@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com
- **Thomas E Butler** butlert@whiteandwilliams.com, sullivann@whiteandwilliams.com;millnamowm@whiteandwilliams.com;panchavatis@whiteandwilliams.com
- **Aaron E. De Leest** adeleest@marshackhays.com, adeleest@marshackhays.com,alinares@ecf.courtdrive.com
- **John-Patrick M Fritz** jpf@lnbyg.com, JPF.LNBYB@ecf.inforuptcy.com
- **Matthew Grimshaw** mgrimshaw@marshackhays.com, mgrimshaw@ecf.courtdrive.com;alinares@ecf.courtdrive.com
- **Jeff D Kahane** jkahane@skarzynski.com, dahn@ecf.courtdrive.com
- **Sweeney Kelly** kelly@ksgklaw.com
- **Wendy A Locke** ecfcacb@aldridgepite.com, wlocke@ecf.inforuptcy.com
- **Betty Luu** bluu@duanemorris.com
- **Ron Maroko** ron.maroko@usdoj.gov
- **Allison C. Murray** acmurray@swlaw.com, kcollins@swlaw.com
- **Kurt Ramlo** RamloLegal@gmail.com, kr@ecf.courtdrive.com,ramlo@recap.email
- **Michael B Reynolds** mreynolds@swlaw.com, kcollins@swlaw.com
- **Gregory M Salvato** gsalvato@salvatoboufadel.com, calendar@salvatolawoffices.com;jboufadel@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com
- **Nicole Sullivan** sullivann@whiteandwilliams.com, vulpioa@whiteandwilliams.com,arthura@whiteandwilliams.com
- **John N Tedford** JNT@LNBYG.com, jnt@ecf.courtdrive.com
- **United States Trustee (LA)** ustpregion16.la.ecf@usdoj.gov
- **David Wood** dwood@marshackhays.com, dwood@ecf.courtdrive.com;lbuchananmh@ecf.courtdrive.com;spineda@ecf.courtdrive.com;alinares@ecf.courtdrive.com
- **Roye Zur** rzur@elkinskalt.com, lwageman@elkinskalt.com;1648609420@filings.docketbird.com;rzur@ecf.courtdrive.com;lmasse@elkinskalt.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**