Jeff D. Kahane (SBN 223329)
**Skarzynski Marick & Black LLP**
333 S. Grand Ave., Suite 3550
Los Angeles, CA 90071
Telephone: 213.721.0653
jkahane@skarzynski.com

*Counsel for Alan Terry Leavitt*

**FILED & ENTERED**

**NOV 12 2025**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** fortier    **DEPUTY CLERK**

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>SETH HALDANE CASDEN,<br><br>Debtor. | Case No.: 2:23-bk-16904-BR<br><br>Chapter 11<br><br>**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL**<br><br>[No Hearing Required Pursuant to Local Bankruptcy Rule 9013-1(p)] |

The Court, having reviewed Jeff D. Kahane's Motion to Withdraw as Counsel ("Motion"), and for good cause appearing therefor,

IT IS HEREBY ORDERED THAT the Motion is GRANTED.

**IT IS SO ORDERED** THAT Jeff D. Kahane is withdrawn as counsel to Alan Terry Leavitt in this matter and is removed from the CM/ECF service list.

# # #

Date: November 12, 2025

_____
Barry Russell
United States Bankruptcy Judge

1

ORDER ON MOTION TO WITHDRAW AS COUNSEL