United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 23-16904-BR |
| Seth Haldane Casden | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Nov 12, 2025 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 14, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Seth Haldane Casden, 1112 Montana Ave Suite 13, Santa Monica, CA 90403-1652 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 14, 2025        Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 12, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Aaron E. De Leest | on behalf of Debtor Seth Haldane Casden adeleest@marshackhays.com adeleest@marshackhays.com,alinares@ecf.courtdrive.com |
| Allison C. Murray | on behalf of Respondent The Northern Trust Company of Delaware as Trustee of the Seth Casden Resulting Trust acmurray@swlaw.com, kcollins@swlaw.com |
| Arjun P Rao | on behalf of Defendant Discover Bank d/b/a Discover Card Discover Financial Services, and Discover Products arjun.rao@morganlewis.com, kathleen.rosello@morganlewis.com |
| Betty Luu | on behalf of Interested Party Alan Terry Leavitt bluu@duanemorris.com betty-luu-4381@ecf.pacerpro.com |
| David Wood | on behalf of Interested Party Courtesy NEF dwood@marshackhays.com |

Case 2:23-bk-16904-BR    Doc 397    Filed 11/14/25    Entered 11/14/25 21:29:05    Desc
Imaged Certificate of Notice    Page 2 of 4

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 2 of 3 |
| Date Rcvd: Nov 12, 2025 | Form ID: pdf042 | Total Noticed: 1 |

dwood@ecf.courtdrive.com;lbuchananmh@ecf.courtdrive.com;spineda@ecf.courtdrive.com;alinares@ecf.courtdrive.com

Gregory M Salvato
  on behalf of Interested Party Salvato Boufadel LLP gsalvato@salvatoboufadel.com
  calendar@salvatolawoffices.com;jboufadel@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com

Gregory M Salvato
  on behalf of Defendant Seth Haldane Casden gsalvato@salvatoboufadel.com
  calendar@salvatolawoffices.com;jboufadel@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com

Gregory M Salvato
  on behalf of Plaintiff Multiple Energy Technologies  LLC gsalvato@salvatoboufadel.com,
  calendar@salvatolawoffices.com;jboufadel@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com

Gregory M Salvato
  on behalf of Debtor Seth Haldane Casden gsalvato@salvatoboufadel.com
  calendar@salvatolawoffices.com;jboufadel@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com

Gregory M Salvato
  on behalf of Attorney Salvato Boufadel LLP gsalvato@salvatoboufadel.com
  calendar@salvatolawoffices.com;jboufadel@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com

Jeff D Kahane
  on behalf of Interested Party Alan Terry Leavitt jkahane@skarzynski.com  dahn@ecf.courtdrive.com

John N Tedford, IV
  on behalf of Other Professional DANNING GILL ISRAEL & KRASSNOFF JNT@LNBYG.com  jnt@ecf.courtdrive.com

John N Tedford, IV
  on behalf of Plaintiff Seth Casden JNT@LNBYG.com  jnt@ecf.courtdrive.com

John-Patrick M Fritz
  on behalf of Interested Party Courtesy NEF jpf@lnbyg.com  JPF.LNBYB@ecf.inforuptcy.com

Joseph Boufadel
  on behalf of Debtor Seth Haldane Casden jboufadel@salvatoboufadel.com
  Gsalvato@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com

Joseph Boufadel
  on behalf of Defendant Seth Haldane Casden jboufadel@salvatoboufadel.com
  Gsalvato@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com

Kurt Ramlo
  on behalf of Interested Party Hologenix  LLC RamloLegal@gmail.com, kr@ecf.courtdrive.com,ramlo@recap.email

Kurt Ramlo
  on behalf of Interested Party Courtesy NEF RamloLegal@gmail.com  kr@ecf.courtdrive.com,ramlo@recap.email

Lauren N Gans
  on behalf of Interested Party Multiple Energy Technologies  LLC lgans@elkinskalt.com, lmasse@elkinskalt.com

Matthew Grimshaw
  on behalf of Interested Party Courtesy NEF mgrimshaw@marshackhays.com
  mgrimshaw@ecf.courtdrive.com;alinares@ecf.courtdrive.com

Michael B Reynolds
  on behalf of Respondent The Northern Trust Company of Delaware  as Trustee of the Seth Casden Resulting Trust
  mreynolds@swlaw.com, kcollins@swlaw.com

Nicole Sullivan
  on behalf of Plaintiff Multiple Energy Technologies  LLC sullivann@whiteandwilliams.com,
  vulpioa@whiteandwilliams.com,arthura@whiteandwilliams.com

Nicole Sullivan
  on behalf of Interested Party Multiple Energy Technologies  LLC sullivann@whiteandwilliams.com,
  vulpioa@whiteandwilliams.com,arthura@whiteandwilliams.com

Ron Maroko
  on behalf of U.S. Trustee United States Trustee (LA) ron.maroko@usdoj.gov

Roye Zur
  on behalf of Interested Party Multiple Energy Technologies  LLC rzur@elkinskalt.com,
  lwageman@elkinskalt.com;1648609420@filings.docketbird.com;rzur@ecf.courtdrive.com;lmasse@elkinskalt.com

Roye Zur
  on behalf of Plaintiff Multiple Energy Technologies  LLC rzur@elkinskalt.com,
  lwageman@elkinskalt.com;1648609420@filings.docketbird.com;rzur@ecf.courtdrive.com;lmasse@elkinskalt.com

Roye Zur
  on behalf of Interested Party Courtesy NEF rzur@elkinskalt.com
  lwageman@elkinskalt.com;1648609420@filings.docketbird.com;rzur@ecf.courtdrive.com;lmasse@elkinskalt.com

Shraddha Bharatia

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Nov 12, 2025 | Form ID: pdf042 | Total Noticed: 1 |

on behalf of Creditor American Express National Bank notices@becket-lee.com

Sweeney Kelly

on behalf of Defendant American Express Company kelly@ksgklaw.com

Thomas E Butler

on behalf of Interested Party Multiple Energy Technologies LLC butlert@whiteandwilliams.com, sullivann@whiteandwilliams.com;millnamowm@whiteandwilliams.com;panchavatis@whiteandwilliams.com

United States Trustee (LA)

ustpregion16.la.ecf@usdoj.gov

Wendy A Locke

on behalf of Interested Party Courtesy NEF ecfcacb@aldridgepite.com wlocke@ecf.inforuptcy.com

William M Noall

on behalf of Defendant ARIA Resort & Casino wnoall@gtg.legal bknotices@gtg.legal


TOTAL: 33

Jeff D. Kahane (SBN 223329)
**Skarzynski Marick & Black LLP**
333 S. Grand Ave., Suite 3550
Los Angeles, CA 90071
Telephone: 213.721.0653
jkahane@skarzynski.com

*Counsel for Alan Terry Leavitt*

**FILED & ENTERED**

NOV 12 2025

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY fortier    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>SETH HALDANE CASDEN,<br><br>Debtor. | Case No.: 2:23-bk-16904-BR<br><br>Chapter 11<br><br>**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL**<br><br>**[No Hearing Required Pursuant to Local Bankruptcy Rule 9013-1(p)]** |

The Court, having reviewed Jeff D. Kahane's Motion to Withdraw as Counsel ("Motion"), and for good cause appearing therefor,

IT IS HEREBY ORDERED THAT the Motion is GRANTED.

**IT IS SO ORDERED** THAT Jeff D. Kahane is withdrawn as counsel to Alan Terry Leavitt in this matter and is removed from the CM/ECF service list.

### ###

Date: November 12, 2025

_____
Barry Russell
United States Bankruptcy Judge

ORDER ON MOTION TO WITHDRAW AS COUNSEL