GREGORY M. SALVATO (SBN 126285)
   Gsalvato@salvatoboufadel.com
JOSEPH BOUFADEL (SBN 267312)
   Jboufadel@salvatoboufadel.com
SALVATO BOUFADEL LLP
355 South Grand Avenue, Suite 2450
Los Angeles, California 90071
Telephone: (213) 484-8400

Attorneys for Debtor and Debtor-in-Possession
SETH HALDANE CASDEN

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES**

| | |
|---|---|
| In re:<br><br>SETH HALDANE CASDEN,<br><br>    Debtor and<br>    Debtor-in-Possession. | Case No. 2:23-bk-16904-BR<br><br>Chapter 11<br><br>**Case Status Report by Debtor and Debtor in Possession Seth Casden**<br><br>Date:   December 2, 2025<br>Time:   10:00 a.m.<br>Place:   Courtroom 1668<br>          Roybal Federal Building<br>          255 East Temple Street<br>          Los Angeles, CA 90012 |

Debtor and Debtor in Possession Seth Haldane Casden ("Debtor") hereby submits his status report in advance of the case status conference scheduled for December 2, 2025. Previous reports have been filed on February 27, 2024 [Dkt. No. 128], May 28, 2024 [Dkt. No,. 176], September 3, 2024 [Dkt. No. 244], November 5, 2024 [Dkt. No. 281], January 21, 2025 [Dkt. 302], July 9, 2025 [Dkt. 338], and September 8, 2025 [Dkt. 360].

Debtor hereby incorporates the prior Status Reports filed July 9, 2025, and September 8, 2025, in full, and notes the following updates:

A. **Appeals in *MET v. Casden*, District Court Case No. 2:21-cv-01149-ODW-RAO; Ninth Circuit Nos. 24-4691, 25-4004**

In the primary appeal, Ninth Circuit Case No. 24-4691, Casden filed an appeal on July 31, 2024, of United States District Judge Otis Wright's decision on September 26, 2023, granting judgment in favor of MET, and an Amended Notice of Appeal on March 4, 2025.

Casden's Opening Brief was filed on August 6, 2025; MET filed its Answering Brief on October 27, 2025, and Casden's Reply Brief is due December 17, 2025.

No date for oral argument has been scheduled.

In the appeal filed June 27, 2025, Ninth Circuit Case No. 25-4004, Casden appealed the Order by United States District Judge Otis Wright imposing contempt sanctions. This appeal has been temporarily administratively closed, pending further developments in the other appeal. (*See* Order filed September 23, 2025).

B. **Pending Appeals of the Confirmation Order and Related Matters in the Hologenix case; Ninth Circuit Case Nos. 24-2881, 24-2883, and 24-2884.**

On June 6, 2025, Hologenix filed its opening briefs for the three appeals before the Ninth Circuit Court of Appeals. MET's Answering Briefs were filed October 10, 2025, and Hologenix's Reply Brief is due on December 1, 2025.

No date for oral argument has been scheduled, although it appears that oral argument may be scheduled in February or March 2026.

**C.      Matters before the Court on December 2, 2025:**

The following matters are on calendar for December 2, 2025, at 10:00 a.m.:

#61.00      Status Conference re Complaint in *MET v. Northern Trust,* Case No. 2:24-ap-01101 *(Hologenix case)*

*#61.10      Status Conference re status on remand* Case No. *2:20-13849 (Hologenix case)*

**#62.00      Status Conference re Complaint in *MET v. Casden*, Case No. 2:24-ap-01022-BR (Non Dischargeability)**

#63.00      Status Conference re Complaint in *MET v. Discover Bank,* Case No. 2:25-01067-BR (Preference, fraudulent transfer)

#64.00      Status Conference re Complaint in *MET v. DeVoto*, Case No. 2:25-01068-BR (Preference, fraudulent transfer)

#65.00      Status Conference re Complaint in *MET v. Aria Resorts etc.,* Case No. 2:25-01069-BR (Preference, fraudulent transfer)

**#66.00      Status Conference re Chapter 11 Case in *In re Seth Haldane Casden, Case No. 2:23-16904-BR***

**#67.00      Continued hearing re Motion for approval of the Chapter 11 Disclosure Statement [Dkt. 99], with respect to the Debtor's Amended Plan of Reorganization [Dkt. No. 98] and Amended Disclosure Statement [Dkt. No. 97], Case No. 2:23-16904-BR.**

**#68.00      Continued hearing re Motion for a Protective Order with respect to the 2004 Examination and Production of Documents of The Northern Trust Company  [Dkt. 275] (Northern Trust).**

**D.      Request for Continuance of Hearings**

The Debtor recommends a continuance of this case Status Conference in the Adversary Proceeding (Matter #62) and the other pending matters in the Casden bankruptcy case (Matters #66 to #68) for 90 to 120 days.

DATED: November 20, 2025                    SALVATO BOUFADEL, LLP


   */s/ Gregory M. Salvato*
_____
Gregory M. Salvato
Joseph Boufadel

Attorneys for Debtor and Debtor in Possession
SETH HALDANE CASDEN

## PROOF OF SERVICE OF DOCUMENT

*In re Seth Haldane Casden, Debtor, Chapter 11 Case No. 2:23-bk-16904-BR*

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**Salvato Boufadel, LLP, 355 South Grand Avenue, Suite 2450, Los Angeles, California 90071**

A true and correct copy of the foregoing document entitled (*specify*):

**Case Status Report by Debtor and Debtor in Possession Seth Casden**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **11/20/2025** checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**See attached continuation page.**

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **11/20/2025**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Honorable Barry Russell
U.S. Bankruptcy Court
Roybal Federal Building
255 E. Temple St., Suite 1660
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 11/20/2025 | Gregory M. Salvato | /s/ Gregory M. Salvato |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

## CONTINUATION PAGE

**1. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF"):**

- **Shraddha Bharatia**   notices@becket-lee.com
- **Joseph Boufadel**   jboufadel@salvatoboufadel.com, Gsalvato@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com
- **Thomas E Butler**   butlert@whiteandwilliams.com, sullivann@whiteandwilliams.com;millnamowm@whiteandwilliams.com;panchavatis@whiteandwilliams.com
- **Aaron E. De Leest**   adeleest@marshackhays.com, adeleest@marshackhays.com,alinares@ecf.courtdrive.com
- **John-Patrick M Fritz**   jpf@lnbyg.com, JPF.LNBYB@ecf.inforuptcy.com
- **Matthew Grimshaw**   mgrimshaw@marshackhays.com, mgrimshaw@ecf.courtdrive.com;alinares@ecf.courtdrive.com
- **Jeff D Kahane**   jkahane@skarzynski.com, dahn@ecf.courtdrive.com
- **Sweeney Kelly**   kelly@ksgklaw.com
- **Wendy A Locke**   ecfcacb@aldridgepite.com, wlocke@ecf.inforuptcy.com
- **Betty Luu**   bluu@duanemorris.com
- **Ron Maroko**   ron.maroko@usdoj.gov
- **Allison C. Murray**   acmurray@swlaw.com, kcollins@swlaw.com
- **Kurt Ramlo**   RamloLegal@gmail.com, kr@ecf.courtdrive.com,ramlo@recap.email
- **Michael B Reynolds**   mreynolds@swlaw.com, kcollins@swlaw.com
- **Gregory M Salvato**   gsalvato@salvatoboufadel.com, calendar@salvatolawoffices.com;jboufadel@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com
- **Nicole Sullivan**   sullivann@whiteandwilliams.com, vulpioa@whiteandwilliams.com,arthura@whiteandwilliams.com
- **John N Tedford**   JNT@LNBYG.com, jnt@ecf.courtdrive.com
- **United States Trustee (LA)**   ustpregion16.la.ecf@usdoj.gov
- **David Wood**   dwood@marshackhays.com, dwood@ecf.courtdrive.com;lbuchananmh@ecf.courtdrive.com;spineda@ecf.courtdrive.com;alinares@ecf.courtdrive.com
- **Roye Zur**   rzur@elkinskalt.com, lwageman@elkinskalt.com;1648609420@filings.docketbird.com;rzur@ecf.courtdrive.com;lmasse@elkinskalt.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**