

ORDER No. _____

# UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

## TRANSCRIPT ORDER FORM

CHAPTER 11.00

APPEAL?  ☐ Yes  ☒ No
APPEAL No. _____ (if known)

(File this form on the related case docket)

Ordering Party's Name: **Roye Zur**          Attorney Bar# **273875**
Law Firm: **Elkins Kalt Weintraub Reuben Gartside LLP**
Mailing Address: **10345 W. Olympic Blvd.**
**Los Angeles, CA 90064**

Person to Contact (**If Judge-ordered: Transcriber to contact Procurement\*\***): **Lisa Masse**
Telephone: (**310**) **746-4400**   E-mail: **lmasse@elkinskalt.com**
Bankruptcy Case #: **2:23-bk-16904-BR**   Adversary Proceeding #/MP #: _____
Date of Hearing (**complete a SEPARATE form for EACH hearing date**): **11/18/2025**   Time: **10:00 a.m.**
Debtor: **Seth Haldane Casden**
Adversary Proceeding Name: _____ vs. _____
Hearing Judge: **B. Russell**          Courtroom #: **LA 1668**
**TRANSCRIBER:** **Briggs Reporting**       **ALTERNATE:** **Echo Reporting**
(Select from the Court-approved list of Transcription Service Providers. This provider will contact you regarding payment)

**341(a) MEETING OF CREDITORS:** The Meeting of Creditors is recorded by the Trustee. **DO NOT USE THIS FORM.** For *341(a) Recording Request Procedures click* here, visit the U.S. Trustee website

**Transcript Type:**

**NOTE:** The Court is not responsible for determining if a hearing has been previously transcribed. Check the case docket to determine if a filed transcript already exists or is being transcribed before filing this form.

**Copy of Existing Transcript:** Contact the transcriber directly for a copy.

☐ 30 Days (Ordinary)   ☒ 3 Days         ☒ Entire Hearing
☐ 14 Days              ☐ Next Day (24 hours)  ☐ Ruling/Opinion of Judge only
☐ 7 Days                                  ☐ Testimony of Witness _____
                                          ☐ Other\*              (name of witness)

\*Special Instructions: _____

**Transcript due dates** are computed from the date the deposit is received by the Transcriber. The cost of a transcript varies for each type. See *Transcript Ordering Instructions*, **Transcript Costs/Forms of Payment**.

### TO BE COMPLETED BY THE COURT

☐ **Judge Ordered Transcript\*\*:** Clerk must **docket this form**; CM/ECF will automatically notify Procurement.
Date Request Filed: _____ Date Sent to Transcriber: _____ By ☐FDS ☐Mail ☐Messenger
Digital Recording (or Analog Tape Recording)
(Tape #:\_\_\_\_)Time Start (Index #): _____ Time End (Index #): \_\_\_\_\_ Time Start: _____ Time End: \_\_\_\_
(Tape #:\_\_\_\_)Time Start (Index #): _____ Time End (Index #): \_\_\_\_\_ Time Start: _____ Time End: \_\_\_\_
Court Recorder: _____ Division: _____ Processed by: _____

### \*\*TRANSCRIBER INSTRUCTIONS

**Judge-ordered transcripts:** email price quote & invoice to procurement@cacb.uscourts.gov. Provide quote prior to transcribing.

*Rev. October 2023. This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.*