| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| GREGORY M. SALVATO (SBN 126285)<br>   gsalvato@salvatoboufadel.com<br>JOSEPH BOUFADEL (SBN 267312)<br>   jboufadel@salvatoboufadel.com<br>SALVATO BOUFADEL LLP<br>9110 Irvine Center Drive<br>Irvine, California 92618<br>Telephone:  (213) 484-8400<br><br>☐ Individual *appearing without an attorney*<br>☒ Attorneys for Debtor and Debtor-in-Possession<br>   SETH HALDANE CASDEN | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – <u>LOS ANGELES</u> DIVISION**

| In re:<br><br>SETH HALDANE CASDEN,<br><br><br><br><br><br><br><br><br><br>Debtor(s) | CASE NO.: 2:23-bk-16904-BR<br>CHAPTER: 11<br><br>**NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:**  (*title of motion*[1]):<br><br><u>Notice of Motion and Motion of Multiple Energy Technologies, LLC for Appointment of a Chapter 11 Trustee, or Alternatively, Conversion to Chapter 7, etc. [Dkt. No. 366]</u> |
|---|---|

PLEASE TAKE NOTE that the order titled "<u>Order Denying Creditor Multiple Energy Technologies, LLC's Motion for Appointment of a Trustee or Conversion to Chapter 7</u>" was lodged on 11/24/2025, and is attached.  This order relates to the Motion, which is docket number <u>366</u>.

---

[1]  Please abbreviate if title cannot fit into text field.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*           Page 1           **F 9021-1.2.BK.NOTICE.LODGMENT**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

Salvato Boufadel, LLP, 9110 Irvine Center Drive, Irvine, California 92618

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) *11/24/2025*, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Shraddha Bharatia**    notices@becket-lee.com
- **Thomas E Butler**    butlert@whiteandwilliams.com, sullivann@whiteandwilliams.com;millnamowm@whiteandwilliams.com;panchavatis@whiteandwilliams.com
- **Aaron E. De Leest**    adeleest@marshackhays.com, adeleest@marshackhays.com,alinares@ecf.courtdrive.com
- **John-Patrick M Fritz**    jpf@lnbyg.com, JPF.LNBYB@ecf.inforuptcy.com
- **Matthew Grimshaw**    mgrimshaw@marshackhays.com, mgrimshaw@ecf.courtdrive.com;alinares@ecf.courtdrive.com
- **Jeff D Kahane**    jkahane@skarzynski.com, dmartinez@duanemorris.com
- **Sweeney Kelly**    kelly@ksgklaw.com
- **Wendy A Locke**    ecfcacb@aldridgepite.com, wlocke@ecf.inforuptcy.com
- **Betty Luu**    bluu@duanemorris.com
- **Ron Maroko**    ron.maroko@usdoj.gov
- **Allison C. Murray**    acmurray@swlaw.com, kcollins@swlaw.com
- **Kurt Ramlo**    kr@lnbyg.com, kr@ecf.courtdrive.com
- **Michael B Reynolds**    mreynolds@swlaw.com, kcollins@swlaw.com
- **Gregory M Salvato**    gsalvato@salvatoboufadel.com, calendar@salvatolawoffices.com;jboufadel@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com
- **Nicole Sullivan**    sullivann@whiteandwilliams.com, vulpioa@whiteandwilliams.com,arthura@whiteandwilliams.com
- **John N Tedford**    JNT@LNBYG.com, jnt@ecf.courtdrive.com
- **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov
- **David Wood**    dwood@marshackhays.com, dwood@ecf.courtdrive.com;lbuchananmh@ecf.courtdrive.com;spineda@ecf.courtdrive.com;alinares@ecf.courtdrive.com

☐ Service information continued on attached page

//
//
//
//
//
//

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 2    **F 9021-1.2.BK.NOTICE.LODGMENT**

2. **SERVED BY UNITED STATES MAIL**:  On (*date*) **11/24/2025**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **11/24/25**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 11/24/2025 | Gregory M. Salvato | /s/ Gregory M. Salvato |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 3    **F 9021-1.2.BK.NOTICE.LODGMENT**

GREGORY M. SALVATO (SBN 126285)
   Gsalvato@salvatoboufadel.com
JOSEPH BOUFADEL (SBN 267312)
   Jboufadel@salvatoboufadel.com
SALVATO BOUFADEL LLP
355 South Grand Avenue, Suite 2450
Los Angeles, California 92618
Telephone: (213) 484-8400

Attorneys for Debtor and Debtor-in-Possession
SETH HALDANE CASDEN

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>SETH HALDANE CASDEN,<br><br>    Debtor and<br>    Debtor-in-Possession. | Case No. 2:23-bk-16904-BR<br><br>Chapter 11<br><br>**Order Denying Creditor Multiple Energy Technologies, LLC's Motion for Appointment of a Trustee or Conversion to Chapter 7**<br><br>Date:   November 18, 2025<br>Time:   10:00 a.m.<br>Place:  Courtroom 1668<br>          Roybal Federal Building<br>          255 East Temple Street<br>          Los Angeles, CA 90012 |

The *"Motion by Multiple Energy Technologies, LLC for Appointment of a Chapter 11 Trustee, or, Alternatively, Conversion to Chapter 7, etc."* (the "Motion"), filed by creditor Multiple Energy Technologies, LLC ("MET") came on regularly for hearing at the date and time set forth above. Gregory M. Salvato, Esq. of Salvato Boufadel, LLP appeared on behalf of the Debtor and Debtor in Possession, Seth Casden ("Debtor"), and

Roye Zur, Esq. of Elkins Kalt Weintraub Reuben Gartside LLP appeared for MET; other appearances are noted on the record.

After consideration of the papers filed in support of and opposition to the Motion, including the Evidentiary Objections filed by the Debtor, and the arguments of counsel, for the reasons stated on the record of the hearing,

**IT IS HEREBY ORDERED:**

The Motion is denied.

###