| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| GREGORY M. SALVATO, ESQ. (SBN 126285)<br>    Gsalvato@salvatoboufadel.com<br>JOSEPH BOUFADEL, ESQ. (SBN 267312)<br>    Jboufadel@salvatoboufadel.com<br>SALVATO BOUFADEL LLP<br>355 South Grand Avenue, Suite 2450<br>Los Angeles, CA 90071<br>(213) 484-8400<br><br>☐ Individual *appearing without an attorney*<br>☒ Attorneys for Debtor and Debtor-in-Possession<br>    SETH HALDANE CASDEN | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – <u>LOS ANGELES</u> DIVISION**

| In re:<br><br>SETH HALDANE CASDEN,<br><br><br><br><br><br><br><br>Debtor(s) | CASE NO.: 2:23-bk-16904-BR<br>CHAPTER: 11<br><br>**NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** (*title of motion*[1]):<br><br><u>First Interim Application for Compensation and Reimbursement of Expenses Submitted by Benedon & Serlin, LLP, Special Appellate Counsel for Debtor Seth Casden</u> |
|---|---|

PLEASE TAKE NOTE that the order titled "<u>Order on Application for Payment of: Interim Fees and/or Expenses (11 U.S.C. § 331)</u>" was lodged on (*date*) <u>11/24/2025</u> and is attached. This order relates to the motion which is docket number <u>372 & 382</u>.

---

[1] Please abbreviate if title cannot fit into text field.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 1    **F 9021-1.2.BK.NOTICE.LODGMENT**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

Salvato Boufadel, LLP, 355 South Grand Avenue, Suite 2450, Los Angeles, California 90071

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **_11/24/2025_**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Shraddha Bharatia**   notices@becket-lee.com
- **Joseph Boufadel**   jboufadel@salvatoboufadel.com, Gsalvato@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com
- **Thomas E Butler**   butlert@whiteandwilliams.com, sullivann@whiteandwilliams.com;millnamowm@whiteandwilliams.com;panchavatis@whiteandwilliams.com
- **Aaron E. De Leest**   adeleest@marshackhays.com, adeleest@marshackhays.com,alinares@ecf.courtdrive.com
- **John-Patrick M Fritz**   jpf@lnbyg.com, JPF.LNBYB@ecf.inforuptcy.com
- **Matthew Grimshaw**   mgrimshaw@marshackhays.com, mgrimshaw@ecf.courtdrive.com;alinares@ecf.courtdrive.com
- **Jeff D Kahane**   jkahane@skarzynski.com, dahn@ecf.courtdrive.com
- **Sweeney Kelly**   kelly@ksgklaw.com
- **Wendy A Locke**   ecfcacb@aldridgepite.com, wlocke@ecf.inforuptcy.com
- **Betty Luu**   bluu@duanemorris.com
- **Ron Maroko**   ron.maroko@usdoj.gov
- **Allison C. Murray**   acmurray@swlaw.com, kcollins@swlaw.com
- **Kurt Ramlo**   RamloLegal@gmail.com, kr@ecf.courtdrive.com,ramlo@recap.email
- **Michael B Reynolds**   mreynolds@swlaw.com, kcollins@swlaw.com
- **Gregory M Salvato**   gsalvato@salvatoboufadel.com, calendar@salvatolawoffices.com;jboufadel@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com
- **Nicole Sullivan**   sullivann@whiteandwilliams.com, vulpioa@whiteandwilliams.com,arthura@whiteandwilliams.com
- **John N Tedford**   JNT@LNBYG.com, jnt@ecf.courtdrive.com
- **United States Trustee (LA)**   ustpregion16.la.ecf@usdoj.gov
- **David Wood**   dwood@marshackhays.com, dwood@ecf.courtdrive.com;lbuchananmh@ecf.courtdrive.com;spineda@ecf.courtdrive.com;alinares@ecf.courtdrive.com
- **Roye Zur**   rzur@elkinskalt.com, lwageman@elkinskalt.com;1648609420@filings.docketbird.com;rzur@ecf.courtdrive.com;lmasse@elkinskalt.com

☐ Service information continued on attached page

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 2    **F 9021-1.2.BK.NOTICE.LODGMENT**

**2. SERVED BY UNITED STATES MAIL**: On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (<u>state method for each person or entity served</u>):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 11/24/2025 | Gregory M. Salvato | */s/ Gregory M. Salvato* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*     Page 3     **F 9021-1.2.BK.NOTICE.LODGMENT**

# EXHIBIT A

# EXHIBIT A

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| GREGORY M. SALVATO, ESQ. (SBN 126285)<br>    Gsalvato@salvatoboufadel.com<br>JOSEPH BOUFADEL, ESQ. (SBN 267312)<br>    Jboufadel@salvatoboufadel.com<br>SALVATO BOUFADEL LLP<br>355 South Grand Avenue, Suite 2450<br>Los Angeles, CA 90071<br>(213) 484-8400<br><br>☒ *Attorney for*: Debtor and Debtor-in-Possession | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -<u>LOS ANGELES</u> DIVISION**

| In re:<br><br>SETH HALDANE CASDEN,<br><br><br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 2:23-bk-16904-BR<br>CHAPTER: 11 |
|---|---|
| | **ORDER ON APPLICATION FOR PAYMENT OF:**<br>☒ **INTERIM FEES AND/OR EXPENSES (11 U.S.C. § 331)**<br>☐ **FINAL FEES AND/OR EXPENSES (11 U.S.C. § 330)** |
| | DATE: 11/18/2025<br>TIME: 10:00 a.m.<br>COURTROOM: 1668<br>PLACE: Roybal Federal Building<br>    255 E. Temple Street<br>    Los Angeles, CA 90012 |

1. Name of Applicant (*specify*): Benedon & Serlin, LLP

2. This proceeding was heard at the date and place set forth above and was    ☐ Contested    ☒ Uncontested

3. Appearances were made as follows:
   a. ☒ Applicant present in court
   b. ☐ Attorney for Applicant present in court (name):
   c. ☐ Attorney for United States trustee present in court
   d. ☒ Other persons present as reflected in the court record

4. Applicant gave the required notice of the Application on (*specify date*): <u>10/24/2025</u>

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*    Page 1    **F 2016-1.3.ORDER.PAYMENT.FEES**

5. The court orders as follows:
   a. ☒ Application for Payment of Interim Fees is approved as follows:
      (1) ☒ Total amount allowed:  $ <u>257,242.00</u>
      (2) ☒ Amount or percentage authorized for payment at this time: <u>$137,242.00 (after application of retainer)</u>

   b. ☒ Application for Reimbursement of Interim Expenses is approved and authorized for payment:
      ☒ Total amount allowed: $ <u>2,378.83</u> (Total payment authorized for fees and expenses is $139,620.83)

   c. ☐ Application for Payment of Final Fees is approved in the amount of: $ _____

   d. ☐ Application for Reimbursement of Final Expenses is approved and authorized for payment:
      ☐ Total amount allowed: $ _____

   e. (1) ☐ Application is denied
         ☐ in full
         ☐ in part
         ☐ without prejudice
         ☐ with prejudice
      (2) Grounds for denial *(specify):*


   f. ☒ The court further orders *(specify):* Except as Applicant may otherwise agree, the Debtor is authorized and directed to pay the unpaid balances of the fees and costs awarded hereby.

###

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*        Page 2        **F 2016-1.3.ORDER.PAYMENT.FEES**