GREGORY M. SALVATO (SBN 126285)
  Gsalvato@salvatoboufadel.com
JOSEPH BOUFADEL (SBN 267312)
  Jboufadel@salvatoboufadel.com
SALVATO BOUFADEL LLP
355 South Grand Avenue, Suite 2450
Los Angeles, California 92618
Telephone: (213) 484-8400

Attorneys for Debtor and Debtor-in-Possession
SETH HALDANE CASDEN

**FILED & ENTERED**

**DEC 02 2025**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY fortier    DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>SETH HALDANE CASDEN,<br><br>    Debtor and<br>    Debtor-in-Possession. | Case No. 2:23-bk-16904-BR<br><br>Chapter 11<br><br>**Order Denying Creditor Multiple Energy Technologies, LLC's Motion for Appointment of a Trustee or Conversion to Chapter 7**<br><br>Date:  November 18, 2025<br>Time:  10:00 a.m.<br>Place:  Courtroom 1668<br>        Roybal Federal Building<br>        255 East Temple Street<br>        Los Angeles, CA 90012 |

      The *"Motion by Multiple Energy Technologies, LLC for Appointment of a Chapter 11 Trustee, or, Alternatively, Conversion to Chapter 7, etc."* (the "Motion"), filed by creditor Multiple Energy Technologies, LLC ("MET") came on regularly for hearing at the date and time set forth above. Gregory M. Salvato, Esq. of Salvato Boufadel, LLP appeared on behalf of the Debtor and Debtor in Possession, Seth Casden ("Debtor"), and

Salvato Boufadel LLP

ORDER ON MOTION TO APPOINT TRUSTEE
OR CONVERT TO CHAPTER 7    -1-    *In re Seth Haldane Casden, Debtor.*
Chapter 11 Case No.2:23-bk-16904-BR

Roye Zur, Esq. of Elkins Kalt Weintraub Reuben Gartside LLP appeared for MET; other appearances are noted on the record.

After consideration of the papers filed in support of and opposition to the Motion, including the Evidentiary Objections filed by the Debtor, and the arguments of counsel, for the reasons stated on the record of the hearing,

**IT IS HEREBY ORDERED:**

The Motion is denied.

###

Date: December 2, 2025

Barry Russell
United States Bankruptcy Judge