| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| GREGORY M. SALVATO, ESQ. (SBN 126285)<br>    Gsalvato@salvatoboufadel.com<br>JOSEPH BOUFADEL, ESQ. (SBN 267312)<br>    Jboufadel@salvatoboufadel.com<br>SALVATO BOUFADEL LLP<br>355 South Grand Avenue, Suite 2450<br>Los Angeles, CA 90071<br>(213) 484-8400<br><br>☒ *Attorney for*: Debtor and Debtor-in-Possession | **FILED & ENTERED**<br><br>**DEC 03 2025**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** fortier    **DEPUTY CLERK** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -<u>LOS ANGELES</u> DIVISION**

| In re:<br><br>SETH HALDANE CASDEN,<br><br><br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 2:23-bk-16904-BR<br>CHAPTER: 11<br><br>**ORDER ON APPLICATION**<br>**FOR PAYMENT OF:**<br>☒ **INTERIM FEES AND/OR EXPENSES**<br>    **(11 U.S.C. § 331)**<br>☐ **FINAL FEES AND/OR EXPENSES**<br>    **(11 U.S.C. § 330)**<br><br>DATE: 11/18/2025<br>TIME: 10:00 a.m.<br>COURTROOM: 1668<br>PLACE: Roybal Federal Building<br>        255 E. Temple Street<br>        Los Angeles, CA 90012 |

1. Name of Applicant (*specify*): ARMORY CONSULTING COMPANY

2. This proceeding was heard at the date and place set forth above and was    ☐ Contested    ☒ Uncontested

3. Appearances were made as follows:
    a. ☒ Applicant present in court
    b. ☐ Attorney for Applicant present in court (name):
    c. ☐ Attorney for United States trustee present in court
    d. ☒ Other persons present as reflected in the court record

4. Applicant gave the required notice of the Application on (*specify date*): <u>10/24/2025</u>

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                                Page 1                           **F 2016-1.3.ORDER.PAYMENT.FEES**

5. The court orders as follows:
   a. ☒ Application for Payment of Interim Fees is approved as follows:
      (1) ☒ Total amount allowed:  $ 37,690.00
      (2) ☒ Amount or percentage authorized for payment at this time: $37,690.00

   b. ☐ Application for Reimbursement of Interim Expenses is approved and authorized for payment:
      ☐ Total amount allowed: $ ____

   c. ☐ Application for Payment of Final Fees is approved in the amount of: $ _____

   d. ☐ Application for Reimbursement of Final Expenses is approved and authorized for payment:
      ☐ Total amount allowed: $ _____

   e. (1) ☐ Application is denied
         ☐ in full
         ☐ in part
         ☐ without prejudice
         ☐ with prejudice
      (2) Grounds for denial *(specify):*


   f. ☒ The court further orders *(specify):* Except as Applicant may otherwise agree, the Debtor is authorized and directed to pay the unpaid balances of the fees and costs awarded hereby.

###

Date: December 3, 2025

*(signature: Barry Russell)*

Barry Russell
United States Bankruptcy Judge

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*    Page 2    **F 2016-1.3.ORDER.PAYMENT.FEES**