| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| GREGORY M. SALVATO, ESQ. (SBN 126285)<br>　　Gsalvato@salvatoboufadel.com<br>JOSEPH BOUFADEL, ESQ. (SBN 267312)<br>　　Jboufadel@salvatoboufadel.com<br>SALVATO BOUFADEL LLP<br>355 South Grand Avenue, Suite 2450<br>Los Angeles, CA 90071<br>(213) 484-8400<br><br>☒ *Attorney for*: Debtor and Debtor-in-Possession | **FILED & ENTERED**<br><br>**DEC 03 2025**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** toliver **DEPUTY CLERK** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -LOS ANGELES DIVISION**

| In re:<br><br>SETH HALDANE CASDEN,<br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 2:23-bk-16904-BR<br>CHAPTER: 11<br><br>**ORDER ON APPLICATION**<br>**FOR PAYMENT OF:**<br>　☒ **INTERIM FEES AND/OR EXPENSES**<br>　　　**(11 U.S.C. § 331)**<br>　☐ **FINAL FEES AND/OR EXPENSES**<br>　　　**(11 U.S.C. § 330)**<br><br>DATE: 11/18/2025<br>TIME: 10:00 a.m.<br>COURTROOM: 1668<br>PLACE: Roybal Federal Building<br>　　　255 E. Temple Street<br>　　　Los Angeles, CA 90012 |

1. Name of Applicant (*specify*): Benedon & Serlin, LLP

2. This proceeding was heard at the date and place set forth above and was　☐ Contested　☒ Uncontested

3. Appearances were made as follows:
    a. ☒ Applicant present in court
    b. ☐ Attorney for Applicant present in court (name):
    c. ☐ Attorney for United States trustee present in court
    d. ☒ Other persons present as reflected in the court record

4. Applicant gave the required notice of the Application on (*specify date*): <u>10/24/2025</u>

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*　　　　　　　　　　　　　　　　Page 1　　　　　　　　　　　　**F 2016-1.3.ORDER.PAYMENT.FEES**

5.  The court orders as follows:
    a.  ☒ Application for Payment of Interim Fees is approved as follows:
        (1) ☒ Total amount allowed: $ <u>257,242.00</u>
        (2) ☒ Amount or percentage authorized for payment at this time: <u>$137,242.00 (after application of retainer)</u>

    b.  ☒ Application for Reimbursement of Interim Expenses is approved and authorized for payment:
        ☒ Total amount allowed: $ <u>2,378.83</u> (Total payment authorized for fees and expenses is $139,620.83)

    c.  ☐ Application for Payment of Final Fees is approved in the amount of: $ _____

    d.  ☐ Application for Reimbursement of Final Expenses is approved and authorized for payment:
        ☐ Total amount allowed: $ _____

    e.  (1) ☐ Application is denied
            ☐ in full
            ☐ in part
            ☐ without prejudice
            ☐ with prejudice
        (2) Grounds for denial *(specify):*


    f.  ☒ The court further orders *(specify):* Except as Applicant may otherwise agree, the Debtor is authorized and directed to pay the unpaid balances of the fees and costs awarded hereby.

                                    ###

Date: December 3, 2025

_____
Barry Russell
United States Bankruptcy Judge

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                    Page 2                    **F 2016-1.3.ORDER.PAYMENT.FEES**