United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 23-16904-BR |
| Seth Haldane Casden | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Dec 03, 2025 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 05, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Seth Haldane Casden, 1112 Montana Ave Suite 13, Santa Monica, CA 90403-1652 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Dec 05, 2025 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 3, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Aaron E. De Leest | on behalf of Debtor Seth Haldane Casden adeleest@marshackhays.com adeleest@marshackhays.com,alinares@ecf.courtdrive.com |
| Allison C. Murray | on behalf of Respondent The Northern Trust Company of Delaware as Trustee of the Seth Casden Resulting Trust acmurray@swlaw.com, kcollins@swlaw.com |
| Arjun P Rao | on behalf of Defendant Discover Bank d/b/a Discover Card Discover Financial Services, and Discover Products arjun.rao@morganlewis.com, kathleen.rosello@morganlewis.com |
| Betty Luu | on behalf of Interested Party Alan Terry Leavitt bluu@duanemorris.com betty-luu-4381@ecf.pacerpro.com |
| David Wood | on behalf of Interested Party Courtesy NEF dwood@marshackhays.com |

dwood@ecf.courtdrive.com;lbuchananmh@ecf.courtdrive.com;spineda@ecf.courtdrive.com;alinares@ecf.courtdrive.com

Gregory M Salvato

on behalf of Interested Party Salvato Boufadel LLP gsalvato@salvatoboufadel.com calendar@salvatolawoffices.com;jboufadel@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com

Gregory M Salvato

on behalf of Defendant Seth Haldane Casden gsalvato@salvatoboufadel.com calendar@salvatolawoffices.com;jboufadel@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com

Gregory M Salvato

on behalf of Plaintiff Multiple Energy Technologies LLC gsalvato@salvatoboufadel.com, calendar@salvatolawoffices.com;jboufadel@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com

Gregory M Salvato

on behalf of Debtor Seth Haldane Casden gsalvato@salvatoboufadel.com calendar@salvatolawoffices.com;jboufadel@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com

Gregory M Salvato

on behalf of Attorney Salvato Boufadel LLP gsalvato@salvatoboufadel.com calendar@salvatolawoffices.com;jboufadel@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com

John N Tedford, IV

on behalf of Other Professional DANNING GILL ISRAEL & KRASSNOFF JNT@LNBYG.com jnt@ecf.courtdrive.com

John N Tedford, IV

on behalf of Plaintiff Seth Casden JNT@LNBYG.com jnt@ecf.courtdrive.com

John-Patrick M Fritz

on behalf of Interested Party Courtesy NEF jpf@lnbyg.com JPF.LNBYB@ecf.inforuptcy.com

Joseph Boufadel

on behalf of Debtor Seth Haldane Casden jboufadel@salvatoboufadel.com Gsalvato@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com

Joseph Boufadel

on behalf of Defendant Seth Haldane Casden jboufadel@salvatoboufadel.com Gsalvato@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com

Kurt Ramlo

on behalf of Interested Party Hologenix LLC RamloLegal@gmail.com, kr@ecf.courtdrive.com,ramlo@recap.email

Kurt Ramlo

on behalf of Interested Party Courtesy NEF RamloLegal@gmail.com kr@ecf.courtdrive.com,ramlo@recap.email

Lauren N Gans

on behalf of Interested Party Multiple Energy Technologies LLC lgans@elkinskalt.com, lmasse@elkinskalt.com

Matthew Grimshaw

on behalf of Interested Party Courtesy NEF mgrimshaw@marshackhays.com mgrimshaw@ecf.courtdrive.com;alinares@ecf.courtdrive.com

Michael B Reynolds

on behalf of Respondent The Northern Trust Company of Delaware as Trustee of the Seth Casden Resulting Trust mreynolds@swlaw.com, kcollins@swlaw.com

Nicole Sullivan

on behalf of Plaintiff Multiple Energy Technologies LLC sullivann@whiteandwilliams.com, vulpioa@whiteandwilliams.com,arthura@whiteandwilliams.com

Nicole Sullivan

on behalf of Interested Party Multiple Energy Technologies LLC sullivann@whiteandwilliams.com, vulpioa@whiteandwilliams.com,arthura@whiteandwilliams.com

Ron Maroko

on behalf of U.S. Trustee United States Trustee (LA) ron.maroko@usdoj.gov

Roye Zur

on behalf of Interested Party Multiple Energy Technologies LLC rzur@elkinskalt.com, lwageman@elkinskalt.com;1648609420@filings.docketbird.com;rzur@ecf.courtdrive.com;lmasse@elkinskalt.com

Roye Zur

on behalf of Plaintiff Multiple Energy Technologies LLC rzur@elkinskalt.com, lwageman@elkinskalt.com;1648609420@filings.docketbird.com;rzur@ecf.courtdrive.com;lmasse@elkinskalt.com

Roye Zur

on behalf of Interested Party Courtesy NEF rzur@elkinskalt.com lwageman@elkinskalt.com;1648609420@filings.docketbird.com;rzur@ecf.courtdrive.com;lmasse@elkinskalt.com

Shraddha Bharatia

on behalf of Creditor American Express National Bank notices@becket-lee.com

Sweeney Kelly

District/off: 0973-2 User: admin Page 3 of 3
Date Rcvd: Dec 03, 2025 Form ID: pdf042 Total Noticed: 1

    on behalf of Defendant American Express Company kelly@ksgklaw.com

Thomas E Butler
    on behalf of Interested Party Multiple Energy Technologies  LLC butlert@whiteandwilliams.com,
    sullivann@whiteandwilliams.com;millnamowm@whiteandwilliams.com;panchavatis@whiteandwilliams.com

United States Trustee (LA)
    ustpregion16.la.ecf@usdoj.gov

Wendy A Locke
    on behalf of Interested Party Courtesy NEF ecfcacb@aldridgepite.com  wlocke@ecf.inforuptcy.com

William M Noall
    on behalf of Defendant ARIA Resort & Casino wnoall@gtg.legal  bknotices@gtg.legal


TOTAL: 32

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>GREGORY M. SALVATO, ESQ. (SBN 126285)<br>     Gsalvato@salvatoboufadel.com<br>JOSEPH BOUFADEL, ESQ. (SBN 267312)<br>     Jboufadel@salvatoboufadel.com<br>SALVATO BOUFADEL LLP<br>355 South Grand Avenue, Suite 2450<br>Los Angeles, CA 90071<br>(213) 484-8400<br><br><br>☒  *Attorney for*: Debtor and Debtor-in-Possession | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>DEC 03 2025<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** fortier    **DEPUTY CLERK** |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA -<u>LOS ANGELES</u> DIVISION** ||
| In re:<br><br>SETH HALDANE CASDEN,<br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 2:23-bk-16904-BR<br>CHAPTER: 11 |
| | **ORDER ON APPLICATION**<br>**FOR PAYMENT OF:**<br>☒  **INTERIM FEES AND/OR EXPENSES**<br>     **(11 U.S.C. § 331)**<br>☐  **FINAL FEES AND/OR EXPENSES**<br>     **(11 U.S.C. § 330)** |
| | DATE: 11/18/2025<br>TIME: 10:00 a.m.<br>COURTROOM: 1668<br>PLACE: Roybal Federal Building<br>     255 E. Temple Street<br>     Los Angeles, CA 90012 |

1. Name of Applicant (*specify*): Salvato Boufadel, LLP

2. This proceeding was heard at the date and place set forth above and was    ☐ Contested    ☒ Uncontested

3. Appearances were made as follows:

    a.  ☒  Applicant present in court
    b.  ☐  Attorney for Applicant present in court (name):
    c.  ☐  Attorney for United States trustee present in court
    d.  ☒  Other persons present as reflected in the court record

4. Applicant gave the required notice of the Application on (*specify date*): <u>10/24/2025</u>

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                                   Page 1                          **F 2016-1.3.ORDER.PAYMENT.FEES**

5. The court orders as follows:

   a. ☒ Application for Payment of Interim Fees is approved as follows:

      (1) ☒ Total amount allowed: $82,700.00

      (2) ☒ Amount or percentage authorized for payment at this time: $32,700.00 (after application of the Court-approved post-petition retainer)

   b. ☒ Application for Reimbursement of Interim Expenses is approved and authorized for payment:

      ☒ Total amount allowed: $168.97  (Total of fees and expenses authorized for payment is $32,868.97)

   c. ☐ Application for Payment of Final Fees is approved in the amount of: $ _____

   d. ☐ Application for Reimbursement of Final Expenses is approved and authorized for payment:

      ☐ Total amount allowed: $ _____

   e. (1) ☐ Application is denied
         ☐ in full
         ☐ in part
         ☐ without prejudice
         ☐ with prejudice

      (2) Grounds for denial *(specify)*:


   f. ☒ The court further orders *(specify):* Except as Applicant may otherwise agree, the Debtor is authorized and directed to pay the unpaid balances of the fees and costs awarded hereby.


###


Date: December 3, 2025

*[signature: Barry Russell]*

Barry Russell
United States Bankruptcy Judge

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                     Page 2                     **F 2016-1.3.ORDER.PAYMENT.FEES**