| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP<br>ROYE ZUR, State Bar No. 273875<br>rzur@elkinskalt.com<br>LAUREN N. GANS, State Bar No. 247542<br>lgans@elkinskalt.com<br>10345 W. Olympic Blvd.<br>Los Angeles, California 90064<br>Telephone: 310.746.4400<br>Facsimile: 310.746.4499<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Creditor Multiple Energy | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br><br>SETH HALDANE CASDEN,<br><br><br><br>Debtor(s). | CASE NO.: 2:23-bk-16904-BR<br>ADVERSARY NO.:<br>(*if applicable*)<br>CHAPTER: 11 |
|---|---|
| <br><br><br>vs.     Plaintiff(s) (*if applicable*).<br><br><br><br><br><br>Defendant(s) (*if applicable*). | **NOTICE OF APPEAL<br>AND STATEMENT OF ELECTION** |

**Part 1: Identify the appellant(s)**

1. Name(s) of appellant(s): MULTIPLE ENERGY TECHNOLOGIES, LLC

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

For appeals in an adversary proceeding.
☐ Plaintiff
☐ Defendant
☐ Other (*describe*):

For appeals in a bankruptcy case and not in an adversary proceeding.
☐ Debtor
☒ Creditor
☐ Trustee
☐ Other (*describe*):

**Part 2: Identify the subject of this appeal**

1. Describe the judgment—or the appealable order or decree—from which the appeal is taken:
   Order Denying Creditor Multiple Energy Technologies, LLC's Motion for Appointment of a Trustee or Conversion to Chapter 7

2. State the date on which the judgment—or the appealable order or decree—was entered: 12/02/2025

**Part 3: Identify the other parties to the appeal**

List the names of all parties to the judgment—or the appealable order or decree—from which the appeal is taken and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

1. Party:  SETH HALDANE CASDEN

   Attorney:

   Gregory M. Salvato
   Joseph Boufadel
   Salvato Boufadel LLP
   355 South Grand Avenue, Suite 2450
   Los Angeles, CA  92618
   Telephone: (213) 484-8400

2. Party:

   Attorney:

**Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)**

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court.  If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below.  Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

[X] Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

**Part 5:  Sign below**

_____  Date: 12/15/2025
Signature of attorney for appellant(s) (or appellant(s)
if not represented by an attorney)

Fee waiver notice: If appellant is a child support creditor or its representative and appellant has filed the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.

[Note to inmate filers: If you are an inmate filer in an institution and you seek the timing benefit of Fed. R. Bankr. P. 8002(c)(1), complete Director's Form 4170 (Declaration of Inmate Filing) and file that declaration along with the Notice of Appeal.]

# ATTACHMENT 1

```
 1  GREGORY M. SALVATO (SBN 126285)
        Gsalvato@salvatoboufadel.com
 2  JOSEPH BOUFADEL (SBN 267312)
        Jboufadel@salvatoboufadel.com
 3  SALVATO BOUFADEL LLP
 4  355 South Grand Avenue, Suite 2450
    Los Angeles, California 92618
 5  Telephone: (213) 484-8400
 6
    Attorneys for Debtor and Debtor-in-Possession
 7  SETH HALDANE CASDEN
 8
```

**FILED & ENTERED**

**DEC 02 2025**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY fortier    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| In re: | Case No. 2:23-bk-16904-BR |
|---|---|
| SETH HALDANE CASDEN,<br><br>　　Debtor and<br>　　Debtor-in-Possession. | Chapter 11<br><br>**Order Denying Creditor Multiple Energy Technologies, LLC's Motion for Appointment of a Trustee or Conversion to Chapter 7**<br><br>Date:　November 18, 2025<br>Time:　10:00 a.m.<br>Place:　Courtroom 1668<br>　　　　Roybal Federal Building<br>　　　　255 East Temple Street<br>　　　　Los Angeles, CA 90012 |

  The *"Motion by Multiple Energy Technologies, LLC for Appointment of a Chapter 11 Trustee, or, Alternatively, Conversion to Chapter 7, etc."* (the "Motion"), filed by creditor Multiple Energy Technologies, LLC ("MET") came on regularly for hearing at the date and time set forth above. Gregory M. Salvato, Esq. of Salvato Boufadel, LLP appeared on behalf of the Debtor and Debtor in Possession, Seth Casden ("Debtor"), and

Roye Zur, Esq. of Elkins Kalt Weintraub Reuben Gartside LLP appeared for MET; other appearances are noted on the record.

After consideration of the papers filed in support of and opposition to the Motion, including the Evidentiary Objections filed by the Debtor, and the arguments of counsel, for the reasons stated on the record of the hearing,

**IT IS HEREBY ORDERED:**

The Motion is denied.

###

Date: December 2, 2025

Barry Russell
United States Bankruptcy Judge

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
10345 Olympic Boulevard, Los Angeles, California 90064.

A true and correct copy of the foregoing documents entitled (*specify*): **NOTICE OF APPEAL AND STATEMENT OF ELECTION** will be served or were served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **December 15, 2025**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Shraddha Bharatia**    notices@becket-lee.com
- **Joseph Boufadel**    jboufadel@salvatoboufadel.com, Gsalvato@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com
- **Thomas E Butler**    butlert@whiteandwilliams.com, sullivann@whiteandwilliams.com;millnamowm@whiteandwilliams.com;panchavatis@whiteandwilliams.com
- **Aaron E. De Leest**    adeleest@marshackhays.com, adeleest@marshackhays.com,alinares@ecf.courtdrive.com
- **John-Patrick M Fritz**    jpf@lnbyg.com, JPF.LNBYB@ecf.inforuptcy.com
- **Lauren N Gans**    lgans@elkinskalt.com, lmasse@elkinskalt.com
- **Matthew Grimshaw**    mgrimshaw@marshackhays.com, mgrimshaw@ecf.courtdrive.com;alinares@ecf.courtdrive.com
- **Sweeney Kelly**    kelly@ksgklaw.com
- **Wendy A Locke**    ecfcacb@aldridgepite.com, wlocke@ecf.inforuptcy.com
- **Betty Luu**    bluu@duanemorris.com, betty-luu-4381@ecf.pacerpro.com
- **Ron Maroko**    ron.maroko@usdoj.gov
- **Allison C. Murray**    acmurray@swlaw.com, kcollins@swlaw.com
- **William M Noall**    wnoall@gtg.legal, bknotices@gtg.legal
- **Kurt Ramlo**    RamloLegal@gmail.com, kr@ecf.courtdrive.com,ramlo@recap.email
- **Arjun P Rao**    arjun.rao@morganlewis.com, kathleen.rosello@morganlewis.com
- **Michael B Reynolds**    mreynolds@swlaw.com, kcollins@swlaw.com
- **Gregory M Salvato**    gsalvato@salvatoboufadel.com, calendar@salvatolawoffices.com;jboufadel@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com
- **Nicole Sullivan**    sullivann@whiteandwilliams.com, vulpioa@whiteandwilliams.com,arthura@whiteandwilliams.com
- **John N Tedford**    JNT@LNBYG.com, jnt@ecf.courtdrive.com
- **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov
- **David Wood**    dwood@marshackhays.com, dwood@ecf.courtdrive.com;lbuchananmh@ecf.courtdrive.com;spineda@ecf.courtdrive.com;alinares@ecf.courtdrive.com
- **Roye Zur**    rzur@elkinskalt.com, lwageman@elkinskalt.com;1648609420@filings.docketbird.com;rzur@ecf.courtdrive.com;lmasse@elkinskalt.com

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **December 15, 2025**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Hon. Barry Russell
United States Bankruptcy Court
255 E. Temple Street, Suite 1660
Los Angeles, CA 90012

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **December 15, 2025**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| December 15, 2025 | Lisa Masse | */s/ Lisa Masse* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                                  **F 9013-3.1.PROOF.SERVICE**