| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>DANNING, GILL, ISRAEL & KRASNOFF, LLP<br>907 Westwood Blvd., Suite 1078<br>Los Angeles, California 90024<br>T: (310) 277-0077<br><br><br>☐ Individual *appearing without an attorney*<br>☒ <u>Former</u> *attorney for:* Debtor Seth Casden | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

| In re:<br><br>SETH HALDANE CASDEN,<br><br><br><br><br>Debtor(s) | CASE NO.: 2:23-bk-16904-BR<br>CHAPTER: 11<br><br>**NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** (*title of motion*[1]):<br><u>SECOND AND FINAL FEE APPLICATION OF DANNING, GILL, ISRAEL & KRASNOFF</u> |
|---|---|

PLEASE TAKE NOTE that the order titled <u>ORDER ON APPLICATION FOR PAYMENT OF FINAL FEES AND/OR EXPENSES (11 U.S.C. § 330)</u> was lodged on (*date*) <u>12/19/25</u> and is attached. This order relates to the motion which is docket number <u>373</u>.

---

[1] Please abbreviate if title cannot fit into text field.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 1    **F 9021-1.2.BK.NOTICE.LODGMENT**

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>DANNING, GILL, ISRAEL & KRASNOFF, LLP<br>907 Westwood Blvd., Suite 1078<br>Los Angeles, California 90024<br>T: (310) 277-0077<br><br>☒ <u>Former *attorney for*</u>: Debtor Seth Casden | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

| In re:<br><br>SETH HALDANE CASDEN,<br><br><br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 2:23-bk-16904-BR<br>CHAPTER: 11<br><br>**ORDER ON APPLICATION FOR PAYMENT OF:**<br>☐ **INTERIM FEES AND/OR EXPENSES (11 U.S.C. § 331)**<br>☒ **FINAL FEES AND/OR EXPENSES (11 U.S.C. § 330)**<br><br>DATE: November 18, 2025<br>TIME: 10:00 a.m.<br>COURTROOM: 1668<br>PLACE: 255 E. Temple St., Los Angeles, California |
|---|---|

1. Name of Applicant (*specify*): Danning, Gill, Israel & Krasnoff, LLP

2. This proceeding was heard at the date and place set forth above and was    ☐ Contested    ☒ Uncontested

3. Appearances were made as follows:
   a. ☒ Applicant present in court <u>*(by Zoom)*</u>
   b. ☐ Attorney for Applicant present in court (name):
   c. ☐ Attorney for United States trustee present in court
   d. ☒ Other persons present as reflected in the court record

4. Applicant gave the required notice of the Application on (*specify date*): <u>10/24/25 (given by Debtor's current counsel)</u>

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*    Page 1    **F 2016-1.3.ORDER.PAYMENT.FEES**

5. The court orders as follows:
   a. ☐ Application for Payment of Interim Fees is approved as follows:
      (1) ☐ Total amount allowed: $ _____
      (2) ☐ Amount or percentage authorized for payment at this time: _____

   b. ☐ Application for Reimbursement of Interim Expenses is approved and authorized for payment:
      ☐ Total amount allowed: $ _____

   c. ☒ Application for Payment of Final Fees is approved in the amount of: $762,440.00

   d. ☒ Application for Reimbursement of Final Expenses is approved ~~and authorized for payment~~:
      ☒ Total amount allowed: $14,141.30

   e. (1) ☐ Application is denied
         ☐ in full
         ☐ in part
         ☐ without prejudice
         ☐ with prejudice
      (2) Grounds for denial *(specify):*

   f. ☒ The court further orders *(specify):*

      Applicant's fees for the entirety of the case, in the amount of $762,440.00, are approved on a final basis.

      Applicant's expenses for the entirety of the case, in the amount of $14,141.30, are approved on a final basis.

      Prior payments of Applicant's fees and expenses in the aggregate amount of $620,495.72, which payments were made to Applicant on an interim basis, are hereby approved on a final basis. As set forth in the *Second and Final Application for Compensation and Reimbursement of Expenses by Danning, Gill, Israel & Krasnoff, LLP* (*docket no. 373*), with the Court having hereby approved Applicant's fees and costs and prior payments on a final basis, Applicant is not seeking any further payment of its approved fees and costs. Accordingly, no further payment to Applicant is authorized.

                                    ###

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                            Page 2                            **F 2016-1.3.ORDER.PAYMENT.FEES**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 907 Westwood Blvd., Suite 1078, Los Angeles, California 90024.

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 12/19/25, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Shraddha Bharatia on behalf of Creditor American Express National Bank
notices@becket-lee.com

Joseph Boufadel on behalf of Debtor Seth Haldane Casden
jboufadel@salvatoboufadel.com, Gsalvato@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com

Thomas E Butler on behalf of Interested Party Multiple Energy Technologies, LLC
butlert@whiteandwilliams.com, sullivann@whiteandwilliams.com;millnamowm@whiteandwilliams.com;panchavatis@whiteandwilliams.com

Aaron E. De Leest on behalf of Debtor Seth Haldane Casden
adeleest@marshackhays.com, adeleest@marshackhays.com,alinares@ecf.courtdrive.com

John-Patrick M Fritz on behalf of Interested Party Courtesy NEF
jpf@lnbyg.com, JPF.LNBYB@ecf.inforuptcy.com

Lauren N Gans on behalf of Interested Party Multiple Energy Technologies, LLC
lgans@elkinskalt.com, lmasse@elkinskalt.com

Matthew Grimshaw on behalf of Interested Party Courtesy NEF
mgrimshaw@marshackhays.com, mgrimshaw@ecf.courtdrive.com;alinares@ecf.courtdrive.com

Sweeney Kelly on behalf of Defendant American Express Company
kelly@ksgklaw.com

Wendy A Locke on behalf of Interested Party Courtesy NEF
ecfcacb@aldridgepite.com, wlocke@ecf.inforuptcy.com

Betty Luu on behalf of Interested Party Alan Terry Leavitt
bluu@duanemorris.com, betty-luu-4381@ecf.pacerpro.com

Ron Maroko on behalf of U.S. Trustee United States Trustee (LA)
ron.maroko@usdoj.gov

Allison C. Murray on behalf of Respondent The Northern Trust Company of Delaware, as Trustee of the Seth Casden Resulting Trust
acmurray@swlaw.com, kcollins@swlaw.com

William M Noall on behalf of Defendant ARIA Resort & Casino
wnoall@gtg.legal, bknotices@gtg.legal

Kurt Ramlo on behalf of Interested Party Hologenix, LLC
RamloLegal@gmail.com, kr@ecf.courtdrive.com,ramlo@recap.email

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012* — Page 2 — **F 9021-1.2.BK.NOTICE.LODGMENT**

Arjun P Rao on behalf of Defendant Discover Bank d/b/a Discover Card, Discover Financial Services, and Discover Products
arjun.rao@morganlewis.com, kathleen.rosello@morganlewis.com

Michael B Reynolds on behalf of Respondent The Northern Trust Company of Delaware, as Trustee of the Seth Casden Resulting Trust
mreynolds@swlaw.com, kcollins@swlaw.com

Gregory M Salvato on behalf of Debtor Seth Haldane Casden
gsalvato@salvatoboufadel.com, calendar@salvatolawoffices.com;jboufadel@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com

Nicole Sullivan on behalf of Interested Party Multiple Energy Technologies, LLC
sullivann@whiteandwilliams.com, vulpioa@whiteandwilliams.com,arthura@whiteandwilliams.com

John N Tedford, IV on behalf of Other Professional DANNING GILL ISRAEL & KRASSNOFF
JNT@LNBYG.com, jnt@ecf.courtdrive.com

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

David Wood on behalf of Interested Party Courtesy NEF
dwood@marshackhays.com, dwood@ecf.courtdrive.com;lbuchananmh@ecf.courtdrive.com;spineda@ecf.courtdrive.com;alinares@ecf.courtdrive.com

Roye Zur on behalf of Interested Party Multiple Energy Technologies, LLC
rzur@elkinskalt.com, lwageman@elkinskalt.com;1648609420@filings.docketbird.com;rzur@ecf.courtdrive.com;lmasse@elkinskalt.com

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**: On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 12/19/25 | John N. Tedford, IV | /s/ John N. Tedford, IV |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                                Page 3                                **F 9021-1.2.BK.NOTICE.LODGMENT**