| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>DANNING, GILL, ISRAEL & KRASNOFF, LLP<br>907 Westwood Blvd., Suite 1078<br>Los Angeles, California 90024<br>T: (310) 277-0077<br><br>☒ <u>Former</u> *attorney for*: Debtor Seth Casden | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>DEC 31 2025<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** fortier   **DEPUTY CLERK** |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

| In re:<br><br>SETH HALDANE CASDEN,<br><br><br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 2:23-bk-16904-BR<br>CHAPTER: 11<br><br>**ORDER ON APPLICATION**<br>**FOR PAYMENT OF:**<br>☐ **INTERIM FEES AND/OR EXPENSES**<br>   **(11 U.S.C. § 331)**<br>☒ **FINAL FEES AND/OR EXPENSES**<br>   **(11 U.S.C. § 330)**<br><br>DATE: November 18, 2025<br>TIME: 10:00 a.m.<br>COURTROOM: 1668<br>PLACE: 255 E. Temple St., Los Angeles, California |
|---|---|

1. Name of Applicant (*specify*): Danning, Gill, Israel & Krasnoff, LLP

2. This proceeding was heard at the date and place set forth above and was   ☐ Contested   ☒ Uncontested

3. Appearances were made as follows:
   a. ☒ Applicant present in court *(by Zoom)*
   b. ☐ Attorney for Applicant present in court (name):
   c. ☐ Attorney for United States trustee present in court
   d. ☒ Other persons present as reflected in the court record

4. Applicant gave the required notice of the Application on (*specify date*): <u>10/24/25 (given by Debtor's current counsel)</u>

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                                Page 1                            **F 2016-1.3.ORDER.PAYMENT.FEES**

5. The court orders as follows:
   a. ☐ Application for Payment of Interim Fees is approved as follows:
      (1) ☐ Total amount allowed: $ _____
      (2) ☐ Amount or percentage authorized for payment at this time: _____

   b. ☐ Application for Reimbursement of Interim Expenses is approved and authorized for payment:
      ☐ Total amount allowed: $ _____

   c. ☒ Application for Payment of Final Fees is approved in the amount of: $762,440.00, including $102,740.00 for the Subject Period (August 1, 2024, through January 31, 2025)

   d. ☒ Application for Reimbursement of Final Expenses is approved ~~and authorized for payment~~:
      ☒ Total amount allowed: $14,141.30, including $750.04 for the Subject Period

   e. (1) ☐ Application is denied
         ☐ in full
         ☐ in part
         ☐ without prejudice
         ☐ with prejudice
      (2) Grounds for denial *(specify)*:

   f. ☒ The court further orders *(specify)*:

      Applicant's fees for the entirety of the case, in the amount of $762,440.00, are approved on a final basis.

      Applicant's expenses for the entirety of the case, in the amount of $14,141.30, are approved on a final basis.

      Prior payments of Applicant's fees and expenses in the aggregate amount of $620,495.72, which payments were made to Applicant on an interim basis, are hereby approved on a final basis. As set forth in the *Second and Final Application for Compensation and Reimbursement of Expenses by Danning, Gill, Israel & Krasnoff, LLP* (docket no. 373), with the Court having hereby approved Applicant's fees and costs and prior payments on a final basis, Applicant is not seeking any further payment of its approved fees and costs. Accordingly, no further payment to Applicant is authorized.

                                          ###

Date: December 31, 2025

_____
Barry Russell
United States Bankruptcy Judge

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                                    Page 2                            F 2016-1.3.ORDER.PAYMENT.FEES