United States Bankruptcy Court

Central District of California

In re:  Case No. 23-16904-BR

Seth Haldane Casden  Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-2  User: admin  Page 1 of 3
Date Rcvd: Dec 31, 2025  Form ID: pdf042  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 02, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Seth Haldane Casden, 1112 Montana Ave Suite 13, Santa Monica, CA 90403-1652 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 02, 2026  Signature:  /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 31, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Aaron E. De Leest | on behalf of Debtor Seth Haldane Casden adeleest@marshackhays.com adeleest@marshackhays.com,alinares@ecf.courtdrive.com |
| Allison C. Murray | on behalf of Respondent The Northern Trust Company of Delaware as Trustee of the Seth Casden Resulting Trust acmurray@swlaw.com, kcollins@swlaw.com |
| Arjun P Rao | on behalf of Defendant Discover Bank d/b/a Discover Card Discover Financial Services, and Discover Products arjun.rao@morganlewis.com, kathleen.rosello@morganlewis.com |
| Betty Luu | on behalf of Interested Party Alan Terry Leavitt bluu@duanemorris.com betty-luu-4381@ecf.pacerpro.com |
| David Wood | on behalf of Interested Party Courtesy NEF dwood@marshackhays.com |

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 2 of 3 |
| Date Rcvd: Dec 31, 2025 | Form ID: pdf042 | Total Noticed: 1 |

dwood@ecf.courtdrive.com;lbuchananmh@ecf.courtdrive.com;spineda@ecf.courtdrive.com;alinares@ecf.courtdrive.com

Gregory M Salvato
on behalf of Interested Party Salvato Boufadel LLP gsalvato@salvatoboufadel.com
calendar@salvatolawoffices.com;jboufadel@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com

Gregory M Salvato
on behalf of Defendant Seth Haldane Casden gsalvato@salvatoboufadel.com
calendar@salvatolawoffices.com;jboufadel@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com

Gregory M Salvato
on behalf of Plaintiff Multiple Energy Technologies  LLC gsalvato@salvatoboufadel.com,
calendar@salvatolawoffices.com;jboufadel@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com

Gregory M Salvato
on behalf of Debtor Seth Haldane Casden gsalvato@salvatoboufadel.com
calendar@salvatolawoffices.com;jboufadel@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com

Gregory M Salvato
on behalf of Attorney Salvato Boufadel LLP gsalvato@salvatoboufadel.com
calendar@salvatolawoffices.com;jboufadel@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com

John N Tedford, IV
on behalf of Other Professional DANNING GILL ISRAEL & KRASSNOFF JNT@LNBYG.com  jnt@ecf.courtdrive.com

John N Tedford, IV
on behalf of Plaintiff Seth Casden JNT@LNBYG.com  jnt@ecf.courtdrive.com

John-Patrick M Fritz
on behalf of Interested Party Courtesy NEF jpf@lnbyg.com  JPF.LNBYB@ecf.inforuptcy.com

Joseph Boufadel
on behalf of Debtor Seth Haldane Casden jboufadel@salvatoboufadel.com
Gsalvato@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com

Joseph Boufadel
on behalf of Defendant Seth Haldane Casden jboufadel@salvatoboufadel.com
Gsalvato@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com

Kurt Ramlo
on behalf of Interested Party Hologenix  LLC RamloLegal@gmail.com, kr@ecf.courtdrive.com,ramlo@recap.email

Kurt Ramlo
on behalf of Interested Party Courtesy NEF RamloLegal@gmail.com  kr@ecf.courtdrive.com,ramlo@recap.email

Lauren N Gans
on behalf of Interested Party Multiple Energy Technologies  LLC lgans@elkinskalt.com, lmasse@elkinskalt.com

Matthew Grimshaw
on behalf of Interested Party Courtesy NEF mgrimshaw@marshackhays.com
mgrimshaw@ecf.courtdrive.com;alinares@ecf.courtdrive.com

Michael B Reynolds
on behalf of Respondent The Northern Trust Company of Delaware  as Trustee of the Seth Casden Resulting Trust
mreynolds@swlaw.com, kcollins@swlaw.com

Nicole Sullivan
on behalf of Plaintiff Multiple Energy Technologies  LLC sullivann@whiteandwilliams.com,
vulpioa@whiteandwilliams.com,arthura@whiteandwilliams.com

Nicole Sullivan
on behalf of Interested Party Multiple Energy Technologies  LLC sullivann@whiteandwilliams.com,
vulpioa@whiteandwilliams.com,arthura@whiteandwilliams.com

Ron Maroko
on behalf of U.S. Trustee United States Trustee (LA) ron.maroko@usdoj.gov

Roye Zur
on behalf of Interested Party Multiple Energy Technologies  LLC rzur@elkinskalt.com,
lwageman@elkinskalt.com;1648609420@filings.docketbird.com;rzur@ecf.courtdrive.com;lmasse@elkinskalt.com

Roye Zur
on behalf of Plaintiff Multiple Energy Technologies  LLC rzur@elkinskalt.com,
lwageman@elkinskalt.com;1648609420@filings.docketbird.com;rzur@ecf.courtdrive.com;lmasse@elkinskalt.com

Roye Zur
on behalf of Interested Party Courtesy NEF rzur@elkinskalt.com
lwageman@elkinskalt.com;1648609420@filings.docketbird.com;rzur@ecf.courtdrive.com;lmasse@elkinskalt.com

Shraddha Bharatia
on behalf of Creditor American Express National Bank notices@becket-lee.com

Sweeney Kelly

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Dec 31, 2025 | Form ID: pdf042 | Total Noticed: 1 |

    on behalf of Defendant American Express Company kelly@ksgklaw.com

Thomas E Butler

    on behalf of Interested Party Multiple Energy Technologies  LLC butlert@whiteandwilliams.com,
    sullivann@whiteandwilliams.com;millnamowm@whiteandwilliams.com;panchavatis@whiteandwilliams.com

United States Trustee (LA)

    ustpregion16.la.ecf@usdoj.gov

Wendy A Locke

    on behalf of Interested Party Courtesy NEF ecfcacb@aldridgepite.com  wlocke@ecf.inforuptcy.com

William M Noall

    on behalf of Defendant ARIA Resort & Casino wnoall@gtg.legal  bknotices@gtg.legal


TOTAL: 32

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>DANNING, GILL, ISRAEL & KRASNOFF, LLP<br>907 Westwood Blvd., Suite 1078<br>Los Angeles, California 90024<br>T: (310) 277-0077<br><br>☒ <u>Former</u> *attorney for*: Debtor Seth Casden | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>DEC 31 2025<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** fortier    **DEPUTY CLERK** |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

| In re:<br><br>SETH HALDANE CASDEN,<br><br><br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 2:23-bk-16904-BR<br>CHAPTER: 11 |
|---|---|
| | **ORDER ON APPLICATION**<br>**FOR PAYMENT OF:**<br>☐ **INTERIM FEES AND/OR EXPENSES**<br>    **(11 U.S.C. § 331)**<br>☒ **FINAL FEES AND/OR EXPENSES**<br>    **(11 U.S.C. § 330)** |
| | DATE: November 18, 2025<br>TIME: 10:00 a.m.<br>COURTROOM: 1668<br>PLACE: 255 E. Temple St., Los Angeles, California |

1. Name of Applicant (*specify*): Danning, Gill, Israel & Krasnoff, LLP

2. This proceeding was heard at the date and place set forth above and was    ☐ Contested    ☒ Uncontested

3. Appearances were made as follows:

   a. ☒ Applicant present in court *(by Zoom)*
   b. ☐ Attorney for Applicant present in court (name):
   c. ☐ Attorney for United States trustee present in court
   d. ☒ Other persons present as reflected in the court record

4. Applicant gave the required notice of the Application on (*specify date*): <u>10/24/25 (given by Debtor's current counsel)</u>

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*    Page 1    **F 2016-1.3.ORDER.PAYMENT.FEES**

5. The court orders as follows:

    a. ☐ Application for Payment of Interim Fees is approved as follows:

        (1) ☐ Total amount allowed:  $ _____

        (2) ☐ Amount or percentage authorized for payment at this time: _____

    b. ☐ Application for Reimbursement of Interim Expenses is approved and authorized for payment:

        ☐ Total amount allowed: $ _____

    c. ☒ Application for Payment of Final Fees is approved in the amount of: $762,440.00, including $102,740.00 for the Subject Period (August 1, 2024, through January 31, 2025)

    d. ☒ Application for Reimbursement of Final Expenses is approved ~~and authorized for payment~~:

        ☒ Total amount allowed: $14,141.30, including $750.04 for the Subject Period

    e. (1) ☐ Application is denied

            ☐ in full
            ☐ in part
            ☐ without prejudice
            ☐ with prejudice

       (2) Grounds for denial *(specify)*:

    f. ☒ The court further orders *(specify)*:

       Applicant's fees for the entirety of the case, in the amount of $762,440.00, are approved on a final basis.

       Applicant's expenses for the entirety of the case, in the amount of $14,141.30, are approved on a final basis.

       Prior payments of Applicant's fees and expenses in the aggregate amount of $620,495.72, which payments were made to Applicant on an interim basis, are hereby approved on a final basis. As set forth in the *Second and Final Application for Compensation and Reimbursement of Expenses by Danning, Gill, Israel & Krasnoff, LLP* (*docket no. 373*), with the Court having hereby approved Applicant's fees and costs and prior payments on a final basis, Applicant is not seeking any further payment of its approved fees and costs. Accordingly, no further payment to Applicant is authorized.

                                          ###

Date: December 31, 2025

_____
Barry Russell
United States Bankruptcy Judge

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                                Page 2                        F 2016-1.3.ORDER.PAYMENT.FEES