SNELL & WILMER L.L.P.
Michael B. Reynolds, Bar No. 174534
mreynolds@swlaw.com
600 Anton Blvd, Suite 1400
Costa Mesa, California 92626-7689
Telephone: 714.427.7000
Facsimile: 714.427.7799

Attorneys for Respondent
*The Northern Trust Company of Delaware, as Trustee of the Seth Casden Resulting Trust*

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES

| | |
|---|---|
| In re<br><br>SETH HALDANE CASDEN,<br><br>Debtor. | Case No. 2:23-bk-16904-BR<br><br>Chapter 11<br><br>**DECLARATION OF MICHAEL B. REYNOLDS IN SUPPORT OF THE STATUS REPORT REGARDING CONTINUED HEARING ON MOTION FOR PROTECTIVE ORDER WITH REGARD TO 2004 EXAMINATION OF AND DOCUMENT PRODUCTION OF THE NORTHERN TRUST OF DELAWARE**<br><br>Hearing Information:<br>Date:  February 17, 2026<br>Time:  10:00 a.m.<br>Ctrm:  1668 |

I, Michael B. Reynolds, declare as follows:

1. I am over the age of 18, am qualified to make this declaration and am an attorney licensed to practice law before all courts of the State of California. I am a partner of the law firm Snell and Wilmer LLP ("Firm"), counsel for The Northern Trust Company of Delaware, as Trustee for the Seth Casden Resulting Trust ("Respondent"). I make this declaration in support of

4921-8202-1004

REYNOLDS DECLARATION IN SUPPORT
OF STATUS REPORT REGARDING
HEARING ON MOTION FOR PROTECTIVE
ORDER

1  Respondent's Motion for Protective Order with Regard to 2004 Examination of and Document

2  Production of The Northern Trust of Delaware as Trustee of the Seth Casden Resulting Trust

3  ("Motion for Relief").[1] I have personal knowledge of the matters stated herein or I have gleaned

4  them from my review of the Firm's billing statements in this matter and, if called upon as a

5  witness, I could and would testify competently thereto.

6       2.      I received my J.D. from University of California Los Angeles Law School. I have

7  been practicing law since 1994 with my primary focus on matters involving bankruptcy and

8  commercial litigation.

9       3.      Other attorneys from the Firm have also worked on this matter, principally my

10  former colleague, Allison C. Murray. Ms. Murray graduated from Loyola Law School and has

11  been practicing law since 2019, with her primary focus on matters involving bankruptcy.

12       4.      Hannah Holtzapple, a paralegal in the Firm's Orange County office, performed

13  limited work on this matter, assisting with preparing documents for production to MET.

14       5.      In connection with representation of Respondent in this case, the lawyers at the

15  Firm have kept track kept track of their time in multiples of tenths of hours on time sheets (or

16  computer software) which are personally prepared on a daily basis. Those time entries are

17  collated at intervals and then provided to our in-house accounting department. The computer then

18  segregates time by client files upon which billing decisions are made. The bills generally show

19  the services rendered in the month preceding the month of the bill.  All the billings submitted in

20  connection with this case were reviewed by me prior to sending any billing to Respondent. I also

21  know that these rates are reasonable in this market area, taking into account the experience, age,

22  expertise, learning and efforts of the attorneys involved. Our billing rates are reviewed annually

23  and adjusted as measured against these criteria. Upon request by the Court, Respondent will

24  submit redacted copies of the bills sent by the Firm to Respondent.

25       6.      The hourly rates charged for each attorney and paraprofessional working on this

26  matter are identified in the below chart:

---

[1] Capitalized terms not otherwise defined herein shall have the meanings given to them in the concurrently filed Status Report.

- 2 -

REYNOLDS DECLARATION IN SUPPORT
OF STATUS REPORT REGARDING
HEARING ON MOTION FOR PROTECTIVE
ORDER

4921-8202-1004

SNELL & WILMER
L.L.P.
LAW OFFICES
600 ANTON BLVD, SUITE 1400
COSTA MESA, CALIFORNIA 92626-7689

| Personnel | Years in Practice | Effective Hourly Rate |
|---|---|---|
| Michael B. Reynolds – Partner | 31 years | $798.26 |
| Allison C. Murray – Associate | 6 years | $400.75 |
| Hannah Holtzapple – Paralegal Assistant | N/A | $171 |

7. Based on my experience as an attorney in Orange County for more than three decades, I am familiar with rates charged by other attorneys and paraprofessionals from comparable firms for like work. It is my opinion that the rates charged by the Firm throughout this case were and are reasonable, customary, and usual in Orange County and Southern California. Each year, when our firm sets rates for each of its professionals, we consider survey data collected from peer law firms in our region, which generally consist of mid-sized to large regional and so-called second tier national firms. The Firm is in the AmLaw 200, which is a ranking of the 200 highest grossing firms in the United States as reported by the publication The American Lawyer. Our rates are generally competitive with our peer group in the greater Los Angeles area.

8. The total amount of fees Respondent incurred in complying with the Order, and MET's supplemental requests, is summarized in the below chart:

| Timekeeper | Hours | Requested Fees |
|---|---|---|
| Michael B. Reynolds (Partner) | 30.30 | $24,187.20 |
| Allison C. Murray (Associate) | 114.50 | $45,885.60 |
| Hannah Holtzapple (Paralegal Assistant) | 11.70 | $2,000.70 |
| **Total Fees** |  | **$72,073.50** |

9. All of the fees sought have been actually billed and have been paid or are being paid on a current basis.

- 3 -

REYNOLDS DECLARATION IN SUPPORT OF STATUS REPORT REGARDING HEARING ON MOTION FOR PROTECTIVE ORDER

4921-8202-1004

1   10. On January 30, 2026, I sent a letter to MET's counsel, Mr. Tom Butler, identifying the total amount of attorneys' fees incurred by Respondent in complying with the Order and MET's supplemental requests. I received an email from Ms. Nicole Sullivan, counsel for MET, on February 2, 2026, informing me that she is checking with local counsel, Roye Zur, regarding their availability for a call and that they will get back to me.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 3rd day of February 2026 at Costa Mesa, California.

    /s/ Michael B. Reynolds
Michael B. Reynolds

4921-8202-1004

- 4 -

REYNOLDS DECLARATION IN SUPPORT OF STATUS REPORT REGARDING HEARING ON MOTION FOR PROTECTIVE ORDER