GREGORY M. SALVATO (SBN 126285)
   Gsalvato@salvatoboufadel.com
JOSEPH BOUFADEL (SBN 267312)
   Jboufadel@salvatoboufadel.com
SALVATO BOUFADEL LLP
355 South Grand Avenue, Suite 2450
Los Angeles, California 90071
Telephone: (213) 484-8400

Attorneys for Debtor and Debtor-in-Possession
SETH HALDANE CASDEN

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES

| | |
|---|---|
| In re:<br><br>SETH HALDANE CASDEN,<br><br>    Debtor and<br>    Debtor-in-Possession. | Case No. 2:23-bk-16904-BR<br><br>Chapter 11<br><br>**Case Status Report by Debtor and Debtor in Possession Seth Casden**<br><br>Date:    February 17, 2026<br>Time:   10:00 a.m.<br>Place:  Courtroom 1668<br>         Roybal Federal Building<br>         255 East Temple Street<br>         Los Angeles, CA 90012 |

    Debtor and Debtor in Possession Seth Haldane Casden ("Debtor") hereby submits his status report in advance of the case status conference scheduled for December 2, 2025. Previous reports have been filed on February 27, 2024 [Dkt. No. 128], May 28, 2024 [Dkt. No,. 176], September 3, 2024 [Dkt. No. 244], November 5, 2024 [Dkt. No. 281], January 21, 2025 [Dkt. 302], July 9, 2025 [Dkt. 338], September 8, 2025 [Dkt. 360], and November 20, 2025 [Dkt. 399].

Debtor hereby incorporates the prior Status Report filed July 9, 2025, and notes the following updates:

### A. Appeals in *MET v. Casden*, District Court Case No. 2:21-cv-01149-ODW-RAO; Ninth Circuit Nos. 24-4691, 25-4004

1. In Ninth Circuit Case No. 24-4691, Casden filed an appeal on July 31, 2024, of the United States District Judge Otis Wright's decision on September 26, 2023, granting judgment in favor of MET, and an Amended Notice of Appeal on March 4, 2025.

Casden's Opening Brief was filed on August 6, 2025; MET filed its Answering Brief on October 27, 2025, and Casden's Reply Brief was filed on December 16, 2025.

Oral argument has been scheduled for Wednesday, April 15, 2026, at 9:00 a.m. in Pasadena.

2. In Ninth Circuit Case No. 25-4004, filed June 27, 2025, Casden appealed the Order by United States District Judge Otis Wright imposing contempt sanctions. This appeal has been temporarily administratively closed, pending further developments in the previously-referenced appeal. (*See* Ninth Circuit Order filed September 23, 2025).

### B. Appeal of the Order entered on 12/2/2025 denying MET's Motion to Appoint a Chapter 11 Trustee or Convert the Case to Chapter 7: *MET v. Casden,* District Court Case No. 2:25-cv-11998-FLA

The appeal by MET to the District Court has been assigned to U.S. District Court Judge Fernando L. Aenlle-Rocha.

Based on the recent Notice that the Bankruptcy Record is complete, MET's opening brief is due on March 11, 2026.

C. **Appeals of the Confirmation Order and Related Matters in the *Hologenix* case; Ninth Circuit Case Nos. 24-2881, 24-2883, and 24-2884.**

On February 2, 2026, the Ninth Circuit dismissed each of the pending appeals by Hologenix for lack of appellate jurisdiction because they were appeals of interlocutory non-final orders.

The Casden case has been held in abeyance pending the confirmation of a plan of reorganization in the *Hologenix* case, which is now awaiting further action by this Court.

D. **Matters before the Court on February 17, 2026:**

The following matters are on calendar:

#32.00    Status Conference re Chapter 11 Case in *In re Seth Haldane Casden, Case No. 2:23-16904-BR*

#32.00    Continued hearing re Motion for approval of the Chapter 11 Disclosure Statement [Dkt. 99], with respect to the Debtor's Amended Plan of Reorganization [Dkt. No. 98] and Amended Disclosure Statement [Dkt. No. 97], Case No. 2:23-16904-BR.

*Note: This matter has been held in abeyance pending the confirmation of the Hologenix plan of reorganization.*

#33.00    Continued hearing re Motion for a Protective Order with respect to the 2004 Examination and Production of Documents of The Northern Trust Company [Dkt. 275] (Northern Trust).

#34.00    Status Conference re Complaint in *MET v. Discover Bank,* Case No. 2:25-01067-BR (Preference, fraudulent transfer)

#35.00    Status Conference re Complaint in *MET v. Casden*, Case No. 2:24-ap-01022-BR (Non Dischargeability)

*Note: This matter has been held in abeyance pending the outcome of the appeal of the District Court Judgment against Casden.*

#36.00    Status Conference re Complaint in *MET v. DeVoto*, Case No. 2:25-01068-BR (Preference, fraudulent transfer)

#37.00    Status Conference re Complaint in *MET v. Aria Resorts etc.,* Case No. 2:25-01069-BR (Preference, fraudulent transfer)

Continued to 5/26/26

**D.** **Request for Further Status Conference**

The Debtor recommends that another Status Conference be held in 120 days.

DATED: February 9, 2026         SALVATO BOUFADEL, LLP

                                */s/ Gregory M. Salvato*
                        By: _____
                                Gregory M. Salvato
                                Joseph Boufadel

                        Attorneys for Debtor and Debtor in Possession
                        SETH HALDANE CASDEN

# PROOF OF SERVICE OF DOCUMENT

*In re Seth Haldane Casden, Debtor, Chapter 11 Case No. 2:23-bk-16904-BR*

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**Salvato Boufadel, LLP, 355 South Grand Avenue, Suite 2450, Los Angeles, California 90071**

A true and correct copy of the foregoing document entitled (*specify*):

**Case Status Report by Debtor and Debtor in Possession Seth Casden**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **2/11/2026** checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**See attached continuation page.**

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **2/11/2026**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Honorable Barry Russell
U.S. Bankruptcy Court
Roybal Federal Building
255 E. Temple St., Suite 1660
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 2/11/2026 | Gregory M. Salvato | /s/ Gregory M. Salvato |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

**F 9013-3.1.PROOF.SERVICE**

## CONTINUATION PAGE

### 1. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF"):

- **Shraddha Bharatia**    notices@becket-lee.com
- **Joseph Boufadel**    jboufadel@salvatoboufadel.com, Gsalvato@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com
- **Thomas E Butler**    butlert@whiteandwilliams.com, sullivann@whiteandwilliams.com;millnamowm@whiteandwilliams.com;panchavatis@whiteandwilliams.com
- **Aaron E. De Leest**    adeleest@marshackhays.com, adeleest@marshackhays.com,alinares@ecf.courtdrive.com
- **John-Patrick M Fritz**    jpf@lnbyg.com, JPF.LNBYB@ecf.inforuptcy.com
- **Matthew Grimshaw**    mgrimshaw@marshackhays.com, mgrimshaw@ecf.courtdrive.com;alinares@ecf.courtdrive.com
- **Jeff D Kahane**    jkahane@skarzynski.com, dahn@ecf.courtdrive.com
- **Sweeney Kelly**    kelly@ksgklaw.com
- **Wendy A Locke**    ecfcacb@aldridgepite.com, wlocke@ecf.inforuptcy.com
- **Betty Luu**    bluu@duanemorris.com
- **Ron Maroko**    ron.maroko@usdoj.gov
- **Allison C. Murray**    acmurray@swlaw.com, kcollins@swlaw.com
- **Kurt Ramlo**    RamloLegal@gmail.com, kr@ecf.courtdrive.com,ramlo@recap.email
- **Michael B Reynolds**    mreynolds@swlaw.com, kcollins@swlaw.com
- **Gregory M Salvato**    gsalvato@salvatoboufadel.com, calendar@salvatolawoffices.com;jboufadel@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com
- **Nicole Sullivan**    sullivann@whiteandwilliams.com, vulpioa@whiteandwilliams.com,arthura@whiteandwilliams.com
- **John N Tedford**    JNT@LNBYG.com, jnt@ecf.courtdrive.com
- **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov
- **David Wood**    dwood@marshackhays.com, dwood@ecf.courtdrive.com;lbuchananmh@ecf.courtdrive.com;spineda@ecf.courtdrive.com;alinares@ecf.courtdrive.com
- **Roye Zur**    rzur@elkinskalt.com, lwageman@elkinskalt.com;1648609420@filings.docketbird.com;rzur@ecf.courtdrive.com;lmasse@elkinskalt.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**