GREGORY M. SALVATO (SBN 126285)
    Gsalvato@salvatoboufadel.com
JOSEPH BOUFADEL (SBN 267312)
    Jboufadel@salvatoboufadel.com
SALVATO BOUFADEL LLP
355 South Grand Avenue, Suite 2450
Los Angeles, California 90071
Telephone: (213) 484-8400

Attorneys for Debtor and Debtor-in-Possession
SETH HALDANE CASDEN

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES

| | |
|---|---|
| In re:<br><br>SETH HALDANE CASDEN,<br><br>      Debtor and<br>      Debtor-in-Possession. | Case No. 2:23-bk-16904-BR<br><br>Chapter 11<br><br>**Notice to Professionals of Hearing on Applications for Interim Approval of Fees and Reimbursement of Expenses in Chapter 11 Bankruptcy Case**<br><br>Date:    June 23, 2026<br>Time:    10:00 a.m.<br>Place:   Courtroom 1668<br>         Roybal Federal Building<br>         255 East Temple Street<br>         Los Angeles, CA 90012 |

**TO ALL PROFESSIONALS EMPLOYED IN THE CHAPTER 11 CASE OF SETH HALDANE CASDEN:**

      **PLEASE TAKE NOTICE** that a hearing will be held on June 23, 2026, at 10:00 a.m., before the Honorable Barry Russell, United States Bankruptcy Judge for the Central District of California for the Court to consider the applications for approval of fees and

Salvato Boufadel
LLP

reimbursement of expenses of the professionals who have been employed in the bankruptcy case of Seth Haldane Casden (the "Debtor") for the covered period (the "Covered Period") of October 1, 2025 through April 30, 2026.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Bankruptcy Rule 2016-1(a)(2):

> Other professional persons retained pursuant to Court approval may also seek approval of interim fees at this hearing, provided that they file and serve their applications in a timely manner. Unless otherwise ordered by the Court, hearings on interim fee applications will not be scheduled less than 120 days apart.

**PLEASE TAKE FURTHER NOTICE** that Salvato Boufadel, LLP, bankruptcy counsel to the Debtor, will be serving a notice (the "Notice") of its application for approval of fees and reimbursement of expenses on or before May 26, 2026.  If you wish for Salvato Boufadel, LLP to include in the Notice the amount of interim fees and expenses that you will be requesting, you must furnish this information to Salvato Boufadel, LLP, attention Gregory Salvato, no later than 5:00 p.m. on May 22, 2026.  Otherwise, you will be required to file and serve your own notice.

Dated: April 1, 2026                      SALVATO BOUFADEL LLP


                                          */s/ Gregory M. Salvato*
                                   By: _____
                                          Gregory M. Salvato
                                          Joseph Boufadel

                                   Attorneys for Debtor and Debtor in Possession
                                   SETH HALDANE CASDEN

Salvato Boufadel
LLP

Notice of Hearing on Interim Fee Applications          -2-          *In re Seth Haldane Casden, Debtor.*
                                                                    Chapter 11 Case No.2:23-bk-16904-BR

# PROOF OF SERVICE OF DOCUMENT

### *In re Seth Haldane Casden, Debtor, Chapter 11 Case No. 2:23-bk-16904-BR*

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**Salvato Boufadel, LLP, 355 South Grand Avenue, Suite 2450, Los Angeles, California 90071**

A true and correct copy of the foregoing document entitled (*specify*):

**Notice to Professionals of Hearing on Applications for Interim Approval of Fees and Reimbursement of Expenses in Chapter 11 Bankruptcy Case**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On *(date)* **4/01/26** checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒  Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) **4/01/26**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒  Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **4/01/26**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 4/01/26 | Gregory M. Salvato | */s/ Gregory M. Salvato* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                         **F 9013-3.1.PROOF.SERVICE**

Electronic Mail Service List

- **Shraddha Bharatia**   notices@becket-lee.com
- **Joseph Boufadel**   jboufadel@salvatoboufadel.com,
  Gsalvato@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com
- **Thomas E Butler**   butlert@whiteandwilliams.com,
  sullivann@whiteandwilliams.com;millnamowm@whiteandwilliams.com;panchavatis@whiteandwilliams.com
- **Aaron E. De Leest**   adeleest@marshackhays.com,
  adeleest@marshackhays.com,alinares@ecf.courtdrive.com
- **John-Patrick M Fritz**   jpf@lnbyg.com, JPF.LNBYB@ecf.inforuptcy.com
- **Matthew Grimshaw**   mgrimshaw@marshackhays.com,
  mgrimshaw@ecf.courtdrive.com;alinares@ecf.courtdrive.com
- **Jeff D Kahane**   jkahane@skarzynski.com, dahn@ecf.courtdrive.com
- **Sweeney Kelly**   kelly@ksgklaw.com
- **Wendy A Locke**   ecfcacb@aldridgepite.com, wlocke@ecf.inforuptcy.com
- **Betty Luu**   bluu@duanemorris.com
- **Ron Maroko**   ron.maroko@usdoj.gov
- **Allison C. Murray**   acmurray@swlaw.com, kcollins@swlaw.com
- **Kurt Ramlo**   RamloLegal@gmail.com, kr@ecf.courtdrive.com,ramlo@recap.email
- **Michael B Reynolds**   mreynolds@swlaw.com, kcollins@swlaw.com
- **Gregory M Salvato**   gsalvato@salvatoboufadel.com,
  calendar@salvatolawoffices.com;jboufadel@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com
- **Nicole Sullivan**   sullivann@whiteandwilliams.com,
  vulpioa@whiteandwilliams.com,arthura@whiteandwilliams.com
- **John N Tedford**   JNT@LNBYG.com, jnt@ecf.courtdrive.com
- **United States Trustee (LA)**   ustpregion16.la.ecf@usdoj.gov
- **David Wood**   dwood@marshackhays.com,
  dwood@ecf.courtdrive.com;lbuchananmh@ecf.courtdrive.com;spineda@ecf.courtdrive.com;alinares@ecf.courtdrive.com
- **Roye Zur**   rzur@elkinskalt.com,
  lwageman@elkinskalt.com;1648609420@filings.docketbird.com;rzur@ecf.courtdrive.com;lmasse@elkinskalt.com

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                 **F 9013-3.1.PROOF.SERVICE**

<u>U.S. Mail Service List</u>

Theodora Oringher PC
Attn:  Scott K. Behrendt
1840 Century Park East, Suite 500
Los Angeles, CA 90067

Benedon & Serlin, LLP
Attn:  Gerald Serlin
22708 Mariano Street
Woodland Hills, CA  91367

Armory Consulting Co.
Attn: James Wong
3943 Irvine Blvd., #253
Irvine, CA  92602

Windes, Inc.
Attn:  Douglas Beaver
2050 Main Street, Suite 1300
Irvine, CA 92614

Danning, Gill, Israel & Krasnoff, LLP\
Attn:  John Tedford, Esq.
907 Westwood Blvd., Suite 1078
Los Angeles, CA  90024

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                    **F 9013-3.1.PROOF.SERVICE**