GREGORY M. SALVATO (SBN 126285)
  Gsalvato@salvatoboufadel.com
JOSEPH BOUFADEL (SBN 267312)
  Jboufadel@salvatoboufadel.com
SALVATO BOUFADEL LLP
355 South Grand Avenue, Suite 2450
Los Angeles, California  90071
Telephone: (213) 484-8400

Attorneys for Debtor and Debtor-in-Possession
SETH HALDANE CASDEN

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES

In re:

SETH HALDANE CASDEN,

    Debtor and
    Debtor-in-Possession.

Case No. 2:23-bk-16904-BR

Chapter 11

**Chapter 11 Status Report by Debtor and Debtor in Possession Seth Casden**

Date:    May 26, 2026
Time:    10:00 a.m.
Place:   Courtroom 1668
         Roybal Federal Building
         255 East Temple Street
         Los Angeles, CA 90012

Debtor and Debtor in Possession Seth Haldane Casden ("Debtor") hereby submits his status report in advance of the case status conference scheduled for May 26, 2026. Previous status reports have been filed on February 27, 2024 [Dkt. No. 128], May 28, 2024 [Dkt. No,. 176], September 3, 2024 [Dkt. No. 244], November 5, 2024 [Dkt. No. 281], January 21, 2025 [Dkt. 302], July 9, 2025 [Dkt. 338], September 8, 2025 [Dkt. 360], November 20, 2025 [Dkt. 399], and February 11, 2026 [Dkt. No. 433].

Salvato Boufadel
LLP

Debtor's Chapter 11 Status Report      -1-      *In re Seth Haldane Casden, Debtor.*
Chapter 11 Case No.2:23-bk-16904-BR

**CASDEN BANKRUPTCY CASE:   Case No. 2:23-16904-BR**

**A.      Appeal of the Order entered on 12/2/2025 denying MET's Motion to Appoint a Chapter 11 Trustee or Convert the Case to Chapter 7:  *MET v. Casden*,  District Court Case No. 2:25-cv-11998-FLA**

On 12/2/2025, the Bankruptcy Court denied MET's Motion to Appoint a Chapter 11 Trustee or convert the case to Chapter 7. [Dkt. No.409]

MET's appeal of the Order, filed 12/15/2025, is before the Honorable U.S. District Court Judge Fernando L. Aenlle-Rocha.  Casden's Motion to Dismiss the Appeal for lack of Jurisdiction, scheduled for hearing on 5/1/2026, has been taken under submission.

MET's Opening Merits Brief was filed 3/20/2026, Casden's Answering Brief was filed 5/05/2026, and MET's Reply Brief is due 5/26/2026.

**B.      Appeals in *MET v. Casden*, District Court Case No. 2:21-cv-01149-ODW-RAO; Ninth Circuit Nos. 24-4691, 25-4004**

1.      Judgment against Seth Casden, individually, was entered on 9/26/2023, and Casden filed an appeal to the Ninth Circuit, Case No. 24-4691. Oral argument was heard on 4/15/26, and the parties are awaiting the decision of the Ninth Circuit.

2.      An Order awarding contempt sanctions against Casden was entered by United States District Judge Otis Wright on 6/04/2025. Casden appealed the Order to the Ninth Circuit, Case No. 25-4004, on 6/27/2025. This appeal is administratively closed through August 3, 2026, per Ninth Circuit Order filed 4/22/2026.

**C.      Other Pending Matters (from 2/18/26 Status Conference):**

1.      Continued hearing re Motion for approval of the Chapter 11 Disclosure Statement [Dkt. 99], with respect to the Debtor's Amended Plan of Reorganization [Dkt. No. 98] and Amended Disclosure Statement [Dkt. No. 97] (filed by Seth Casden).

Salvato Boufadel
LLP

*Note: This matter has been held in abeyance pending the confirmation of the Hologenix plan of reorganization.*

2.　Continued hearing re Motion for a Protective Order with respect to the 2004 Examination and Production of Documents of The Northern Trust Company [Dkt. 275] (filed by Northern Trust).

## ADVERSARY PROCEEDINGS:

**D.　Adversary Proceeding – MET v. Seth Casden (Non-Dischargeability) (Adv. Proc. No. 2:24-01022-BR).**

MET filed this Adversary Proceeding against Seth Casden, individually, on 1/26/2024 for non-dischargeability under 11 U.S.C. S 523(a)(6).

This matter has been held in abeyance pending the outcome of Casden's appeal of the District Court judgment against him.

The status conference in this matter has been continued from 2/18/2026 to 5/26/2026.

**E.　Adversary Proceedings prosecuted by MET:**

By Order entered on 6/26/2024 [Dkt. No. 210], the Bankruptcy Court authorized MET to prosecute avoidance actions against certain alleged transferees:

*MET v. Discovery Bank, Adv. No. 25-01067-BR*

*MET v. DeVoto, Adv. No. 25-01068-BR*

*MET v. Aria Resorts, Adv. No. 25-01069- BR*

The status conferences in these matters have been continued from 2/18/26 to 5/26/26.

Salvato Boufadel
LLP

Debtor's Chapter 11 Status Report　　　　-3-　　　　*In re Seth Haldane Casden, Debtor.*
Chapter 11 Case No.2:23-bk-16904-BR

**HOLOGENIX BANKRUPTCY CASE:**

**G.**  **Appeals of the Confirmation Order and Related Matters in the _Hologenix_ case; Ninth Circuit Case Nos. 24-2881, 24-2883, and 24-2884.**

On February 2, 2026, the Ninth Circuit dismissed each of the pending appeals by Hologenix for lack of appellate jurisdiction because they were appeals of interlocutory non-final orders.

The Casden matter is awaiting further developments in the _Hologenix_ case, as the feasibility of the Casden plan of reorganization will be impacted by the plan confirmed in the _Hologenix_ case.

**UPCOMING MATTERS:**

A hearing on the interim Fee Applications is scheduled for 6/23/2026 at 10:00 a.m. for the following professionals retained int eh Casden bankruptcy case:

Salvato Boufadel, LLP

Benedon & Serlin, LLP

Theodora Oringher, PC

Windes, Inc.

Armory Consulting, Inc.

DATED: May 18, 2026                      SALVATO BOUFADEL, LLP

/s/ Gregory M. Salvato

By: _____

Gregory M. Salvato
Joseph Boufadel

Attorneys for Debtor and Debtor in Possession
SETH HALDANE CASDEN

Salvato Boufadel
LLP

# PROOF OF SERVICE OF DOCUMENT

*In re Seth Haldane Casden, Debtor, Chapter 11 Case No. 2:23-bk-16904-BR*

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**Salvato Boufadel, LLP, 355 South Grand Avenue, Suite 2450, Los Angeles, California 90071**

A true and correct copy of the foregoing document entitled (*specify*):

**Chapter 11 Status Report by Debtor and Debtor in Possession Seth Casden**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On *(date)* **5/18/2026** checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**See attached continuation page.**

☒ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **5/18/2026**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Honorable Barry Russell
U.S. Bankruptcy Court
Roybal Federal Building
255 E. Temple St., Suite 1660
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 5/18/2026 | Gregory M. Salvato | /s/ Gregory M. Salvato |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**

## CONTINUATION PAGE

**1. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF"):**

- **Shraddha Bharatia**    notices@becket-lee.com
- **Joseph Boufadel**    jboufadel@salvatoboufadel.com,
  Gsalvato@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com
- **Thomas E Butler**    butlert@whiteandwilliams.com,
  sullivann@whiteandwilliams.com;millnamowm@whiteandwilliams.com;panchavatis@whit
  eandwilliams.com
- **Aaron E. De Leest**    adeleest@marshackhays.com,
  adeleest@marshackhays.com,alinares@ecf.courtdrive.com
- **John-Patrick M Fritz**    jpf@lnbyg.com, JPF.LNBYB@ecf.inforuptcy.com
- **Lauren N Gans**    lgans@elkinskalt.com, lmasse@elkinskalt.com
- **Matthew Grimshaw**    mgrimshaw@marshackhays.com,
  mgrimshaw@ecf.courtdrive.com;alinares@ecf.courtdrive.com
- **Sweeney Kelly**    kelly@ksgklaw.com
- **Wendy A Locke**    ecfcacb@aldridgepite.com, wlocke@ecf.inforuptcy.com
- **Betty Luu**    bluu@duanemorris.com, betty-luu-4381@ecf.pacerpro.com
- **Ron Maroko**    ron.maroko@usdoj.gov
- **Allison C. Murray**    acmurray@swlaw.com, kcollins@swlaw.com
- **William M Noall**    wnoall@gtg.legal, bknotices@gtg.legal
- **Kurt Ramlo**    RamloLegal@gmail.com, kr@ecf.courtdrive.com,ramlo@recap.email
- **Arjun P Rao**    arjun.rao@morganlewis.com, kathleen.rosello@morganlewis.com
- **Michael B Reynolds**    mreynolds@swlaw.com, kcollins@swlaw.com
- **Gregory M Salvato**    gsalvato@salvatoboufadel.com,
  calendar@salvatolawoffices.com;jboufadel@salvatoboufadel.com;gsalvato@ecf.inforuptcy.
  com
- **Nicole Sullivan**    sullivann@whiteandwilliams.com,
  vulpioa@whiteandwilliams.com,arthura@whiteandwilliams.com
- **John N Tedford**    JNT@LNBYG.com, jnt@ecf.courtdrive.com
- **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov
- **David Wood**    dwood@marshackhays.com,
  dwood@ecf.courtdrive.com;lbuchananmh@ecf.courtdrive.com;spineda@ecf.courtdrive.com
  ;alinares@ecf.courtdrive.com
- **Roye Zur**    rzur@elkinskalt.com,
  lwageman@elkinskalt.com;1648609420@filings.docketbird.com;rzur@ecf.courtdrive.com;l
  masse@elkinskalt.com

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.