GREGORY M. SALVATO (SBN 126285)
  Gsalvato@salvatoboufadel.com
JOSEPH BOUFADEL (SBN 267312)
  Jboufadel@salvatoboufadel.com
SALVATO BOUFADEL LLP
355 So. Grand Avenue, Suite 2450
Los Angeles, California 90071
Telephone: (213) 484-8400

Attorneys for Debtor and Debtor-in-Possession
SETH HALDANE CASDEN

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES

| | |
|---|---|
| In re: | Case No. 2:23-bk-16904-BR |
| SETH HALDANE CASDEN, | Chapter 11 |
| Debtor and Debtor-in-Possession. | **Notice of Hearing on Applications for Compensation for Fees and Reimbursement of Expenses of Professionals Retained by the Estate**<br><br>Date:    June 23, 2026<br>Time:   10:00 a.m.<br>Place:   Courtroom 1668<br>          Roybal Federal Building<br>          255 East Temple Street<br>          Los Angeles, CA 90012 |

**PLEASE TAKE NOTICE** that on June 23, 2026, at 10:00 a.m., or as soon thereafter as the matter may be heard, in Courtroom 1668 of the United States Bankruptcy Court for the Central District of California, located at 255 East Temple Street, Los Angeles, California, a hearing will be held on the interim fee applications for

Salvato Boufadel LLP

compensation and reimbursement of expenses of the following professionals retained by the Debtor's bankruptcy estate:

(1) Salvato Boufadel, LLP, the Debtor's general bankruptcy counsel

(2) Benedon & Serlin, the Debtor's special appellate counsel;

(3) Theodora & Ohringer, special litigation counsel;

The amounts requested to be awarded are the following:

(1) <u>Salvato Boufadel, LLP</u>

(Period covered by this application: October 1, 2025 to April 30, 2026)

| | |
|---|---|
| Amount of fees requested | $ 91,997.50 |
| Amount of costs requested | $ 178.09 |
| Total for period: | $ 92,175.59 |

Applicant's address:  355 So. Grand Avenue, Suite 2450
Los Angeles, CA  90071

(2) <u>Benedon & Serlin, LLP</u>

(Period covered by this application: October 1, 2025 to April 30, 2026)

| | |
|---|---|
| Amount of fees requested | $ 149,880.00 |
| Amount of costs requested | $ 1,191.78 |
| Total for period: | $ 151,071.78 |

Applicant's address:  22708 Mariano Street
Woodland Hills, CA 91367-5128

(3) <u>Theodora Oringher PC</u>

(Period covered by this application: December 2024 to July 2025)

| | |
|---|---|
| Amount of fees requested | $ 5,400.00 |
| Amount of costs requested | $ 0.00 |
| Total for period: | $ 5,400.00 |

Applicant's address:  1840 Century Park East, Suite 500
Los Angeles, CA  90067-2120

Salvato Boufadel
LLP

**PLEASE TAKE FURTHER NOTICE** that the Applications are available from the Clerk of the Court or by request to the undersigned counsel.

**PLEASE TAKE FURTHER NOTICE** that any opposition to the applications must be in writing in the format required by the Local Bankruptcy Rules, filed with the Clerk of the Court and served upon the undersigned counsel and on the affected applicant(s) at their address set forth above not less than fourteen (14) days before the hearing. Failure to comply with this procedure may be deemed by the Court to be consent to the relief requested.

Dated: May 29, 2026                    SALVATO BOUFADEL LLP


                                       */s/ Gregory M. Salvato*
                                   By: _____
                                       Gregory M. Salvato
                                       Joseph Boufadel

                                       Attorneys for Debtor and Debtor in Possession
                                       SETH HALDANE CASDEN

Salvato Boufadel
LLP

---

Notice of Hearing on Interim Fee Applications          -3-          *In re Seth Haldane Casden, Debtor.*
                                                                    Chapter 11 Case No.2:23-bk-16904-BR

# PROOF OF SERVICE OF DOCUMENT

*In re Seth Haldane Casden, Debtor, Chapter 11 Case No. 2:23-bk-16904-BR*

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**Salvato Boufadel, LLP, 355 South Grand Avenue, Suite 2450, Los Angeles, California 90071**

A true and correct copy of the foregoing document entitled (*specify*):

**Notice of Hearing on Applications for Compensation for Fees and Reimbursement of Expenses of Professionals Retained by the Estate**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On *(date)* **5/29/2026** checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

   **See attached continuation page.**

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **5/29/2026**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

   Honorable Barry Russell
   U.S. Bankruptcy Court
   Roybal Federal Building
   255 E. Temple St., Suite 1660
   Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 5/29/2026 | Gregory M. Salvato | */s/ Gregory M. Salvato* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                              **F 9013-3.1.PROOF.SERVICE**

**CONTINUATION PAGE**

1. **SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF"):**

- **Shraddha Bharatia**  notices@becket-lee.com
- **Joseph Boufadel**  jboufadel@salvatoboufadel.com,
  Gsalvato@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com
- **Thomas E Butler**  butlert@whiteandwilliams.com,
  sullivann@whiteandwilliams.com;millnamowm@whiteandwilliams.com;panchavatis@whit
  eandwilliams.com
- **Aaron E. De Leest**  adeleest@marshackhays.com,
  adeleest@marshackhays.com,alinares@ecf.courtdrive.com
- **John-Patrick M Fritz**  jpf@lnbyg.com, JPF.LNBYB@ecf.inforuptcy.com
- **Lauren N Gans**  lgans@elkinskalt.com, lmasse@elkinskalt.com
- **Matthew Grimshaw**  mgrimshaw@marshackhays.com,
  mgrimshaw@ecf.courtdrive.com;alinares@ecf.courtdrive.com
- **Sweeney Kelly**  kelly@ksgklaw.com
- **Wendy A Locke**  ecfcacb@aldridgepite.com, wlocke@ecf.inforuptcy.com
- **Betty Luu**  bluu@duanemorris.com, betty-luu-4381@ecf.pacerpro.com
- **Ron Maroko**  ron.maroko@usdoj.gov
- **Allison C. Murray**  acmurray@swlaw.com, kcollins@swlaw.com
- **William M Noall**  wnoall@gtg.legal, bknotices@gtg.legal
- **Kurt Ramlo**  RamloLegal@gmail.com, kr@ecf.courtdrive.com,ramlo@recap.email
- **Arjun P Rao**  arjun.rao@morganlewis.com, kathleen.rosello@morganlewis.com
- **Michael B Reynolds**  mreynolds@swlaw.com, kcollins@swlaw.com
- **Gregory M Salvato**  gsalvato@salvatoboufadel.com,
  calendar@salvatolawoffices.com;jboufadel@salvatoboufadel.com;gsalvato@ecf.inforuptcy.
  com
- **Nicole Sullivan**  sullivann@whiteandwilliams.com,
  vulpioa@whiteandwilliams.com,arthura@whiteandwilliams.com
- **John N Tedford**  JNT@LNBYG.com, jnt@ecf.courtdrive.com
- **United States Trustee (LA)**  ustpregion16.la.ecf@usdoj.gov
- **David Wood**  dwood@marshackhays.com,
  dwood@ecf.courtdrive.com;lbuchananmh@ecf.courtdrive.com;spineda@ecf.courtdrive.com
  ;alinares@ecf.courtdrive.com
- **Roye Zur**  rzur@elkinskalt.com,
  lwageman@elkinskalt.com;1648609420@filings.docketbird.com;rzur@ecf.courtdrive.com;l
  masse@elkinskalt.com

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**