| | |
|---|---|
| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>GREGORY M. SALVATO (SBN 126285)<br>    Gsalvato@SalvatoBoufadel.com<br>JOSEPH BOUFADEL (SBN 267312)<br>    JBoufadel@SalvatoBoufadel.com<br>SALVATO BOUFADEL, LLP<br>355 South Grand Avenue, Suite 2450<br>Los Angeles, CA  90071-9500<br>(213) 484-8400<br><br><br>☒ *Attorney for*: Debtor SETH HALDANE CASDEN | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**JUL 10 2026**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** fortier    **DEPUTY CLERK** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - _LOS ANGELES_ DIVISION**

| | |
|---|---|
| In re:<br><br>SETH HALDANE CASDEN,<br><br><br><br>Debtor(s). | CASE NO.:  2:23-bk-16904-BR<br><br>CHAPTER:  11<br><br>**ORDER ON APPLICATION**<br>**FOR PAYMENT OF:**<br>  ☒ **INTERIM FEES AND/OR EXPENSES**<br>    **(11 U.S.C. § 331)**<br>  ☐ **FINAL FEES AND/OR EXPENSES**<br>    **(11 U.S.C. § 330)**<br><br>DATE:    06/23/26<br>TIME:    10:00 a.m.<br>COURTROOM: 1668<br>PLACE:    Roybal Federal Building<br>        255 E. Temple Street, 16th Floor<br>        Los Angeles, CA  90012 |

1.  Name of Applicant (*specify*): BENEDON & SERLIN, LLP

2.  This proceeding was heard at the date and place set forth above and was   ☐ Contested   ☒ Uncontested

3.  Appearances were made as follows:

    a.  ☒ Applicant present in court
    b.  ☐ Attorney for Applicant present in court (name):
    c.  ☒ Attorney for United States trustee present in court
    d.  ☐ Other persons present as reflected in the court record

4.  Applicant gave the required notice of the Application on (*specify date*): <u>6/02/26</u>

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

5.   The court orders as follows:

a.   ☒  Application for Payment of Interim Fees is approved as follows:

(1)  ☒   Total amount allowed:  $ 149,880.00

(2)  ☐   Amount or percentage authorized for payment at this time: _____

b.   ☒  Application for Reimbursement of Interim Expenses is approved and authorized for payment:

☒  Total amount allowed: $ 1,191.78

c.   ☐  Application for Payment of Final Fees is approved in the amount of: $ _____

d.   ☐  Application for Reimbursement of Final Expenses is approved and authorized for payment:

☐  Total amount allowed: $ _____

e.   (1)  ☐  Application is denied

☐  in full

☐  in part

☐  without prejudice

☐  with prejudice

(2)  Grounds for denial *(specify):*

f.   ☒  The court further orders *(specify):* The Debtor is authorized and directed forthwith to pay the balance of the fees and expenses awarded ($151,071.78), except as may be mutually agreed.

###

Date: July 10, 2026

Barry Russell
United States Bankruptcy Judge

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                                     Page 2                              **F 2016-1.3.ORDER.PAYMENT.FEES**