United States Bankruptcy Court

Central District of California

In re:                                                                      Case No. 23-16904-BR

Seth Haldane Casden                                                         Chapter 11

     Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Jul 10, 2026 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 12, 2026:**

**Recip ID**          **Recipient Name and Address**
db          + Seth Haldane Casden, 1112 Montana Ave Suite 13, Santa Monica, CA 90403-1652

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 12, 2026          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 10, 2026 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Aaron E. De Leest | on behalf of Debtor Seth Haldane Casden adeleest@marshackhays.com adeleest@marshackhays.com,alinares@ecf.courtdrive.com |
| Allison C. Murray | on behalf of Respondent The Northern Trust Company of Delaware  as Trustee of the Seth Casden Resulting Trust acmurray@swlaw.com, kcollins@swlaw.com |
| Arjun P Rao | on behalf of Defendant Discover Bank d/b/a Discover Card  Discover Financial Services, and Discover Products arjun.rao@morganlewis.com, kathleen.rosello@morganlewis.com |
| Betty Luu | on behalf of Interested Party Alan Terry Leavitt bluu@duanemorris.com  betty-luu-4381@ecf.pacerpro.com |
| David Wood | on behalf of Interested Party Courtesy NEF dwood@marshackhays.com dwood@ecf.courtdrive.com;lbuchananmh@ecf.courtdrive.com;spineda@ecf.courtdrive.com;alinares@ecf.courtdrive.com |

District/off: 0973-2                                       User: admin                                            Page 2 of 3
Date Rcvd: Jul 10, 2026                                   Form ID: pdf042                                    Total Noticed: 1

Gregory M Salvato
    on behalf of Plaintiff Multiple Energy Technologies  LLC gsalvato@salvatoboufadel.com,
calendar@salvatolawoffices.com;jboufadel@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com

Gregory M Salvato
    on behalf of Attorney Salvato Boufadel LLP gsalvato@salvatoboufadel.com
calendar@salvatolawoffices.com;jboufadel@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com

Gregory M Salvato
    on behalf of Interested Party Salvato Boufadel LLP gsalvato@salvatoboufadel.com
calendar@salvatolawoffices.com;jboufadel@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com

Gregory M Salvato
    on behalf of Defendant Seth Haldane Casden gsalvato@salvatoboufadel.com
calendar@salvatolawoffices.com;jboufadel@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com

Gregory M Salvato
    on behalf of Debtor Seth Haldane Casden gsalvato@salvatoboufadel.com
calendar@salvatolawoffices.com;jboufadel@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com

John N Tedford, IV
    on behalf of Other Professional DANNING GILL ISRAEL & KRASSNOFF JNT@LNBYG.com  jnt@ecf.courtdrive.com

John N Tedford, IV
    on behalf of Plaintiff Seth Casden JNT@LNBYG.com  jnt@ecf.courtdrive.com

John-Patrick M Fritz
    on behalf of Interested Party Courtesy NEF jpf@lnbyg.com  JPF.LNBYB@ecf.inforuptcy.com

Joseph Boufadel
    on behalf of Defendant Seth Haldane Casden jboufadel@salvatoboufadel.com
Gsalvato@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com

Joseph Boufadel
    on behalf of Debtor Seth Haldane Casden jboufadel@salvatoboufadel.com
Gsalvato@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com

Kurt Ramlo
    on behalf of Interested Party Hologenix  LLC RamloLegal@gmail.com, kr@ecf.courtdrive.com;ramlo@recap.email

Kurt Ramlo
    on behalf of Interested Party Courtesy NEF RamloLegal@gmail.com  kr@ecf.courtdrive.com;ramlo@recap.email

Lauren N Gans
    on behalf of Interested Party Multiple Energy Technologies  LLC lgans@elkinskalt.com, lmasse@elkinskalt.com

Matthew Grimshaw
    on behalf of Interested Party Courtesy NEF mgrimshaw@marshackhays.com
mgrimshaw@ecf.courtdrive.com;alinares@ecf.courtdrive.com

Michael B Reynolds
    on behalf of Respondent The Northern Trust Company of Delaware  as Trustee of the Seth Casden Resulting Trust
mreynolds@swlaw.com, kcollins@swlaw.com

Nicole Sullivan
    on behalf of Plaintiff Multiple Energy Technologies  LLC sullivann@whiteandwilliams.com,
vulpioa@whiteandwilliams.com,arthura@whiteandwilliams.com

Nicole Sullivan
    on behalf of Interested Party Multiple Energy Technologies  LLC sullivann@whiteandwilliams.com,
vulpioa@whiteandwilliams.com,arthura@whiteandwilliams.com

Ron Maroko
    on behalf of U.S. Trustee United States Trustee (LA) ron.maroko@usdoj.gov

Roye Zur
    on behalf of Plaintiff Multiple Energy Technologies  LLC rzur@elkinskalt.com,
lwageman@elkinskalt.com;1648609420@filings.docketbird.com;rzur@ecf.courtdrive.com;lmasse@elkinskalt.com

Roye Zur
    on behalf of Interested Party Courtesy NEF rzur@elkinskalt.com
lwageman@elkinskalt.com;1648609420@filings.docketbird.com;rzur@ecf.courtdrive.com;lmasse@elkinskalt.com

Roye Zur
    on behalf of Interested Party Multiple Energy Technologies  LLC rzur@elkinskalt.com,
lwageman@elkinskalt.com;1648609420@filings.docketbird.com;rzur@ecf.courtdrive.com;lmasse@elkinskalt.com

Shraddha Bharatia
    on behalf of Creditor American Express National Bank notices@becket-lee.com

Sweeney Kelly
    on behalf of Defendant American Express Company kelly@ksgklaw.com

District/off: 0973-2                                          User: admin                                          Page 3 of 3

Date Rcvd: Jul 10, 2026                              Form ID: pdf042                              Total Noticed: 1

Thomas E Butler

on behalf of Interested Party Multiple Energy Technologies  LLC butlert@whiteandwilliams.com,
sullivann@whiteandwilliams.com;millnamowm@whiteandwilliams.com;panchavatis@whiteandwilliams.com

United States Trustee (LA)

ustpregion16.la.ecf@usdoj.gov

Wendy A Locke

on behalf of Interested Party Courtesy NEF ecfcacb@aldridgepite.com  wlocke@ecf.inforuptcy.com

William M Noall

on behalf of Defendant ARIA Resort & Casino wnoall@gtg.legal  bknotices@gtg.legal


TOTAL: 32

| | |
|---|---|
| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>GREGORY M. SALVATO (SBN 126285)<br>   Gsalvato@SalvatoBoufadel.com<br>JOSEPH BOUFADEL (SBN 267312)<br>   JBoufadel@SalvatoBoufadel.com<br>SALVATO BOUFADEL, LLP<br>355 South Grand Avenue, Suite 2450<br>Los Angeles, CA  90071-9500<br>(213) 484-8400 | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**JUL 10 2026**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY fortier     DEPUTY CLERK** |
| ☒ *Attorney for*: Debtor SETH HALDANE CASDEN | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - *LOS ANGELES* DIVISION**

| | |
|---|---|
| In re:<br><br>SETH HALDANE CASDEN,<br><br><br><br><br><br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 2:23-bk-16904-BR<br><br>CHAPTER: 11<br><br>**ORDER ON APPLICATION**<br>**FOR PAYMENT OF:**<br>  ☒ **INTERIM FEES AND/OR EXPENSES**<br>    **(11 U.S.C. § 331)**<br>  ☐ **FINAL FEES AND/OR EXPENSES**<br>    **(11 U.S.C. § 330)**<br><br>DATE:    06/23/26<br>TIME:    10:00 a.m.<br>COURTROOM: 1668<br>PLACE:   Roybal Federal Building<br>       255 E. Temple Street, 16th Floor<br>       Los Angeles, CA  90012 |

1. Name of Applicant (*specify*): SALVATO BOUFADEL, LLP

2. This proceeding was heard at the date and place set forth above and was   ☐ Contested   ☒ Uncontested

3. Appearances were made as follows:

   a.  ☒ Applicant present in court
   b.  ☒ Attorney for Applicant present in court (name):
   c.  ☒ Attorney for United States trustee present in court
   d.  ☐ Other persons present as reflected in the court record

4. Applicant gave the required notice of the Application on (*specify date*): 6/02/26

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                                   Page 1                              **F 2016-1.3.ORDER.PAYMENT.FEES**

5.   The court orders as follows:

   a.   ☒   Application for Payment of Interim Fees is approved as follows:

      (1)  ☒   Total amount allowed:  $ 91,997.50

      (2)  ☐   Amount or percentage authorized for payment at this time: _____

   b.   ☒   Application for Reimbursement of Interim Expenses is approved and authorized for payment:
         ☒   Total amount allowed: $ 178.09

   c.   ☐   Application for Payment of Final Fees is approved in the amount of: $ _____

   d.   ☐   Application for Reimbursement of Final Expenses is approved and authorized for payment:
         ☐   Total amount allowed: $ _____

   e.   (1)  ☐   Application is denied
               ☐   in full
               ☐   in part
               ☐   without prejudice
               ☐   with prejudice

      (2)  Grounds for denial *(specify):*

   f.   ☒   The court further orders *(specify):* The Debtor is authorized and directed forthwith to pay the balance of the
         fees and expenses awarded ($92,175.59), except as may be mutually agreed.

                                                         ###

Date: July 10, 2026

_____
Barry Russell
United States Bankruptcy Judge

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                        Page 2                  **F 2016-1.3.ORDER.PAYMENT.FEES**