GREGORY M. SALVATO (SBN 126285)
    Gsalvato@salvatoboufadel.com
JOSEPH BOUFADEL (SBN 267312)
    Jboufadel@salvatoboufadel.com
SALVATO BOUFADEL LLP
355 South Grand Avenue, Suite 2450
Los Angeles, California  90071
Telephone: (213) 484-8400

Attorneys for Debtor
SETH HALDANE CASDEN

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES

| | |
|---|---|
| In re:<br><br>SETH HALDANE CASDEN,<br><br>              Debtor. | Case No. 2:23-bk-16904-BR<br><br>Chapter 11<br><br>**Notice of the Ninth Circuit Court of Appeals ruling reversing in part and affirming in part the USDC Judgment against Seth Casden, DC No. 2:21-cv-01149-ODW-RAO**<br><br>DATE:     None set<br>TIME:     None set<br>PLACE:   Courtroom 1668<br>             255 E. Temple Street<br>             Los Angeles, CA  90012 |

Salvato Boufadel
LLP

---

Notice of Ruling by Ninth Circuit Court of Appeals
on USDC Judgment against Seth Casden
   -1-   
*In re Seth Haldane Casden, Debtor*
Chapter 11 Case No. 2:23-bk-16904-BR

**TO THE HONORABLE BARRY RUSSELL, UNITED STATES BANKRUPTCY JUDGE, AND TO ALL OTHER PARTIES IN INTEREST:**

On July 30, 2026, the United States Court of Appeals for the Ninth Circuit issued its ruling reversing in part and affirming in part the United States District Court's judgment in favor of Multiple Energy Technologies, LLC ("MET") and against Seth Casden and remanded for further proceedings consistent with its opinion.

A copy of the published decision is attached hereto as Exhibit A.

Dated: August 4, 2026                SALVATO BOUFADEL LLP


                                     */s/ Gregory M. Salvato*
                                By:  _____
                                     Gregory M. Salvato
                                     Joseph Boufadel

                                     Attorneys for Defendant and Debtor
                                     SETH HALDANE CASDEN

Salvato Boufadel
LLP