SNELL & WILMER L.L.P.
Michael B. Reynolds, Bar No. 174534
mreynolds@swlaw.com
Allison C. Murray, Bar No. 329336
acmurray@swlaw.com
600 Anton Blvd, Suite 1400
Costa Mesa, California  92626-7689
Telephone:    714.427.7000
Facsimile:    714.427.7799

Attorneys for Respondent
*The Northern Trust Company of Delaware, as*
*Trustee of the Seth Casden Resulting Trust*

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES

| | |
|---|---|
| In re | Case No. 2:23-bk-16904-BR |
| SETH HALDANE CASDEN, | Chapter 11 |
| Debtor. | **SUPPLEMENTAL DECLARATION OF MICHAEL B. REYNOLDS IN SUPPORT OF SUPPLEMENTAL BRIEF IN SUPPORT OF THE NORTHERN TRUST OF DELAWARE'S MOTION FOR PROTECTIVE ORDER WITH REGARD TO 2004 EXAMINATION OF AND DOCUMENT PRODUCTION OF THE NORTHERN TRUST COMPANY OF DELAWARE [DK. 288]** |
| | Hearing Information: <br> Date:        August 25, 2026 <br> Time:        10:00 a.m. <br> Ctrm:       1668 |

I, Michael B. Reynolds, declare as follows:

1.      I am over the age of 18, am qualified to make this declaration and am an attorney licensed to practice law before all courts of the State of California. I am a partner with the law firm Snell and Wilmer LLP ("Firm"), counsel of record for The Northern Trust Company of Delaware, as Trustee for the Seth Casden Resulting Trust ("Respondent"). I make this

SUPPLEMENTAL DECLARATION OF
MICHAEL B. REYNOLDS IN SUPPORT OF
SUPPLEMENTAL BRIEF IN SUPPORT OF
RESPONDENT'S MOTION FOR
PROTECTIVE ORDER

4933-2687-6353

supplemental declaration in support of the Supplemental Brief in Support of Respondent's Motion for Protective Order with Regard to 2004 Examination of and Document Production of The Northern Trust of Delaware as Trustee of the Seth Casden Resulting Trust ("Motion for Relief"). I have personal knowledge of the matters stated herein or I have gleaned them from my review of the Firm's billing statements in this matter and, if called upon as a witness, I could and would testify competently thereto.[1]

2.      On February 2, 2026, Multiple Energy Technologies, LLC's counsel ("MET"), Ms. Nicole Sullivan, informed me by email that she was checking with local counsel, Roye Zur, regarding their availability for a call and that they would get back to me. I did not receive any follow-up response from Ms. Sullivan regarding her or Mr. Zur's availability for a call.

3.      As of the time of execution of this declaration, the Firm has not received a substantive response to the January 30, 2026, meet and confer correspondence issued by the Firm to MET's counsel regarding Respondent's request that MET pay its attorneys' fees.

4.      The following information is provided to supplement my declaration filed on February 3, 2026.

**Allison C. Murray**

| Task Category | Hours | Requested Fees |
| --- | --- | --- |
| Communication with Opposing Counsel | 7.6 | $3,045.7 |
| Document Review | 35.7 | $14,306.77 |
| Motion for Protective Order (Drafting, revising, preparing for status conferences) | 38.5 | $15,428.87 |

[1] Capitalized terms not otherwise defined herein have the meanings given to them in the concurrently filed Memorandum of Points and Authorities.

SUPPLEMENTAL DECLARATION OF
MICHAEL B. REYNOLDS IN SUPPORT OF
SUPPLEMENTAL BRIEF IN SUPPORT OF
RESPONDENT'S MOTION FOR
PROTECTIVE ORDER

- 2 -

SNELL & WILMER

4933-2687-6353

| | | |
|---|---|---|
| Communication with Client and Internal Team (Strategize re: compliance with Order and production of documents) | 32.7 | $13,104.52 |
| **Total** | 114.5 | $45,885.60[2] |

**Michael B. Reynolds**

| Task Category | Hours | Requested Fees |
|---|---|---|
| Communication with Opposing Counsel | 3.1 | $2,468.41 |
| Document Review | 3.7 | $2,953.56 |
| Motion for Protective Order (Drafting, revising, preparing for status conferences) | 6.1 | $4,869.39 |
| Communication with Client and Internal Team (Strategize re: compliance with Order and production of documents) | 16.7 | $13,180.64 |
| **Total** | 29.6[3] | $23,482.00 |

---

[2] Ms. Murray's fees total $45,885.88; however, the total fees charged to the client for Ms. Murray were $45,885.60.

[3] As noted in the concurrently filed Supplemental Brief, Respondent is not seeking attorneys' fees incurred in seeking attorneys' fees. As such, Respondent has removed 0.7 of hours that was attributable to seeking fees.

SUPPLEMENTAL DECLARATION OF
MICHAEL B. REYNOLDS IN SUPPORT OF
SUPPLEMENTAL BRIEF IN SUPPORT OF
RESPONDENT'S MOTION FOR
PROTECTIVE ORDER

- 3 -

4933-2687-6353

**Hannah Holtzapple (Paralegal)**

| Task Category | Hours | Requested Fees |
|---|---|---|
| Document Review (Organize documents, redaction, prepare production) | 11.7 | $2,000.70 |
| **Total** | 11.7 | $2,000.70 |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 4th day of August, 2026, at Costa Mesa, California.

/s/Michael B Reynolds

Michael B. Reynolds

SNELL & WILMER

SUPPLEMENTAL DECLARATION OF
MICHAEL B. REYNOLDS IN SUPPORT OF
SUPPLEMENTAL BRIEF IN SUPPORT OF
RESPONDENT'S MOTION FOR
PROTECTIVE ORDER

4933-2687-6353