SNELL & WILMER L.L.P.
Michael B. Reynolds, Bar No. 174534
mreynolds@swlaw.com
Allison C. Murray, Bar No. 329336
acmurray@swlaw.com
600 Anton Blvd, Suite 1400
Costa Mesa, California 92626-7689
Telephone:    714.427.7000
Facsimile:    714.427.7799

Attorneys for Respondent
*The Northern Trust Company of Delaware, as*
*Trustee of the Seth Casden Resulting Trust*

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES

| | |
|---|---|
| In re | Case No. 2:23-bk-16904-BR |
| SETH HALDANE CASDEN, | Chapter 11 |
| Debtor. | **SUPPLEMENTAL DECLARATION OF ALLISON C. MURRAY IN SUPPORT OF SUPPLEMENTAL BRIEF IN SUPPORT OF THE NORTHERN TRUST OF DELAWARE'S MOTION FOR PROTECTIVE ORDER WITH REGARD TO 2004 EXAMINATION OF AND DOCUMENT PRODUCTION OF THE NORTHERN TRUST COMPANY OF DELAWARE [DK. 288]** |
| | Hearing Information: |
| | Date:    August 25, 2026 |
| | Time:    10:00 a.m. |
| | Ctrm:    1668 |

I, Allison C. Murray, declare as follows:

1.    I am an attorney and member in good standing of the State Bar of California. I am an associate with the law firm of Snell & Wilmer LLP, counsel for The Northern Trust Company of Delaware, as Trustee for the Seth Casden Resulting Trust ("Respondent"). I make this supplemental declaration in support of the Supplemental Brief in Support of Respondent's Motion for Protective Order with Regard to 2004 Examination of and Document Production of The

4897-5339-4881

Northern Trust of Delaware as Trustee of the Seth Casden Resulting Trust ("Motion for Relief"). Except where indicated, the facts stated herein are based upon my own personal knowledge, and if called upon to testify, I could and would competently do so.

2.    I met and conferred with counsel for creditor Multiple Energy Technologies, LLC ("MET"), Ms. Nicole Sullivan, regarding the document requests served by MET and the parties' agreement to refine Respondent's search parameters. A true and correct copy of my email correspondence with Ms. Sullivan between December 24, 2024, and February 15, 2025, is attached hereto as **Exhibit 1** and is incorporated herein by this reference.

3.    Respondent produced its first set of requested documents to MET's counsel on January 7, 2025. Respondent produced the remaining subset of documents on February 12, 2025.

4.    Thereafter, on March 28, 2025, Ms. Sullivan requested that Respondent produce statements and direction letters related to distributions occurring since October 2024, and through February 2025. While such production was not included in the original scope of MET's 2004 Request, Respondent, in the spirit of cooperation, compiled and produced the supplemental production on April 10, 2025.

5.    On April 14, 2025, Ms. Sullivan requested that Respondent produce additional documents. After several weeks of negotiations, Respondent agreed to produce certain documents specific to particularized transactions and direction letters spanning the October 2021 to October 2023 timeframe. Respondent, in the spirit of cooperation and with the understanding that this would be the final request from MET regarding document production, compiled and produced the requested documents on June 25, 2025. In total, I estimate that Respondent produced over 7,000 pages of documents. A true and correct copy of my email correspondence with Ms. Sullivan between April 14, 2025, and July 18, 2025, is attached hereto as **Exhibit 2** and is incorporated herein by this reference.

6.    Thereafter, MET sought to take the deposition of Respondent's representative, noticing a deposition for August 14, 2025. Respondent promptly informed Ms. Sullivan that its Respondent's representative was unavailable to sit for a deposition in the months of August or

SUPPLEMENTAL DECLARATION OF
ALLISON C. MURRAY IN SUPPORT OF
- 2 -    SUPPLEMENTAL BRIEF IN SUPPORT OF
RESPONDENT'S MOTION FOR
PROTECTIVE ORDER

4897-5339-4881

September due to her status as the primary contact/liaison of Respondent for an examination of Respondent's operations anticipated to be conducted by the Federal Reserve Board ("Fed Exam") during those months. A true and correct copy of my email to Ms. Sullivan on July 29, 2025, reminding Ms. Sullivan that Respondent's representative was unavailable in August or September, is attached hereto as **Exhibit 3** and is incorporated herein by this reference.

7.     On August 6, 2025, Respondent served its Objection to Notice of Deposition (the "Objection"). A true and correct copy of Respondent's Objection attached hereto as **Exhibit 4** and is incorporated herein by this reference.

8.     On August 14, 2025, Ms. Sullivan requested that Respondent produce "all letters of directions and statements since March 1, 2025." I responded to Ms. Sullivan that, "[a]s we have stated on multiple occasions, it is cumbersome on [Respondent's] operations to continue accommodating MET's 'supplemental' requests for 'updated' letters of direction and statements every few months." I agreed to provide the supplemental production if MET would agree that: (1) this would be the final document production request from MET; and (2) that the additional production would eliminate the need for a "live" deposition, and that any deposition (if necessary) would be conducted in a "written" format pursuant to FRCP 31.

9.     On August 20, 2025, MET's counsel responded, indicating that she would get back to me after conferring with her client. Since August 20, 2025, MET has gone "radio-silent," failing to respond to my multiple follow-up requests, including on August 26, 2025, October 2, 2025, October 8, 2025, October 14, 2025, and October 30, 2025. A true and correct copy of my email correspondence with Ms. Sullivan between August 14, 2025, and October 30, 2025, is attached hereto as **Exhibit 5** and is incorporated herein by this reference.

///

///

///

SUPPLEMENTAL DECLARATION OF
ALLISON C. MURRAY IN SUPPORT OF
SUPPLEMENTAL BRIEF IN SUPPORT OF
RESPONDENT'S MOTION FOR
PROTECTIVE ORDER

4897-5339-4881

10.     As of the time of execution of this declaration, I have not received a response from MET's counsel to my follow-up emails identified in Exhibit 5.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 4th day of August, 2026, at Costa Mesa, California.

_____
Allison C. Murray

SNELL
& WILMER

- 4 -

SUPPLEMENTAL DECLARATION OF
ALLISON C. MURRAY IN SUPPORT OF
SUPPLEMENTAL BRIEF IN SUPPORT OF
RESPONDENT'S MOTION FOR
PROTECTIVE ORDER

4897-5339-4881

# EXHIBIT 1

| From: | Murray, Allison |
| --- | --- |
| To: | "Sullivan, Nicole" |
| Cc: | Reynolds, Michael; "Butler, Thomas"; Holtzapple, Hannah |
| Subject: | RE: Northern Trust Document Requests |
| Date: | Wednesday, February 12, 2025 2:28:00 PM |
| Attachments: | image001.png |

Good afternoon, Nicole,

I hope you are well. As promised, NTDE is all set to produce documents responsive to request #9, as modified by our discussions on December 16, 2024. My colleague, Hannah Holtzapple, will be forwarding you a link to the approximately 100 pdf email documents.

These documents were obtained using the following search parameters:

- Initial Search Parameters – resulting in 10GB of data, and, after de-duplication, approximately 10,659 documents.
    - Date range: October 17, 2016 to November 19, 2024
    - Source: 10 custodians who had any material connection to the Casden Trust (which NTDE thinks was overinclusive)
    - Email Collection:
        - (1) included Seth Casden, Graham Casden, Alan Leavitt, and/or Joel Tucker; or
        - (2) contained (Seth AND Casden) or contained "Hologenix".

- From these results, and pursuant to our call on December 16, 2024, NTDE refined its search parameters, as follows, to provide a more manageable production.
    - Date range: January 1, 2018, to December 17, 2024
    - Search terms: "MET" or "Multiple Energy" or "bankruptcy."

Please let me know if you have any questions or comments about this, or any of the rest of our production. As previously noted, Hannah will be sending out the link to the documents here shortly.

Best Regards,
Allison

**Allison Murray**

O: 714.427.7436
acmurray@swlaw.com

## SNELL
## & WILMER

swlaw.com | LinkedIn

**From:** Murray, Allison
**Sent:** Monday, January 13, 2025 10:08 AM
**To:** 'Sullivan, Nicole' <Sullivann@whiteandwilliams.com>

**Cc:** Reynolds, Michael <mreynolds@swlaw.com>; Butler, Thomas <Butlert@whiteandwilliams.com>
**Subject:** RE: Northern Trust Document Requests

Hi Nicole,

I'm sorry to hear about your dental emergency. Thank you for your response regarding the PDFs. We will get to work on that.

As far as your questions, I think it makes the most sense to wait to schedule any further calls/examinations until you have reviewed the outstanding data production (i.e., pdf emails). Agreed?

Thanks,
Allison

**Allison Murray**

O: 714.427.7436
acmurray@swlaw.com

**SNELL
& WILMER**
swlaw.com | LinkedIn

**From:** Sullivan, Nicole <Sullivann@whiteandwilliams.com>
**Sent:** Monday, January 13, 2025 9:50 AM
**To:** Murray, Allison <acmurray@swlaw.com>
**Cc:** Reynolds, Michael <mreynolds@swlaw.com>; Butler, Thomas <Butlert@whiteandwilliams.com>
**Subject:** RE: Northern Trust Document Requests

**[EXTERNAL] sullivann@whiteandwilliams.com**

I apologize Allison. I had a dental emergency that had me out of pocket most of last week.

I have follow up questions on the statements with respect to documents underlying the distributions from October 2023-present.

The other documents can be produced in pdf as long as they are searchable pdfs.

Thanks,
Nicole

Nicole A. Sullivan
810 Seventh Avenue, Suite 500 | New York, NY 10019
Direct 212.631.4420 | Fax 212.631.4429
sullivann@whiteandwilliams.com | whiteandwilliams.com
**Confidentiality Notice:** This e-mail message and any documents accompanying this e-mail
transmission contain information from the law firm of White and Williams LLP which is privileged
and confidential attorney-client communication and/or work product of counsel. If you are not the
intended recipient, you are hereby notified that any disclosure, copying, distribution and/or the
taking of or refraining from taking of any action in reliance on the contents of this e-mail information
is strictly prohibited and may result in legal action being instituted against you. Please reply to the
sender advising of the error in transmission and delete the message and any accompanying
documents from your system immediately. Thank you.

**From:** Murray, Allison <acmurray@swlaw.com>
**Sent:** Monday, January 13, 2025 12:49 PM
**To:** Sullivan, Nicole <Sullivann@whiteandwilliams.com>
**Cc:** Reynolds, Michael <mreynolds@swlaw.com>; Butler, Thomas <Butlert@whiteandwilliams.com>
**Subject:** RE: Northern Trust Document Requests

CAUTION: This message originated outside of the firm. Use caution when opening attachments, clicking
links or responding to requests for information.

Good morning, Nicole,

As you know from my multiple emails and message left with your assistant last week, NTDE
endeavors to produce the email documents responsive to request #9 in a timely manner, but
requires information regarding whether a pdf production of said documents will be acceptable in
order to proceed. It is proving to be more costly to produce native files, and it seems in everyone's
best interest, particularly in light of the cost-shifting aspect of NTDE's pending motion, to produce
pdf files of the documents.

Our privilege review and production will continue to be halted - delaying our ability to timely
produce responsive documents - until we hear from you.

Thank you,
Allison

**Allison Murray**

O: 714.427.7436
acmurray@swlaw.com

**SNELL**

## & WILMER

swlaw.com | LinkedIn

**From:** Murray, Allison <acmurray@swlaw.com>
**Sent:** Wednesday, January 8, 2025 7:54 PM
**To:** Nicole Sullivan <Sullivann@whiteandwilliams.com>
**Cc:** Reynolds, Michael <mreynolds@swlaw.com>; Thomas Butler <Butlert@whiteandwilliams.com>
**Subject:** Re: Northern Trust Document Requests

Hi Nicole,

Please let me know if you have any trouble accessing the trust documents and statements transmitted earlier this week. Additionally, please confirm ASAP that pdf copies of the emails left to be produced pursuant to Request #9 will meet your needs.

Thank you,
Allison

**Allison Murray**

**O:** 714.427.7436
acmurray@swlaw.com

**SNELL**
**& WILMER**

On Jan 7, 2025, at 9:49 AM, Murray, Allison <acmurray@swlaw.com> wrote:

Good morning, Nicole,

Please see the attached trust documents and statements. As previously discussed, these documents are meant to be responsive to Requests for Production # 1 – 4 and 6 – 8.

As to Request for Production # 5, NTDE is not aware of any documents in its possession which are responsive to this request. As promised, Mr. Rogan inquired with the current relationship advisor (and her predecessor) regarding the two examples that you provided on the call (i.e., an April 2020 liquidity request, and an August/September 2023 notification of no further distributions); neither of the advisors were aware of the examples nor had documents related thereto.

As to Request for Production # 9, NTDE has identified about 250 responsive emails, but is still in the process of compiling these documents for review. I will provide once available (and include the search terms used to identify the emails for your awareness).

Will pdf copies of these documents suffice?

Thank you,
Allison

Allison Murray

O:

714.427.7436<tel:714.427.7436>

acmurray@swlaw.com<mailto:acmurray@swlaw.com>

SNELL

& WILMER

swlaw.com<https://www.swlaw.com/> <https://www.swlaw.com/> |
<https://www.swlaw.com/> LinkedIn<https://www.linkedin.com/company/snell-&-wilmer>

From: Murray, Allison <acmurray@swlaw.com>
Sent: Thursday, December 26, 2024 5:20 AM
To: Nicole Sullivan <Sullivann@whiteandwilliams.com>
Cc: Reynolds, Michael <mreynolds@swlaw.com>; Thomas Butler
<Butlert@whiteandwilliams.com>
Subject: Re: Northern Trust Document Requests

Good morning, Nicole,

I hope you are well. We are preparing to provide the statements to you the week of January 6, at the latest. As to the rest of your inquiry below, I have sent an email to our client requesting an update and estimated completion date. Given the holidays, I am unsure when to expect a response. I will provide you an update as soon as practicable.

Thank you,
Allison

Allison Murray

O:

714.427.7436<tel:714.427.7436>

acmurray@swlaw.com<mailto:acmurray@swlaw.com>

SNELL

& WILMER

On Dec 24, 2024, at 10:40 AM, Sullivan, Nicole
<Sullivann@whiteandwilliams.com<mailto:Sullivann@whiteandwilliams.com>> wrote:

[EXTERNAL]
sullivann@whiteandwilliams.com<mailto:sullivann@whiteandwilliams.com>

Michael and Allison,

Following up on our call with Mr. Rogan from Northern Trust. When can we expect to receive the statements from the Trust?

My understanding of our discussion is as follows:

Requests 1 and 2: I will send the trust documents I have and NT will provide additional documents (or other iterations of those documents) related to its formation or Casden's status as a beneficiary, if it exists.

Requests 3 and 4: We will start with the trust statements and then follow up on underlying source documents after we have received the statements

Request 5: NT will check with the relationship team on requests for liquidity, discretionary distributions and denials of same

Requests 6-8: we will start with the statements and then follow up

Request 9: NT was going to check internally 2018-present about communications with NT/Debtor, re MET etc.

Thanks and happy holidays.

Nicole

<image001.png>
Nicole A. Sullivan
810 Seventh Avenue, Suite 500 | New York, NY 10019
Direct 212.631.4420 | Fax 212.631.4429
sullivann@whiteandwilliams.com<mailto:sullivann@whiteandwilliams.com> |
whiteandwilliams.com<http://www.whiteandwilliams.com/>
Confidentiality Notice: This e-mail message and any documents accompanying this e-mail transmission contain information from the law firm of White and Williams LLP which is privileged and confidential attorney-client communication and/or work product of counsel. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution and/or the taking of or refraining from taking of any action in reliance on the contents of this e-mail information is strictly prohibited and may result in legal action being instituted against you. Please reply to the sender advising of the error in transmission and delete the message and any accompanying documents from your system immediately. Thank you.

<REDACTED_Consolidated Statements (September 2024) - Acct Nos. ending in 9, 0, 2, and 3 4903-2849-4601_2.pdf>
<REDACTED_Consolidated Statements (October 1, 2016 - December 31, 2016) - Acct Nos. ending in 9, 0, 2, and 3 4907-9382-9897_1.pdf>
<REDACTED_Consolidated Statements (January 1, 2024 - December 31, 2024) - Acct

Nos. ending 9, 0, 2, and 3 4907-4864-4873_1.pdf>

<REDACTED_Consolidated Statements (January 1, 2017 - December 31, 2017) - Acct
Nos. ending in 9, 0, 2, 3 4927-2480-2311_2.pdf>

<REDACTED_Consolidated Statements (January 1, 2018 - December 31, 2018) - Acct
Nos. ending in 9, 0, 2, and 3 4902-1432-0391_1.pdf>

<REDACTED_Consolidated Statements (January 1, 2019 - December 31, 2019) - Acct
Nos. ending in 9, 0, 2, and 3 4917-2389-5048_1.pdf>

<REDACTED_Consolidated Statements (January 1, 2020 - December 31, 2020) - Acct
Nos. ending 9, 0, 2, and 3 4909-5617-0248_2.pdf>

<REDACTED_Consolidated Statements (January 1, 2021 - December 31, 2021) - Acct
Nos. ending 9, 0, 2, and 3 4917-2019-4824_1.pdf>

<REDACTED_Consolidated Statements (January 1, 2022 - December 31, 2022) - Acct
Nos. ending in 9, 0, 2, and 3 4914-5707-5208_1.pdf>

<REDACTED_Consolidated Statements (January 1, 2023 - December 31, 2023) - Acct
Nos. ending 9, 0, 2, and 3 4903-4972-6729_1.pdf>

<Fully Executed 2046 Tr fbo Seth 4909-4703-4125_1.pdf>

<Original Seth Casden Resulting Trust Agreement 4908-9676-8013_1.pdf>

<Resulting Trust Order 4927-2535-3485_1.pdf>

# EXHIBIT 2

| From: | Sullivan, Nicole |
|---|---|
| To: | Murray, Allison |
| Cc: | Reynolds, Michael; Butler, Thomas |
| Subject: | Re: Northern Trust |
| Date: | Friday, July 18, 2025 3:23:02 PM |

**[EXTERNAL] sullivann@whiteandwilliams.com**

Thanks Allison.  When I said we could work on a date for your witness, I didn't expect it to be 3-4 months out. I think we should find something sooner. We had tried to schedule it earlier and you requested to wait until after the documents were produced. We had anticipated the deposition would be shortly thereafter. I can do it in DE or by zoom, whichever gets it scheduled faster.

Nicole

Nicole

**From:** Murray, Allison <acmurray@swlaw.com>
**Sent:** Friday, July 18, 2025 4:27:51 PM
**To:** Sullivan, Nicole <Sullivann@whiteandwilliams.com>
**Cc:** Reynolds, Michael <mreynolds@swlaw.com>
**Subject:** Re: Northern Trust

CAUTION: This message originated outside of the firm. Use caution when opening attachments, clicking links or responding to requests for information.

Hi Nicole,

Thanks for your patience. I am out of the office today, but I know you have been waiting on a response.

We have a call with the client late next week to discuss this, and I expect that I will be able to provide a firmer set of dates after that call, but NTDE is currently looking at a date range of October 21-28. It is my understanding that NTDE will be going through a FED exam process starting next week through October, or thereabouts, and that the process requires significant attention from the NTDE representative.

Do you expect that the deposition would be in person in Delaware, or be conducted virtually?

More information to come.

Best regards,
Allison

On Jul 18, 2025, at 11:24 AM, Sullivan, Nicole
<Sullivann@whiteandwilliams.com> wrote:

**[EXTERNAL]** <u>sullivann@whiteandwilliams.com</u>

Following up. You had said you would have a date this past Tuesday

**From:** Sullivan, Nicole
**Sent:** Tuesday, July 15, 2025 4:45:44 PM
**To:** Murray, Allison <acmurray@swlaw.com>
**Subject:** RE: Northern Trust

Allison-

Do you have proposed dates from the witness?

Nicole

<image001.png>

Nicole A. Sullivan
810 Seventh Avenue, Suite 500 | New York, NY 10019
Direct 212.631.4420 | Fax 212.631.4429
<u>sullivann@whiteandwilliams.com</u> | <u>whiteandwilliams.com</u>
**Confidentiality Notice:** This e-mail message and any documents accompanying this e-mail transmission contain information from the law firm of White and Williams LLP which is privileged and confidential attorney-client communication and/or work product of counsel. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution and/or the taking of or refraining from taking of any action in reliance on the contents of this e-mail information is strictly prohibited and may result in legal action being instituted against you. Please reply to the sender advising of the error in transmission and delete the message and any accompanying documents from your system immediately. Thank you.

**From:** Murray, Allison <acmurray@swlaw.com>
**Sent:** Wednesday, July 9, 2025 1:30 PM
**To:** Sullivan, Nicole <Sullivann@whiteandwilliams.com>
**Subject:** RE: Northern Trust

CAUTION: This message originated outside of the firm. Use caution when opening attachments, clicking links or responding to requests for information.

Thanks, Nicole. I appreciate the heads up.

**Allison Murray**

O: 714.427.7436
acmurray@swlaw.com

## SNELL
## & WILMER

swlaw.com | LinkedIn

Plaza Tower | 600 Anton Boulevard | Suite 1400 | Costa Mesa, CA 92626-7689
Albuquerque | Boise | Dallas | Denver | Las Vegas | Los Angeles | Los Cabos | Orange County | Palo
Alto | Phoenix | Portland | Reno-Tahoe | Salt Lake City | San Diego | Seattle | Tucson | Washington, D.C.

This email and any attachments may be confidential and protected by legal privilege. If you have received this message in error,
please do not disclose the contents to anyone. Please notify the sender by return email and delete this email as well as any
attachments from your system.

**From:** Sullivan, Nicole <Sullivann@whiteandwilliams.com>
**Sent:** Wednesday, July 9, 2025 10:23 AM
**To:** Murray, Allison <acmurray@swlaw.com>
**Subject:** RE: Northern Trust

**[EXTERNAL] sullivann@whiteandwilliams.com**

Thanks Allison. My client has instructed me to serve the deposition notice. If that date
doesn't work, we can work something out.

<image001.png>

Nicole A. Sullivan
810 Seventh Avenue, Suite 500 | New York, NY 10019
Direct 212.631.4420 | Fax 212.631.4429
sullivann@whiteandwilliams.com | whiteandwilliams.com
**Confidentiality Notice:** This e-mail message and any documents accompanying this e-
mail transmission contain information from the law firm of White and Williams LLP
which is privileged and confidential attorney-client communication and/or work
product of counsel. If you are not the intended recipient, you are hereby notified that
any disclosure, copying, distribution and/or the taking of or refraining from taking of
any action in reliance on the contents of this e-mail information is strictly prohibited
and may result in legal action being instituted against you. Please reply to the sender
advising of the error in transmission and delete the message and any accompanying
documents from your system immediately. Thank you.

**From:** Murray, Allison <acmurray@swlaw.com>

**Sent:** Wednesday, July 9, 2025 12:03 PM
**To:** Sullivan, Nicole <Sullivann@whiteandwilliams.com>
**Subject:** RE: Northern Trust

CAUTION: This message originated outside of the firm. Use caution when opening
attachments, clicking links or responding to requests for information.

Hi Nicole,

My client contact has advised that the NTDE representative that will be doing the
deposition is still out of the office and not returning until next week. Your
continued patience is appreciated, and I will be sure to reach out to you as soon
as possible next week.

Thanks,
Allison

**Allison Murray**
✆: 714.427.7436

**From:** Sullivan, Nicole <Sullivann@whiteandwilliams.com>
**Sent:** Tuesday, July 8, 2025 3:09 PM
**To:** Murray, Allison <acmurray@swlaw.com>
**Subject:** RE: Northern Trust

[EXTERNAL] sullivann@whiteandwilliams.com

Allison-

Do you have any dates to offer?

Nicole

Nicole A. Sullivan
810 Seventh Avenue, Suite 500 | New York, NY 10019
Direct 212.631.4420 | Fax 212.631.4429
sullivann@whiteandwilliams.com | whiteandwilliams.com
Confidentiality Notice: This e-mail message and any documents
accompanying this e-mail transmission contain information from the law firm
of White and Williams LLP which is privileged and confidential attorney-client

communication and/or work product of counsel. If you are not the intended
recipient, you are hereby notified that any disclosure, copying, distribution
and/or the taking of or refraining from taking of any action in reliance on the
contents of this e-mail information is strictly prohibited and may result in legal
action being instituted against you. Please reply to the sender advising of the
error in transmission and delete the message and any accompanying
documents from your system immediately. Thank you.

-----Original Message-----
From: Murray, Allison <acmurray@swlaw.com>
Sent: Friday, June 27, 2025 12:27 PM
To: Sullivan, Nicole <Sullivann@whiteandwilliams.com>
Subject: Re: Northern Trust

CAUTION: This message originated outside of the firm. Use caution when
opening attachments, clicking links or responding to requests for information.

Hi Nicole,

I have asked for the client to provide available dates and will get back to you
shortly.

Thanks,
Allison

Allison Murray

O:

714.427.7436<tel:714.427.7436>

acmurray@swlaw.com<mailto:acmurray@swlaw.com>

SNELL

& WILMER

On Jun 26, 2025, at 1:04 PM, Sullivan, Nicole
<Sullivann@whiteandwilliams.com> wrote:

[EXTERNAL]
sullivann@whiteandwilliams.com<mailto:sullivann@whiteandwilliams.com>

Thanks Allison. We would like to schedule the deposition. Do you want to
provide dates?

<image001.png>
Nicole A. Sullivan
810 Seventh Avenue, Suite 500 | New York, NY 10019 Direct 212.631.4420 |
Fax 212.631.4429
sullivann@whiteandwilliams.com<mailto:sullivann@whiteandwilliams.com> |
whiteandwilliams.com<http://www.whiteandwilliams.com/>
Confidentiality Notice: This e-mail message and any documents
accompanying this e-mail transmission contain information from the law firm
of White and Williams LLP which is privileged and confidential attorney-client
communication and/or work product of counsel. If you are not the intended
recipient, you are hereby notified that any disclosure, copying, distribution
and/or the taking of or refraining from taking of any action in reliance on the
contents of this e-mail information is strictly prohibited and may result in legal

action being instituted against you. Please reply to the sender advising of the error in transmission and delete the message and any accompanying documents from your system immediately. Thank you.

From: Murray, Allison <acmurray@swlaw.com>
Sent: Wednesday, June 25, 2025 7:26 PM
To: Sullivan, Nicole <Sullivann@whiteandwilliams.com>
Cc: Reynolds, Michael <mreynolds@swlaw.com>; Butler, Thomas <Butlert@whiteandwilliams.com>; Holtzapple, Hannah <hholtzapple@swlaw.com>
Subject: RE: Northern Trust

CAUTION: This message originated outside of the firm. Use caution when opening attachments, clicking links or responding to requests for information.

Hi Nicole,

My colleague, Hannah, will be forwarding you a link to our supplemental production shortly. Thank you for your patience.

Best regards,
Allison

Allison Murray

O:

714.427.7436<tel:714.427.7436>

acmurray@swlaw.com<mailto:acmurray@swlaw.com>

SNELL

& WILMER

swlaw.com<https://www.swlaw.com/> <https://www.swlaw.com/> |
<https://www.swlaw.com/>
LinkedIn<https://www.linkedin.com/company/snell-&-wilmer>

From: Sullivan, Nicole
<Sullivann@whiteandwilliams.com<mailto:Sullivann@whiteandwilliams.com
>>
Sent: Thursday, May 8, 2025 2:00 PM
To: Murray, Allison <acmurray@swlaw.com<mailto:acmurray@swlaw.com>>
Cc: Reynolds, Michael
<mreynolds@swlaw.com<mailto:mreynolds@swlaw.com>>; Butler, Thomas
<Butlert@whiteandwilliams.com<mailto:Butlert@whiteandwilliams.com>>
Subject: Re: Northern Trust

[EXTERNAL]
sullivann@whiteandwilliams.com<mailto:sullivann@whiteandwilliams.com>

---

Correct.

---

From: Murray, Allison
<acmurray@swlaw.com<mailto:acmurray@swlaw.com>>
Sent: Thursday, May 8, 2025 4:59:27 PM
To: Sullivan, Nicole
<Sullivann@whiteandwilliams.com<mailto:Sullivann@whiteandwilliams.com
>>

Cc: Reynolds, Michael
<mreynolds@swlaw.com<mailto:mreynolds@swlaw.com>>; Butler, Thomas
<Butlert@whiteandwilliams.com<mailto:Butlert@whiteandwilliams.com>>
Subject: RE: Northern Trust

CAUTION: This message originated outside of the firm. Use caution when
opening attachments, clicking links or responding to requests for information.

Thanks, Nicole. To clarify, you are requesting letters from October 2021 to
October 2023, correct?

Best,

Allison

Allison Murray

O:

714.427.7436<tel:714.427.7436>

acmurray@swlaw.com<mailto:acmurray@swlaw.com>

SNELL

& WILMER

swlaw.com<https://www.swlaw.com/> <https://www.swlaw.com/> |
<https://www.swlaw.com/>
LinkedIn<https://www.linkedin.com/company/snell-&-wilmer>

From: Sullivan, Nicole
<Sullivann@whiteandwilliams.com<mailto:Sullivann@whiteandwilliams.com
>>
Sent: Thursday, May 8, 2025 11:52 AM
To: Murray, Allison <acmurray@swlaw.com<mailto:acmurray@swlaw.com>>
Cc: Reynolds, Michael
<mreynolds@swlaw.com<mailto:mreynolds@swlaw.com>>; Butler, Thomas
<Butlert@whiteandwilliams.com<mailto:Butlert@whiteandwilliams.com>>
Subject: Re: Northern Trust

[EXTERNAL]
sullivann@whiteandwilliams.com<mailto:sullivann@whiteandwilliams.com>

Thanks Allison. I meant the two year period prior to filing. So it was a fixed two

year period ending on the date the bankruptcy was filed I believe all letters of direction after the filing were recently produced in any event.

---

From: Murray, Allison
<acmurray@swlaw.com<mailto:acmurray@swlaw.com>>
Sent: Thursday, May 8, 2025 2:32:18 PM
To: Sullivan, Nicole
<Sullivann@whiteandwilliams.com<mailto:Sullivann@whiteandwilliams.com>>
Cc: Reynolds, Michael
<mreynolds@swlaw.com<mailto:mreynolds@swlaw.com>>; Butler, Thomas
<Butlert@whiteandwilliams.com<mailto:Butlert@whiteandwilliams.com>>
Subject: RE: Northern Trust

CAUTION: This message originated outside of the firm. Use caution when opening attachments, clicking links or responding to requests for information.

Hi Nicole,

The time frame that you posit below regarding direction letters (i.e., from 2 years before the filing to present) is far too cumbersome to the operations of the business to be workable. My original suggestion was that NTDE provide letters of direction for two calendar years, total. If a two year period is insufficient for your purposes, perhaps you can provide a list of specific transactions that you desire direction letters regarding.

Once we reach agreement on the scope of the above, which we expect would be the final request from MET regarding document production, NTDE will be in a better position to provide a timeline for the completion. Until then, NTDE does not think it appropriate to pencil in a date for depositions.



Thank you,

Allison

Allison Murray

O:

714.427.7436<tel:714.427.7436>

acmurray@swlaw.com<mailto:acmurray@swlaw.com>

SNELL

& WILMER

swlaw.com<https://www.swlaw.com/> <https://www.swlaw.com/> |
<https://www.swlaw.com/>

LinkedIn<https://www.linkedin.com/company/snell-&-wilmer>

From: Sullivan, Nicole
<Sullivann@whiteandwilliams.com<mailto:Sullivann@whiteandwilliams.com
>>
Sent: Friday, May 2, 2025 4:04 PM
To: Murray, Allison <acmurray@swlaw.com<mailto:acmurray@swlaw.com>>
Cc: Reynolds, Michael
<mreynolds@swlaw.com<mailto:mreynolds@swlaw.com>>; Butler, Thomas
<Butlert@whiteandwilliams.com<mailto:Butlert@whiteandwilliams.com>>
Subject: Re: Northern Trust

[EXTERNAL]
sullivann@whiteandwilliams.com<mailto:sullivann@whiteandwilliams.com>

Allison-

Thanks for responding. If you mean two years prior to the bankruptcy filing, I
think that should be fine.

I think if we could pencil in a date for the deposition that would be helpful to
complete this discovery.

Let me know.


Nicole

_____

From: Murray, Allison
<acmurray@swlaw.com<mailto:acmurray@swlaw.com>>
Sent: Thursday, May 1, 2025 1:28:21 PM
To: Sullivan, Nicole
<Sullivann@whiteandwilliams.com<mailto:Sullivann@whiteandwilliams.com
>>
Cc: Reynolds, Michael
<mreynolds@swlaw.com<mailto:mreynolds@swlaw.com>>; Butler, Thomas
<Butlert@whiteandwilliams.com<mailto:Butlert@whiteandwilliams.com>>
Subject: FW: Northern Trust


CAUTION: This message originated outside of the firm. Use caution when
opening attachments, clicking links or responding to requests for information.

Hi Nicole,

I hope you are well. We have forwarded your request to our client and are
waiting on them to develop an estimated timeline for production of the
documents below. We will provide that timeline to you as soon as we can.

You state below that "there were letters of request for distribution that had not
been produced in the initial production although they were requested."
Assuming that you are referring to "letters of direction," NTDE disagrees with

the contention that they were requested to be produced in NTDE's initial production.

* On December 16, 2025, you, a representative of NTDE (Joe), Michael, and I participated in a telephone call with the aim toward discussing MET's 2004 Exam Request. An agreement was reached to narrow the requested scope of production. This agreement was documented in your email dated December 24, 2025 (please see email in the string attached for your convenience).

* On January 7, 2025, via email (attached for your convenience) NTDE provided those certain trust documents and statements, which NTDE expressly indicated were meant to be responsive to MET's requests for production # 1 – 4 and 6 – 8, as revised according to the December agreement. Also in the January 7, 2025, email, NTDE represented that it was not aware of any documents in its possession which were responsive to the narrowed request relative to MET's request for production # 5 (i.e., "requests for liquidity, discretionary distributions and denials of same"). If you recall, you had provided two specific examples on the December call (i.e., an April 2020 liquidity request, and an August/September 2023 notification of no further distributions). NTDE's response represented that neither of the advisors were aware of the examples nor had documents related thereto.

* On February 12, 2025, NTDE provided its response to request for Production # 9, as revised by the December agreement (attached for convenience).

* On March 28, 2025, you transmitted a supplemental request, on March 28, 2025, for "letters of direction, request or for distribution from the Trust" relative to the six months prior. NTDE provided these documents on April 10, 2025.

Do you want NTDE to include in its next response "letters of direction" of the kind provided in our April production? If so, can you please clarify the timeframe for which you seek such letters (i.e., is the last 2 years sufficient)? Please advise ASAP.

Given the present circumstances, NTDE proposes that the parties wait to schedule a deposition until (1) MET is able to provide clarification as to the issue of letters of direction requested above; and (2) NTDE provides a response to your latest request.

Please let us know if you would like to discuss.

Thanks,

Allison

Allison Murray

O:

714.427.7436<tel:714.427.7436>

acmurray@swlaw.com<mailto:acmurray@swlaw.com>


SNELL


& WILMER


swlaw.com<https://www.swlaw.com/> <https://www.swlaw.com/> |
<https://www.swlaw.com/>
LinkedIn<https://www.linkedin.com/company/snell-&-wilmer>


From: Sullivan, Nicole
<Sullivann@whiteandwilliams.com<mailto:Sullivann@whiteandwilliams.com
>>
Sent: Monday, April 14, 2025 10:58 AM
To: Murray, Allison <acmurray@swlaw.com<mailto:acmurray@swlaw.com>>
Cc: Reynolds, Michael
<mreynolds@swlaw.com<mailto:mreynolds@swlaw.com>>; Roye Zur
<RZur@elkinskalt.com<mailto:RZur@elkinskalt.com>>; Butler, Thomas
<Butlert@whiteandwilliams.com<mailto:Butlert@whiteandwilliams.com>>
Subject: Northern Trust


[EXTERNAL]
sullivann@whiteandwilliams.com<mailto:sullivann@whiteandwilliams.com>

Allison,

Thanks for the supplemental production. With respect to specific transactions in the statements, can Northern Trust provide the following:

1. Documents concerning the valuation of $100 for the SETH CASDEN $670,000 UNS NOTE DTD 8/1/15 @ .44% MATURES 8/1/2024 as detailed on the November 2023 Account Statement under Other Assets (page 28);

1. Documents concerning the Market Price of $100,000 and the Market Value of $500,000 with respect to the HOLOGENIX LLC $1,000,000 SEC NOTE DTD 11/15/11 @ 4% MATURES 11/15/2023. NOTE IS SUBJECT TO BANKRUPTCY & INVESTMENT ADVISOR DIRECTION as detailed, inter alia, on the November 2023 Account Statement under Other Assets (page 28);

1. Documents concerning the &&&LSG HOLDINGS, LLC listed in various statements but for the last time on the September 2024 statement (pp. 21, 28) under Other Assets – Other Assets with a market value of $10,289,636.53;

1. Documents concerning the &&&ESH, LLP listed in various statements but for the first time in October 2024 (p. 43) under Other Assets – Other Assets with a market value of $173,663;

1. Documents concerning the following transfers to other accounts:

\* $111,375 in January 2024
\* $222,750 in May 2024
\* $520,500 in November 2024
\* $445,000 in November 2024
\* $891,000 in February 2025

1. Documents concerning the following transfers made:

• $25,000 capital call for Pine Rock, LLC on 3/11/24

• $25,000 capital call for Pine Rock, LLC on 12/18/24

• $100,020 initial investment in Side Door Ventures II, LP 7/8/24

• $75,000 to Side Door Ventures II, LP 11/20/24

• $23,976.69 for capital commitment into Interplay Venture Fund III, LP on 2/25/25 (the letter of distribution references transfer and substitution agreements transferring Casden's remaining capital commitment of $75,418 into the Trust)

Also, in the most recent production, there were letters of request for distribution that had not been produced in the initial production although they were requested. Are there any others?

Finally, can we schedule a deposition in the next month or two? If we are able to receive the above documents and schedule the deposition, I believe we

have resolved all issues. I am available to speak this week if necessary, please
let me know. Thank you.

Best regards,

Nicole

<image001.png>

Nicole A. Sullivan
810 Seventh Avenue, Suite 500 | New York, NY 10019 Direct 212.631.4420 |
Fax 212.631.4429
sullivann@whiteandwilliams.com<mailto:sullivann@whiteandwilliams.com> |
whiteandwilliams.com<http://www.whiteandwilliams.com/>

Confidentiality Notice: This e-mail message and any documents
accompanying this e-mail transmission contain information from the law firm
of White and Williams LLP which is privileged and confidential attorney-client
communication and/or work product of counsel. If you are not the intended
recipient, you are hereby notified that any disclosure, copying, distribution
and/or the taking of or refraining from taking of any action in reliance on the
contents of this e-mail information is strictly prohibited and may result in legal
action being instituted against you. Please reply to the sender advising of the
error in transmission and delete the message and any accompanying
documents from your system immediately. Thank you.

# EXHIBIT 3

| From: | Murray, Allison |
|---|---|
| To: | Sullivan, Nicole |
| Cc: | Reynolds, Michael; Butler, Thomas; Nakahara, Mark; Roye Zur |
| Subject: | RE: Deposition Notice - Casden |
| Date: | Tuesday, July 29, 2025 12:17:57 PM |
| Attachments: | image001.png |

Hi Nicole,

August is not a workable month for a 2004 exam deposition. The most knowledgeable person at NTDE and proposed deponent for the deposition, Bobbi, is unavailable to sit for a deposition until October. As I previously explained, NTDE expects to receive a FED Exam request the first week of August, with the Exam to end around late September. Bobbi is the primary contact/liaison during the exam, which is a very time-consuming process, considering the depth of responses required and response time requirements.

I understand that this is a greater delay than MET anticipated; however, it is unreasonable for MET to expect NTDE to sacrifice its ability to respond to the full-scope FED Exam under these circumstances, particularly where MET has not expressed any particularized need for an earlier deposition date. We request that MET agree to a date in October, preferably during the previously offered date range of October 21-28, to allow NTDE's representative to fully respond to the FED Exam and, thereafter, focus its efforts on preparation for the 2004 exam.

Please let us know if you and your client will be willing to accommodate this reasonable request, or if we will need to begin revising our pending motion for protective order such that the Court may address this issue at the mid-September hearing.

Thank you,
Allison

**Allison Murray**
O: 714.427.7436

**From:** Sullivan, Nicole <Sullivann@whiteandwilliams.com>
**Sent:** Tuesday, July 22, 2025 4:31 PM
**To:** Murray, Allison <acmurray@swlaw.com>
**Cc:** Reynolds, Michael <mreynolds@swlaw.com>; Butler, Thomas <Butlert@whiteandwilliams.com>; Nakahara, Mark <Nakaharam@whiteandwilliams.com>; Roye Zur <rzur@elkinskalt.com>
**Subject:** Deposition Notice - Casden

**[EXTERNAL]** sullivann@whiteandwilliams.com

Allison,

Please see attached.

Regards,
Nicole



Nicole A. Sullivan
810 Seventh Avenue, Suite 500 | New York, NY 10019
Direct 212.631.4420 | Fax 212.631.4429
sullivann@whiteandwilliams.com | whiteandwilliams.com

**Confidentiality Notice:** This e-mail message and any documents accompanying this e-mail transmission contain information from the law firm of White and Williams LLP which is privileged and confidential attorney-client communication and/or work product of counsel. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution and/or the taking of or refraining from taking of any action in reliance on the contents of this e-mail information is strictly prohibited and may result in legal action being instituted against you. Please reply to the sender advising of the error in transmission and delete the message and any accompanying documents from your system immediately. Thank you.

# EXHIBIT 4

SNELL & WILMER L.L.P.
Michael B. Reynolds, Bar No. 174534
mreynolds@swlaw.com
Allison C. Murray, Bar No. 329336
acmurray@swlaw.com
600 Anton Blvd, Suite 1400
Costa Mesa, California 92626-7689
Telephone:    714.427.7000
Facsimile:    714.427.7799

Attorneys for Respondent
*The Northern Trust Company of Delaware, as*
*Trustee of the Seth Casden Resulting Trust*

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES

| In re | Case No. 2:23-bk-16904-BR |
|---|---|
| SETH HALDANE CASDEN, | Chapter 11 |
| Debtor. | **RESPONDENT'S OBJECTION TO NOTICE OF DEPOSITION TO NORTHERN TRUST COMPANY OF DELAWARE AS TRUSTEE OF THE SETH CASDEN RESULTING TRUST** |

The Northern Trust Company of Delaware, as the Trustee for the Seth Casden Resulting Trust ("Respondent"), by and through undersigned counsel, hereby objects to the Notice of Deposition to Northern Trust Company of Delaware as Trustee of the Seth Casden Resulting Trust ("Notice"), which deposition was noticed by creditor Multiple Energy Technologies, LLC ("MET") for August 14, 2025, at 10:00 a.m., at White and Williams, LLP, Courthouse Square, 600 N. King Street, Suite 800, Wilmington, DE 19801, pursuant to Federal Rule of Bankruptcy Procedure ("FRBP") 2004.

This Objection is made in connection with FRBP 2004 and Respondent's Motion for Protective Order with Regard to 2004 Examination of and Document Production of The Northern

4902-7673-6859

Trust of Delaware as Trustee of the Seth Casden Resulting Trust ("Motion"), which Motion is presently pending before the above-captioned Court.

The Court entered its order authorizing the Rule 2004 examination of and document production of Respondent ("Order") [Dk. 275] as requested by MET on October 24, 2024 ("2004 Request"). On November 22, 2024, Respondent filed its Motion [Dk. 288], seeking a hearing on shortened notice [Dk. 289]. Respondent's request was granted, and the hearing was set for December 3, 2024 [Dk. 291]. Thereafter, Respondent and MET stipulated to the continuance of the hearing and a briefing schedule [Dkt. 294]. By its order entered November 27, 2024 ("Order"), the Court approved the stipulation, continued the hearing on Respondent's Motion to February 4, 2025 ("February Hearing"), and adopted the stipulated schedule. Respondent produced its first set of requested documents on January 7, 2025. MET did not file an opposition to the Motion.

At the February Hearing, Respondent and MET (together, "Parties") advised the Court that they were working together to manage the requested scope of production. Accordingly, the February Hearing was continued to April 29, 2025 ("April Hearing"). As promised, Respondent produced the remaining subset of documents on February 12, 2025.

Thereafter, on March 28, 2025, MET requested that Respondent produce statements and direction letters related to distributions occurring since October 2024, and through February 2025. While such production was not included in the original scope of MET's 2004 Request, Respondent, in the spirit of cooperation, compiled and produced the supplemental production on April 10, 2025.

In advance of the April Hearing, on April 14, 2025, Respondent filed a Status Report ("April Status Report"), which detailed the continued cooperative efforts of Respondent and MET to manage the scope of production. Based, at least in part, on these representations, the April Hearing was continued to July 15, 2025 ("July Hearing").

On April 14, 2025, MET requested that Respondent produce additional documents and inquired regarding the scheduling of a deposition. After several weeks of negotiations, Respondent agreed to produce certain documents specific to particularized transactions and

SNELL & WILMER
L.L.P.
LAW OFFICES
600 ANTON BLVD, SUITE 1400
COSTA MESA, CALIFORNIA 92626-7689

direction letters spanning the October 2021 to October 2023 timeframe; however, no deposition was scheduled as Respondent found it inappropriate to do so in advance of understanding the full scope of the production. MET did not object. Respondent, in the spirit of cooperation and with the understanding that this request for production would be the final request from MET regarding document production, compiled and produced the requested documents on June 25, 2025.

The following day, MET requested acceptable dates to schedule a deposition. Respondent's response was delayed by the availability of Respondent's representatives who were out of the office due to the then-upcoming July 4 holiday and their summer vacation plans. On July 18, 2025, after some back and forth between the Parties, Respondent advised that its representative would be unavailable until around October 21, 2025, to sit for a deposition due to an Examination of Respondent's operations anticipated to be conducted by the Federal Reserve Board beginning in August, 2025 ("Fed Exam").

On July 22, 2025, MET transmitted the Notice to Respondent, noticing an in-person deposition for August 14, 2025. The Notice advised that the date could be rescheduled to a date and time agreed upon by the Parties, but that the examination must take place on no less than ten (10) or more than twenty (20) days after written notice.

On July 29, 2025, Respondent responded to MET explaining, again, that the Respondent's representative would be unable to sit for a deposition in the months of August 2025 or September 2025, due to her status as the primary contact/liaison for the anticipated Fed Exam. Respondent further explained that the Fed Exam is a time-consuming process, requiring responses of great depth under strict time constraints. Respondent argued that absent some particularized need for an earlier deposition date justifying MET's urgency, it would be unreasonable to expect Respondent, a non-debtor third party who has been cooperative with MET throughout this process, to sacrifice its ability to respond to the full-scope Fed Exam upon which the entirety of its business relies in favor of rushing to prepare for and participate in the 2004 examination as noticed. MET did not respond.

Accordingly, Respondent is not available for deposition on August 14, 2025. Respondent requests that MET, pursuant to the pending Motion, re-notice the deposition to a date in October,

SNELL & WILMER
L.L.P.
LAW OFFICES
600 ANTON BLVD, SUITE 1400
COSTA MESA, CALIFORNIA 92626-7689

4902-7673-6859

- 3 -

RESPONDENT'S OBJECTION TO NOTICE
OF DEPOSITION

preferably between October 21, 2025, and October 28, 2025, to allow Respondent's representative to fully respond to the upcoming Fed Exam and, thereafter, focus its efforts on preparation for the 2004 exam.

Dated: August 6, 2025

SNELL & WILMER L.L.P.

By: /s/ Allison C. Murray
    Michael B. Reynolds
    Allison C. Murray

Attorneys for Respondent
*The Northern Trust Company of Delaware, as Trustee of the Seth Casden Resulting Trust*

SNELL & WILMER
L.L.P.
LAW OFFICES
600 ANTON BLVD, SUITE 1400
COSTA MESA, CALIFORNIA 92626-7689

4902-7673-6859

RESPONDENT'S OBJECTION TO NOTICE
OF DEPOSITION

# EXHIBIT 5

| | |
|---|---|
| **From:** | Murray, Allison |
| **To:** | Sullivan, Nicole; Butler, Thomas |
| **Cc:** | Reynolds, Michael; Roye Zur |
| **Subject:** | RE: Northern Trust/Casden |
| **Date:** | Thursday, October 30, 2025 10:00:14 AM |
| **Attachments:** | image001.png |

Nicole and/or Thomas,

Please advise regarding the below.

Thank you,
Allison

**Allison Murray**
O: 714.427.7436

**From:** Murray, Allison
**Sent:** Tuesday, October 14, 2025 1:21 PM
**To:** Sullivan, Nicole <Sullivann@whiteandwilliams.com>
**Cc:** Reynolds, Michael <mreynolds@swlaw.com>; Butler, Thomas <butlert@whiteandwilliams.com>;
Roye Zur <rzur@elkinskalt.com>
**Subject:** RE: Northern Trust/Casden

Hi Nicole,

May I ask that you please advise regarding the supplemental document request and NTDE's
conditions?

Thank you,
Allison

**Allison Murray**
O: 714.427.7436

**From:** Murray, Allison
**Sent:** Wednesday, October 8, 2025 4:05 PM
**To:** 'Sullivan, Nicole' <Sullivann@whiteandwilliams.com>
**Cc:** Reynolds, Michael <mreynolds@swlaw.com>; 'Butler, Thomas'
<butlert@whiteandwilliams.com>; 'Roye Zur' <rzur@elkinskalt.com>
**Subject:** RE: Northern Trust/Casden

Hi Nicole,

Are you able to provide any status as to the below?

Best regards,
Allison

**Allison Murray**
O: 714.427.7436


**From:** Murray, Allison
**Sent:** Thursday, October 2, 2025 9:02 AM
**To:** Sullivan, Nicole <Sullivann@whiteandwilliams.com>
**Cc:** Reynolds, Michael <mreynolds@swlaw.com>; Butler, Thomas <butlert@whiteandwilliams.com>;
Roye Zur <rzur@elkinskalt.com>
**Subject:** RE: Northern Trust/Casden


Hi Nicole,

Have you had a chance to discuss NTDE's conditions of supplemental production with your
client?

Thank you,
Allison

**Allison Murray**
O: 714.427.7436


**From:** Murray, Allison <acmurray@swlaw.com>
**Sent:** Tuesday, August 26, 2025 11:52 AM
**To:** Sullivan, Nicole <Sullivann@whiteandwilliams.com>
**Cc:** Reynolds, Michael <mreynolds@swlaw.com>; Butler, Thomas <Butlert@whiteandwilliams.com>;
Roye Zur <rzur@elkinskalt.com>
**Subject:** RE: Northern Trust/Casden


Hi Nicole,

My apologies for the delayed response. I have been out of the office. Please let us know when
you have input from your client regarding the first point. In the meantime, please find the
attached document with an amended redaction. As agreed, this document has been marked
"Confidential – Attorney's Eyes Only." Please treat the document accordingly.

Thank you,
Allison

**Allison Murray**

O: 714.427.7436

**From:** Sullivan, Nicole <Sullivann@whiteandwilliams.com>
**Sent:** Wednesday, August 20, 2025 3:05 PM
**To:** Murray, Allison <acmurray@swlaw.com>
**Cc:** Reynolds, Michael <mreynolds@swlaw.com>; Butler, Thomas <Butlert@whiteandwilliams.com>;
Roye Zur <rzur@elkinskalt.com>
**Subject:** RE: Northern Trust/Casden

**[EXTERNAL]** sullivann@whiteandwilliams.com

Thank you Allison. I will get back to you on the first point after I speak to the client.

We can agree to an attorneys' eyes only designation for Mr. Tucker's address.

Nicole



Nicole A. Sullivan
810 Seventh Avenue, Suite 500 | New York, NY 10019
Direct 212.631.4420 | Fax 212.631.4429
sullivann@whiteandwilliams.com | whiteandwilliams.com
**Confidentiality Notice:** This e-mail message and any documents accompanying this e-mail
transmission contain information from the law firm of White and Williams LLP which is privileged
and confidential attorney-client communication and/or work product of counsel. If you are not the
intended recipient, you are hereby notified that any disclosure, copying, distribution and/or the
taking of or refraining from taking of any action in reliance on the contents of this e-mail information
is strictly prohibited and may result in legal action being instituted against you. Please reply to the
sender advising of the error in transmission and delete the message and any accompanying
documents from your system immediately. Thank you.

**From:** Murray, Allison <acmurray@swlaw.com>
**Sent:** Wednesday, August 20, 2025 5:45 PM
**To:** Sullivan, Nicole <Sullivann@whiteandwilliams.com>
**Cc:** Reynolds, Michael <mreynolds@swlaw.com>; Butler, Thomas <Butlert@whiteandwilliams.com>;
Roye Zur <rzur@elkinskalt.com>
**Subject:** RE: Northern Trust/Casden

CAUTION: This message originated outside of the firm. Use caution when opening attachments, clicking

links or responding to requests for information.

Hi Nicole,

As we have stated on multiple occasions, it is cumbersome on NTDE's operations to continue accommodating MET's "supplemental" requests for "updated" letters of direction and statements every few months.

As such, NTDE will only agree to provide the requested letters of direction and statements from March 1, 2025, through August 1, 2025, with MET's agreement that: (1) this will be the final request from MET regarding document production; and (2) that this additional production will eliminate the need for a "live" deposition. Should MET have specific questions about the production, NTDE would be willing to entertain a "written" deposition process pursuant to FRCP 31.

Finally, the address of Mr. Tucker was removed from the letter that you forwarded last week as it is our standard practice to remove PII. If MET is agreeable to restricting viewership to MET's attorney team, NTDE would be willing to reproduce the document with the address unredacted but with markings of "Confidential – Attorneys' Eyes Only."

Best Regards,
Allison

**Allison Murray**
O: 714.427.7436

**Allison Murray**
O: 714.427.7436

**From:** Sullivan, Nicole <Sullivann@whiteandwilliams.com>
**Sent:** Thursday, August 14, 2025 4:23 PM
**To:** Murray, Allison <acmurray@swlaw.com>
**Cc:** Reynolds, Michael <mreynolds@swlaw.com>; Butler, Thomas <Butlert@whiteandwilliams.com>; Roye Zur <rzur@elkinskalt.com>
**Subject:** Re: Northern Trust/Casden

**[EXTERNAL] sullivann@whiteandwilliams.com**

I would like all letters of directions and statements since March 1, 2025

**From:** Murray, Allison <acmurray@swlaw.com>
**Sent:** Thursday, August 14, 2025 7:19:18 PM
**To:** Sullivan, Nicole <Sullivann@whiteandwilliams.com>
**Cc:** Reynolds, Michael <mreynolds@swlaw.com>; Butler, Thomas <Butlert@whiteandwilliams.com>;
Roye Zur <rzur@elkinskalt.com>
**Subject:** RE: Northern Trust/Casden

CAUTION: This message originated outside of the firm. Use caution when opening attachments, clicking
links or responding to requests for information.

Hi Nicole,

Thank you for this information. I will look into the redaction issue and get back to you as soon
as I can.

May I ask that you please remind me, in specific terms, what are you looking for from NTDE as
it relates to the MOR? Was it a direction letter issued in June 2025?

Thank you,
Allison

**Allison Murray**
O: 714.427.7436

**From:** Sullivan, Nicole <Sullivann@whiteandwilliams.com>
**Sent:** Thursday, August 14, 2025 3:24 PM
**To:** Murray, Allison <acmurray@swlaw.com>
**Cc:** Reynolds, Michael <mreynolds@swlaw.com>; Butler, Thomas <Butlert@whiteandwilliams.com>;
Roye Zur <rzur@elkinskalt.com>
**Subject:** Northern Trust/Casden

**[EXTERNAL] sullivann@whiteandwilliams.com**

Allison-

Here is the letter redacted and the MOR showing that he again used the trust to pay his attorneys
(see page 32 of 55).

Nicole



Nicole A. Sullivan
810 Seventh Avenue, Suite 500 | New York, NY 10019
Direct 212.631.4420 | Fax 212.631.4429
sullivann@whiteandwilliams.com | whiteandwilliams.com

**Confidentiality Notice:** This e-mail message and any documents accompanying this e-mail transmission contain information from the law firm of White and Williams LLP which is privileged and confidential attorney-client communication and/or work product of counsel. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution and/or the taking of or refraining from taking of any action in reliance on the contents of this e-mail information is strictly prohibited and may result in legal action being instituted against you. Please reply to the sender advising of the error in transmission and delete the message and any accompanying documents from your system immediately. Thank you.