# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
600 Anton Boulevard, Suite 1400, Costa Mesa, CA  92626-7689.

A true and correct copy of the foregoing document entitled (*specify*):  **SUPPLEMENTAL BRIEF IN SUPPORT OF THE NORTHERN TRUST OF DELAWARE'S MOTION FOR PROTECTIVE ORDER WITH REGARD TO 2004 EXAMINATION OF AND DOCUMENT PRODUCTION OF THE NORTHERN TRUST COMPANY OF DELAWARE [DK. 288]; SUPPLEMENTAL DECLARATION OF MICHAEL B. REYNOLDS IN SUPPORT OF SUPPLEMENTAL BRIEF IN SUPPORT OF THE NORTHERN TRUST OF DELAWARE'S MOTION FOR PROTECTIVE ORDER WITH REGARD TO 2004 EXAMINATION OF AND DOCUMENT PRODUCTION OF THE NORTHERN TRUST COMPANY OF DELAWARE [DK. 288]; SUPPLEMENTAL DECLARATION OF ALLISON C. MURRAY IN SUPPORT OF SUPPLEMENTAL BRIEF IN SUPPORT OF THE NORTHERN TRUST OF DELAWARE'S MOTION FOR PROTECTIVE ORDER WITH REGARD TO 2004 EXAMINATION OF AND DOCUMENT PRODUCTION OF THE NORTHERN TRUST COMPANY OF DELAWARE [DK. 288]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **August 4, 2026**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

> **Shraddha Bharatia**    notices@becket-lee.com
> **Joseph Boufadel**    jboufadel@salvatoboufadel.com; Gsalvato@salvatoboufadel.com; gsalvato@ecf.inforuptcy.com
> **Thomas E Butler**    butlert@whiteandwilliams.com; sullivann@whiteandwilliams.com; millnamowm@whiteandwilliams.com; panchavatis@whiteandwilliams.com
> **Aaron E. De Leest**    adeleest@marshackhays.com; adeleest@marshackhays.com; alinares@ecf.courtdrive.com
> **John-Patrick M Fritz**    jpf@lnbyg.com; JPF.LNBYB@ecf.inforuptcy.com
> **Lauren N Gans**    lgans@elkinskalt.com; lmasse@elkinskalt.com
> **Matthew Grimshaw**    mgrimshaw@marshackhays.com; mgrimshaw@ecf.courtdrive.com; alinares@ecf.courtdrive.com
> **Sweeney Kelly**    kelly@ksgklaw.com
> **Wendy A Locke**    ecfcacb@aldridgepite.com; wlocke@ecf.inforuptcy.com
> **Betty Luu**    bluu@duanemorris.com; betty-luu-4381@ecf.pacerpro.com
> **Ron Maroko**    ron.maroko@usdoj.gov
> **Allison C. Murray**    acmurray@swlaw.com; kcollins@swlaw.com
> **William M Noall**    wnoall@gtg.legal; bknotices@gtg.legal
> **Kurt Ramlo**    RamloLegal@gmail.com; kr@ecf.courtdrive.com; ramlo@recap.email
> **Arjun P Rao**    arjun.rao@morganlewis.com; kathleen.rosello@morganlewis.com
> **Michael B Reynolds**    mreynolds@swlaw.com; kcollins@swlaw.com
> **Gregory M Salvato**    gsalvato@salvatoboufadel.com; calendar@salvatolawoffices.com; jboufadel@salvatoboufadel.com; gsalvato@ecf.inforuptcy.com
> **Nicole Sullivan**    sullivann@whiteandwilliams.com; vulpioa@whiteandwilliams.com; arthura@whiteandwilliams.com
> **John N Tedford**    JNT@LNBYG.com; jnt@ecf.courtdrive.com
> **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov
> **David Wood**    dwood@marshackhays.com; dwood@ecf.courtdrive.com; lbuchananmh@ecf.courtdrive.com; spineda@ecf.courtdrive.com; alinares@ecf.courtdrive.com
> **Roye Zur**    rzur@elkinskalt.com; lwageman@elkinskalt.com; 1648609420@filings.docketbird.com; rzur@ecf.courtdrive.com; lmasse@elkinskalt.com

☐  Service information continued on attached page

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **August 4, 2026**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Debtor:**

Seth Haldane Casden
1112 Montana Ave Suite 13
Santa Monica, CA 90403

**Chambers Copy:**

United States Bankruptcy Court
Central District of California
255 E. Temple Street, Suite 1660
Los Angeles, CA 90012

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| August 4, 2026 | Kevin Roger | /s/ Kevin Roger |
| --- | --- | --- |
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**