GREGORY M. SALVATO (SBN 126285)
Gsalvato@salvatoboufadel.com
JOSEPH BOUFADEL (SBN 267312)
Jboufadel@salvatoboufadel.com
SALVATO BOUFADEL LLP
355 South Grand Avenue, Suite 2450
Los Angeles, California 90071
Telephone: (213) 484-8400

Attorneys for Debtor and Debtor-in-Possession
SETH HALDANE CASDEN

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES**

| | |
|---|---|
| In re:<br><br>SETH HALDANE CASDEN,<br><br>Debtor and<br>Debtor-in-Possession. | Case No. 2:23-bk-16904-BR<br><br>Chapter 11<br><br>**Chapter 11 Supplemental Status Report by Debtor and Debtor in Possession Seth Casden**<br><br>Date: August 25, 2026<br>Time: 10:00 a.m.<br>Place: Courtroom 1668<br>Roybal Federal Building<br>255 East Temple Street<br>Los Angeles, CA 90012 |

Debtor and Debtor in Possession Seth Haldane Casden ("Debtor") hereby submits his status report in advance of the case status conference scheduled for May 26, 2026. Previous status reports have been filed on February 27, 2024 [Dkt. No. 128], May 28, 2024 [Dkt. No,. 176], September 3, 2024 [Dkt. No. 244], November 5, 2024 [Dkt. No. 281], January 21, 2025 [Dkt. 302], July 9, 2025 [Dkt. 338], September 8, 2025 [Dkt. 360],

November 20, 2025 [Dkt. 399], February 11, 2026 [Dkt. No. 433], and May 18, 2026 [Dkt. No. 440].

**CASDEN BANKRUPTCY CASE: Case No. 2:23-16904-BR**

**A. Ninth Circuit opinion reversing and remanding in part and affirming in part the District Court judgment against Seth Casden**

On August 1, 2026, Casden submitted a report to the Court advising of the Ninth Circuit Court of Appeals ruling on July 30, 2026, reversing and remanding in part, and affirming in part the USDC judgment against Seth Casden and in favor of Multiple Energy Technologies, LLC ("MET"), USDC Case No. 2:21-cv-01149-ODW-RAO [*See* Dkt. No 461]. This Status Report is intended to supplement that report.

In addition to reversing the damages calculation resulting in a large judgment against Seth Casden personally, the Ninth Circuit *affirmed* the District Court's award of attorney's fees. In doing so, the Circuit included the following statement in footnote 7 of the opinion:

> *"While we affirm the award of attorney's fees under the Lanham Act, the district court remains free, if asked, to adjust the amount in light of our opinion."*

*See* Ninth Circuit Opinion [Dkt. No. 461], at p. 20, n.7.

Accordingly, Casden is evaluating with his attorneys a potential challenge to the attorney fee award in the District Court.

It is anticipated that, either before or after the final attorney fees to be award is determined by the District Court, Casden may seek the dismissal of this Chapter 11 case, after demonstrating adequate provision for the payment of all claims, including a reserve for the amount, if any, to be awarded to MET by the District Court.

**B. Appeal of the Order entered on December 2, 2025, denying MET's Motion to appoint a Chapter 11 Trustee or Convert the Case to Chapter 7: *MET v. Casden*, District Court Case No. 2:25-cv-11998-FLA**

On December 2, 2025, the Bankruptcy Court denied MET's Motion to Appoint a Chapter 11 Trustee or convert the case to Chapter 7. [Dkt. No.409]

MET's appeal of the Order, filed December 15, 2025, is before the Honorable U.S. District Court Judge Fernando L. Aenlle-Rocha. Casden's Motion to Dismiss the Appeal for lack of Jurisdiction has been taken under submission.

MET's Opening Merits Brief was filed March 20, 2026, Casden's Answering Brief was filed May 5, 2026, and MET's Reply Brief was filed on May 26, 2026.

The matter remains under submission before the District Court.

**C. Other Pending Matters (from 2/18/26 Status Conference):**

1. Continued hearing re Motion for approval of the Chapter 11 Disclosure Statement [Dkt. 99], with respect to the Debtor's Amended Plan of Reorganization [Dkt. No. 98] and Amended Disclosure Statement [Dkt. No. 97] (filed by Seth Casden).

***Note: This matter has been held in abeyance pending the confirmation of the Hologenix plan of reorganization.***

2. Continued hearing re Motion for a Protective Order with respect to the 2004 Examination and Production of Documents of The Northern Trust Company [Dkt. 275] (filed by Northern Trust).

***Note: This matter – including Northern's request for attorney's fees is before the Court at the August 26, 2026 hearing date.***

**ADVERSARY PROCEEDINGS:**

**D. Adversary Proceeding – MET v. Seth Casden (Non-Dischargeability) (Adv. Proc. No. 2:24-01022-BR).**

MET filed this Adversary Proceeding against Seth Casden, individually, on 1/26/2024 for non-dischargeability under 11 U.S.C. S 523(a)(6).

***Note: This matter has been held in abeyance pending the outcome of Casden's appeal of the District Court judgment against him.***

Now that the Ninth Circuit has reversed the Judgment and remanded in part and affirmed in part, Casden is evaluating a potential for a motion to dismiss the pending adversary proceeding.

**E. Adversary Proceedings prosecuted by MET:**

By Order entered on June 26, 2024 [Dkt. No. 210], the Bankruptcy Court authorized MET to prosecute avoidance actions against certain alleged transferees:

***MET v. Discovery Bank, Adv. No. 25-01067-BR***

***MET v. DeVoto, Adv. No. 25-01068-BR***

***MET v. Aria Resorts, Adv. No. 25-01069- BR***

The status conferences in these matters have been continued from 2/18/26 to October 27, 2026.

DATED: August 21, 2026

SALVATO BOUFADEL, LLP

By: */s/ Gregory M. Salvato*
Gregory M. Salvato
Joseph Boufadel

Attorneys for Debtor and Debtor in Possession
SETH HALDANE CASDEN

# PROOF OF SERVICE OF DOCUMENT

*In re Seth Haldane Casden, Debtor, Chapter 11 Case No. 2:23-bk-16904-BR*

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**Salvato Boufadel, LLP, 355 South Grand Avenue, Suite 2450, Los Angeles, California 90071**

A true and correct copy of the foregoing document entitled (*specify*):

**Notice of the Ninth Circuit Court of Appeals ruling reversing in part and affirming in part the USDC Judgment against Seth Casden, DC No. 2:21-cv-01149-ODW-RAO**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On *(date)* **8/04/2026** checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**See attached continuation page.**

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) __________, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **8/04/2026**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Honorable Barry Russell
U.S. Bankruptcy Court
Roybal Federal Building
255 E. Temple St., Suite 1660
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 8/04/2026 | Gregory M. Salvato | */s/ Gregory M. Salvato* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

**CONTINUATION PAGE**

1. **SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF"):**

- **Shraddha Bharatia** notices@becket-lee.com
- **Joseph Boufadel** jboufadel@salvatoboufadel.com, Gsalvato@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com
- **Thomas E Butler** butlert@whiteandwilliams.com, sullivann@whiteandwilliams.com;millnamowm@whiteandwilliams.com;panchavatis@whiteandwilliams.com
- **Aaron E. De Leest** adeleest@marshackhays.com, adeleest@marshackhays.com,alinares@ecf.courtdrive.com
- **John-Patrick M Fritz** jpf@lnbyg.com, JPF.LNBYB@ecf.inforuptcy.com
- **Lauren N Gans** lgans@elkinskalt.com, lmasse@elkinskalt.com
- **Matthew Grimshaw** mgrimshaw@marshackhays.com, mgrimshaw@ecf.courtdrive.com;alinares@ecf.courtdrive.com
- **Sweeney Kelly** kelly@ksgklaw.com
- **Wendy A Locke** ecfcacb@aldridgepite.com, wlocke@ecf.inforuptcy.com
- **Betty Luu** bluu@duanemorris.com, betty-luu-4381@ecf.pacerpro.com
- **Ron Maroko** ron.maroko@usdoj.gov
- **Allison C. Murray** acmurray@swlaw.com, kcollins@swlaw.com
- **William M Noall** wnoall@gtg.legal, bknotices@gtg.legal
- **Kurt Ramlo** RamloLegal@gmail.com, kr@ecf.courtdrive.com;ramlo@recap.email
- **Arjun P Rao** arjun.rao@morganlewis.com, kathleen.rosello@morganlewis.com
- **Michael B Reynolds** mreynolds@swlaw.com, kcollins@swlaw.com
- **Gregory M Salvato** gsalvato@salvatoboufadel.com, calendar@salvatolawoffices.com;jboufadel@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com
- **Nicole Sullivan** sullivann@whiteandwilliams.com, vulpioa@whiteandwilliams.com,arthura@whiteandwilliams.com
- **John N Tedford** JNT@LNBYG.com, jnt@ecf.courtdrive.com
- **United States Trustee (LA)** ustpregion16.la.ecf@usdoj.gov
- **David Wood** dwood@marshackhays.com, dwood@ecf.courtdrive.com;lbuchananmh@ecf.courtdrive.com;spineda@ecf.courtdrive.com;alinares@ecf.courtdrive.com
- **Roye Zur** rzur@elkinskalt.com, lwageman@elkinskalt.com;1648609420@filings.docketbird.com;rzur@ecf.courtdrive.com;lmasse@elkinskalt.com