| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Michael B. Reynolds (Bar No. 174534)<br>Rachel McMains (Bar No. 352954)<br>Snell & Wilmer L.L.P.<br>600 Anton Boulevard, Suite 1400<br>Costa Mesa, CA 92626-7689<br>Telephone: (714) 427-7000<br>Facsimile: (714) 427-7799<br>mreynolds@swlaw.com; rmcmains@swlaw.com<br><br>☐ Individual *appearing without an attorney*<br>☒ *Attorney for:* The Northern Trust Company of Delaware, as Trustee of the Seth Casden Resulting Trust | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO VALLEY DIVISION**

| | |
|---|---|
| In re:<br>SETH HALDANE CASDEN,<br><br>Debtor(s) | CASE NO.: 2:23-bk-16904-BR<br><br>CHAPTER: 11<br><br>**NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** (*title of motion*[1]):<br>MOTION FOR PROTECTIVE ORDER WITH REGARD TO 2004 EXAMINATION OF AND DOCUMENT PRODUCTION OF THE NORTHERN TRUST COMPANY OF DELAWARE [DK. NOS. 288 and 462] |

PLEASE TAKE NOTE that the order titled ORDER ON THE NORTHERN TRUST OF DELAWARE'S MOTION FOR PROTECTIVE ORDER WITH REGARD TO 2004 EXAMINATION OF AND DOCUMENT PRODUCTION OF THE NORTHERN TRUST COMPANY OF DELAWARE [DK. NOS. 288 and 462] was lodged on (*date*) 09/10/2026 and is attached. This order relates to the motion which is docket number 288.

[1] Please abbreviate if title cannot fit into text field.

SNELL & WILMER L.L.P.
Michael B. Reynolds, Bar No. 174534
mreynolds@swlaw.com
Rachel McMains, Bar No. 352954
rmcmains@swlaw.com
600 Anton Blvd, Suite 1400
Costa Mesa, California 92626-7689
Telephone: 714.427.7000
Facsimile: 714.427.7799

Attorneys for Respondent
The Northern Trust Company of Delaware, as
Trustee of the Seth Casden Resulting Trust

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES

| | |
|---|---|
| In re<br><br>SETH HALDANE CASDEN,<br><br>Debtor. | Case No. 2:23-bk-16904-BR<br><br>Chapter 11<br><br>**ORDER ON THE NORTHERN TRUST OF DELAWARE'S MOTION FOR PROTECTIVE ORDER WITH REGARD TO 2004 EXAMINATION OF AND DOCUMENT PRODUCTION OF THE NORTHERN TRUST COMPANY OF DELAWARE [DK. NOS. 288 and 462]**<br><br><u>Hearing Information</u>:<br>Date: August 25, 2026<br>Time: 10:00 a.m.<br>Ctrm: 1668 |

At the above-stated time and location, the Court held a hearing on the *Motion for Protective Order with Regard to 2004 Examination of and the Document Production of The Northern Trust Company of Delaware* [Docket No. 288] and *Supplemental Brief in Support of The Northern Trust of Delaware's Motion for Protective Order with Regard to 2004 Examination of and Document Production of The Northern Trust Company of Delaware* [Docket No. 462] ("Motion") filed by The Northern Trust Company of Delaware, as Trustee of the Seth Casden



SNELL & WILMER

SNELL & WILMER

Resulting Trust ("Respondent"). Rachel A. McMains appeared on behalf of Respondent. Roye Zur appeared on behalf of creditor Multiple Energy Technologies, LLC ("MET").

The Court has read and considered the Motion and all of the declarations, evidence and other papers submitted in support thereof. The Court has also read and considered the Opposition to the Motion [Docket No. 486] and all of the declarations, evidence and other papers submitted in support thereof, as well as the reply thereto [Docket No. 464]. Based on the records, pleadings and other documents on file in this case, the statements and representations of counsel at the hearing on the Motion, for the reasons set forth on the record,

**IT IS ORDERED** that:

1. The Motion is DENIED.

2. MET's examination of Respondent pursuant to the 2004 Order is deemed to have concluded, and all discovery undertaken by MET with respect to Respondent in connection with this case is deemed to have closed.

###

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
600 Anton Boulevard, Suite 1400, Costa Mesa, CA 92626-7689.

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE: MOTION FOR PROTECTIVE ORDER WITH REGARD TO 2004 EXAMINATION OF AND DOCUMENT PRODUCTION OF THE NORTHERN TRUST COMPANY OF DELAWARE [DK. NOS. 288 and 462]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **September 10, 2026**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Shraddha Bharatia** notices@becket-lee.com
- **Joseph Boufadel** jboufadel@salvatoboufadel.com, Gsalvato@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com
- **Thomas E Butler** butlert@whiteandwilliams.com, sullivann@whiteandwilliams.com;millnamowm@whiteandwilliams.com;panchavatis@whiteandwilliams.com
- **Aaron E. De Leest** adeleest@marshackhays.com, adeleest@marshackhays.com,alinares@ecf.courtdrive.com
- **John-Patrick M Fritz** jpf@lnbyg.com, JPF.LNBYB@ecf.inforuptcy.com
- **Lauren N Gans** lgans@elkinskalt.com, lmasse@elkinskalt.com
- **Matthew Grimshaw** mgrimshaw@marshackhays.com, mgrimshaw@ecf.courtdrive.com;alinares@ecf.courtdrive.com
- **Sweeney Kelly** kelly@ksgklaw.com
- **Wendy A Locke** ecfcacb@aldridgepite.com, wlocke@ecf.inforuptcy.com
- **Betty Luu** bluu@duanemorris.com, betty-luu-4381@ecf.pacerpro.com
- **Ron Maroko** ron.maroko@usdoj.gov
- **Allison C. Murray** acmurray@swlaw.com, kcollins@swlaw.com
- **William M Noall** wnoall@gtg.legal, bknotices@gtg.legal
- **Kurt Ramlo** RamloLegal@gmail.com, kr@ecf.courtdrive.com;ramlo@recap.email
- **Arjun P Rao** arjun.rao@morganlewis.com, kathleen.rosello@morganlewis.com
- **Michael B Reynolds** mreynolds@swlaw.com, kcollins@swlaw.com
- **Gregory M Salvato** gsalvato@salvatoboufadel.com, calendar@salvatolawoffices.com;jboufadel@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com
- **Nicole Sullivan** sullivann@whiteandwilliams.com, vulpioa@whiteandwilliams.com,arthura@whiteandwilliams.com
- **John N Tedford** JNT@LNBYG.com, jnt@ecf.courtdrive.com
- **United States Trustee (LA)** ustpregion16.la.ecf@usdoj.gov
- **David Wood** dwood@marshackhays.com, dwood@ecf.courtdrive.com;lbuchananmh@ecf.courtdrive.com;spineda@ecf.courtdrive.com;alinares@ecf.courtdri v e.com
- **Roye Zur** rzur@elkinskalt.com, lwageman@elkinskalt.com;1648609420@filings.docketbird.com;rzur@ecf.courtdrive.com;lmasse@elkinskalt.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **September 10, 2026**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Debtor**:

Seth Haldane Casden
1112 Montana Ave Suite 13
Santa Monica, CA 90403

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **September 10, 2026**, served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**Via Federal Express**:

**Judge**:

The Honorable Barry Russell
United States Bankruptcy Court, Central District
255 E. Temple Street, Suite 1660/Crtrm 1668
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| September 10, 2026 | Sharona Moshabad | /s/ Sharona Moshabad |
| *Date* | *Printed Name* | *Signature* |