SNELL & WILMER L.L.P.
Michael B. Reynolds, Bar No. 174534
mreynolds@swlaw.com
Rachel McMains, Bar No. 352954
rmcmains@swlaw.com
600 Anton Blvd, Suite 1400
Costa Mesa, California 92626-7689
Telephone: 714.427.7000
Facsimile: 714.427.7799

Attorneys for Respondent
The Northern Trust Company of Delaware, as
Trustee of the Seth Casden Resulting Trust

FILED & ENTERED

SEP 23 2026

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY llewis DEPUTY CLERK

SNELL & WILMER

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES

| | |
|---|---|
| In re<br><br>SETH HALDANE CASDEN,<br><br>Debtor. | Case No. 2:23-bk-16904-BR<br><br>Chapter 11<br><br>**ORDER ON THE NORTHERN TRUST OF DELAWARE'S MOTION FOR PROTECTIVE ORDER WITH REGARD TO 2004 EXAMINATION OF AND DOCUMENT PRODUCTION OF THE NORTHERN TRUST COMPANY OF DELAWARE [DK. NOS. 288 and 462]**<br><br>Hearing Information:<br>Date: August 25, 2026<br>Time: 10:00 a.m.<br>Ctrm: 1668 |

At the above-stated time and location, the Court held a hearing on the *Motion for Protective Order with Regard to 2004 Examination of and the Document Production of The Northern Trust Company of Delaware* [Docket No. 288] and *Supplemental Brief in Support of The Northern Trust of Delaware's Motion for Protective Order with Regard to 2004 Examination of and Document Production of The Northern Trust Company of Delaware* [Docket No. 462] ("Motion") filed by The Northern Trust Company of Delaware, as Trustee of the Seth Casden

Resulting Trust ("Respondent"). Rachel A. McMains appeared on behalf of Respondent. Roye Zur appeared on behalf of creditor Multiple Energy Technologies, LLC ("MET").

The Court has read and considered the Motion and all of the declarations, evidence and other papers submitted in support thereof. The Court has also read and considered the Opposition to the Motion [Docket No. 486] and all of the declarations, evidence and other papers submitted in support thereof, as well as the reply thereto [Docket No. 464]. Based on the records, pleadings and other documents on file in this case, the statements and representations of counsel at the hearing on the Motion, for the reasons set forth on the record,

**IT IS ORDERED** that:

1. The Motion is DENIED.

2. MET's examination of Respondent pursuant to the 2004 Order is deemed to have concluded, and all discovery undertaken by MET with respect to Respondent in connection with this case is deemed to have closed.

###

Date: September 23, 2026

Barry Russell
United States Bankruptcy Judge

SNELL & WILMER