United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 23-16904-BR |
| Seth Haldane Casden | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Sep 23, 2026 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 25, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Seth Haldane Casden, 1112 Montana Ave Suite 13, Santa Monica, CA 90403-1652 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 25, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 23, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Aaron E. De Leest | on behalf of Debtor Seth Haldane Casden adeleest@marshackhays.com adeleest@marshackhays.com,alinares@ecf.courtdrive.com |
| Allison C. Murray | on behalf of Respondent The Northern Trust Company of Delaware as Trustee of the Seth Casden Resulting Trust acmurray@swlaw.com, kcollins@swlaw.com |
| Arjun P Rao | on behalf of Defendant Discover Bank d/b/a Discover Card Discover Financial Services, and Discover Products arjun.rao@morganlewis.com, kathleen.rosello@morganlewis.com |
| Betty Luu | on behalf of Interested Party Alan Terry Leavitt bluu@duanemorris.com betty-luu-4381@ecf.pacerpro.com |
| David Wood | on behalf of Interested Party Courtesy NEF dwood@marshackhays.com |

dwood@ecf.courtdrive.com;lbuchananmh@ecf.courtdrive.com;spineda@ecf.courtdrive.com;alinares@ecf.courtdrive.com

Gregory M Salvato
on behalf of Plaintiff Multiple Energy Technologies LLC gsalvato@salvatoboufadel.com, calendar@salvatolawoffices.com;jboufadel@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com

Gregory M Salvato
on behalf of Defendant Seth Haldane Casden gsalvato@salvatoboufadel.com calendar@salvatolawoffices.com;jboufadel@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com

Gregory M Salvato
on behalf of Attorney Salvato Boufadel LLP gsalvato@salvatoboufadel.com calendar@salvatolawoffices.com;jboufadel@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com

Gregory M Salvato
on behalf of Interested Party Salvato Boufadel LLP gsalvato@salvatoboufadel.com calendar@salvatolawoffices.com;jboufadel@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com

Gregory M Salvato
on behalf of Debtor Seth Haldane Casden gsalvato@salvatoboufadel.com calendar@salvatolawoffices.com;jboufadel@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com

John N Tedford, IV
on behalf of Plaintiff Seth Casden JNT@LNBYG.com jnt@ecf.courtdrive.com

John N Tedford, IV
on behalf of Other Professional DANNING GILL ISRAEL & KRASSNOFF JNT@LNBYG.com jnt@ecf.courtdrive.com

John-Patrick M Fritz
on behalf of Interested Party Courtesy NEF jpf@lnbyg.com JPF.LNBYB@ecf.inforuptcy.com

Joseph Boufadel
on behalf of Defendant Seth Haldane Casden jboufadel@salvatoboufadel.com Gsalvato@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com

Joseph Boufadel
on behalf of Debtor Seth Haldane Casden jboufadel@salvatoboufadel.com Gsalvato@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com

Kurt Ramlo
on behalf of Interested Party Courtesy NEF RamloLegal@gmail.com kr@ecf.courtdrive.com;ramlo@recap.email

Kurt Ramlo
on behalf of Interested Party Hologenix LLC RamloLegal@gmail.com, kr@ecf.courtdrive.com;ramlo@recap.email

Lauren N Gans
on behalf of Interested Party Multiple Energy Technologies LLC lgans@elkinskalt.com, lmasse@elkinskalt.com

Matthew Grimshaw
on behalf of Interested Party Courtesy NEF mgrimshaw@marshackhays.com mgrimshaw@ecf.courtdrive.com;alinares@ecf.courtdrive.com

Michael B Reynolds
on behalf of Respondent The Northern Trust Company of Delaware as Trustee of the Seth Casden Resulting Trust mreynolds@swlaw.com, kcollins@swlaw.com

Nicole Sullivan
on behalf of Interested Party Multiple Energy Technologies LLC sullivann@whiteandwilliams.com, vulpioa@whiteandwilliams.com,arthura@whiteandwilliams.com

Nicole Sullivan
on behalf of Plaintiff Multiple Energy Technologies LLC sullivann@whiteandwilliams.com, vulpioa@whiteandwilliams.com,arthura@whiteandwilliams.com

Ron Maroko
on behalf of U.S. Trustee United States Trustee (LA) ron.maroko@usdoj.gov

Roye Zur
on behalf of Interested Party Courtesy NEF rzur@elkinskalt.com lwageman@elkinskalt.com;1648609420@filings.docketbird.com;rzur@ecf.courtdrive.com;lmasse@elkinskalt.com

Roye Zur
on behalf of Interested Party Multiple Energy Technologies LLC rzur@elkinskalt.com, lwageman@elkinskalt.com;1648609420@filings.docketbird.com;rzur@ecf.courtdrive.com;lmasse@elkinskalt.com

Roye Zur
on behalf of Plaintiff Multiple Energy Technologies LLC rzur@elkinskalt.com, lwageman@elkinskalt.com;1648609420@filings.docketbird.com;rzur@ecf.courtdrive.com;lmasse@elkinskalt.com

Shraddha Bharatia
on behalf of Creditor American Express National Bank notices@becket-lee.com

Sweeney Kelly

| | |
|---|---|
| | on behalf of Defendant American Express Company kelly@ksgklaw.com |
| Thomas E Butler | on behalf of Interested Party Multiple Energy Technologies LLC butlert@whiteandwilliams.com, sullivann@whiteandwilliams.com;millnamowm@whiteandwilliams.com;panchavatis@whiteandwilliams.com |
| United States Trustee (LA) | ustpregion16.la.ecf@usdoj.gov |
| Wendy A Locke | on behalf of Interested Party Courtesy NEF ecfcacb@aldridgepite.com wlocke@ecf.inforuptcy.com |
| William M Noall | on behalf of Defendant ARIA Resort & Casino wnoall@gtg.legal bknotices@gtg.legal |

TOTAL: 32

SNELL & WILMER L.L.P.
Michael B. Reynolds, Bar No. 174534
mreynolds@swlaw.com
Rachel McMains, Bar No. 352954
rmcmains@swlaw.com
600 Anton Blvd, Suite 1400
Costa Mesa, California 92626-7689
Telephone: 714.427.7000
Facsimile: 714.427.7799

Attorneys for Respondent
The Northern Trust Company of Delaware, as
Trustee of the Seth Casden Resulting Trust

FILED & ENTERED

SEP 23 2026

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY llewis DEPUTY CLERK

SNELL & WILMER

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES

In re

SETH HALDANE CASDEN,

Debtor.

Case No. 2:23-bk-16904-BR

Chapter 11

**ORDER ON THE NORTHERN TRUST OF DELAWARE'S MOTION FOR PROTECTIVE ORDER WITH REGARD TO 2004 EXAMINATION OF AND DOCUMENT PRODUCTION OF THE NORTHERN TRUST COMPANY OF DELAWARE [DK. NOS. 288 and 462]**

Hearing Information:
Date: August 25, 2026
Time: 10:00 a.m.
Ctrm: 1668

At the above-stated time and location, the Court held a hearing on the *Motion for Protective Order with Regard to 2004 Examination of and the Document Production of The Northern Trust Company of Delaware* [Docket No. 288] and *Supplemental Brief in Support of The Northern Trust of Delaware's Motion for Protective Order with Regard to 2004 Examination of and Document Production of The Northern Trust Company of Delaware* [Docket No. 462] ("Motion") filed by The Northern Trust Company of Delaware, as Trustee of the Seth Casden

Resulting Trust ("Respondent"). Rachel A. McMains appeared on behalf of Respondent. Roye Zur appeared on behalf of creditor Multiple Energy Technologies, LLC ("MET").

The Court has read and considered the Motion and all of the declarations, evidence and other papers submitted in support thereof. The Court has also read and considered the Opposition to the Motion [Docket No. 486] and all of the declarations, evidence and other papers submitted in support thereof, as well as the reply thereto [Docket No. 464]. Based on the records, pleadings and other documents on file in this case, the statements and representations of counsel at the hearing on the Motion, for the reasons set forth on the record,

**IT IS ORDERED** that:

1. The Motion is DENIED.

2. MET's examination of Respondent pursuant to the 2004 Order is deemed to have concluded, and all discovery undertaken by MET with respect to Respondent in connection with this case is deemed to have closed.

###

SNELL
& WILMER

Date: September 23, 2026

Barry Russell
United States Bankruptcy Judge