| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| GREGORY M. SALVATO (#126285)<br>gsalvato@salvatoboufadel.com<br>JOSEPH BOUFADE (SBN 267312)<br>jboufadel@salvatoboufadel.com<br>SALVATO BOUFADEL, LLP<br>355 South Grand Avenue, Suite 2450<br>Los Angeles, CA 90071-9500<br>Telephone: (213) 484-8400<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Debtor SETH CASDEN | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br>SETH HALDANE CASDEN,<br><br>Debtor(s). | CASE NO.: 2:23-bk-16904-BR<br>CHAPTER: 11 |
| MULTIPLE ENERGY TECHNOLOGIES,<br><br>Movant(s),<br>vs.<br>SETH HALDANE CASDEN<br><br>Respondent(s). | **NOTICE OF NON-OPPOSITION**<br><br>DATE: 11/17/2026<br>TIME: 8:53 pm<br>COURTROOM: 1668<br>PLACE: 255 East Temple Street<br>Los Angeles, CA 90012 |

1. TO THE MOVANT (*specify name*): MULTIPLE ENERGY TECHNOLOGIES, LLC
2. NOTICE IS HEREBY GIVEN that the ☒ Debtor ☐ chapter ___ trustee ☐ other (*specify*): ________________ ________________, in the above-entitled proceeding does not oppose the granting of the following motion or application (*specify*): NOTICE OF MOTION AND MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. 362 [Dkt. 475]

Date: 11/03/2026

SALVATO BOUFADEL, LLP
Printed name of law firm

/s/ Gregory M. Salvato
Signature

Gregory M. Salvato
Printed name

Debtor SETH CASDEN
Attorney for (*specify*)

# PROOF OF SERVICE OF DOCUMENT

*In re Seth Haldane Casden, Debtor, Chapter 11 Case No. 2:23-bk-16904-BR*

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**Salvato Boufadel, LLP, 355 South Grand Avenue, Suite 2450, Los Angeles, California 90071**

A true and correct copy of the foregoing document entitled (*specify*):

**Notice of Non-Opposition [to Motion for Relief from Stay, Dkt. No. 475]**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On *(date)* **11/03/2026** checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**See attached continuation page.**

☒ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*) ________, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **11/03/2026**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**Honorable Barry Russell**
**U.S. Bankruptcy Court**
**Roybal Federal Building**
**255 E. Temple St., Suite 1660**
**Los Angeles, CA 90012**

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 11/03/2026 | Gregory M. Salvato | */s/ Gregory M. Salvato* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

## CONTINUATION PAGE

1. **SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF"):**

- **Shraddha Bharatia** notices@becket-lee.com
- **Joseph Boufadel** jboufadel@salvatoboufadel.com, Gsalvato@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com
- **Thomas E Butler** butlert@whiteandwilliams.com, sullivann@whiteandwilliams.com;millnamowm@whiteandwilliams.com;panchavatis@whiteandwilliams.com
- **Aaron E. De Leest** adeleest@marshackhays.com, adeleest@marshackhays.com,alinares@ecf.courtdrive.com
- **John-Patrick M Fritz** jpf@lnbyg.com, JPF.LNBYB@ecf.inforuptcy.com
- **Lauren N Gans** lgans@elkinskalt.com, lmasse@elkinskalt.com
- **Matthew Grimshaw** mgrimshaw@marshackhays.com, mgrimshaw@ecf.courtdrive.com;alinares@ecf.courtdrive.com
- **Sweeney Kelly** kelly@ksgklaw.com
- **Wendy A Locke** ecfcacb@aldridgepite.com, wlocke@ecf.inforuptcy.com
- **Betty Luu** bluu@duanemorris.com, betty-luu-4381@ecf.pacerpro.com
- **Ron Maroko** ron.maroko@usdoj.gov
- **Allison C. Murray** acmurray@swlaw.com, kcollins@swlaw.com
- **William M Noall** wnoall@gtg.legal, bknotices@gtg.legal
- **Kurt Ramlo** RamloLegal@gmail.com, kr@ecf.courtdrive.com;ramlo@recap.email
- **Arjun P Rao** arjun.rao@morganlewis.com, kathleen.rosello@morganlewis.com
- **Michael B Reynolds** mreynolds@swlaw.com, kcollins@swlaw.com
- **Gregory M Salvato** gsalvato@salvatoboufadel.com, calendar@salvatolawoffices.com;jboufadel@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com
- **Nicole Sullivan** sullivann@whiteandwilliams.com, vulpioa@whiteandwilliams.com,arthura@whiteandwilliams.com
- **John N Tedford** JNT@LNBYG.com, jnt@ecf.courtdrive.com
- **United States Trustee (LA)** ustpregion16.la.ecf@usdoj.gov
- **David Wood** dwood@marshackhays.com, dwood@ecf.courtdrive.com;lbuchananmh@ecf.courtdrive.com;spineda@ecf.courtdrive.com;alinares@ecf.courtdrive.com
- **Roye Zur** rzur@elkinskalt.com, lwageman@elkinskalt.com;1648609420@filings.docketbird.com;rzur@ecf.courtdrive.com;lmasse@elkinskalt.com