United States Bankruptcy Court

Central District of California

In re:
Seth Haldane Casden
Debtor

Case No. 23-16904-BR
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0973-2 User: admin Page 1 of 3
Date Rcvd: Nov 18, 2026 Form ID: pdf042 Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 20, 2026:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Seth Haldane Casden, 1112 Montana Ave Suite 13, Santa Monica, CA 90403-1652 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 20, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 18, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Aaron E. De Leest | on behalf of Debtor Seth Haldane Casden adeleest@marshackhays.com adeleest@marshackhays.com,alinares@ecf.courtdrive.com |
| Allison C. Murray | on behalf of Respondent The Northern Trust Company of Delaware as Trustee of the Seth Casden Resulting Trust acmurray@swlaw.com, kcollins@swlaw.com |
| Arjun P Rao | on behalf of Defendant Discover Bank d/b/a Discover Card Discover Financial Services, and Discover Products arjun.rao@morganlewis.com, kathleen.rosello@morganlewis.com |
| Betty Luu | on behalf of Interested Party Alan Terry Leavitt bluu@duanemorris.com betty-luu-4381@ecf.pacerpro.com |
| David Wood | on behalf of Interested Party Courtesy NEF dwood@marshackhays.com |

dwood@ecf.courtdrive.com;lbuchananmh@ecf.courtdrive.com;spineda@ecf.courtdrive.com;alinares@ecf.courtdrive.com

Gregory M Salvato

on behalf of Debtor Seth Haldane Casden gsalvato@salvatoboufadel.com
calendar@salvatolawoffices.com;jboufadel@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com

Gregory M Salvato

on behalf of Defendant Seth Haldane Casden gsalvato@salvatoboufadel.com
calendar@salvatolawoffices.com;jboufadel@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com

Gregory M Salvato

on behalf of Plaintiff Multiple Energy Technologies LLC gsalvato@salvatoboufadel.com,
calendar@salvatolawoffices.com;jboufadel@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com

Gregory M Salvato

on behalf of Interested Party Salvato Boufadel LLP gsalvato@salvatoboufadel.com
calendar@salvatolawoffices.com;jboufadel@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com

Gregory M Salvato

on behalf of Attorney Salvato Boufadel LLP gsalvato@salvatoboufadel.com
calendar@salvatolawoffices.com;jboufadel@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com

John N Tedford, IV

on behalf of Other Professional DANNING GILL ISRAEL & KRASSNOFF JNT@LNBYG.com jnt@ecf.courtdrive.com

John N Tedford, IV

on behalf of Plaintiff Seth Casden JNT@LNBYG.com jnt@ecf.courtdrive.com

John-Patrick M Fritz

on behalf of Interested Party Courtesy NEF jpf@lnbyg.com JPF.LNBYB@ecf.inforuptcy.com

Joseph Boufadel

on behalf of Debtor Seth Haldane Casden jboufadel@salvatoboufadel.com
Gsalvato@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com

Joseph Boufadel

on behalf of Defendant Seth Haldane Casden jboufadel@salvatoboufadel.com
Gsalvato@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com

Kurt Ramlo

on behalf of Interested Party Hologenix LLC RamloLegal@gmail.com, kr@ecf.courtdrive.com;ramlo@recap.email

Kurt Ramlo

on behalf of Interested Party Courtesy NEF RamloLegal@gmail.com kr@ecf.courtdrive.com;ramlo@recap.email

Lauren N Gans

on behalf of Interested Party Multiple Energy Technologies LLC lgans@elkinskalt.com, lmasse@elkinskalt.com

Matthew Grimshaw

on behalf of Interested Party Courtesy NEF mgrimshaw@marshackhays.com
mgrimshaw@ecf.courtdrive.com;alinares@ecf.courtdrive.com

Michael B Reynolds

on behalf of Respondent The Northern Trust Company of Delaware as Trustee of the Seth Casden Resulting Trust
mreynolds@swlaw.com, kcollins@swlaw.com

Nicole Sullivan

on behalf of Plaintiff Multiple Energy Technologies LLC sullivann@whiteandwilliams.com,
vulpioa@whiteandwilliams.com,arthura@whiteandwilliams.com

Nicole Sullivan

on behalf of Interested Party Multiple Energy Technologies LLC sullivann@whiteandwilliams.com,
vulpioa@whiteandwilliams.com,arthura@whiteandwilliams.com

Ron Maroko

on behalf of U.S. Trustee United States Trustee (LA) ron.maroko@usdoj.gov

Roye Zur

on behalf of Interested Party Courtesy NEF rzur@elkinskalt.com
lwageman@elkinskalt.com;1648609420@filings.docketbird.com;rzur@ecf.courtdrive.com;lmasse@elkinskalt.com

Roye Zur

on behalf of Interested Party Multiple Energy Technologies LLC rzur@elkinskalt.com,
lwageman@elkinskalt.com;1648609420@filings.docketbird.com;rzur@ecf.courtdrive.com;lmasse@elkinskalt.com

Roye Zur

on behalf of Plaintiff Multiple Energy Technologies LLC rzur@elkinskalt.com,
lwageman@elkinskalt.com;1648609420@filings.docketbird.com;rzur@ecf.courtdrive.com;lmasse@elkinskalt.com

Shraddha Bharatia

on behalf of Creditor American Express National Bank notices@becket-lee.com

Sweeney Kelly

| | |
|---|---|
| | on behalf of Defendant American Express Company kelly@ksgklaw.com |
| Thomas E Butler | on behalf of Interested Party Multiple Energy Technologies LLC butlert@whiteandwilliams.com, sullivann@whiteandwilliams.com;millnamowm@whiteandwilliams.com;panchavatis@whiteandwilliams.com |
| United States Trustee (LA) | ustpregion16.la.ecf@usdoj.gov |
| Wendy A Locke | on behalf of Interested Party Courtesy NEF ecfcacb@aldridgepite.com wlocke@ecf.inforuptcy.com |
| William M Noall | on behalf of Defendant ARIA Resort & Casino wnoall@gtg.legal bknotices@gtg.legal |

TOTAL: 32

<table>
<tr><td>Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>ROYE ZUR, State Bar No. 273875<br>rzur@elkinskalt.com<br>COLE F. NICHOLAS, State Bar No. 354027<br>cnicholas@elkinskalt.com<br>10345 W. Olympic Blvd.<br>Los Angeles, California 90064<br>Telephone: 310.746.4400<br>Facsimile: 310.746.4499<br><br>☒ Attorney for Movant<br>☐ Movant appearing without an attorney</td><td>FOR COURT USE ONLY<br><br>FILED & ENTERED<br>NOV 18 2026<br>CLERK U.S. BANKRUPTCY COURT<br>Central District of California<br>BY llewis DEPUTY CLERK</td></tr>
<tr><td colspan="2">UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA - <u>LOS ANGELES</u> DIVISION</td></tr>
<tr><td>In re:<br><br>SETH HALDANE CASDEN,<br><br>Debtor(s).</td><td>CASE NO.: 2:23-bk-16904-BR<br>CHAPTER: 11<br><br>ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362<br>(Action in Nonbankruptcy Forum)<br><br>DATE: November 17, 2026<br>TIME: 10:00 a.m.<br>COURTROOM: 1668<br>PLACE: 255 East Temple Street<br>Los Angeles, California 90012</td></tr>
<tr><td colspan="2">Movant: Multiple Energy Technologies, LLC</td></tr>
</table>

1. The Motion was: ☐ Opposed ☒ Unopposed ☐ Settled by stipulation
2. The Motion affects the following Nonbankruptcy Action:
   Name of Nonbankruptcy Action: Multiple Energy Technologies, LLC v. Seth Casden
   Docket number: 2:21-cv-01149-ODW (RAOx)
   Nonbankruptcy court or agency where the Nonbankruptcy Action is pending: United States District Court for the Central District of California (Hon. Otis D. Wright, II)
3. The Motion is granted under 11 U.S.C. § 362(d)(1).
4. As to Movant, its successors, transferees and assigns, the stay of 11 U.S.C. § 362(a) is:
   a. ☒ Terminated as to the Debtor and the Debtor's bankruptcy estate.

b. ☐ Modified or conditioned as set forth in Exhibit _____ to the Motion.

c. ☐ Annulled retroactively to the bankruptcy petition date. Any postpetition acts taken by Movant to enforce its remedies regarding the nonbankruptcy action do not constitute a violation of the stay.

5. **Limitations on Enforcement of Judgment:** Movant may proceed in the nonbankruptcy forum to final judgment (including any appeals) in accordance with applicable nonbankruptcy law. Movant is permitted to enforce its final judgment only by (specify all that apply):

   a. ☐ Collecting upon any available insurance in accordance with applicable nonbankruptcy law.

   b. ☐ Proceeding against the Debtor as to property or earnings that are not property of this bankruptcy estate.

6. This order is binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of the Bankruptcy Code.

7. ☐ The co-debtor stay of 11 U.S.C. § 1201(a) or § 1301(a) is terminated, modified or annulled as to the co-debtor, on the same terms and conditions as to the Debtor.

8. ☒ The 14-day stay prescribed by FRBP 4001(a)(3) is waived.

9. ☐ This order is binding and effective in any bankruptcy case commenced by or against the Debtor for a period of 180 days, so that no further automatic stay shall arise in that case as to the nonbankruptcy action.

10. ☐ This order is binding and effective in any future bankruptcy case, no matter who the debtor may be, without further notice.

11. ☒ Other (*specify*): See Attachment 1 to this order.

###

Date: November 18, 2026

Barry Russell
United States Bankruptcy Judge

**ATTACHMENT 1 TO ORDER GRANTING MOTION OF MULTIPLE ENERGY TECHNOLOGIES, LLC FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 (ACTION IN NONBANKRUPTCY FORUM)**

**Paragraph 11 (Other):**

A. On June 26, 2024, the Court entered its Order Granting Motion for Relief from the Automatic Stay [Docket No. 213] (the "Stay Relief Order"), which lifted the automatic stay to permit the Debtor to pursue his post-trial motions, all post-judgment challenges, "any and all appeals, including from the Judgment and any retrial and/or remand" in the Nonbankruptcy Action, and which lifted the stay for Movant to pursue its motion for attorney's fees and its application to tax costs in the Nonbankruptcy Action.

B. The Court confirms that the Stay Relief Order terminated the automatic stay as to all proceedings in the Nonbankruptcy Action on remand from the United States Court of Appeals for the Ninth Circuit (No. 24-4691), including the prosecution, defense, and adjudication of the motions contemplated by the parties in their joint report filed in the Nonbankruptcy Action on September 1, 2026, any retrial, the entry of an amended or final judgment, and any appeals therefrom.

C. To the extent the automatic stay otherwise applies to any such proceeding, the stay is terminated pursuant to 11 U.S.C. § 362(d)(1) to permit Movant and the Debtor to proceed in the Nonbankruptcy Action to final judgment, including any appeals, in accordance with applicable nonbankruptcy law.

D. Except as previously authorized by order of this Court, the automatic stay remains in effect with respect to enforcement of any judgment against the Debtor or property of the Debtor's bankruptcy estate, absent further order of this Court. Nothing in this order limits or modifies the relief previously granted by the Stay Relief Order or by the Court's order entered December 9, 2024 [Docket No. 297].

###